FILED by ___DD___ D.C.

**Sep 20, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.

## 18-60256-CR-MARTINEZ/SNOW

18 U.S.C. §§ 2251(a) & (e)

**UNITED STATES OF AMERICA**

**v.**

**JOSEPH ISAIAH WOODSON JR.,**

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

From on or about November 26, 2017, and continuing until on or about January 26, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JOSEPH ISAIAH WOODSON JR.,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1.      Upon conviction of a violation of Title 18, United States Code, Sections 2251(a) and (e), the defendant, **JOSEPH ISAIAH WOODSON JR.,** shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

        (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

2.     The property which is subject to forfeiture includes, but is not limited to, one (1) Samsung Galaxy Note 3, bearing model number SM-N900P and mobile equipment identifier ("MEID") 99000471915272.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
FRANCIS VIAMONTES
ASSISTANT U.S. ATTORNEY

_____ (FOR)
JODI ANTON
ASSISTANT U.S. ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.** _____

**vs.**

**CERTIFICATE OF TRIAL ATTORNEY***

**JOSEPH ISAIAH WOODSON JR.,**

                    **Defendant.**
                                            /   **Superseding Case Information:**
_____

**Court Division**: (Select One)                New Defendant(s) _____ Yes _____No
                                                Number of New Defendants _____
                                                Total number of counts _____

        Miami ____     Key West ____
        FTL __X__     WPB ____     FTP ____

    I do hereby certify that:
    1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable
            witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in
            setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C.
            Section 3161.

    3.      Interpreter:      (Yes or No)        __NO__
            List language and/or dialect        _____

    4.      This case will take      __3__      days for the parties to try.

    5.      Please check appropriate category and type of offense listed below:
            (Check only one)                                (Check only one)

    I       0  to  5 days        __X__               Petty       _____
    II      6  to  10 days       _____              Minor       _____
    III     11  to  20 days      _____              Misdem.     _____
    IV      21  to  60 days      _____              Felony      __X__
    V       61 days and over     _____

    6.      Has this case been previously filed in this District Court?        _____   (Yes or No)
    If yes:
    Judge: _____    Case No. _____
                (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    __No__  (Yes or No)
    If yes:
    Magistrate Case No.
    Related Miscellaneous numbers:              _____
    Defendant(s) in federal custody as of       _____
    Defendant(s) in state custody as of         _____
    Rule 20 from the District of                _____

    Is this a potential death penalty case?    __No__    (Yes or No)

    7.      Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to
            October 14, 2003?    _____Yes    __X__ No

    8.      Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to
            September 1, 2007?    _____Yes    __X__ No

                                    _____
                                    FRANCIS VIAMONTES
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Number 605514

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  JOSEPH ISAIAH WOODSON JR.         **Case No**: _____

Count:   1

Production of Child Pornography _____

18 U.S.C. § 2251(a) & (e) _____

**\*Max. Penalty:** Thirty (30) years' imprisonment with a minimum mandatory term of fifteen (15) years' imprisonment; $250,000 fine; 5 years to life of supervised release.

Count: _____

_____

_____

**\*Max. Penalty:** _____

Count: _____

_____

_____

**\*Max. Penalty:** _____

Count: _____

_____

_____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.