UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-60256-MARTINEZ(s)(s)
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(2) and (b)(1)
18 U.S.C. § 371
18 U.S.C. § 875(d)

UNITED STATES OF AMERICA

v.

JOSEPH ISAIAH WOODSON JR.,

Defendant.
_____/

FILED BY _____ D.C.

JUN 20 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

From on or about November 26, 2017, and continuing until on or about January 26, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did employ, use, persuade, induce, entice, and coerce a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and(e))

From on or about November 12, 2017, and continuing until on or about November 30, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did employ, use, persuade, induce, entice, and coerce a minor, Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and(e))

On or about November 11, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did employ, use, persuade, induce, entice, and coerce a minor, Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 4
### Distribution of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

Beginning in or about January 2018, and continuing through September 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction

2

involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT 5
### Sending Extortionate Interstate Communications
### (18 U.S.C. § 875(d))

On or about November 27, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did knowingly and with the intent to extort from another person a thing of value, and did transmit in interstate and foreign commerce a communication using the web based messaging application KIK, containing a threat to injure the reputation of Victim 1, that is, the defendant threatened to post sexually explicit images of another, Victim 1, if Victim 4 refused to send sexually explicit images of herself to the defendant, in violation of Title 18, United States Code, Section 875(d).

### COUNT 6
### Conspiracy to Send Extortionate Interstate Communications
### (18 U.S.C. § 371)

Beginning in or about October 2017, and continuing through on or about September 24, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSEPH ISAIAH WOODSON JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit an offense against the United States, that is, did knowingly and with the intent to extort from another person a thing of value, and did transmit in interstate and foreign commerce a communication containing any threat to injure the reputation of the addressee, and another, that is, the defendant threatened to post sexually explicit photographic images of the addressee, and another, if the addressee refused to send sexually explicit images of herself to the defendant, in violation of Title 18, United States Code, Section 875(d).

3

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy for the defendant and his co-conspirators to coerce minor girls into producing visual depictions of sexually explicit images of themselves.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the object of the conspiracy included among other things, the following:

1. **JOSEPH ISAIAH WOODSON JR.** and his co-conspirator infiltrated the Snapchat accounts of the minor victims and then locked them out of their accounts by changing the passwords.

2. **JOSEPH ISAIAH WOODSON JR.** and his co-conspirator discussed over text message how to exploit the minors.

3. **JOSEPH ISAIAH WOODSON JR.** and his co-conspirator instructed the minor victims to communicate with them through KIK, a web based texting application, in order to regain control of their accounts.

4. **JOSEPH ISAIAH WOODSON JR.** and his co-conspirator threatened to distribute sexually explicit images of the minors if they did not comply with their demands to produce more sexually explicit images.

5. **JOSEPH ISAIAH WOODSON JR.** used a Dropbox account to store and share sexually explicit images of the minors.

6. **JOSEPH ISAIAH WOODSON JR.** and his co-conspirator distributed sexually explicit images of minors to others.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object thereof, at least one of the co-conspirators committed and caused to be committed in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

4

1. On or about November 11, 2017, **JOSEPH ISAIAH WOODSON JR.** sent threatening communications using web-based applications Snap Chat and Skype to Victim 3, who resided in the Southern District of Florida, in order to coerce the victim to produce sexually explicit images of herself and to send the images to him.

2. On or about November 14, 2017, **JOSEPH ISAIAH WOODSON JR.** sent threatening communications using web-based applications Snap Chat and KIK to Victim 2, who resided in the Southern District of Florida, in order to coerce the victim to produce sexually explicit images of herself and to send the images to him.

3. On or about November 25, 2017, **JOSEPH ISAIAH WOODSON JR.** infiltrated the Snap Chat account of Victim 5.

4. On or about November 27, 2017, **JOSEPH ISAIAH WOODSON JR.** sent threatening communications using web-based application KIK to Victim 4, who resided in the Southern District of Florida, in order to coerce the victim to produce sexually explicit images of herself and to send the images to him.

