UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 18-60256-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH ISAIAH WOODSON JR.,

        Defendant.

_____/

## QUESTION/NOTE FROM THE DELIBERATING JURY TO THE COURT

THE JURY HAS COME UP WITH A UNANOMOUS DECISION.

_____
FOREPERSON
SIGNATURE

9/27/19   1:36 P.M.
DATE/TIME

_____
FOREPERSON
PRINT NAME

## WHEN TRIAL CONCLUDES, RETURN ALL NOTES AND RESPONSES TO THE CLERK