UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-60256-CR-MARTINEZ</u>

UNITED STATES OF AMERICA,

vs.

JOSEPH ISAIAH WOODSON JR,

      Defendant.

_____/

<u>**VERDICT**</u>

1. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR** as to **Count 1** of the Indictment:

    GUILTY __✓__        NOT GUILTY _____

2. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR**, as to **Count 2** of the Indictment:

    GUILTY __✓__        NOT GUILTY _____

3. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR**, as to **Count 3** of the Indictment:

    GUILTY __✓__        NOT GUILTY _____

4. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR**, as to **Count 4** of the Indictment:

    GUILTY __✓__        NOT GUILTY _____

5. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR**, as to **Count 5** of the Indictment:

   GUILTY ✓            NOT GUILTY _____

6. We, the Jury, unanimously find the Defendant, **JOSEPH ISAIAH WOODSON JR**, as to **Count 6** of the Indictment:

   GUILTY ✓            NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 27TH day of SEPTEMBER, 2019.

_____                    _____
Foreperson's Signature                         Foreperson's Printed Name