5. On or about November 27, 2017, a co-conspirator logged into the Snap Chat account belonging to Victim 5, which had previously been taken over by **JOSEPH ISAIAH WOODSON JR.**

6. On or about January 8, 2018, **JOSEPH ISAIAH WOODSON JR.** using KIK application user identification "mvlex3," and a co-conspirator using KIK user identification "bozy11," sent threatening communications using the internet to Victim 6 to coerce her into producing sexually explicit images of herself.

7. On or about January 8, 2018, **JOSEPH ISAIAH WOODSON JR.** using KIK user identification "mvlex3" sent text a message to his co-conspirator using KIK user identification "bozy11" that Victim 6 was back on KIK with a new user identification.

5

8. On January 13, 2018, **JOSEPH ISAIAH WOODSON JR.** and a co-conspirator using KIK username "mvlex3" sent text messages to each other using KIK messenger about specific sexual acts they could coerce Victim 7 to perform.

9. On January 13, 2018, **JOSEPH ISAIAH WOODSON JR.** received a KIK message from his co-conspirator using KIK user identification "mvlex3" telling **JOSEPH ISAIAH WOODSON JR.** that he may need to take over the extortion that "mvlex3" was actively engaging in.

10. On about January 13, 2018, **JOSEPH ISAIAH WOODSON JR.** communicated with his co-conspirator "mvlex3" about uploading sexually explicit images of minors to a Dropbox account.

11. On or about January 20, 2018, **JOSEPH ISAIAH WOODSON JR.** sent threatening communications using web-based applications Snap Chat and KIK to Victim 1 who resided in the Southern District of Florida, in order to coerce the victim to produce sexually explicit images and videos of herself and send it back to him.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. Upon conviction of a violation of Title 18, United States Code, Sections 2251(a) and (e), the defendant, Joseph Isaiah Woodson Jr., shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

2. The property which is subject to forfeiture includes, but is not limited to;

(A) Samsung Galaxy Note 3, bearing model number SM-N900P and mobile equipment identifier ("MEID") 99000471915272; and

(B) Samsung Galaxy S8, bearing model number SM-G955U and mobile equipment identifier ("IMEI") 352805091148953.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JODY ANTON
ASSISTANT U.S. ATTORNEY

_____
FRANCIS VIAMONTES
ASSISTANT U.S. ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 18-CR-60256-JEM(s)(s)

vs.

JOSEPH ISAIAH WOODSON JR.,

**CERTIFICATE OF TRIAL ATTORNEY**

**Defendant.**
_____ / **Superseding Case Information:**

**Court Division**: (Select One)

Miami ___     Key West ___
FTL _X_    WPB ___     FTP ___

New Defendant(s) ___ Yes  _X_ No
Number of New Defendants    0
Total number of counts  6

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect

4. This case will take    11-20    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I     0  to  5 days    ___         Petty       ___
   II    6  to 10 days    ___         Minor       ___
   III  11 to 20 days      x          Misdem.    ___
   IV   21 to 60 days    ___          Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?    Yes    (Yes or No)
   If yes:
   Judge: _Martinez_____ Case No. 18-CR-60256-JEM
          (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    No    (Yes or No)
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    09/24/2018
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?    No    (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___Yes  _X_ No

                                      _____ ( Francis Viamontes
                                      JODI ANTON                      FOR )
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Court Number 184098

Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: JOSEPH ISAIAH WOODSON JR.**   Case No: 18-CR-60256-JEM(s)(s)

Count: 1-3

Production of Child Pornography

18 U.S.C. §§ 2251(a) and (e)

\* **Max. Penalty:** 30 years' imprisonment with a minimum mandatory term of 15 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

Count: 4

Distribution of Child Pornography

18 U.S.C. §§ 2252(a)(2) and (b)(1)

\***Max. Penalty:** 20 years' imprisonment with a 5 year mandatory minimum term of imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release.

Count: 5

Sending Extortionate Interstate Communications

18 U.S.C. § 875(d)

\***Max. Penalty:** 2 years' imprisonment; $250,000 fine; a term of up to 1 year of supervised release.

Count: 6

Conspiracy to Send Extortionate Interstate Communications

18 U.S.C. § 371

\***Max. Penalty:** 5 years' imprisonment; $250,000 fine; a term of up to 1 year of supervised release.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable