**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.  18-60256-CR-JEM**

**UNITED STATES OF AMERICA,**

     Plaintiff,

  vs.

            Miami, Florida
            September 19, 2019
**JOSEPH ISAIAH WOODSON, JR.,**  Pages 1-120

     Defendant.
_____

**TRANSCRIPT OF JURY TRIAL**
<u>**DAY 1**</u>
**BEFORE THE HONORABLE JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**


**APPEARANCES:**

**FOR THE PLAINTIFF:**    *United States Attorney's Office*
          BY:  JODI ANTON,  A.U.S.A.
          BY:  FRANCIS VIAMONTES, A.U.S.A.
          500 East Broward Boulevard
          Suite 700
          Fort Lauderdale, Florida 33394

**FOR THE DEFENDANT:**    *Federal Public Defender's Office*
          BY:  ANTHONY J. NATALE, A.F.P.D.
          BY:  CLEA D.T. WEISS, A.F.P.D.
          BY:  KATHLEEN E. MOLLISON, A.F.P.D.
          150 West Flagler Street
          Suite 1700
          Miami, Florida 33130


**REPORTED BY:**     DAWN M. SAVINO, RPR
          Official Court Stenographer
          400 N. Miami Avenue, 10S03
          Miami, Florida  33128
          Telephone:  305-523-5598

The timestamp "10:08:37" appears beside each line number 1 through 25 on the left margin.

|          |    |                                                      |
|----------|----|------------------------------------------------------|
| 10:08:37 | 1  | P-R-O-C-E-E-D-I-N-G-S                                |
| 10:08:40 | 2  | (Court called to order)                              |
| 10:08:47 | 3  | THE COURT:  Be seated, please.                       |
| 10:08:47 | 4  | COURTROOM DEPUTY:  Case number                       |
| 10:08:51 | 5  | 18-60256-criminal-Martinez, United States of America versus |
| 10:08:56 | 6  | Joseph Isaiah Woodson, Junior.                       |
| 10:08:58 | 7  | Counsel, please state your appearance.              |
| 10:08:59 | 8  | MS. ANTON:  Good morning, Your Honor.  Jodi Anton on |
| 10:09:01 | 9  | behalf of the United States.                         |
| 10:09:03 | 10 | THE COURT:  Good morning.                            |
| 10:09:04 | 11 | MS. VIAMONTES:  Francis Viamontes on behalf of the  |
| 10:09:06 | 12 | United States.  Good morning, Your Honor.           |
| 10:09:08 | 13 | MS. WEISS:  Good morning, Judge.  Clea Weiss from the |
| 10:09:12 | 14 | Federal Public Defender's Office with Kate Mollison and Tony |
| 10:09:14 | 15 | Natale on behalf of Joseph Woodson.                 |
| 10:09:16 | 16 | THE COURT:  Good morning.  All right.  Be seated    |
| 10:09:23 | 17 | police.  I just want to talk to you about -- you got the |
| 10:09:23 | 18 | questionnaires.                                      |
| 10:09:27 | 19 | Question Number 1 which is kind of a threshold      |
| 10:09:34 | 20 | question.  We have 35 people that said no to Question Number 1. |
| 10:09:37 | 21 | If I had gotten 40, there would be no question.  What I would do |
| 10:09:41 | 22 | is I would bring 40 in here because that's about the right |
| 10:09:45 | 23 | number to pick a jury in a single defendant case.  35 is a |
| 10:09:49 | 24 | little bit short.  However, I really am concerned about |
| 10:09:56 | 25 | poisoning the pool with people saying horrible things about oh |

3

| | | |
|---|---|---|
| 10:09:59 | 1 | my God, I could never look at something like that.  So I'm a |
| 10:10:01 | 2 | little concerned about that.  What I would ordinarily do is |
| 10:10:11 | 3 | bring in the people that said "yes", a couple of them said "not |
| 10:10:14 | 4 | sure", and question them and see what their thoughts are on it. |
| 10:10:18 | 5 | It might be something that you might want to get rid of them |
| 10:10:21 | 6 | for, it might be something that doesn't matter to you. |
| 10:10:23 | 7 | Thoughts?  Any concept?  Yes, Mr. Natale. |
| 10:10:30 | 8 | MR. NATALE:  Your Honor, I think that to save time and |
| 10:10:30 | 9 | -- |
| 10:10:31 | 10 | THE COURT:  I love to save time. |
| 10:10:34 | 11 | MR. NATALE:  I think -- you know, I would recommend |
| 10:10:38 | 12 | that everyone who answered "yes", there's no need for them to |
| 10:10:42 | 13 | call them here in this case.  For the people who said they're |
| 10:10:48 | 14 | not sure, we can bring them in individually but -- |
| 10:10:50 | 15 | THE COURT:  I was going to bring whoever I was going to |
| 10:10:54 | 16 | bring in individually.  But the only one I've got not sure is |
| 10:10:57 | 17 | the second one, Juror Number 2. |
| 10:11:03 | 18 | MR. NATALE:  There's Juror Number 2 and I think -- |
| 10:11:04 | 19 | THE COURT:  There's another one somewhere.  It's Number |
| 10:11:06 | 20 | 11. |
| 10:11:08 | 21 | MR. NATALE:  11, Judge. |
| 10:11:12 | 22 | THE COURT:  I can schmooze them into a "no", but I'm |
| 10:11:15 | 23 | not sure that's the right thing to do.  I don't know.  Let's |
| 10:11:19 | 24 | talk -- let's bring them up and see.  If we can get to 37, then |
| 10:11:26 | 25 | I think we're pretty sure that we would be able to reach a jury |

```
10:11:31   1    panel without -- how long is this trial going to take?  Three,
10:11:33   2    four days?
10:11:37   3              MS. ANTON:  I'm optimistic we can finish in a week.
10:11:39   4              THE COURT:  Oh, yes.  We can finish in a week.  I know
10:11:44   5    that.  That I'm confident of.  What do you think of that plan?
10:11:47   6              MS. WEISS:  I think bringing in the two?
10:11:47   7              MR. NATALE:  Yes, Your Honor.
10:11:50   8              THE COURT:  Are there any others that you notice were
10:11:51   9    not sure?
10:12:01  10              MR. NATALE:  There was one other.  I think Juror 23.
10:12:07  11              THE COURT:  Susan Connolly.  Yeah.  Okay.  That was
10:12:16  12    good.  So 2, 11 and 23, Wanda.  I'd like them up in the hallway
10:12:18  13    and bring one in at a time.
10:12:21  14              COURTROOM DEPUTY:  Yes.
10:12:23  15              THE COURT:  All right.  Then we can talk
10:12:33  16    practicalities.  All right?  I'll be back.  Whenever I find my
10:12:36  17    robe, I'll be back.
10:12:38  18              COURT SECURITY OFFICER:  All rise.
10:12:48  19              (Brief recess)
10:22:34  20              THE COURT:  Okay.  2, 11 and 23; is that correct?
10:22:37  21              COURTROOM DEPUTY:  Yes.  They're outside.
10:22:42  22              THE COURT:  Bring in Susan Ettenheim.  But here in
10:22:45  23    chair number one over here.
10:23:20  24              (Prospective juror entered)
10:23:24  25              THE COURT:  Hi.  Come on up here.  You'll be hiding
```

10:23:27   1   behind that thing.  Come on over here in one of these chairs.

10:23:32   2   Can you give her one of the lavaliere mics?  Right there is

10:23:43   3   good.  That corner chair so I can take a look at you.  This is a

10:23:46   4   funny little microphone.  You got to hold it kind of in front of

10:23:47   5   your face.

10:23:52   6          Be seated please.  Does that work?  Try it.

10:23:53   7          PROSPECTIVE JUROR:  Hello.

10:23:55   8          THE COURT:  Tell us your name so I can stop screwing it

10:23:57   9   up.

10:23:58  10          PROSPECTIVE JUROR:  Susan Ettenheim.

10:24:02  11          THE COURT:  I was close.  I was close.  Ms. Ettenheim,

10:24:06  12   as you are aware, we're in the process of picking a jury for a

10:24:10  13   case and we sent out the questionnaire which you filled out this

10:24:15  14   morning and you answered question number one "not sure"

10:24:18  15   concerning the images that you may have to look at during the

10:24:25  16   trial.  I can understand that, that's a very logical answer.

10:24:31  17   The question is the images themselves are not what prove guilt

10:24:35  18   or innocence in this case.  The argument or -- excuse me, the

10:24:38  19   case is still open and the Government has the burden of proving

10:24:42  20   their case beyond a reasonable doubt.  The question is whether

10:24:46  21   looking at these images would be such that it would push you

10:24:49  22   over the edge and make you find one way or the other.  You said

10:24:54  23   you weren't sure.  Tell us what your reasoning or what your

10:24:56  24   thinking is on it.

10:24:57  25          PROSPECTIVE JUROR:  I was a teacher and worked with

| | | |
|---|---|---|
| 10:24:59 | 1 | children for 37 years. |
| 10:25:00 | 2 | THE COURT:  Yeah. |
| 10:25:03 | 3 | PROSPECTIVE JUROR:  And when I -- I see when you said |
| 10:25:07 | 4 | minors or children, it just, it's personal for me.  It's |
| 10:25:10 | 5 | personal for me and I just have trouble. |
| 10:25:11 | 6 | THE COURT:  I can understand. |
| 10:25:12 | 7 | PROSPECTIVE JUROR:  I just do. |
| 10:25:14 | 8 | THE COURT:  But you understand that as a juror, your |
| 10:25:19 | 9 | responsibility is to try the case fairly and impartially based |
| 10:25:22 | 10 | on the evidence that is presented as to guilt or innocence.  Do |
| 10:25:27 | 11 | you think that your repulsion would affect your ability to be |
| 10:25:29 | 12 | fair and impartial in this case? |
| 10:25:32 | 13 | PROSPECTIVE JUROR:  I'd like to say no, but I don't |
| 10:25:37 | 14 | know.  I've been on a jury before and we took it very seriously |
| 10:25:40 | 15 | based on the law and whether we found this person guilty or |
| 10:25:46 | 16 | innocent.  And I'd like to say that that's how, you know, I -- |
| 10:25:47 | 17 | presumed innocent before, you know -- |
| 10:25:51 | 18 | THE COURT:  Yeah.  They're presumed innocent unless and |
| 10:25:56 | 19 | until the Government proves its case beyond a reasonable doubt. |
| 10:25:59 | 20 | PROSPECTIVE JUROR:  Right.  I understand that |
| 10:26:00 | 21 | logically. |
| 10:26:05 | 22 | THE COURT:  Okay.  Do you think you could do that? |
| 10:26:07 | 23 | PROSPECTIVE JUROR:  I would certainly try. |
| 10:26:08 | 24 | THE COURT:  Well, of course.  Yeah. |
| 10:26:10 | 25 | PROSPECTIVE JUROR:  That's the best I can give you.  I |

10:26:14   1    can't say yes -- I mean, I will definitely try.

10:26:18   2            THE COURT:  You're being very honest and I appreciate

10:26:18   3    that.

10:26:21   4            Any follow-up questions by the Government?

10:26:24   5            MS. ANTON:  Not from the Government, Judge.

10:26:26   6            THE COURT:  Defense?

10:26:30   7            MR. NATALE:  Let me ask you, ma'am.  Do you feel that

10:26:33   8    in a case that didn't involve these sort of images, that you

10:26:39   9    would have no problem being fair and impartial?  Some other type

10:26:41   10   of crime, some other type of case?

10:26:44   11           PROSPECTIVE JUROR:  I would have no trouble being

10:26:46   12   impartial.

10:26:49   13           THE COURT:  Okay.  Thank you, ma'am.  Pass the

10:26:53   14   microphone, we'll get right back to you if you'll wait outside.

10:26:57   15   Don't discuss this with any of the other potential jurors

10:27:00   16   please.

10:27:03   17           (Potential juror excused from courtroom)

10:27:08   18           THE COURT:  Please ask Ms. Long to come in.

10:27:12   19           COURTROOM DEPUTY:  Judge, can they go back to the 5th

10:27:13   20   floor?

10:27:15   21           THE COURT:  No, just hang tight for a few minutes.

10:27:19   22   We'll only be a few more minutes.

10:27:32   23           COURT SECURITY OFFICER:  All rise for the juror please.

10:27:37   24           THE COURT:  Please come in, Ms. Long.

10:27:42   25           (Prospective juror entered courtroom)

10:27:45  1          THE COURT:  There's a little ramp there we have.

10:27:49  2    Nobody knows why it's there but it's there.  Have a seat.  Be

10:27:50  3    seated please.

10:27:57  4          Ms. Long, I'm Judge Martinez and I'll be presiding

10:28:01  5    judge in this case.  As you know, we're trying to seat a jury at

10:28:05  6    this time, and we gave out the questionnaires earlier.  And in

10:28:13  7    response to Question Number 1, the images admittedly are

10:28:15  8    difficult for anyone, you answered that you weren't sure whether

10:28:19  9    it would make it difficult or impossible for you to render a

10:28:23 10    judgment.  You understand that there's a lot more factors than

10:28:25 11    the images.  Do you understand that?

10:28:30 12          PROSPECTIVE JUROR:  Yes.  Okay.  I do understand.  I

10:28:35 13    just -- I wanted to say no, but as I thought about it I was

10:28:39 14    like, you know, I really don't know how I would react.  So I

10:28:40 15    just said I'm not sure.

10:28:45 16          THE COURT:  Okay.  Would you do your best to be as fair

10:28:48 17    and impartial and possible?

10:28:49 18          PROSPECTIVE JUROR:  Always.

10:28:50 19          THE COURT:  Do you have any particular experience with

10:28:56 20    this type of images that you know that your reaction would be a

10:28:56 21    certain way?

10:28:59 22          PROSPECTIVE JUROR:  I don't have any, not with the

10:29:04 23    images so much, but I was a Guardian ad Litem years ago, so I

10:29:09 24    did work with small children, so I know how emotional sometimes

10:29:11 25    it was for me at that time.

10:29:15  1          THE COURT:  Sure.  I can understand that.  And I thank

10:29:18  2   you very much for your service in that area.  It's very, very

10:29:20  3   much needed and we appreciate it.

10:29:25  4          So your answer basically is that you believe that you

10:29:28  5   would be fair, but you're not sure of anything in that area

10:29:30  6   because of your experiences?

10:29:31  7          PROSPECTIVE JUROR:  That's true.  Uh-huh.

10:29:34  8          THE COURT:  Okay.  Government?  What's your position?

10:29:38  9          MS. ANTON:  No questions from the Government, Judge.

10:29:39  10         MR. NATALE:  Ma'am, just one question.  Do you think

10:29:45  11  that if you were a juror on a case that didn't involve images or

10:29:54  12  sexual assault, that you would be more confident as to how fair

10:29:55  13  and impartial you could be?

10:29:56  14         PROSPECTIVE JUROR:  I don't think really it would -- I

10:30:00  15  don't think it's so much as the images as much as it is the

10:30:02  16  sexual assault.

10:30:05  17         MR. NATALE:  Right.  Well, do you think that you would

10:30:08  18  feel more comfortable and not have any concerns about being

10:30:13  19  impartial if it was a case say involving drugs, credit cards,

10:30:16  20  banks or something else?

10:30:18  21         PROSPECTIVE JUROR:  Probably.  But I would try and be

10:30:23  22  fair no matter what.  I mean, it's just that because it is a

10:30:28  23  sexual assault and I was sexually assaulted in the military, I

10:30:31  24  just said I didn't know how I would react.

10:30:33  25         THE COURT:  You're the one in the Air Force, right?

| | | |
|---|---|---|
| 10:30:34 | 1 | PROSPECTIVE JUROR:  Yes. |
| 10:30:36 | 2 | THE COURT:  Okay.  Thanks.  I pay attention.  I read. |
| 10:30:39 | 3 | Thanks a lot.  Give the microphone back, and if you'll just sit |
| 10:30:42 | 4 | tight outside we'll be back with you in a few minutes. |
| 10:30:50 | 5 | Yeah.  Watch out for the ramp. |
| 10:30:58 | 6 | (Prospective juror exited courtroom) |
| 10:31:02 | 7 | THE COURT:  Ricky, please bring in Ms. Connolly.  Might |
| 10:31:04 | 8 | as well stay up. |
| 10:31:10 | 9 | (Prospective juror entered courtroom) |
| 10:31:14 | 10 | THE COURT:  Please come forward, Ms. Connolly.  Have a |
| 10:31:27 | 11 | seat in the jury box for just a moment.  Be seated please. |
| 10:31:31 | 12 | This is a microphone.  Might not look like one, but it |
| 10:31:32 | 13 | is. |
| 10:31:36 | 14 | Ms. Connolly, as you know, we're trying to pick a jury |
| 10:31:41 | 15 | in a case and your answer to Question Number 1 was it would be |
| 10:31:45 | 16 | difficult, but I would try to uphold the law.  Do you understand |
| 10:31:48 | 17 | that your obligation as a juror is to follow the law as I give |
| 10:31:53 | 18 | it to you and the facts as you find them.  Pictures are just one |
| 10:31:58 | 19 | aspect of the case.  Do you think you could follow the |
| 10:32:01 | 20 | instructions of the court as given to you? |
| 10:32:03 | 21 | PROSPECTIVE JUROR:  Yeah, but I think it was an honest |
| 10:32:05 | 22 | answer to say that it would be difficult for me. |
| 10:32:06 | 23 | THE COURT:  But you could do it? |
| 10:32:07 | 24 | PROSPECTIVE JUROR:  I could do it. |
| 10:32:09 | 25 | THE COURT:  That's all I need to know.  Thank you very |

| | | |
|---|---|---|
| 10:32:10 | 1 | much. |
| 10:32:11 | 2 | PROSPECTIVE JUROR:  Thank you. |
| 10:32:16 | 3 | (Prospective juror exited courtroom) |
| 10:32:18 | 4 | THE COURT:  If you'll wait outside, we'll be back with |
| 10:32:20 | 5 | you in just a couple minutes. |
| 10:32:39 | 6 | Be seated.  All right.  Comments?  Government first? |
| 10:32:43 | 7 | MS. ANTON:  Judge, as to Ms. Connolly, Juror Number 23, |
| 10:32:47 | 8 | I think she can be fair and impartial.  I think we can include |
| 10:32:47 | 9 | her. |
| 10:32:49 | 10 | THE COURT:  Yeah, I think she's definitely in.  What |
| 10:32:51 | 11 | about the other two? |
| 10:32:53 | 12 | MS. ANTON:  As to the other two, Judge, it seems that |
| 10:32:56 | 13 | there is an issue and I would not object if the defense agreed |
| 10:32:58 | 14 | to strike them for cause. |
| 10:33:04 | 15 | THE COURT:  All right.  Let's go with 36, And we'll |
| 10:33:09 | 16 | take our chances.  If we start running out, we'll send out for |
| 10:33:13 | 17 | more.  I'll send the marshal out to grab the first ten people he |
| 10:33:16 | 18 | can find in the street, so don't go for a walk today anywhere |
| 10:33:18 | 19 | near this courthouse. |
| 10:33:22 | 20 | All right.  Wanda, can you -- you know what, let's take |
| 10:33:25 | 21 | a little bit of time because what I'd like to have is a |
| 10:33:28 | 22 | comprehensive list with the people in the same order that |
| 10:33:31 | 23 | they're going to be. |
| 10:33:39 | 24 | COURTROOM DEPUTY:  My chart is different. |
| 10:33:42 | 25 | THE COURT:  They'll be seated sequentially, so you can |

| | | |
|---|---|---|
| 10:33:50 | 1 | do that?  Two and 11.  No, 11 is in.  Yes, it is.  Two and 11 |
| 10:33:53 | 2 | are out.  23 is in.  Correct? |
| 10:33:55 | 3 | MR. NATALE:  Your Honor, the other people are going to |
| 10:33:57 | 4 | be out as well? |
| 10:34:00 | 5 | THE COURT:  Yes.  The people that answered "yes". |
| 10:34:01 | 6 | MR. NATALE:  Thank you, sir. |
| 10:34:15 | 7 | THE COURT:  How long will that take you, Wanda?  Ten |
| 10:34:15 | 8 | minutes |
| 10:34:18 | 9 | COURTROOM DEPUTY:  Yes, Judge. |
| 10:34:18 | 10 | THE COURT:  We're on break for 10 minutes. |
| 10:34:23 | 11 | Ricky, can you tell them to go down to the 5th floor |
| 10:34:28 | 12 | and in a little while, we'll bring up 36 of them but not all of |
| 10:34:35 | 13 | them.  Okay? |
| 10:34:42 | 14 | THE COURT:  Be back shortly. |
| 10:34:47 | 15 | (Brief recess) |
| 11:01:40 | 16 | THE COURT:  Okay.  Are we ready to go?  All right. |
| 11:01:45 | 17 | Somebody going to bring them up?  Wanda is going to bring them |
| 11:02:59 | 18 | up?  Somebody is going to bring them up.  You all can be seated. |
| 11:03:01 | 19 | We're waiting. |
| 11:05:35 | 20 | (In-place recess) |
| 11:17:57 | 21 | THE COURT:  Everybody set? |
| 11:17:58 | 22 | COURT SECURITY OFFICER:  All rise for the jury. |
| 11:18:02 | 23 | (Jury panel in at 11:17 a.m.) |
| 11:20:04 | 24 | THE COURT:  Please be seated. |
| 11:20:11 | 25 | The case set for trial today is that of United States |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:20:15   1    of America versus Joseph Isaiah Woodson, Junior, case number
11:20:18   2    18-60256-criminal-Martinez.
11:20:20   3              Are counsel ready to proceed?
11:20:22   4              MS. ANTON:  Yes, Your Honor, we are.
11:20:23   5              MR. NATALE:  Yes, Your Honor.
11:20:23   6              MS. WEISS:  Yes.
11:20:25   7              THE COURT:  All right.  Ladies and gentlemen, I want to
11:20:28   8    welcome you to our courtroom.  I'm District Judge Jose E.
11:20:32   9    Martinez, and I will be presiding over the jury selection in
11:20:32   10   this case.
11:20:35   11             The jury is one of our most cherished rights.  It is
11:20:38   12   recognize, preserved and protected by our Constitution.
11:20:41   13             Jury service is one of the most important duties that a
11:20:43   14   citizen can be called upon to perform.  Without you, our
11:20:45   15   judicial system could not function.
11:20:48   16             I'm aware that for some of you this is your first call
11:20:51   17   to jury service and that these proceedings are totally
11:20:56   18   unfamiliar to you.  Please do not be apprehensive.  As we go
11:21:00   19   along, I'll acquaint you with the proceedings and I'll instruct
11:21:02   20   you as to your role and your duties.  If you have any questions,
11:21:06   21   hold on to them for a while because we do this a lot, and you'll
11:21:08   22   notice I'm reading from a script.  It isn't because I don't have
11:21:13   23   a general idea of what I'm going to tell you; it's just so I
11:21:15   24   don't skip anything or miss anything.  So we probably will
11:21:18   25   answer the question that you have before we get to the end.  But
```

|           |    |                                                                      |
|-----------|----|----------------------------------------------------------------------|
| 11:21:21  | 1  | if we don't, at the end there's always a part where I say "is        |
| 11:21:24  | 2  | there any reason that you could not sit as a fair and impartial       |
| 11:21:26  | 3  | juror in this case".  That's the time to tell me that you have       |
| 11:21:30  | 4  | open heart surgery scheduled for tomorrow.  I don't want to know     |
| 11:21:32  | 5  | about it after you've been selected for the jury.  It doesn't do     |
| 11:21:35  | 6  | me any good.                                                         |
| 11:21:38  | 7  | During the trial, you'll be working with several court               |
| 11:21:41  | 8  | personnel.  I would like to introduce some of them to you at         |
| 11:21:44  | 9  | this time.  Our courtroom deputy is Wanda Holston.  That's the       |
| 11:21:47  | 10 | lady far left there.  Her job is to run the courtroom calendar       |
| 11:21:51  | 11 | and she'll make sure that you have everything you need.              |
| 11:21:55  | 12 | Assisting her is my judicial assistant Diane Quinn.  She's kind      |
| 11:21:58  | 13 | of following her because Wanda is retiring at the end of the         |
| 11:22:02  | 14 | year and Diane might be taking over if she can figure out what       |
| 11:22:04  | 15 | in the world it is that Diane *(sic)* does.                          |
| 11:22:08  | 16 | Our official court stenographer is Dawn Savino.  She's              |
| 11:22:11  | 17 | the lady that's right in front of me.  She records everything        |
| 11:22:14  | 18 | that is said in the courtroom, including the statements that I'm     |
| 11:22:19  | 19 | now making and the questions that will be asked of you.  But she     |
| 11:22:21  | 20 | can't write it down if she want hear it.  And you'll notice          |
| 11:22:25  | 21 | there's a tremendous difference in the volume between microphone     |
| 11:22:28  | 22 | and no microphone.  You'll be given a microphone when it's your      |
| 11:22:34  | 23 | turn to speak.  Please use the microphone.  Hold it up.  Make        |
| 11:22:39  | 24 | belief you're at a karaoke bar having a good time, if there is       |
| 11:22:44  | 25 | still such a thing, I wouldn't know.  Make sure you use the          |

```
11:22:46   1    microphone when you're answering questions.
11:22:47   2          We also have court security officers.  Actually right
11:22:49   3    now we have three of them here.  This is Orlando Silva, David
11:22:53   4    Alvarez and I don't know, there's another one that snuck in
11:22:57   5    afterward.  Anyway, you don't need to know their names but they
11:23:00   6    wear a blue blazer and their badge of office and gray flannel
11:23:04   7    slacks whether they're men or women, and their job is to enforce
11:23:08   8    my orders and take charge of the jury.
11:23:11   9          If you have any requests for information concerning
11:23:15   10   your personal welfare, make your inquiries to the court security
11:23:18   11   officers or the courtroom deputy, or even Dawn if she's not busy
11:23:22   12   typing, who will, if necessary, arrange with me to hear you on
11:23:25   13   such matters.  However, you must not question any of them or
11:23:28   14   anybody else concerning the case.
11:23:32   15         You will now be sworn.  Ms. Holston, would you please
11:23:35   16   administer the oath to the panel
11:23:43   17         COURTROOM DEPUTY:  Would all prospective jurors please
11:23:46   18   stand and raise your right hand.
11:23:46   19         (Jury panel sworn)
11:24:00   20         THE COURT:  Please be seated.  You've now been sworn,
11:24:05   21   and that's not a trivial matter.  I know that the Miami Herald
11:24:09   22   was really bent out of shape about three or four years ago
11:24:15   23   because a judge in Broward County got real mad because on the
11:24:21   24   third day of trial, she found out that one of the jurors had
11:24:24   25   forgotten that he had a felony conviction.  I think I would
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:24:28 | 1 | probably remember if I had a felony conviction.  But they had to |
| 11:24:32 | 2 | start all over again, which is kind of expensive and a real pain |
| 11:24:35 | 3 | in the neck when you're busy as it is.  And so she found that |
| 11:24:40 | 4 | person in contempt and put him in jail, and the Herald was |
| 11:24:44 | 5 | really upset and said you know, the man is trying to do his |
| 11:24:48 | 6 | civic duty.  You know, not following your oath is not your civic |
| 11:24:51 | 7 | duty.  Just sitting there is not your civic duty.  Your civic |
| 11:24:54 | 8 | duty is to serve as a juror and answer the questions truthfully. |
| 11:24:57 | 9 | Tell us what the story is.  There are no particular |
| 11:25:00 | 10 | questions that are disqualifying, it's just that we need to get |
| 11:25:04 | 11 | a feel for you.  We need to find out what your background is, a |
| 11:25:07 | 12 | little bit about you, and then the parties can make a |
| 11:25:09 | 13 | determination as to whether they think you would be a good juror |
| 11:25:13 | 14 | or they might prefer to have somebody else sit on the case. |
| 11:25:16 | 15 | Doesn't make you a good person or a bad person, it just means |
| 11:25:18 | 16 | that for this particular case, maybe you're not the right person |
| 11:25:19 | 17 | to be on the jury. |
| 11:25:23 | 18 | I'll be asking you questions touching on your |
| 11:25:26 | 19 | qualifications to serve as jurors in this particular case.  This |
| 11:25:30 | 20 | part of the case is called the jury selection examination -- |
| 11:25:34 | 21 | very brilliant -- and it's for the purpose of determining if |
| 11:25:37 | 22 | your decision in this case might be affected in any way by |
| 11:25:41 | 23 | opinions you now hold, or by some personal experience or special |
| 11:25:44 | 24 | knowledge you may have concerning the case to be tried.  Our |
| 11:25:47 | 25 | goal is to obtain jurors who will impartially try the issues of |

| | |
|---|---|
| 11:25:51 1 | this case and decide the case solely upon the evidence presented |
| 11:25:55 2 | in this courtroom without being influenced by any other factors. |
| 11:25:59 3 | Please understand that this questioning is not meant to pry into |
| 11:26:02 4 | your affairs for personal reasons.  It is only for the purpose |
| 11:26:06 5 | of obtaining an impartial jury. |
| 11:26:09 6 | I can tell you -- I've been thinking about this, I've |
| 11:26:13 7 | been doing this now -- this is my 17th year of being a federal |
| 11:26:20 8 | judge.  Tuesday was the anniversary of my 17th year, and I often |
| 11:26:25 9 | say I don't remember one single question or answer that I got |
| 11:26:28 10 | when I was doing a jury selection questionnaire.  It's really |
| 11:26:32 11 | not something -- we're not trying to pry into your personal |
| 11:26:35 12 | affairs.  Actually I have to take that back.  There is one that |
| 11:26:38 13 | I do remember.  It was in Key West and we were asking jurors, |
| 11:26:42 14 | and I'm a busybody, and I just -- she said she was a dancer. |
| 11:26:46 15 | And I said okay, what kind of dancing do you do?  I thought |
| 11:26:50 16 | ballet, she looked tall and slim.  And she said lap dancing. |
| 11:26:55 17 | Okay.  That wasn't exactly what I had in mind, but it is a very |
| 11:26:59 18 | valid, legal function or career.  But I do remember that one. |
| 11:27:02 19 | That's the only question I ever remember being answered and it |
| 11:27:05 20 | was because it was a little bit surprising to me. |
| 11:27:09 21 | Anyway, we're not trying to pry into your affairs. |
| 11:27:14 22 | It's only for the purpose of trying to obtain an impartial jury. |
| 11:27:17 23 | Not all of you will have the privilege to sit as jurors |
| 11:27:19 24 | in this case.  There are many reasons why a person may not be |
| 11:27:22 25 | selected as a juror.  Either side can ask that you be excused |

| | |
|---|---|
| 11:27:25 | 1 |
| 11:27:30 | 2 |
| 11:27:32 | 3 |
| 11:27:34 | 4 |
| 11:27:40 | 5 |
| 11:27:44 | 6 |
| 11:27:48 | 7 |
| 11:27:51 | 8 |
| 11:27:55 | 9 |
| 11:28:01 | 10 |
| 11:28:04 | 11 |
| 11:28:06 | 12 |
| 11:28:12 | 13 |
| 11:28:13 | 14 |
| 11:28:15 | 15 |
| 11:28:19 | 16 |
| 11:28:23 | 17 |
| 11:28:26 | 18 |
| 11:28:28 | 19 |
| 11:28:32 | 20 |
| 11:28:36 | 21 |
| 11:28:40 | 22 |
| 11:28:44 | 23 |
| 11:28:49 | 24 |
| 11:28:53 | 25 |

without giving a reason, or I can excuse you.  If you are
excused, please do not be offended or feel that your integrity
is being questioned.  It absolutely is not.

     Ladies and gentlemen, this case is expected to last
about a week.  I ask this now because I want to know if you have
something that you have to do within that week.  Now, I'll try
to work around anything that you got.  If you got a doctor's
appointment at 8:00, I'll start late that day, and I'll even
call the doctor if he'll take my call -- doctors are kind of
snooty -- and tell them take them first or don't put them at the
end of the line or whatever.  But if you have a problem with
that, that's something that you need to bring to my attention.
Not this instant, but at an appropriate point.  Bring it to my
attention because I need to know.

     During the course of this trial, you'll hear some of
the witnesses and alleged victims in this case be referred to by
either initials or numbers.  This is common in this kind of
case, and don't allow this to sway your objective judgment of
the facts one way or another.

     The indictment charges the Defendant with six separate
crimes called counts.  Each count has a number.  Counts 1
through 3 charge the Defendant with the production of child
pornography of Victims 1, 2 and 3, in violation of Title 18
United States Code Section 225 -- excuse me. 2251(a) and
2251(e).  Count 4 charges the Defendant with knowingly

| | |
|---|---|
| 11:28:57 | 1 |
| 11:29:03 | 2 |
| 11:29:09 | 3 |
| 11:29:12 | 4 |
| 11:29:20 | 5 |
| 11:29:24 | 6 |
| 11:29:27 | 7 |
| 11:29:29 | 8 |
| 11:29:32 | 9 |
| 11:29:35 | 10 |
| 11:29:39 | 11 |
| 11:29:43 | 12 |
| 11:29:46 | 13 |
| 11:29:49 | 14 |
| 11:29:54 | 15 |
| 11:29:56 | 16 |
| 11:30:01 | 17 |
| 11:30:03 | 18 |
| 11:30:07 | 19 |
| 11:30:10 | 20 |
| 11:30:12 | 21 |
| 11:30:15 | 22 |
| 11:30:16 | 23 |
| 11:30:19 | 24 |
| 11:30:21 | 25 |

distributing child pornography in Broward County in violation of
18 USC Section 2252(a)(2) and (b)(1).   Count 5 charges the
Defendant with sending extortionate interstate communications to
Victim 4 in which the Defendant threatened to injure the
reputation of Victim 1 if Victim 4 refused to send sexually
explicit images of herself to the Defendant in violation of
Title 18, United States Code, Section 875(d).   Count 6 charges
the Defendant with knowingly and willfully conspiring to send
extortionate interstate communications in violation of Title 18
United States Code Section 371.

Now, the reason I lay that out for you is to ask you if
any of you have heard anything about this case, and I'm not
suggesting that you should have.   I don't know whether there was
any publicity in this case or not.   But I'm wondering if any of
you have heard anything about this particular case?   Okay.

Before I ask you the questions listed on the
questionnaire that was given to you, not the simple one that was
already turned in, but the one that said you may be asked
information on this sheet, I'm going to ask the attorneys to
introduce themselves and their clients.   Please tell me if you
know any of the attorneys or parties.

You go first.

MS. ANTON:   Thank you, Your Honor.   Good morning
everybody.   My name is Jodi Anton and I represent the United
States of America.

11:30:23  1          MS. VIAMONTES:  Good morning, everyone.  My name is

11:30:25  2    Francis Viamontes and I represent the United States of America.

11:30:30  3    And sitting at counsel table with us is Task Force Officer, FBI

11:30:34  4    Task Force Officer Lee Bieber.

11:30:36  5          THE COURT:  Do any of you know any of those folks?

11:30:37  6    Okay.

11:30:40  7          Defense?

11:30:41  8          MS. WEISS:  Good morning, everybody.  My name is Clea

11:30:43  9    Weiss, I'm from the Federal Public Defender's Office here on

11:30:48  10   behalf of Mr. Joseph Woodson, and I'm joined by --

11:30:50  11         MS. MOLLISON:  Kate Mollison.

11:30:52  12         MR. NATALE:  Hi.  I'm Tony Natale from the Federal

11:30:56  13   Public Defenders, and we're here defending Mr. Woodson and we're

11:30:57  14   happy to be here.

11:30:59  15         THE COURT:  All right.  Any of you know any of those

11:31:00  16   folks?

11:31:05  17         Okay.  Please be seated.  I'm going to ask the parties,

11:31:07  18   and the defense does not have to do this, to read to you a list

11:31:11  19   of the witnesses who are expected to testify in this case.

11:31:15  20   Please listen carefully and tell me whether you know any of

11:31:17  21   these persons.

11:31:18  22         MS. ANTON:  Thank you, Judge.

11:31:25  23         K.L., B.F.  Officer Bartecechko from the Fairfax City

11:31:31  24   of Virginia Police Department.  Officer Ben Smith from the

11:31:35  25   Fairfax City Police Department.  Detective Justin Oksanen from

11:31:39   1    Louden County Sheriff's Office in Virginia.  Detective Adam

11:31:48   2    Granit from the FBI and Davie Police Department.  E.M., A.K.,

11:32:01   3    M.K., A.G.  Eric Deborja from the FBI.  B.O., S.M., A.C.

11:32:08   4    Detective and Task Force Officer Lee Bieber from the Plantation

11:32:12   5    Police Department with the FBI.  That's it.

11:32:14   6              THE COURT:  All right.  Do any of you know any of those

11:32:18   7    names?  Okay.  Defense?

11:32:23   8              MS. WEISS:  We don't have it right now.

11:32:24   9              THE COURT:  Okay.  Thank you.  All right.

11:32:29   10             There are certain legal principles that govern this and

11:32:34   11   every case.  An accused is presumed to be innocent.  Is there

11:32:39   12   anyone of you who does not fully accept that principle in this

11:32:41   13   case?  That's the law of the land and that's what we have to

11:32:45   14   start with.  Everybody is presumed to be innocent.  A defendant

11:32:49   15   cannot be found guilty unless the guilt is proved beyond a

11:32:53   16   reasonable doubt.  Is there any one of you who does not accept

11:32:55   17   that principle?

11:32:59   18             A defendant need not testify on his own behalf, and if

11:33:02   19   he does not, you can draw no inference or guilt from that fact.

11:33:05   20   Is there any of you who cannot fully accept that principle in

11:33:05   21   this case?

11:33:10   22             A defendant can be convicted only upon evidence

11:33:14   23   presented against him in open court and not upon anything that

11:33:17   24   you may hear or read outside the courtroom.  This is backwards

11:33:20   25   of Vegas.  If it didn't happen here, it didn't happen.  If it

```
11:33:23   1    doesn't come from the witness stand or from the evidence that is
11:33:28   2    presented to you, it doesn't exist.  If somebody were to talk
11:33:33   3    about a traffic accident at the intersection of Flagler and
11:33:38   4    Miami Avenue, when you go out to lunch you're not allowed to go
11:33:41   5    down there and draw your own evidence from looking at it.  If it
11:33:44   6    doesn't happen in this courtroom, you can't consider it.
11:33:51   7         A juror must accept and apply the law as given to him
11:33:54   8    or her by the court even though the juror might think the law is
11:33:59   9    or should be different.  Your job.  You are the judges of the
11:34:01  10    facts.  You're the ones that decide whether somebody is telling
11:34:05  11    the truth or not telling the truth.  You're the ones who decide
11:34:08  12    how much weight to give to a particular piece of evidence and
11:34:12  13    how much not to give to it.  I decide what the law is.  The
11:34:15  14    lawyers -- I mean, I don't know what all the law is, they tell
11:34:18  15    me what they believe the law is and they argue to me and then I
11:34:22  16    go back in the back room and I talk to my law clerks.  I only
11:34:25  17    hire law clerks that are much smarter than I am, and they tell
11:34:28  18    me yeah, that one is right and that one is right, and we'll go
11:34:32  19    from there.  So I decide what the law is then I tell you.  It's
11:34:34  20    not your place to say you're wrong about the law.
11:34:38  21         I had a case recently in Key West also, it's funny that
11:34:42  22    way, where one of the jurors decided that I didn't know what the
11:34:46  23    law was, and went to her expert who was her sister who was a
11:34:51  24    paralegal at a local law firm to ask what the law was, and then
11:34:54  25    tried to explain to all of the other jurors that what the law
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:34:55 | 1 | really was, that I didn't really know what I was talking about. |
| 11:34:59 | 2 | Which is probably true, but you can't do.  I'll tell you what |
| 11:35:03 | 3 | the law is; you decide what the facts are.  Is there any of you |
| 11:35:06 | 4 | who is not willing to accept and apply the law as given to you |
| 11:35:07 | 5 | by the court? |
| 11:35:11 | 6 | Is there any of you who doesn't accept the jury system? |
| 11:35:14 | 7 | You know, before we get to the this point, usually we |
| 11:35:18 | 8 | figured it out, but any of you that belong to a religion that |
| 11:35:23 | 9 | doesn't permit you to sit on jury?  This is the time to find out |
| 11:35:27 | 10 | about it before you go back into the jury room and start |
| 11:35:28 | 11 | deliberating on a case. |
| 11:35:31 | 12 | Is there any reason at all why you think you might be |
| 11:35:33 | 13 | in any way partial to the Government or to the Defendant in this |
| 11:35:35 | 14 | case?  Without knowing any of the facts? |
| 11:35:40 | 15 | Is there any of you who is not willing to decide this |
| 11:35:43 | 16 | case based solely upon the evidence and the law?  That's really |
| 11:35:47 | 17 | important.  You must decide the case based on the evidence that |
| 11:35:49 | 18 | you hear and the law that I give you. |
| 11:35:53 | 19 | All right.  Let's talk about specific questions.  Let's |
| 11:35:58 | 20 | start with Ms. Williams.  Can you give her a microphone? |
| 11:36:02 | 21 | Ms. Williams if you could please stand and face the |
| 11:36:05 | 22 | lawyers because they're the ones that are important, I'm not. |
| 11:36:07 | 23 | They're the ones that are going to be making the decision. |
| 11:36:09 | 24 | And tell us your name? |
| 11:36:11 | 25 | PROSPECTIVE JUROR:  My name is Sharon Williams. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:36:13 | 1 | THE COURT:  Ms. Williams, what do you do for a living? |
| 11:36:16 | 2 | PROSPECTIVE JUROR:  I'm a substitute teacher. |
| 11:36:19 | 3 | THE COURT:  And what subjects do you teach? |
| 11:36:22 | 4 | PROSPECTIVE JUROR:  Elementary ED, social studies, |
| 11:36:24 | 5 | science, English, art. |
| 11:36:26 | 6 | THE COURT:  Okay.  How long have you been doing that? |
| 11:36:28 | 7 | PROSPECTIVE JUROR:  Off and on for maybe over 15 years |
| 11:36:28 | 8 | or more. |
| 11:36:31 | 9 | THE COURT:  And what part of the community do you live |
| 11:36:36 | 10 | in?  We don't need your street address but like Little River, |
| 11:36:37 | 11 | Liberty City? |
| 11:36:39 | 12 | PROSPECTIVE JUROR:  Liberty City. |
| 11:36:39 | 13 | THE COURT:  Liberty City area.  Okay. |
| 11:36:41 | 14 | How long have you lived in the Greater Miami area? |
| 11:36:42 | 15 | PROSPECTIVE JUROR:  All of my life. |
| 11:36:44 | 16 | THE COURT:  And what is your marital status? |
| 11:36:44 | 17 | PROSPECTIVE JUROR:  Divorced. |
| 11:36:46 | 18 | THE COURT:  How long you been divorced? |
| 11:36:49 | 19 | PROSPECTIVE JUROR:  About 41 years. |
| 11:36:51 | 20 | THE COURT:  Then we don't care what he did for a |
| 11:36:53 | 21 | living, or if he didn't do anything and that's why you divorced |
| 11:36:54 | 22 | him. |
| 11:36:55 | 23 | Okay.  How about kids?  You got children? |
| 11:36:57 | 24 | PROSPECTIVE JUROR:  No.  No, sir. |
| 11:36:58 | 25 | THE COURT:  All right.  Thank you.  Pass the microphone |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:37:00   1    to your right please.
11:37:02   2              Yes, sir.  Would you face the lawyers and tell us your
11:37:03   3    name?
11:37:05   4              PROSPECTIVE JUROR:  My name is Andres Villalobos.
11:37:07   5              THE COURT:  And mr. Villalobos, what do you do for a
11:37:07   6    living?
11:37:08   7              PROSPECTIVE JUROR:  I'm a registered nurse.
11:37:10   8              THE COURT:  How long have you been a registered nurse?
11:37:11   9              PROSPECTIVE JUROR:  About four years.
11:37:14  10              THE COURT:  And what did you do before then?
11:37:16  11              PROSPECTIVE JUROR:  I was an EMT firefighter.
11:37:18  12              THE COURT:  And how long did you do that?
11:37:20  13              PROSPECTIVE JUROR:  I was a firefighter for about a
11:37:25  14    year and a half, EMT for about seven years.
11:37:27  15              THE COURT:  And what part of the community do you live
11:37:28  16    in?
11:37:28  17              PROSPECTIVE JUROR:  Kendall.
11:37:30  18              THE COURT:  How long have you lived in the Greater
11:37:32  19    Miami area?
11:37:32  20              PROSPECTIVE JUROR:  About 15 years.
11:37:33  21              THE COURT:  What is your marital status?
11:37:34  22              PROSPECTIVE JUROR:  Single.
11:37:35  23              THE COURT:  Any children?
11:37:36  24              PROSPECTIVE JUROR:  Yes.
11:37:36  25              THE COURT:  How old?
```

| | | |
|---|---|---|
| 11:37:38 | 1 | PROSPECTIVE JUROR:  Eight years old. |
| 11:37:40 | 2 | THE COURT:  Since Nike doesn't have a factor down here, |
| 11:37:43 | 3 | I bet he's not employed, is he? |
| 11:37:44 | 4 | PROSPECTIVE JUROR:  Not yet. |
| 11:37:49 | 5 | THE COURT:  Okay.  How about -- that's all.  Pass the |
| 11:37:49 | 6 | microphone. |
| 11:37:53 | 7 | Yes, sir.  Please tell us your name. |
| 11:37:59 | 8 | PROSPECTIVE JUROR:  Rafael Cavalcanti. |
| 11:38:06 | 9 | THE COURT:  Okay.  And Mr. Cavalcanti, what is your |
| 11:38:09 | 10 | occupation?  Do not press the button that turns the microphone |
| 11:38:10 | 11 | off please. |
| 11:38:11 | 12 | PROSPECTIVE JUROR:  Rafael Cavalcanti. |
| 11:38:12 | 13 | THE COURT:  And Mr. Cavalcanti, what is your |
| 11:38:13 | 14 | occupation? |
| 11:38:15 | 15 | PROSPECTIVE JUROR:  I'm a manager for high tech |
| 11:38:16 | 16 | company. |
| 11:38:18 | 17 | THE COURT:  And what company is that? |
| 11:38:19 | 18 | PROSPECTIVE JUROR:  Microsoft. |
| 11:38:21 | 19 | THE COURT:  And how long have you been doing that? |
| 11:38:21 | 20 | PROSPECTIVE JUROR:  Ten years. |
| 11:38:23 | 21 | THE COURT:  And what part of the community do you live |
| 11:38:24 | 22 | in? |
| 11:38:26 | 23 | PROSPECTIVE JUROR:  Sunny Isles Beach. |
| 11:38:28 | 24 | THE COURT:  Face them.  They're the ones that have to |
| 11:38:32 | 25 | decide.  Don't -- I don't mind your back.  No apology needed. |

| | | |
|---|---|---|
| 11:38:35 | 1 | What part of the community, you told me what is it? |
| 11:38:37 | 2 | PROSPECTIVE JUROR:  Sunny Isles Beach. |
| 11:38:39 | 3 | THE COURT:  Sunny Isles Beach.  And how long have you |
| 11:38:44 | 4 | lived in the Greater Miami area? |
| 11:38:45 | 5 | PROSPECTIVE JUROR:  Since 1999. |
| 11:38:47 | 6 | THE COURT:  What is your marital status? |
| 11:38:48 | 7 | PROSPECTIVE JUROR:  I am married. |
| 11:38:50 | 8 | THE COURT:  And does your spouse work outside the home? |
| 11:38:51 | 9 | PROSPECTIVE JUROR:  Yes. |
| 11:38:52 | 10 | THE COURT:  Doing what? |
| 11:38:53 | 11 | PROSPECTIVE JUROR:  She's a program manager. |
| 11:38:55 | 12 | THE COURT:  Where? |
| 11:38:56 | 13 | PROSPECTIVE JUROR:  Also Microsoft. |
| 11:38:57 | 14 | THE COURT:  What about children? |
| 11:38:59 | 15 | PROSPECTIVE JUROR:  No, no children. |
| 11:39:01 | 16 | THE COURT:  Okay.  Thank you.  Pass the microphone to |
| 11:39:01 | 17 | your right please. |
| 11:39:04 | 18 | Hi there.  What's your name? |
| 11:39:06 | 19 | PROSPECTIVE JUROR:  Mayda Greer. |
| 11:39:08 | 20 | THE COURT:  Ms. Greer, what is your occupation? |
| 11:39:11 | 21 | PROSPECTIVE JUROR:  I'm retired.  I used to be a |
| 11:39:12 | 22 | database administrator. |
| 11:39:14 | 23 | THE COURT:  Sorry.  You turned your head when you |
| 11:39:16 | 24 | talked and I'm getting old and I can't hear beans. |
| 11:39:18 | 25 | Tell me again? |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:39:21  1              PROSPECTIVE JUROR:  I'm retired.  I used to be a
11:39:23  2    database administrator.
11:39:25  3              THE COURT:  How long have you been retired?
11:39:26  4              PROSPECTIVE JUROR:  Six years.
11:39:28  5              THE COURT:  What part of the community do you live in?
11:39:28  6              PROSPECTIVE JUROR:  Miami Lakes.
11:39:33  7              THE COURT:  How long have you lived in the Greater
11:39:33  8    Miami area?
11:39:35  9              PROSPECTIVE JUROR:  Most of my life.
11:39:37 10              THE COURT:  How long you been divorced?
11:39:38 11              PROSPECTIVE JUROR:  30-some years.
11:39:39 12              THE COURT:  Okay.  How about children?
11:39:40 13              PROSPECTIVE JUROR:  One son.
11:39:40 14              THE COURT:  How old?
11:39:42 15              PROSPECTIVE JUROR:  37.
11:39:46 16              THE COURT:  And what does he do for a living?
11:39:47 17              PROSPECTIVE JUROR:  Chiropractor.
11:39:49 18              THE COURT:  Okay.  Thank you, ma'am.  Pass the
11:39:51 19    microphone straight back to the lady in the black sweater there.
11:39:53 20              Yes, ma'am.  Please tell us your name.
11:39:57 21              PROSPECTIVE JUROR:  Good morning.  My name is Itza
11:39:58 22    Osejo.
11:40:03 23              THE COURT:  Okay.  Ms. Osejo, what is your occupation?
11:40:08 24              PROSPECTIVE JUROR:  I'm a sales support associate in a
11:40:08 25    distributor company.
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 11:40:08 | 1 | THE COURT:  What company? |
| 11:40:09 | 2 | PROSPECTIVE JUROR:  Courage Foods, LLC. |
| 11:40:10 | 3 | THE COURT:  What do they do? |
| 11:40:13 | 4 | PROSPECTIVE JUROR:  They distribute foods and I'm |
| 11:40:16 | 5 | working in the export department. |
| 11:40:18 | 6 | THE COURT:  Okay.  How long have you been doing that? |
| 11:40:20 | 7 | PROSPECTIVE JUROR:  I've been doing this for almost |
| 11:40:20 | 8 | four years. |
| 11:40:23 | 9 | THE COURT:  And what did you do before then? |
| 11:40:25 | 10 | PROSPECTIVE JUROR:  I was in a logistics department. |
| 11:40:28 | 11 | THE COURT:  Okay.  What does that mean? |
| 11:40:30 | 12 | PROSPECTIVE JUROR:  Logistics department.  I used to |
| 11:40:36 | 13 | coordinate -- I export containers to send it to South and |
| 11:40:36 | 14 | Central America. |
| 11:40:40 | 15 | THE COURT:  Okay.  How long -- what part of the |
| 11:40:41 | 16 | community do you live in? |
| 11:40:43 | 17 | PROSPECTIVE JUROR:  Kendall. |
| 11:40:45 | 18 | THE COURT:  How long have you lived in the Greater |
| 11:40:45 | 19 | Miami area? |
| 11:40:46 | 20 | PROSPECTIVE JUROR:  19 years. |
| 11:40:47 | 21 | THE COURT:  What is your marital status? |
| 11:40:47 | 22 | PROSPECTIVE JUROR:  Divorced. |
| 11:40:49 | 23 | THE COURT:  How long you been divorced? |
| 11:40:54 | 24 | PROSPECTIVE JUROR:  I've been separated for like six |
| 11:40:55 | 25 | years and divorced four months. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:40:57 | 1 | THE COURT:  What does your former husband do for a |
| 11:40:57 | 2 | living? |
| 11:41:04 | 3 | PROSPECTIVE JUROR:  He works in as a quality control |
| 11:41:06 | 4 | associate. |
| 11:41:08 | 5 | THE COURT:  Quality control doing what? |
| 11:41:11 | 6 | PROSPECTIVE JUROR:  Checking parts for air, aircraft. |
| 11:41:13 | 7 | THE COURT:  Aircraft.  Okay.  And what about children? |
| 11:41:16 | 8 | PROSPECTIVE JUROR:  I have one nine-year-old son. |
| 11:41:18 | 9 | THE COURT:  Okay.  Thank you.  Pass the microphone to |
| 11:41:18 | 10 | your left. |
| 11:41:22 | 11 | Hi there.  What's your name? |
| 11:41:22 | 12 | PROSPECTIVE JUROR:  Good morning.  My name is Katie |
| 11:41:23 | 13 | Campos. |
| 11:41:25 | 14 | THE COURT:  And ms. Campos, what is your occupation? |
| 11:41:26 | 15 | PROSPECTIVE JUROR:  I'm a physical therapist. |
| 11:41:28 | 16 | THE COURT:  How long have you been a physical |
| 11:41:28 | 17 | therapist? |
| 11:41:28 | 18 | PROSPECTIVE JUROR:  Four years. |
| 11:41:32 | 19 | THE COURT:  Do you work for yourself or with a company? |
| 11:41:33 | 20 | PROSPECTIVE JUROR:  For a hospital. |
| 11:41:34 | 21 | THE COURT:  Pardon me? |
| 11:41:35 | 22 | PROSPECTIVE JUROR:  For a hospital. |
| 11:41:37 | 23 | THE COURT:  Okay.  And what hospital? |
| 11:41:37 | 24 | PROSPECTIVE JUROR:  University of Miami. |
| 11:41:41 | 25 | THE COURT:  Used to be Cedars of Lebanon? |

| | | |
|---|---|---|
| 11:41:42 | 1 | PROSPECTIVE JUROR:  Yes. |
| 11:41:43 | 2 | THE COURT:  Okay.  And how long have you been doing |
| 11:41:43 | 3 | that? |
| 11:41:44 | 4 | PROSPECTIVE JUROR:  Four years. |
| 11:41:48 | 5 | THE COURT:  What did you do before then? |
| 11:41:51 | 6 | PROSPECTIVE JUROR:  It's my only job I've done. |
| 11:41:54 | 7 | THE COURT:  Okay.  And what is your part of the |
| 11:41:55 | 8 | community that you live in? |
| 11:41:56 | 9 | PROSPECTIVE JUROR:  Westchester. |
| 11:41:58 | 10 | THE COURT:  How long have you lived in the Greater |
| 11:41:58 | 11 | Miami area? |
| 11:41:59 | 12 | PROSPECTIVE JUROR:  My whole life. |
| 11:42:00 | 13 | THE COURT:  What is your marital status? |
| 11:42:01 | 14 | PROSPECTIVE JUROR:  Single. |
| 11:42:01 | 15 | THE COURT:  Any children? |
| 11:42:02 | 16 | PROSPECTIVE JUROR:  No. |
| 11:42:04 | 17 | THE COURT:  Thank you, ma'am.  Pass the microphone to |
| 11:42:04 | 18 | your left. |
| 11:42:06 | 19 | Yes, sir.  Please face the lawyers and tell us your |
| 11:42:07 | 20 | name. |
| 11:42:09 | 21 | PROSPECTIVE JUROR:  My name is Christopher Miller. |
| 11:42:11 | 22 | THE COURT:  Mr. Miller, what is your occupation? |
| 11:42:14 | 23 | PROSPECTIVE JUROR:  I work for Guzman Energy, which is |
| 11:42:17 | 24 | a wholesale energy company and power provider. |
| 11:42:19 | 25 | THE COURT:  How long have you been doing that? |

```
11:42:19   1              PROSPECTIVE JUROR:  About five years.
11:42:20   2              THE COURT:  What is your function there?
11:42:23   3              PROSPECTIVE JUROR:  I'm the chief operating officer.
11:42:24   4              THE COURT:  And what part of the community do you live
11:42:25   5     in?
11:42:26   6              PROSPECTIVE JUROR:  I live in Coral Gables.
11:42:29   7              THE COURT:  How long have you lived in the Greater
11:42:29   8     Miami area?
11:42:30   9              PROSPECTIVE JUROR:  About seven years.
11:42:32  10              THE COURT:  What is your marital status?
11:42:33  11              PROSPECTIVE JUROR:  I'm married.
11:42:36  12              THE COURT:  Does your spouse work outside the home?
11:42:38  13              PROSPECTIVE JUROR:  She does as a financial officer at
11:42:39  14     a broker dealer.
11:42:40  15              THE COURT:  Okay.  And what about children?
11:42:42  16              PROSPECTIVE JUROR:  I have three children.
11:42:43  17              THE COURT:  And what are their ages?
11:42:46  18              PROSPECTIVE JUROR:  Nine -- yeah.
11:42:48  19              THE COURT:  We're going to tell them.
11:42:50  20              PROSPECTIVE JUROR:  Don't do that to me.  Nine, five
11:42:51  21     and one.
11:42:53  22              THE COURT:  Okay.  Thank you.  Pass the microphone to
11:42:53  23     your left.
11:42:57  24              Yes, ma'am.  Please tell us your name.
11:42:58  25              PROSPECTIVE JUROR:  My name is Anne Powers.
```

```
11:43:01   1              THE COURT:  And Ms. Powers, what is your occupation?
11:43:04   2              PROSPECTIVE JUROR:  I am a systems analyst for a
11:43:06   3      content management application.
11:43:10   4              THE COURT:  And systems analyst, I don't even
11:43:14   5      understand what you just said.  Tell me what this that is.
11:43:17   6              PROSPECTIVE JUROR:  I manage content management
11:43:20   7      application that stores content throughout its life cycle.
11:43:22   8              THE COURT:  Okay.  Who do you work for?
11:43:23   9              PROSPECTIVE JUROR:  Assurant.
11:43:24  10              THE COURT:  Assurant?
11:43:24  11              PROSPECTIVE JUROR:  Assurant.
11:43:26  12              THE COURT:  Okay.  And how long have you been doing
11:43:27  13      that?
11:43:29  14              PROSPECTIVE JUROR:  Nine -- for Assurant?
11:43:31  15              THE COURT:  For anybody?
11:43:31  16              PROSPECTIVE JUROR:  25 years.
11:43:34  17              THE COURT:  Okay.  And for Assurant?
11:43:35  18              PROSPECTIVE JUROR:  Nine years.
11:43:37  19              THE COURT:  Okay.  And what part of the community do
11:43:37  20      you live in?
11:43:39  21              PROSPECTIVE JUROR:  Kendall.
11:43:41  22              THE COURT:  How long have you lived in the Greater
11:43:41  23      Miami area?
11:43:41  24              PROSPECTIVE JUROR:  Nine years.
11:43:43  25              THE COURT:  What is your marital status?
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:43:43 | 1 | PROSPECTIVE JUROR:  Single. |
| 11:43:44 | 2 | THE COURT:  Any children? |
| 11:43:45 | 3 | PROSPECTIVE JUROR:  No. |
| 11:43:47 | 4 | THE COURT:  Thank you, ma'am.  Pass the microphone to |
| 11:43:53 | 5 | your left.  It's getting bad when I don't even understand what |
| 11:43:54 | 6 | the jobs are anymore. |
| 11:43:56 | 7 | Hi.  Tell us what your name is? |
| 11:43:58 | 8 | PROSPECTIVE JUROR:  My name is Dexter Wooten. |
| 11:44:00 | 9 | THE COURT:  Mr. Wooten what is your occupation? |
| 11:44:03 | 10 | PROSPECTIVE JUROR:  I work for the healthcare system at |
| 11:44:07 | 11 | Jackson Memorial Hospital and part-time at FedEx. |
| 11:44:09 | 12 | THE COURT:  All right.  And how long have been doing |
| 11:44:11 | 13 | that? |
| 11:44:11 | 14 | PROSPECTIVE JUROR:  46 years. |
| 11:44:13 | 15 | THE COURT:  And -- |
| 11:44:15 | 16 | PROSPECTIVE JUROR:  22 years at FedEx. |
| 11:44:17 | 17 | THE COURT:  What part of the community do you live in? |
| 11:44:17 | 18 | PROSPECTIVE JUROR:  Miami Gardens. |
| 11:44:20 | 19 | THE COURT:  How long have you lived in the Greater |
| 11:44:20 | 20 | Miami area? |
| 11:44:21 | 21 | PROSPECTIVE JUROR:  63 years. |
| 11:44:24 | 22 | THE COURT:  What is your marital status? |
| 11:44:24 | 23 | PROSPECTIVE JUROR:  Married. |
| 11:44:27 | 24 | THE COURT:  Does your spouse work outside the home? |
| 11:44:27 | 25 | PROSPECTIVE JUROR:  Yes. |

```
11:44:28  1              THE COURT:  Doing what?
11:44:29  2              PROSPECTIVE JUROR:  She's a school teacher.
11:44:31  3              THE COURT:  And how about children?
11:44:32  4              PROSPECTIVE JUROR:  Three.
11:44:33  5              THE COURT:  Tell us their ages.
11:44:37  6              PROSPECTIVE JUROR:  17, 39 and 39.
11:44:39  7              THE COURT:  Okay.  And can you tell us what the older
11:44:41  8     ones do for a living?
11:44:44  9              PROSPECTIVE JUROR:  The older one, he works in Boston,
11:44:45  10    he works in the hotel.
11:44:47  11             THE COURT:  Okay.  And how about the other one?
11:44:51  12             PROSPECTIVE JUROR:  She works in Atlanta, Georgia.  She
11:44:56  13    works for Hyundai -- Kia Hyundai as a contractor.
11:44:59  14             THE COURT:  And the 17-year-old is still in school?
11:45:00  15             PROSPECTIVE JUROR:  Yes, sir.
11:45:01  16             THE COURT:  Okay.  Thank you.  Pass the microphone to
11:45:03  17    your left please.
11:45:05  18             Hi there.  What's your name?
11:45:07  19             PROSPECTIVE JUROR:  Hi.  I'm Susan Connolly.
11:45:08  20             THE COURT:  And what is your occupation?
11:45:11  21             PROSPECTIVE JUROR:  I'm a pro bono leader for an
11:45:16  22    educational program for young women of color, and I spent 23
11:45:18  23    years in the technology industry.
11:45:20  24             THE COURT:  How long have you been doing the last job
11:45:21  25    you talked about?
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:45:23   1            PROSPECTIVE JUROR:  For ten years.
11:45:24   2            THE COURT:  Okay.
11:45:24   3            PROSPECTIVE JUROR:  For the nonprofit.
11:45:26   4            THE COURT:  And what part of the community do you live
11:45:27   5   in?
11:45:28   6            PROSPECTIVE JUROR:  I live in Miami Beach.
11:45:32   7            THE COURT:  How long have you lived in the Greater
11:45:32   8   Miami area?
11:45:33   9            PROSPECTIVE JUROR:  Since 1997.
11:45:35  10            THE COURT:  What is your marital status?
11:45:35  11            PROSPECTIVE JUROR:  Single.
11:45:36  12            THE COURT:  Any children?
11:45:37  13            PROSPECTIVE JUROR:  No.
11:45:39  14            THE COURT:  Thank you, ma'am.  Pass the microphone
11:45:40  15   please.
11:45:42  16            Hello.  What's your name?
11:45:45  17            PROSPECTIVE JUROR:  Hello.  My name is Dainys Gonzalez.
11:45:48  18            THE COURT:  And I'm sorry.  What is it?  Dainys
11:45:50  19   Gonzalez.  Okay.
11:45:51  20            And what is your occupation?
11:45:53  21            PROSPECTIVE JUROR:  I'm a cafeteria manager.
11:45:55  22            THE COURT:  I'm sorry.  You moved away from --
11:45:57  23            PROSPECTIVE JUROR:  Cafeteria manager.
11:46:00  24            THE COURT:  Okay.  I'm really having a problem.
11:46:02  25   Cafeteria manager.  Who do you work for?
```

| | | |
|---|---|---|
| 11:46:06 | 1 | PROSPECTIVE JUROR:  I work for Miami Sunset Senior in |
| 11:46:07 | 2 | Kendall. |
| 11:46:08 | 3 | THE COURT:  Where is that located? |
| 11:46:09 | 4 | PROSPECTIVE JUROR:  In Miami, Kendall. |
| 11:46:12 | 5 | THE COURT:  Miami Sunset.  Okay. |
| 11:46:14 | 6 | How long have you worked for the school system? |
| 11:46:15 | 7 | PROSPECTIVE JUROR:  Five years. |
| 11:46:15 | 8 | THE COURT:  Five years? |
| 11:46:20 | 9 | And what part of the community do you live in? |
| 11:46:21 | 10 | PROSPECTIVE JUROR:  In Kendall. |
| 11:46:24 | 11 | THE COURT:  How long have you lived in the Greater |
| 11:46:24 | 12 | Miami area? |
| 11:46:27 | 13 | PROSPECTIVE JUROR:  Since I get to this country, nine |
| 11:46:27 | 14 | years. |
| 11:46:32 | 15 | THE COURT:  Nine years?  What is your marital status? |
| 11:46:33 | 16 | PROSPECTIVE JUROR:  Divorced. |
| 11:46:35 | 17 | THE COURT:  How long have you been divorced? |
| 11:46:37 | 18 | PROSPECTIVE JUROR:  Seven years. |
| 11:46:41 | 19 | THE COURT:  And that's getting close.  Does he do |
| 11:46:44 | 20 | anything for a living?  Is that why you divorced him?  He |
| 11:46:47 | 21 | doesn't work?  No.  What does he do for a living? |
| 11:46:49 | 22 | PROSPECTIVE JUROR:  Who? |
| 11:46:51 | 23 | THE COURT:  Your ex-husband. |
| 11:46:52 | 24 | PROSPECTIVE JUROR:  He's a chef. |
| 11:46:53 | 25 | THE COURT:  How about children? |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:46:54 | 1 | PROSPECTIVE JUROR:  Yes, I have one. |
| 11:46:54 | 2 | THE COURT:  How old? |
| 11:46:56 | 3 | PROSPECTIVE JUROR:  Eight years. |
| 11:46:57 | 4 | THE COURT:  How old? |
| 11:46:58 | 5 | PROSPECTIVE JUROR:  Eight. |
| 11:47:01 | 6 | THE COURT:  Eight years old.  Okay.  Thank you.  Pass |
| 11:47:03 | 7 | the microphone straight back please. |
| 11:47:05 | 8 | Yes, sir.  What is your name please? |
| 11:47:05 | 9 | PROSPECTIVE JUROR:  Cary Harvey. |
| 11:47:09 | 10 | THE COURT:  And Mr. Harvey, what is your occupation? |
| 11:47:10 | 11 | PROSPECTIVE JUROR:  Program specialist. |
| 11:47:11 | 12 | THE COURT:  For whom? |
| 11:47:13 | 13 | PROSPECTIVE JUROR:  For the Miami VA. |
| 11:47:15 | 14 | THE COURT:  How long have you been doing that? |
| 11:47:16 | 15 | PROSPECTIVE JUROR:  I've been there for seven years. |
| 11:47:19 | 16 | THE COURT:  And what part of the community do you live |
| 11:47:20 | 17 | in? |
| 11:47:21 | 18 | PROSPECTIVE JUROR:  Homestead. |
| 11:47:23 | 19 | THE COURT:  How long have you lived in the Greater |
| 11:47:23 | 20 | Miami area? |
| 11:47:26 | 21 | PROSPECTIVE JUROR:  Nine years. |
| 11:47:29 | 22 | THE COURT:  And what is your marital status? |
| 11:47:29 | 23 | PROSPECTIVE JUROR:  Married. |
| 11:47:32 | 24 | THE COURT:  Does your spouse work outside the home? |
| 11:47:34 | 25 | PROSPECTIVE JUROR:  Yes, she works for the city of |

| | | |
|---|---|---|
| 11:47:34 | 1 | Homestead. |
| 11:47:36 | 2 | THE COURT:  And what does she do for the city of |
| 11:47:37 | 3 | Homestead? |
| 11:47:38 | 4 | PROSPECTIVE JUROR:  She's an administrative officer for |
| 11:47:39 | 5 | the city of Homestead. |
| 11:47:40 | 6 | THE COURT:  And how about children? |
| 11:47:43 | 7 | PROSPECTIVE JUROR:  I have four children.  Two boys, |
| 11:47:43 | 8 | two girls. |
| 11:47:46 | 9 | THE COURT:  All right.  Let's start with the oldest. |
| 11:47:48 | 10 | PROSPECTIVE JUROR:  21. |
| 11:47:49 | 11 | THE COURT:  Does he or she work? |
| 11:47:50 | 12 | PROSPECTIVE JUROR:  They're in college. |
| 11:47:52 | 13 | THE COURT:  All right.  So all of them are in school? |
| 11:47:53 | 14 | PROSPECTIVE JUROR:  Yes. |
| 11:47:54 | 15 | THE COURT:  Okay.  Thank you, sir.  Pass the |
| 11:47:55 | 16 | microphone. |
| 11:47:57 | 17 | Yes, sir.  Please tell us your name. |
| 11:48:00 | 18 | PROSPECTIVE JUROR:  Hi.  My name is Manny Prieguez. |
| 11:48:02 | 19 | THE COURT:  Mr. Prieguez, what is your occupation? |
| 11:48:05 | 20 | PROSPECTIVE JUROR:  I am a governmental consultant, |
| 11:48:06 | 21 | lobbyist. |
| 11:48:08 | 22 | THE COURT:  And how long have you been doing that? |
| 11:48:09 | 23 | PROSPECTIVE JUROR:  I've been doing that since 2004. |
| 11:48:12 | 24 | THE COURT:  And what part of the community do you live |
| 11:48:13 | 25 | in? |

| | | |
|---|---|---|
| 11:48:14 | 1 | PROSPECTIVE JUROR:  Coconut Grove. |
| 11:48:16 | 2 | THE COURT:  How long have you lived in the Greater |
| 11:48:16 | 3 | Miami area? |
| 11:48:18 | 4 | PROSPECTIVE JUROR:  My entire life. |
| 11:48:19 | 5 | THE COURT:  What is your marital status? |
| 11:48:19 | 6 | PROSPECTIVE JUROR:  I'm married. |
| 11:48:22 | 7 | THE COURT:  Does your spouse work outside the home? |
| 11:48:22 | 8 | PROSPECTIVE JUROR:  No, she does not. |
| 11:48:23 | 9 | THE COURT:  How about children? |
| 11:48:25 | 10 | PROSPECTIVE JUROR:  I have two boys, 14 and 12. |
| 11:48:27 | 11 | THE COURT:  Still in school? |
| 11:48:27 | 12 | PROSPECTIVE JUROR:  Yes. |
| 11:48:29 | 13 | THE COURT:  Got to get them working.  Pass that |
| 11:48:32 | 14 | microphone.  Hope you guys understand how doing this over and |
| 11:48:38 | 15 | over and over again makes you punchy. |
| 11:48:48 | 16 | PROSPECTIVE JUROR:  Good morning.  My name is Fernelia |
| 11:48:50 | 17 | Pierre-Louis. |
| 11:48:52 | 18 | THE COURT:  As soon as we're finished with you we're |
| 11:48:56 | 19 | going to take a short break, because Wanda asked me to and she |
| 11:48:57 | 20 | runs the courtroom. |
| 11:48:58 | 21 | What do you do for a living? |
| 11:48:59 | 22 | PROSPECTIVE JUROR:  I'm a certified nursing assistant. |
| 11:49:02 | 23 | THE COURT:  I'm sorry.  What is that? |
| 11:49:04 | 24 | PROSPECTIVE JUROR:  Certified nursing assistant. |
| 11:49:06 | 25 | THE COURT:  Certified nursing assistant.  How long have |

```
11:49:08   1    you been that?
11:49:09   2              PROSPECTIVE JUROR:  20 some years.
11:49:11   3              THE COURT:  What part of the community do you live in?
11:49:11   4              PROSPECTIVE JUROR:  North Miami.
11:49:14   5              THE COURT:  How long have you lived in the Greater
11:49:14   6    Miami area?
11:49:16   7              PROSPECTIVE JUROR:  30 some years.  34 years.
11:49:19   8              THE COURT:  What is your marital status?
11:49:19   9              PROSPECTIVE JUROR:  Married.
11:49:22  10              THE COURT:  Does your spouse work?
11:49:22  11              PROSPECTIVE JUROR:  Yes.
11:49:24  12              THE COURT:  Doing what?
11:49:24  13              PROSPECTIVE JUROR:  Construction worker.
11:49:26  14              THE COURT:  I'm sorry.  Construction work?
11:49:26  15              PROSPECTIVE JUROR:  Yes.
11:49:28  16              THE COURT:  Okay.  What about children?
11:49:29  17              PROSPECTIVE JUROR:  Three.
11:49:29  18              THE COURT:  How old?
11:49:32  19              PROSPECTIVE JUROR:  33, 29, 24.
11:49:34  20              THE COURT:  33 -- let's start with the 24-year-old.
11:49:37  21    What does the 24-year-old do for a living?
11:49:38  22              PROSPECTIVE JUROR:  He's a teacher.
11:49:40  23              THE COURT:  How about the 29-year-old?
11:49:41  24              PROSPECTIVE JUROR:  He's a doctor.
11:49:42  25              THE COURT:  How about the 33-year-old?
```

| | | |
|---|---|---|
| 11:49:43 | 1 | PROSPECTIVE JUROR:  He's another doctor. |
| 11:49:46 | 2 | THE COURT:  You did very well.  Good for you.  All |
| 11:49:49 | 3 | right.  Pass the microphone to your right please. |
| 11:49:51 | 4 | Hi there what's your name? |
| 11:49:54 | 5 | PROSPECTIVE JUROR:  Jennifer Taylor Rowe. |
| 11:49:56 | 6 | THE COURT:  What do you do for a living? |
| 11:49:59 | 7 | PROSPECTIVE JUROR:  I'm an accountant slash assistant |
| 11:50:01 | 8 | to the president of the company. |
| 11:50:03 | 9 | THE COURT:  And how long have you been doing that? |
| 11:50:04 | 10 | PROSPECTIVE JUROR:  32 years. |
| 11:50:08 | 11 | THE COURT:  What part of the community do you live in? |
| 11:50:08 | 12 | PROSPECTIVE JUROR:  Coconut Grove. |
| 11:50:11 | 13 | THE COURT:  How long have you lived in the Greater |
| 11:50:11 | 14 | Miami area? |
| 11:50:13 | 15 | PROSPECTIVE JUROR:  All my life. |
| 11:50:16 | 16 | THE COURT:  What is your marital status? |
| 11:50:16 | 17 | PROSPECTIVE JUROR:  Married. |
| 11:50:19 | 18 | THE COURT:  Does your spouse work outside the home? |
| 11:50:20 | 19 | PROSPECTIVE JUROR:  Yes, he does. |
| 11:50:21 | 20 | THE COURT:  Doing what? |
| 11:50:23 | 21 | PROSPECTIVE JUROR:  He's a self-employed general |
| 11:50:26 | 22 | contractor in Nassau, Bahamas. |
| 11:50:27 | 23 | THE COURT:  How about kids? |
| 11:50:28 | 24 | PROSPECTIVE JUROR:  Three. |
| 11:50:28 | 25 | THE COURT:  How old? |

43

```
11:50:31   1                PROSPECTIVE JUROR:  24, 23, 21.
11:50:32   2                THE COURT:  Do any of them work?
11:50:34   3                PROSPECTIVE JUROR:  The oldest work and goes to school.
11:50:37   4                THE COURT:  What does he do for a living, he or she?
11:50:41   5                PROSPECTIVE JUROR:  He works as loss prevention at two
11:50:43   6        part-time jobs and goes to school full-time.
11:50:44   7                THE COURT:  Okay.
11:50:46   8                PROSPECTIVE JUROR:  The other two are full-time in
11:50:47   9        college.
11:50:48  10                THE COURT:  Okay.  Thank you.  Pass the microphone to
11:50:52  11        your right please.  Yes, sir.  Please -- wait.  We're going to
11:50:53  12        take a short break.
11:50:58  13                Wanda, everybody stay in place?  Okay.  Wanda thinks
11:51:02  14        she mixed up one of the jurors.  Mixed up the -- so you go
11:51:05  15        figure it out.  All right?  Everybody stay in place because we
11:51:11  16        don't want to break the thought.  Might give me a break and let
11:51:15  17        me think about something else so I can get back in the groove.
11:51:18  18                (In-place recess)
11:51:20  19                THE COURT:  The logistics of this are more difficult
11:52:15  20        than you might think.  Going to push the guy off the end of the
11:52:40  21        bench?  That doesn't work.  So you did push him off the edge of
11:52:57  22        the bench.  Okay.  Now we're set?
11:53:00  23                COURTROOM DEPUTY:  Yes, I apologize.
11:53:02  24                THE COURT:  That's okay.  I love to have Wanda make
11:53:05  25        mistakes because she doesn't make mistakes, so when she does, we
```

```
11:53:07   1    can make fun of her for weeks.
11:53:10   2              Okay.  Who's next?  Please stand, face the lawyers and
11:53:11   3    tell us your name.
11:53:13   4              PROSPECTIVE JUROR:  Good morning, my name is Anthony
11:53:14   5    Tarffe.
11:53:17   6              THE COURT:  Can you speak up a little bit please?
11:53:18   7              PROSPECTIVE JUROR:  Good morning.  My name is Anthony
11:53:19   8    Tarffe.
11:53:23   9              THE COURT:  All right.  What is your occupation, sir?
11:53:27  10              PROSPECTIVE JUROR:  GI tech.
11:53:31  11              THE COURT:  I couldn't hear you.  I apologize.  GI?
11:53:32  12              PROSPECTIVE JUROR:  GI tech.
11:53:34  13              THE COURT:  What is a GI tech?  You play with little
11:53:37  14    soldiers and stuff or what?  I mean --
11:53:39  15              PROSPECTIVE JUROR:  No, we assist the doctors.
11:53:42  16              THE COURT:  When you're in an industry, it's real easy
11:53:45  17    to use abbreviations but we don't know what in the world you're
11:53:51  18    talking about.  What is a GI tech.  Gastrointestinal?
11:53:51  19              PROSPECTIVE JUROR:  Yes, sir.
11:53:53  20              THE COURT:  That's only because I'm a world-class
11:53:56  21    hypochondriac, I know all diseases.
11:53:57  22              So what does a gastrointestinal tech do?
11:53:59  23              PROSPECTIVE JUROR:  We assist the doctors during the
11:53:59  24    procedures.
11:54:00  25              THE COURT:  Okay.  And how long have you been doing
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:54:02   1    that?
11:54:03   2              PROSPECTIVE JUROR:  A little bit over three years.
11:54:04   3              THE COURT:  And where is it that you work?
11:54:05   4              PROSPECTIVE JUROR:  North Miami Beach.
11:54:10   5              THE COURT:  At what, Aventura Hospital?  Or just a
11:54:11   6    doctor's office?
11:54:13   7              PROSPECTIVE JUROR:  No.  Private doctor's office.
11:54:14   8              THE COURT:  Private doctor's office.  Okay.
11:54:18   9              And what did you do before then?
11:54:19  10              PROSPECTIVE JUROR:  Security.
11:54:22  11              THE COURT:  And how long did you do that?
11:54:23  12              PROSPECTIVE JUROR:  About 11 years.
11:54:25  13              THE COURT:  And what part of the community do you live
11:54:26  14    in?
11:54:29  15              PROSPECTIVE JUROR:  Miami Hialeah.
11:54:31  16              THE COURT:  And how long have you lived in the Greater
11:54:31  17    Miami area?
11:54:34  18              PROSPECTIVE JUROR:  30 plus years.
11:54:37  19              THE COURT:  30 plus?  Okay.  What is your marital
11:54:38  20    status?
11:54:38  21              PROSPECTIVE JUROR:  Single.
11:54:40  22              THE COURT:  Any children?
11:54:40  23              PROSPECTIVE JUROR:  Nope.
11:54:42  24              THE COURT:  Thank you.  Pass the microphone to your
11:54:44  25    right please.
```

| | | |
|---|---|---|
| 11:54:47 | 1 | Yes, ma'am.  Please tell us your name. |
| 11:54:49 | 2 | PROSPECTIVE JUROR:  Good morning.  My name is Jenny |
| 11:54:52 | 3 | Novoa. |
| 11:54:55 | 4 | THE COURT:  What is your occupation, Miss -- is it |
| 11:54:55 | 5 | Rolle? |
| 11:54:59 | 6 | PROSPECTIVE JUROR:  I work with children with autism, |
| 11:55:01 | 7 | special needs.  Teachers' aide. |
| 11:55:02 | 8 | THE COURT:  How long have you been doing that? |
| 11:55:04 | 9 | PROSPECTIVE JUROR:  I think like 15 years. |
| 11:55:08 | 10 | THE COURT:  And what part of the part of the community |
| 11:55:09 | 11 | do you live in? |
| 11:55:11 | 12 | PROSPECTIVE JUROR:  Kendall. |
| 11:55:13 | 13 | THE COURT:  How long have you lived Greater Miami area? |
| 11:55:14 | 14 | PROSPECTIVE JUROR:  25 years. |
| 11:55:15 | 15 | THE COURT:  What is your marital status? |
| 11:55:15 | 16 | PROSPECTIVE JUROR:  I'm married. |
| 11:55:17 | 17 | THE COURT:  Does your spouse work outside the home? |
| 11:55:18 | 18 | PROSPECTIVE JUROR:  Yes. |
| 11:55:19 | 19 | THE COURT:  And what does he do? |
| 11:55:21 | 20 | PROSPECTIVE JUROR:  He is a UPS driver. |
| 11:55:24 | 21 | THE COURT:  And what -- I'm sorry.  What about |
| 11:55:24 | 22 | children? |
| 11:55:25 | 23 | PROSPECTIVE JUROR:  I have two daughters. |
| 11:55:26 | 24 | THE COURT:  How old? |
| 11:55:30 | 25 | PROSPECTIVE JUROR:  27 and 23. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:55:33   1              THE COURT:  What do they do for a living?
11:55:37   2              PROSPECTIVE JUROR:  The oldest one, she's in UCF and
11:55:41   3         the other one is working.
11:55:43   4              THE COURT:  Doing what?
11:55:48   5              PROSPECTIVE JUROR:  She works for a law firm as a
11:55:55   6         clerical, and she's trying to take the test LSAT, I guess, for
11:55:57   7         become a lawyer.
11:55:58   8              THE COURT:  She wants to become a lawyer?
11:55:59   9              PROSPECTIVE JUROR:  Yes, sir.
11:56:02  10              THE COURT:  Tell her not to.
11:56:02  11              PROSPECTIVE JUROR:  Yeah.
11:56:05  12              THE COURT:  It's not as glamorous as it appears.
11:56:08  13         There's just a few of us like the people that are in here that
11:56:14  14         are glamorous.  The rest of them very humdrum.  Okay.  All
11:56:14  15         right.  Thank you.
11:56:16  16              Pass the microphone to your right please.
11:56:18  17              Yes, sir.  Please tell us your name?
11:56:20  18              PROSPECTIVE JUROR:  Good morning.  My name is Phillip
11:56:20  19         Aman.
11:56:24  20              THE COURT:  And Mr. Aman, what is your occupation?
11:56:26  21              PROSPECTIVE JUROR:  I'm in commercial banking.
11:56:29  22              THE COURT:  How long have you been doing that?
11:56:30  23              PROSPECTIVE JUROR:  30 years.
11:56:33  24              THE COURT:  What do you work for?
11:56:34  25              PROSPECTIVE JUROR:  Wells Fargo.
```

| | | |
|---|---|---|
| 11:56:37 | 1 | THE COURT:  And why is Wells Fargo calling me all hours |
| 11:56:39 | 2 | of the day and night telling me -- I don't even have a Wells |
| 11:56:40 | 3 | Fargo account. |
| 11:56:41 | 4 | PROSPECTIVE JUROR:  I didn't want to answer that |
| 11:56:43 | 5 | question. |
| 11:56:45 | 6 | THE COURT:  I don't -- you know, I don't know how these |
| 11:56:49 | 7 | robo callers make a living, but they do.  Obviously they do. |
| 11:56:51 | 8 | Tell me what part of the community you live in? |
| 11:56:53 | 9 | PROSPECTIVE JUROR:  Brickell. |
| 11:56:54 | 10 | THE COURT:  How long have you lived in the Greater |
| 11:56:54 | 11 | Miami area? |
| 11:56:57 | 12 | PROSPECTIVE JUROR:  To include Fort Lauderdale, for 20 |
| 11:56:57 | 13 | years. |
| 11:56:59 | 14 | THE COURT:  And what is your marital status? |
| 11:57:01 | 15 | PROSPECTIVE JUROR:  I live with my partner. |
| 11:57:03 | 16 | THE COURT:  And does your partner work outside the |
| 11:57:04 | 17 | home? |
| 11:57:04 | 18 | PROSPECTIVE JUROR:  Yes. |
| 11:57:05 | 19 | THE COURT:  Doing what? |
| 11:57:10 | 20 | PROSPECTIVE JUROR:  A surgeon.  A doctor. |
| 11:57:11 | 21 | THE COURT:  Okay.  Surgeon.  Okay.  What about |
| 11:57:11 | 22 | children? |
| 11:57:12 | 23 | PROSPECTIVE JUROR:  No kids. |
| 11:57:14 | 24 | THE COURT:  Okay.  Thank you.  Pass the microphone to |
| 11:57:15 | 25 | your right please. |

```
11:57:17    1              Hi there.  What's your name?
11:57:21    2              PROSPECTIVE JUROR:  Good morning.  My name is Pierre
11:57:21    3    Gonzalez.
11:57:22    4              THE COURT:  And Mr. Gonzalez, what is your occupation?
11:57:24    5              PROSPECTIVE JUROR:  I'm a registered nurse.
11:57:25    6              THE COURT:  And how long have you been a registered
11:57:26    7    nurse?
11:57:28    8              PROSPECTIVE JUROR:  About six years now.
11:57:29    9              THE COURT:  And what part of the community do you live
11:57:30   10    in?
11:57:31   11              PROSPECTIVE JUROR:  North Miami.
11:57:34   12              THE COURT:  How long have you lived in the Greater
11:57:34   13    Miami area?
11:57:37   14              PROSPECTIVE JUROR:  About 24 years plus.
11:57:38   15              THE COURT:  What is your marital status?
11:57:39   16              PROSPECTIVE JUROR:  Single.
11:57:40   17              THE COURT:  Any children?
11:57:41   18              PROSPECTIVE JUROR:  None.
11:57:43   19              THE COURT:  Thank you.  Pass the microphone please.
11:57:46   20              Yes, sir.  Please tell us your name.
11:57:49   21              PROSPECTIVE JUROR:  Good morning.  I'm Manuel Lopez.
11:57:52   22              THE COURT:  Mr. Lopez, what is your occupation?
11:57:53   23              PROSPECTIVE JUROR:  During the day, I'm a full-time
11:57:58   24    armed guard.  At night, I'm a part-time tester.
11:58:00   25              THE COURT:  I thought you were going to tell me at
```

11:58:05   1    night you were a super hero.  That's only in the comics.

11:58:08   2            Okay.  What is the part-time tester?  What do you do as

11:58:10   3    a tester?

11:58:13   4            PROSPECTIVE JUROR:  I supervise all the tests that

11:58:16   5    happen in the main school and all the Saturday schools that we

11:58:17   6    have.

11:58:18   7            THE COURT:  Okay.  You mean like examinations?

11:58:19   8            PROSPECTIVE JUROR:  Correct.

11:58:21   9            THE COURT:  Okay.  And how long have you been doing

11:58:25  10    either of those things.  Tell me about the --

11:58:27  11            PROSPECTIVE JUROR:  The part-time, I've been doing it

11:58:31  12    for four years and then the full-time armed guard, I've been

11:58:33  13    doing it since March.

11:58:35  14            THE COURT:  Okay.  What did do you before then?

11:58:38  15            PROSPECTIVE JUROR:  I was a security guard at

11:58:39  16    Miami-Dade College.

11:58:42  17            THE COURT:  Miami-Dade Public Schools?

11:58:42  18            PROSPECTIVE JUROR:  Miami-Dade College.

11:58:45  19            THE COURT:  Miami-Dade College.  Okay.  How long did

11:58:46  20    you do that?

11:58:47  21            PROSPECTIVE JUROR:  For a year.

11:58:48  22            THE COURT:  What did you do before then?

11:58:50  23            PROSPECTIVE JUROR:  I was a full-time student.

11:58:52  24            THE COURT:  Okay.  And what part of the community do

11:58:53  25    you live in?

| | | |
|---|---|---|
| 11:58:55 | 1 | PROSPECTIVE JUROR:  I just moved to West Hialeah. |
| 11:58:58 | 2 | THE COURT:  And how long have you lived in the Greater |
| 11:58:59 | 3 | Miami area? |
| 11:59:00 | 4 | PROSPECTIVE JUROR:  My whole life. |
| 11:59:01 | 5 | THE COURT:  What is your marital status? |
| 11:59:01 | 6 | PROSPECTIVE JUROR:  Single. |
| 11:59:02 | 7 | THE COURT:  Any children? |
| 11:59:03 | 8 | PROSPECTIVE JUROR:  No. |
| 11:59:05 | 9 | THE COURT:  Thank you very much.  Please give the court |
| 11:59:09 | 10 | security officer the microphone to give to the next person. |
| 11:59:14 | 11 | Hi.  What's your name? |
| 11:59:16 | 12 | PROSPECTIVE JUROR:  My name is Paulina Picciano. |
| 11:59:19 | 13 | THE COURT:  What is your occupation, Ms. Picciano? |
| 11:59:20 | 14 | THE COURT:  I'm a student. |
| 11:59:21 | 15 | THE COURT:  Where are you a student? |
| 11:59:23 | 16 | PROSPECTIVE JUROR:  For an organization called the |
| 11:59:27 | 17 | Association for Research into Crimes against Art. |
| 11:59:28 | 18 | THE COURT:  Crimes against Art? |
| 11:59:29 | 19 | PROSPECTIVE JUROR:  Yeah. |
| 11:59:31 | 20 | THE COURT:  How long have you been doing that? |
| 11:59:32 | 21 | PROSPECTIVE JUROR:  Since May. |
| 11:59:34 | 22 | THE COURT:  And what did you do before then? |
| 11:59:36 | 23 | PROSPECTIVE JUROR:  I was a waitress and a student |
| 11:59:37 | 24 | before that. |
| 11:59:39 | 25 | THE COURT:  Okay.  And what part of the community do |

| | | |
|---|---|---|
| 11:59:40 | 1 | you live in? |
| 11:59:41 | 2 | PROSPECTIVE JUROR:  Coral Gables. |
| 11:59:43 | 3 | THE COURT:  How long have you lived in the Greater |
| 11:59:43 | 4 | Miami area? |
| 11:59:46 | 5 | PROSPECTIVE JUROR:  My whole life. |
| 11:59:47 | 6 | THE COURT:  What is your marital status? |
| 11:59:47 | 7 | PROSPECTIVE JUROR:  Single. |
| 11:59:48 | 8 | THE COURT:  Any children? |
| 11:59:49 | 9 | PROSPECTIVE JUROR:  No. |
| 11:59:51 | 10 | THE COURT:  Thank you.  Pass the microphone please. |
| 11:59:53 | 11 | Hi there.  What's your name? |
| 11:59:54 | 12 | PROSPECTIVE JUROR:  Good morning.  My name is Judith |
| 11:59:55 | 13 | Gonzalez. |
| 11:59:56 | 14 | THE COURT:  And Ms. Gonzalez, what is your occupation? |
| 11:59:58 | 15 | PROSPECTIVE JUROR:  I work for Acosta Sales and |
| 12:00:01 | 16 | Marketing.  I do retail. |
| 12:00:03 | 17 | THE COURT:  Retail what?  What do they sell? |
| 12:00:05 | 18 | PROSPECTIVE JUROR:  We don't sell.  We make sure our |
| 12:00:09 | 19 | clients are in stock and bring out the new items to shelf. |
| 12:00:11 | 20 | THE COURT:  Okay.  So you get involved in making sure |
| 12:00:14 | 21 | that the retailers have stuff to sell. |
| 12:00:14 | 22 | PROSPECTIVE JUROR:  That's correct. |
| 12:00:16 | 23 | THE COURT:  What products? |
| 12:00:20 | 24 | PROSPECTIVE JUROR:  We do from Ballpark to -- basically |
| 12:00:31 | 25 | anything that's like -- sorry.  I apologize.  Ballpark, we do |

```
12:00:33   1    Hormel as well, we do --
12:00:35   2           THE COURT:  Hormel is the meat people.  That's all I
12:00:35   3    need.
12:00:35   4           PROSPECTIVE JUROR:  Yes.
12:00:37   5           THE COURT:  Okay.  I got a general idea.  That's all I
12:00:39   6    need.  How long have you been doing that?
12:00:39   7           PROSPECTIVE JUROR:  Five years.
12:00:41   8           THE COURT:  And what part of the community do you live
12:00:42   9    in?
12:00:43   10          PROSPECTIVE JUROR:  Cutler Ridge.
12:00:46   11          THE COURT:  How long have you lived in the Greater
12:00:46   12   Miami area?
12:00:47   13          PROSPECTIVE JUROR:  30 years.
12:00:48   14          THE COURT:  What your marital status?
12:00:48   15          PROSPECTIVE JUROR:  Divorced.
12:00:50   16          THE COURT:  How long have you been divorced?
12:00:51   17          PROSPECTIVE JUROR:  14.
12:00:52   18          THE COURT:  So we don't care.
12:00:53   19          How about kids?
12:00:53   20          PROSPECTIVE JUROR:  One.
12:00:53   21          THE COURT:  How old?
12:00:54   22          PROSPECTIVE JUROR:  16.
12:00:56   23          THE COURT:  Okay.  Still in school.
12:00:57   24          PROSPECTIVE JUROR:  Yes.
12:00:59   25          THE COURT:  Get them out working.  Thank you.  Pass the
```

| | | |
|---|---|---|
| 12:00:59 | 1 | microphone. |
| 12:01:01 | 2 | Hi there.  What's your name? |
| 12:01:02 | 3 | PROSPECTIVE JUROR:  My name is Jennifer Gonzalez. |
| 12:01:06 | 4 | THE COURT:  Too many Gonzalezes.  What are we doing |
| 12:01:06 | 5 | there? |
| 12:01:09 | 6 | PROSPECTIVE JUROR:  Very popular name. |
| 12:01:09 | 7 | THE COURT:  Yeah.  There's no Martinezes and too many |
| 12:01:09 | 8 | Gonzalezes. |
| 12:01:11 | 9 | Okay.  Tell me what do you do for a living. |
| 12:01:13 | 10 | PROSPECTIVE JUROR:  I'm an HR representative at a |
| 12:01:14 | 11 | hospital. |
| 12:01:16 | 12 | THE COURT:  And which hospital? |
| 12:01:17 | 13 | PROSPECTIVE JUROR:  Nicklaus Children's. |
| 12:01:18 | 14 | THE COURT:  How long have you been doing that? |
| 12:01:20 | 15 | PROSPECTIVE JUROR:  So that position I've been doing it |
| 12:01:24 | 16 | for two years.  I was a registrar at the same hospital for |
| 12:01:24 | 17 | eight. |
| 12:01:28 | 18 | THE COURT:  Okay.  And what about part of the community |
| 12:01:30 | 19 | that you live in? |
| 12:01:31 | 20 | PROSPECTIVE JUROR:  West Kendall. |
| 12:01:33 | 21 | THE COURT:  How long have you lived in the Greater |
| 12:01:33 | 22 | Miami area. |
| 12:01:34 | 23 | PROSPECTIVE JUROR:  15 years. |
| 12:01:35 | 24 | THE COURT:  What is your marital status? |
| 12:01:35 | 25 | PROSPECTIVE JUROR:  Married. |

```
12:01:39   1              THE COURT:  Does your spouse work outside the home?
12:01:39   2              PROSPECTIVE JUROR:  Yes, he does.
12:01:41   3              THE COURT:  What does he do?
12:01:42   4              PROSPECTIVE JUROR:  He's a registered nurse.
12:01:43   5              THE COURT:  What about children?
12:01:44   6              PROSPECTIVE JUROR:  Two.
12:01:44   7              THE COURT:  How old?
12:01:45   8              PROSPECTIVE JUROR:  Six and three.
12:01:47   9              THE COURT:  Get them working.  Thank you.  Pass the
12:01:48  10   microphone please.
12:01:50  11              Yes, sir.  Please tell us your name.
12:01:51  12              PROSPECTIVE JUROR:  Luis Miranda.
12:01:54  13              THE COURT:  And Mr. Miranda, what is your occupation?
12:01:58  14              PROSPECTIVE JUROR:  I'm a neonatologist pediatrician,
12:01:58  15   specializing in newborns.
12:02:00  16              THE COURT:  And how long have you been doing that?
12:02:01  17              PROSPECTIVE JUROR:  Seven years.
12:02:02  18              THE COURT:  What part of the community do you live in?
12:02:02  19              PROSPECTIVE JUROR:  Coral Gables.
12:02:05  20              THE COURT:  How long have you lived in the Greater
12:02:05  21   Miami area?
12:02:06  22              PROSPECTIVE JUROR:  15 years.
12:02:07  23              THE COURT:  What is your marital status?
12:02:07  24              PROSPECTIVE JUROR:  Married.
12:02:10  25              THE COURT:  Does your spouse work outside the home?
```

| | | |
|---|---|---|
| 12:02:12 | 1 | PROSPECTIVE JUROR:  She does.  She's a pediatric nurse |
| 12:02:14 | 2 | practitioner. |
| 12:02:16 | 3 | THE COURT:  What about kids? |
| 12:02:18 | 4 | PROSPECTIVE JUROR:  Two kids, one on the way. |
| 12:02:20 | 5 | THE COURT:  How old are the kids that are already here? |
| 12:02:21 | 6 | PROSPECTIVE JUROR:  Nine and seven. |
| 12:02:23 | 7 | THE COURT:  Thank you.  Pass the microphone please. |
| 12:02:25 | 8 | Yes, sir.  Please tell us your name. |
| 12:02:27 | 9 | PROSPECTIVE JUROR:  Good morning.  My name is Ariel |
| 12:02:28 | 10 | Ramirez. |
| 12:02:30 | 11 | THE COURT:  And mr. Ramirez, what is your occupation? |
| 12:02:33 | 12 | PROSPECTIVE JUROR:  Logistics coordinator for an |
| 12:02:35 | 13 | aircraft parts broker. |
| 12:02:36 | 14 | THE COURT:  All right.  How long have you been doing |
| 12:02:38 | 15 | that? |
| 12:02:39 | 16 | PROSPECTIVE JUROR:  Six months. |
| 12:02:41 | 17 | THE COURT:  What does a logistics coordinator do? |
| 12:02:45 | 18 | Arrange to make sure the plane's where it's supposed to be? |
| 12:02:46 | 19 | PROSPECTIVE JUROR:  Well, I do a little bit more.  I |
| 12:02:49 | 20 | also do quality inspection of aircraft parts. |
| 12:02:52 | 21 | THE COURT:  Okay.  How long did you say you've been |
| 12:02:53 | 22 | doing that? |
| 12:02:54 | 23 | PROSPECTIVE JUROR:  For about six months. |
| 12:02:56 | 24 | THE COURT:  What did you do before then? |
| 12:02:58 | 25 | PROSPECTIVE JUROR:  Photography.  Car photography for |

```
12:03:00   1    dealerships.
12:03:01   2              THE COURT:  Okay.
12:03:02   3              PROSPECTIVE JUROR:  Inventory management.
12:03:04   4              THE COURT:  How long did you do that?
12:03:06   5              PROSPECTIVE JUROR:  For about seven, eight years.
12:03:07   6              THE COURT:  And what part of the community do you live
12:03:08   7    in?
12:03:09   8              PROSPECTIVE JUROR:  Westchester.
12:03:11   9              THE COURT:  How long have you lived in the Greater
12:03:11  10    Miami area?
12:03:12  11              PROSPECTIVE JUROR:  15 years.
12:03:15  12              THE COURT:  What is your marital status?
12:03:16  13              PROSPECTIVE JUROR:  Single.
12:03:16  14              THE COURT:  Any children?
12:03:18  15              PROSPECTIVE JUROR:  No kids.
12:03:19  16              THE COURT:  Thank you.  Pass the microphone to your
12:03:19  17    right.
12:03:21  18              Yes, ma'am.  Please tell us your name.
12:03:23  19              PROSPECTIVE JUROR:  Hi.  I'm Vanessa Guzzi.  I'm an
12:03:26  20    attorney, but for the past 15 years I've been a professor of
12:03:28  21    business law at the University of Miami.
12:03:30  22              THE COURT:  Okay.  What part of the community do you
12:03:31  23    live in?
12:03:31  24              PROSPECTIVE JUROR:  Coral Gables.
12:03:36  25              THE COURT:  How long have you lived in the Greater
```

```
12:03:36   1    Miami area?
12:03:37   2           PROSPECTIVE JUROR:  46 years.
12:03:39   3           THE COURT:  What is your marital status?
12:03:39   4           PROSPECTIVE JUROR:  Married.
12:03:41   5           THE COURT:  Does your spouse work outside the home?
12:03:42   6           PROSPECTIVE JUROR:  He does.
12:03:42   7           THE COURT:  Does he?
12:03:44   8           PROSPECTIVE JUROR:  He does work, yes.
12:03:45   9           THE COURT:  What does he do?
12:03:46  10           PROSPECTIVE JUROR:  He's an attorney.  He's a partner
12:03:49  11    Akerman Senterfitt.
12:03:50  12           THE COURT:  How about children?
12:03:52  13           PROSPECTIVE JUROR:  I have one, a boy.
12:03:52  14           THE COURT:  How old?
12:03:53  15           PROSPECTIVE JUROR:  16.
12:03:55  16           THE COURT:  Okay.  Still in school, I bet.
12:03:55  17           PROSPECTIVE JUROR:  Yes.
12:03:57  18           THE COURT:  Okay.  Thank you.  Pass the microphone
12:03:59  19    straight back.
12:04:01  20           Yes, sir.  Please tell us your name now that Wanda has
12:04:03  21    you in the right place.
12:04:05  22           PROSPECTIVE JUROR:  Hi.  Arturo Garcia.
12:04:07  23           THE COURT:  Mr. Garcia, what is your occupation?
12:04:09  24           PROSPECTIVE JUROR:  I'm a technical director at a
12:04:09  25    theater.
```

```
12:04:10   1              THE COURT:  What theater?

12:04:12   2              PROSPECTIVE JUROR:  Miami Theater Center.

12:04:14   3              THE COURT:  Where is that?

12:04:14   4              PROSPECTIVE JUROR:  Miami Shores.

12:04:18   5              THE COURT:  That's the one up like 103rd or 95th?

12:04:21   6    Yeah.  Used to go there when it was The Shores, wasn't it?

12:04:23   7              PROSPECTIVE JUROR:  No, they've changed it a few times

12:04:23   8    over.

12:04:26   9              THE COURT:  Okay.  And what part of the community do

12:04:29  10    you live in?  I'm sorry.  How long have you been doing that?

12:04:29  11              PROSPECTIVE JUROR:  Five years.

12:04:32  12              THE COURT:  What part of the community do you live in?

12:04:34  13              PROSPECTIVE JUROR:  I believe it's Liberty City.

12:04:36  14              THE COURT:  How long have you lived in the Greater

12:04:36  15    Miami area?

12:04:38  16              PROSPECTIVE JUROR:  Ten years this August.

12:04:42  17              THE COURT:  And what is your marital status?

12:04:42  18              PROSPECTIVE JUROR:  Single.

12:04:43  19              THE COURT:  Any children?

12:04:43  20              PROSPECTIVE JUROR:  No.

12:04:45  21              THE COURT:  Thank you, sir.  Pass the microphone to

12:04:45  22    your left.

12:04:47  23              Yes, sir.  Please tell us your name.

12:04:49  24              PROSPECTIVE JUROR:  My name is Rodney Joseph.

12:04:51  25              THE COURT:  My goodness, you've got a nice voice.  What
```

```
12:04:55   1    do you do besides singing?  What do you do for a living?
12:04:58   2             PROSPECTIVE JUROR:  I'm a Starbucks supervisor and
12:04:58   3    student.
12:05:02   4             THE COURT:  Okay.  And which Starbucks do you supervise
12:05:04   5    at?
12:05:05   6             PROSPECTIVE JUROR:  The one at Bayside.
12:05:07   7             THE COURT:  Never been in that one.  I don't drink
12:05:11   8    coffee, but my wife does and my dog loves to sit outside and
12:05:13   9    watch people.
12:05:15  10             How long have you been doing that?
12:05:15  11             PROSPECTIVE JUROR:  About a year now.
12:05:17  12             THE COURT:  What did you do before then?
12:05:22  13             PROSPECTIVE JUROR:  I was a supervisor at a small
12:05:25  14    yogurt shop while I was in school.
12:05:26  15             THE COURT:  How long did you do that?
12:05:26  16             PROSPECTIVE JUROR:  Eight months.
12:05:27  17             THE COURT:  And before that a student?
12:05:28  18             PROSPECTIVE JUROR:  Yeah.
12:05:30  19             THE COURT:  What part of the community do you live in?
12:05:30  20             PROSPECTIVE JUROR:  Little Haiti.
12:05:33  21             THE COURT:  How long have you lived in the Greater
12:05:33  22    Miami area?
12:05:35  23             PROSPECTIVE JUROR:  My entire life.
12:05:36  24             THE COURT:  What is your marital status?
12:05:38  25             PROSPECTIVE JUROR:  Single.
```

```
12:05:39  1              THE COURT:  Any children?

12:05:40  2              PROSPECTIVE JUROR:  No.

12:05:41  3              THE COURT:  Thank you, sir.  Pass the microphone to

12:05:41  4    your left.

12:05:45  5              Hello.  What's your name?

12:05:47  6              PROSPECTIVE JUROR:  My name is Silvia Parada.

12:05:50  7              THE COURT:  Mr. Parada, what is your occupation?

12:05:52  8              PROSPECTIVE JUROR:  I'm a restaurant server at the

12:05:56  9    Intercontinental Doral in --

12:05:57 10              THE COURT:  In Doral?

12:05:59 11              PROSPECTIVE JUROR:  In Doral.

12:06:01 12              THE COURT:  And how long have you been doing that?

12:06:01 13              PROSPECTIVE JUROR:  For the last ten years.

12:06:05 14              THE COURT:  What exactly is a resident server?  Tell me

12:06:07 15    what that is?

12:06:07 16              PROSPECTIVE JUROR:  Restaurant server.

12:06:11 17              THE COURT:  I'm sorry.  I misheard you.  I thought you

12:06:11 18    said resident server and I didn't know what that was.  I'm

12:06:12 19    curious.

12:06:16 20              And how long have you been doing that?

12:06:20 21              PROSPECTIVE JUROR:  For my last ten years before I used

12:06:23 22    to be a manager at the Sonesta Hotel.

12:06:26 23              THE COURT:  All right.  So what part of the community

12:06:26 24    do you live in?

12:06:29 25              PROSPECTIVE JUROR:  In Kendall.
```

```
12:06:30   1              THE COURT:  How long have you lived in the Greater
12:06:30   2    Miami area?
12:06:31   3              PROSPECTIVE JUROR:  For the last 30 years.
12:06:32   4              THE COURT:  What is your marital status?
12:06:32   5              PROSPECTIVE JUROR:  Married.
12:06:35   6              THE COURT:  Does your spouse work outside the home?
12:06:35   7              PROSPECTIVE JUROR:  Yes.
12:06:36   8              THE COURT:  Doing what?
12:06:37   9              PROSPECTIVE JUROR:  He's a truck driver.
12:06:38  10              THE COURT:  And how about children?
12:06:39  11              PROSPECTIVE JUROR:  Two.
12:06:39  12              THE COURT:  How old?
12:06:42  13              PROSPECTIVE JUROR:  26 and 23.
12:06:47  14              THE COURT:  Okay.  And are either of them employed?
12:06:49  15              PROSPECTIVE JUROR:  The older one is surgical
12:06:49  16    coordinator.
12:06:51  17              THE COURT:  Okay.  Where?
12:06:53  18              PROSPECTIVE JUROR:  At the woman's center.
12:06:55  19              THE COURT:  Okay.  Thank you.  Pass the microphone to
12:06:57  20    your left please.
12:06:59  21              Yes, sir.  Please tell us your name.
12:07:01  22              PROSPECTIVE JUROR:  Hi.  Good morning.  My name is
12:07:04  23    Rolando Suarez, Junior.
12:07:04  24              THE COURT:  And Mr. Suarez, Junior, what is your
12:07:04  25    occupation?
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
12:07:06   1            PROSPECTIVE JUROR:  I work at the Home Depot and I
12:07:11   2   volunteer at a nonprofit organization called Trans the Lines.
12:07:14   3            THE COURT:  Okay.  Which Home Depot do you work at?
12:07:17   4            PROSPECTIVE JUROR:  The one by Deerwood where the
12:07:18   5   MetroZoo is.
12:07:20   6            THE COURT:  Okay.  I never get out to there.  Yeah, the
12:07:20   7   one on 8th Street drives me crazy, because everybody takes stuff
12:07:23   8   out of the boxes and leaves the boxes open.  Drives me nuts.
12:07:24   9            PROSPECTIVE JUROR:  Mine is pretty calm.
12:07:27  10            THE COURT:  Especially that one on 8th Street is the
12:07:31  11   worst.  I've been in a lot of Home Depots and that's the worst
12:07:32  12   in the world.
12:07:34  13            Tell us how long you've been doing that?
12:07:35  14            PROSPECTIVE JUROR:  I've been working at the Home Depot
12:07:37  15   for three years, different positions.
12:07:39  16            THE COURT:  What did you do before then?
12:07:42  17            PROSPECTIVE JUROR:  I used to work maybe a couple
12:07:48  18   months for Bird Bowl as a pizza maker.
12:07:50  19            THE COURT:  Oh, pizza make.  Okay.  That was okay.
12:07:51  20   Never mind what I thought.
12:07:55  21            How about -- what did you do before then?
12:07:56  22            PROSPECTIVE JUROR:  I never had an occupation before
12:08:00  23   that.  I've just been a regular college student.  Currently I'm
12:08:01  24   going to FIU.
12:08:02  25            THE COURT:  And what part of the community do you live
```

| | | |
|---|---|---|
| 12:08:03 | 1 | in? |
| 12:08:04 | 2 | PROSPECTIVE JUROR:  Cutler Ridge. |
| 12:08:06 | 3 | THE COURT:  How long have you lived in the Greater |
| 12:08:06 | 4 | Miami area? |
| 12:08:08 | 5 | PROSPECTIVE JUROR:  My whole life. |
| 12:08:09 | 6 | THE COURT:  What is your marital status? |
| 12:08:09 | 7 | PROSPECTIVE JUROR:  Single. |
| 12:08:10 | 8 | THE COURT:  Any children? |
| 12:08:11 | 9 | PROSPECTIVE JUROR:  No. |
| 12:08:12 | 10 | THE COURT:  Thank you, sir.  Pass the microphone to |
| 12:08:12 | 11 | your left. |
| 12:08:16 | 12 | Hi there.  What's your name? |
| 12:08:17 | 13 | PROSPECTIVE JUROR:  Maria Rios. |
| 12:08:18 | 14 | THE COURT:  And Ms. Rios, what is your occupation? |
| 12:08:20 | 15 | PROSPECTIVE JUROR:  Operations manager. |
| 12:08:21 | 16 | THE COURT:  Of what? |
| 12:08:22 | 17 | PROSPECTIVE JUROR:  A jewelry store. |
| 12:08:24 | 18 | THE COURT:  And what jewelry store? |
| 12:08:25 | 19 | PROSPECTIVE JUROR:  Montica Jewelry. |
| 12:08:28 | 20 | THE COURT:  Where have that. |
| 12:08:29 | 21 | PROSPECTIVE JUROR:  Coral Gables. |
| 12:08:32 | 22 | THE COURT:  Where in Coral Gables, generally? |
| 12:08:34 | 23 | PROSPECTIVE JUROR:  500 South Dixie Highway. |
| 12:08:37 | 24 | THE COURT:  I've seen it.  I go by there. |
| 12:08:38 | 25 | How long have you been doing that? |

```
12:08:38   1              PROSPECTIVE JUROR:  Three years.
12:08:41   2              THE COURT:  What did you do before then?
12:08:41   3              PROSPECTIVE JUROR:  A spa coordinator.
12:08:43   4              THE COURT:  What does that mean?
12:08:45   5              PROSPECTIVE JUROR:  Spa coordinator.
12:08:47   6              THE COURT:  How do you coordinate spas?
12:08:49   7              PROSPECTIVE JUROR:  I tell them what to do.
12:08:52   8              THE COURT:  You tell the spas what to do?  Do they
12:08:52   9    listen?
12:08:53  10              PROSPECTIVE JUROR:  The technicians.
12:08:56  11              THE COURT:  You tell the technicians what to do.  How
12:08:58  12    long did you do that?
12:08:59  13              PROSPECTIVE JUROR:  Another three years.
12:09:01  14              THE COURT:  Okay.  And what part of the community do
12:09:03  15    you live in?
12:09:03  16              PROSPECTIVE JUROR:  Miami River.
12:09:08  17              THE COURT:  You live in the river?  No.  Where do you
12:09:08  18    live?
12:09:09  19              PROSPECTIVE JUROR:  It's the Miami River.
12:09:12  20              THE COURT:  Where more or less?  Where in the river?
12:09:14  21              PROSPECTIVE JUROR:  Closer to Brickell.
12:09:17  22              THE COURT:  Okay.  And how long have you lived in the
12:09:17  23    Greater Miami area?
12:09:19  24              PROSPECTIVE JUROR:  20 plus years.
12:09:22  25              THE COURT:  What is your marital status?
```

```
12:09:22   1              PROSPECTIVE JUROR:  Married.
12:09:24   2              THE COURT:  Does your spouse work outside the home?
12:09:24   3              PROSPECTIVE JUROR:  Yes.
12:09:26   4              THE COURT:  Doing what?
12:09:28   5              PROSPECTIVE JUROR:  Vendor distributor.
12:09:31   6              THE COURT:  What does that mean?  He's a what
12:09:31   7    distributor?
12:09:35   8              PROSPECTIVE JUROR:  Vendor.  Like Snyder's, like things
12:09:37   9    to put in Publix.
12:09:38   10             THE COURT:  Pretzels and stuff.
12:09:41   11             PROSPECTIVE JUROR:  Yes.  Pretzels and stuff.
12:09:44   12             THE COURT:  I take samples.  And I eat them as you can
12:09:45   13   tell.
12:09:45   14             How about children?
12:09:47   15             PROSPECTIVE JUROR:  Boy.
12:09:47   16             THE COURT:  How old?
12:09:49   17             PROSPECTIVE JUROR:  11.
12:09:51   18             THE COURT:  Still in school, right?
12:09:51   19             PROSPECTIVE JUROR:  Yes.
12:09:52   20             THE COURT:  Okay.  Thank you.  Pass the microphone
12:09:54   21   please.
12:09:56   22             Hello.  What's your name?
12:09:57   23             PROSPECTIVE JUROR:  Hello.  Jennifer Keedy.
12:10:00   24             THE COURT:  And Ms. Keedy, what is your occupation?
12:10:01   25             PROSPECTIVE JUROR:  I'm a physician.
```

| | | |
|---|---|---|
| 12:10:03 | 1 | THE COURT:  How long have you been a physician? |
| 12:10:04 | 2 | PROSPECTIVE JUROR:  27 years. |
| 12:10:06 | 3 | THE COURT:  What type of physician?  I'm sure a very |
| 12:10:10 | 4 | fine one, but do you have a specialty or what? |
| 12:10:12 | 5 | PROSPECTIVE JUROR:  I'm a radiologist specializing in |
| 12:10:13 | 6 | women's imaging. |
| 12:10:15 | 7 | THE COURT:  Where do you work? |
| 12:10:16 | 8 | PROSPECTIVE JUROR:  Baptist. |
| 12:10:18 | 9 | THE COURT:  How long have you been doing that?  You |
| 12:10:21 | 10 | told me already, didn't you?  I'm telling you I get punchy doing |
| 12:10:22 | 11 | this. 27 years. |
| 12:10:25 | 12 | And what part of the community do you live in? |
| 12:10:26 | 13 | PROSPECTIVE JUROR:  The Falls. |
| 12:10:28 | 14 | THE COURT:  How long have you lived in the Greater |
| 12:10:28 | 15 | Miami area? |
| 12:10:30 | 16 | PROSPECTIVE JUROR:  My whole life. |
| 12:10:31 | 17 | THE COURT:  What is your marital status? |
| 12:10:31 | 18 | PROSPECTIVE JUROR:  Married. |
| 12:10:33 | 19 | THE COURT:  Does your spouse work outside the home? |
| 12:10:36 | 20 | PROSPECTIVE JUROR:  He's a consultant from our home in |
| 12:10:37 | 21 | internet marketing. |
| 12:10:39 | 22 | THE COURT:  Okay.  What about children? |
| 12:10:41 | 23 | PROSPECTIVE JUROR:  Two, 11 and 13. |
| 12:10:43 | 24 | THE COURT:  Get them working.  Thank you.  Pass the |
| 12:10:45 | 25 | microphone straight back. |

| | | |
|---|---|---|
| 12:10:49 | 1 | Oh.  How come?  Pass it -- wait.  Pass it the other |
| 12:10:54 | 2 | way.  We got -- oh my goodness, Wanda.  You messed up. |
| 12:10:57 | 3 | Tell us your name please? |
| 12:10:59 | 4 | PROSPECTIVE JUROR:  Hi.  Good morning.  It's Rodolfo |
| 12:10:59 | 5 | Martinez. |
| 12:11:02 | 6 | THE COURT:  There's a Martinez.  I knew it.  Cousin |
| 12:11:08 | 7 | Rodolfo, I didn't recognize you.  Wait a second.  I got to find |
| 12:11:09 | 8 | you here.  There you are. |
| 12:11:11 | 9 | All right.  What is your occupation? |
| 12:11:15 | 10 | PROSPECTIVE JUROR:  I'm a utility supply specialist for |
| 12:11:16 | 11 | water and sewer. |
| 12:11:17 | 12 | THE COURT:  What does that mean? |
| 12:11:19 | 13 | PROSPECTIVE JUROR:  We receive valves and pipes for the |
| 12:11:22 | 14 | plant mechanics and the technicians there to fix the plants. |
| 12:11:24 | 15 | THE COURT:  Who do you work for? |
| 12:11:24 | 16 | PROSPECTIVE JUROR:  Miami-Dade County. |
| 12:11:28 | 17 | THE COURT:  Okay.  Your stuff is breaking all the time |
| 12:11:31 | 18 | lately.  What's going on around here?  Drive down a street and |
| 12:11:37 | 19 | it's closed because there's bad stuff bubbling up?  I guess it |
| 12:11:40 | 20 | might have helped if they had maintained it, wouldn't it?  Okay. |
| 12:11:41 | 21 | Never mind. |
| 12:11:43 | 22 | How long have you been doing that? |
| 12:11:45 | 23 | PROSPECTIVE JUROR:  11 months. |
| 12:11:46 | 24 | THE COURT:  What did you do before then? |
| 12:11:48 | 25 | PROSPECTIVE JUROR:  I was a driver license examiner |

| | | |
|---|---|---|
| 12:11:50 | 1 | with DMV for two years. |
| 12:11:51 | 2 | THE COURT:  What did you do before then? |
| 12:11:53 | 3 | PROSPECTIVE JUROR:  Before I used to work part-time |
| 12:11:57 | 4 | U-Haul, part-time Amazon Prime. |
| 12:11:58 | 5 | THE COURT:  Okay.  What part of the community do you |
| 12:11:59 | 6 | live in? |
| 12:12:00 | 7 | PROSPECTIVE JUROR:  Cutler Ridge. |
| 12:12:03 | 8 | THE COURT:  How long have you lived in the Greater |
| 12:12:03 | 9 | Miami area? |
| 12:12:04 | 10 | PROSPECTIVE JUROR:  My whole life. |
| 12:12:05 | 11 | THE COURT:  What is your marital status? |
| 12:12:05 | 12 | PROSPECTIVE JUROR:  Single. |
| 12:12:06 | 13 | THE COURT:  Any children? |
| 12:12:06 | 14 | PROSPECTIVE JUROR:  No. |
| 12:12:07 | 15 | THE COURT:  Thank you.  Pass the microphone to your |
| 12:12:09 | 16 | left please. |
| 12:12:10 | 17 | Hi there.  What's your name? |
| 12:12:11 | 18 | PROSPECTIVE JUROR:  Roman Nelson. |
| 12:12:14 | 19 | THE COURT:  Mr. Nelson, what is your occupation? |
| 12:12:17 | 20 | PROSPECTIVE JUROR:  School security monitor for |
| 12:12:18 | 21 | Miami-Dade County Public Schools. |
| 12:12:20 | 22 | THE COURT:  How long have you been doing that? |
| 12:12:20 | 23 | PROSPECTIVE JUROR:  30 years. |
| 12:12:22 | 24 | THE COURT:  What part of the community do you live in? |
| 12:12:24 | 25 | PROSPECTIVE JUROR:  I live in the Goulds area. |

```
12:12:27   1              THE COURT:  How long have you lived in the Greater
12:12:27   2     Miami area?
12:12:29   3              PROSPECTIVE JUROR:  All my life.
12:12:31   4              THE COURT:  What is your marital status?
12:12:31   5              PROSPECTIVE JUROR:  Married.
12:12:34   6              THE COURT:  Does your spouse work outside the home?
12:12:34   7              PROSPECTIVE JUROR:  Yes.
12:12:35   8              THE COURT:  Doing what?
12:12:38   9              PROSPECTIVE JUROR:  She works for Sunrise with the
12:12:38   10    disabled adults.
12:12:41   11             THE COURT:  And what about children?
12:12:43   12             PROSPECTIVE JUROR:  I have three kids.
12:12:43   13             THE COURT:  How old?
12:12:48   14             PROSPECTIVE JUROR:  Daughter, 32; son, 28 and son, 27.
12:12:50   15             THE COURT:  Let's start with the youngest, the
12:12:52   16    27-year-old son.  What does he do for a living?
12:12:53   17             PROSPECTIVE JUROR:  He's not working currently right
12:12:53   18    now.
12:12:56   19             THE COURT:  What is he not working from?  What does he
12:12:58   20    do when he does work?
12:12:59   21             PROSPECTIVE JUROR:  Last time he was working
12:13:03   22    restaurants, Dadeland, you know, on and off in Dadeland.
12:13:05   23             THE COURT:  All right.  How about the 28-year-old?
12:13:07   24             PROSPECTIVE JUROR:  He's a school teacher and he works
12:13:10   25    part-time in Raleigh, North Carolina.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
12:13:13   1              THE COURT:  How about the other one?

12:13:14   2              PROSPECTIVE JUROR:  My daughter, she works for Children

12:13:16   3      and Families in Key Largo.

12:13:17   4              THE COURT:  Okay.  Thank you.  Pass the microphone to

12:13:24   5      your left.  Is that it?  You're it?  No, there's more?

12:13:25   6              PROSPECTIVE JUROR:  Good morning.  I'm Jodline St.

12:13:28   7      Fleur.

12:13:28   8              THE COURT:  Ms. St. Fleur, how are you?

12:13:28   9              PROSPECTIVE JUROR:  Good.

12:13:30  10              THE COURT:  What do you do for a living?

12:13:31  11              PROSPECTIVE JUROR:  I work for TSA.

12:13:33  12              THE COURT:  What do you do for TSA?

12:13:35  13              PROSPECTIVE JUROR:  I'm a screener at Fort Lauderdale.

12:13:36  14              THE COURT:  How long have you been doing that?

12:13:36  15              PROSPECTIVE JUROR:  Eight years.

12:13:40  16              THE COURT:  What part of the community do you live in?

12:13:41  17              PROSPECTIVE JUROR:  West Park.

12:13:43  18              THE COURT:  Where is west Park?  Where is that

12:13:45  19      generally?

12:13:46  20              PROSPECTIVE JUROR:  Between Hollywood.

12:13:49  21              THE COURT:  Okay.  It's south of -- is it like near

12:13:51  22      Aventura?

12:13:51  23              PROSPECTIVE JUROR:  Yes.

12:13:55  24              THE COURT:  Okay.  Is it in Dade County?

12:13:58  25              PROSPECTIVE JUROR:  I just recently moved about couple
```

```
12:13:58   1    weeks ago.
12:14:00   2            THE COURT:  Okay.  So you live in Broward County?
12:14:01   3            PROSPECTIVE JUROR:  Yes.
12:14:04   4            THE COURT:  You're not eligible to sit on this jury,
12:14:10   5    I'm afraid.  You know, well, actually I'm not sure.  Well, we'll
12:14:11   6    talk about it.  Don't worry about it.
12:14:15   7            Tell me about how long have you lived in the Greater
12:14:15   8    Miami area?
12:14:15   9            PROSPECTIVE JUROR:  27 years.
12:14:17  10            THE COURT:  And what is your marital status?
12:14:18  11            PROSPECTIVE JUROR:  Single.
12:14:20  12            THE COURT:  Any children?
12:14:22  13            PROSPECTIVE JUROR:  Two girls and one on the way.
12:14:25  14            THE COURT:  Okay.  How about the girls?  How old are
12:14:26  15    they?
12:14:27  16            PROSPECTIVE JUROR:  Ten and three.
12:14:27  17            THE COURT:  Not working?
12:14:28  18            PROSPECTIVE JUROR:  No.
12:14:29  19            THE COURT:  Got to get them working.  Pass the
12:14:31  20    microphone to your left please.
12:14:33  21            Hi there.  What's your name?
12:14:37  22            PROSPECTIVE JUROR:  My name Byron Donalds.
12:14:39  23            THE COURT:  What do you do for a living, Mr. Donalds?
12:14:40  24            PROSPECTIVE JUROR:  Work for Coca-Cola.
12:14:42  25            THE COURT:  What do you do for Coca-Cola?
```

```
12:14:43   1              PROSPECTIVE JUROR:  Production.
12:14:45   2              THE COURT:  How long have you been doing that?
12:14:46   3              PROSPECTIVE JUROR:  31 years.
12:14:48   4              THE COURT:  You don't happen to know what the formula
12:14:49   5      is, do you?
12:14:51   6              PROSPECTIVE JUROR:  They won't give it to me.
12:14:53   7              THE COURT:  You should keep asking, see if you can get
12:14:53   8      it.
12:14:56   9              All right.  Tell me what part of the community you live
12:14:57  10      in?
12:14:57  11              PROSPECTIVE JUROR:  Miami Gardens.
12:14:59  12              THE COURT:  How long have you lived in the Greater
12:14:59  13      Miami area?
12:15:00  14              PROSPECTIVE JUROR:  39 years.
12:15:03  15              THE COURT:  And what is your marital status?
12:15:03  16              PROSPECTIVE JUROR:  Single.
12:15:05  17              THE COURT:  Any children?
12:15:06  18              PROSPECTIVE JUROR:  No.
12:15:07  19              THE COURT:  Thank you, sir.  Pass the microphone back
12:15:11  20      to the court security officer.  Okay.
12:15:16  21              Now I'm going to ask questions that are general; in
12:15:19  22      other words, I'm going to ask it of all of you and if you have
12:15:23  23      an answer, raise your hand and we'll pass the microphone to you.
12:15:27  24      I hope you all don't mind but I want to try to finish this
12:15:31  25      before we take a lunch break because instead of taking a lunch
```

| | |
|---|---|
| 12:15:34 | 1 |
| 12:15:38 | 2 |
| 12:15:43 | 3 |
| 12:15:46 | 4 |
| 12:15:47 | 5 |
| 12:15:53 | 6 |
| 12:15:57 | 7 |
| 12:16:01 | 8 |
| 12:16:05 | 9 |
| 12:16:07 | 10 |
| 12:16:09 | 11 |
| 12:16:10 | 12 |
| 12:16:11 | 13 |
| 12:16:17 | 14 |
| 12:16:21 | 15 |
| 12:16:23 | 16 |
| 12:16:26 | 17 |
| 12:16:29 | 18 |
| 12:16:29 | 19 |
| 12:16:30 | 20 |
| 12:16:33 | 21 |
| 12:16:35 | 22 |
| 12:16:37 | 23 |
| 12:16:39 | 24 |
| 12:16:40 | 25 |

break, I'd rather send you home if you're either selected or

even if you're not selected, get you done, so that we don't

waste the whole day.  Not that it's a waste of time, but still,

if we can get it done, it would be better to get it done.  We'll

try.

First question.  Have you previously served or are you

presently serving in the military, and I'll start with the front

row here.  Anybody then in the front row serve in the military?

All right.  The front row in the box.  Right there the one in

the middle.

Yes, sir.  Please stand up, tell the lawyers what

branch.

PROSPECTIVE JUROR:  Christopher Miller, Navy.

THE COURT:  And were you in the shore patrol?

PROSPECTIVE JUROR:  I would have been assigned a shore

patrol, but not in an official capacity.

THE COURT:  So you were not officially a member of the

shore patrol, but I do know that they assign different people to

it.

PROSPECTIVE JUROR:  Yeah.  So for example, if you have

duty while the ship is overseas, you would be assigned to the

shore patrol.  So yes, I did that.

THE COURT:  Did you ever have any disciplinary action

taken against you?

PROSPECTIVE JUROR:  Not while in the military, no.

| | | |
|---|---|---|
| 12:16:43 | 1 | THE COURT:  Okay.  Thank you.  Anybody else in the |
| 12:16:46 | 2 | front row?  Anybody in the back row of the jury box?  Here you |
| 12:16:47 | 3 | are in the corner here. |
| 12:16:53 | 4 | Yes, sir.  Please tell us your name again. |
| 12:16:54 | 5 | PROSPECTIVE JUROR:  Carey Harvey. |
| 12:16:55 | 6 | THE COURT:  What branch? |
| 12:16:56 | 7 | PROSPECTIVE JUROR:  Army. |
| 12:16:59 | 8 | THE COURT:  And were you ever in the military police in |
| 12:17:00 | 9 | the Army? |
| 12:17:00 | 10 | PROSPECTIVE JUROR:  No, sir. |
| 12:17:02 | 11 | THE COURT:  Did you ever have any disciplinary action |
| 12:17:03 | 12 | taken against you? |
| 12:17:04 | 13 | PROSPECTIVE JUROR:  No, sir. |
| 12:17:05 | 14 | THE COURT:  Thank you, sir. |
| 12:17:15 | 15 | Front row of the audience, military?  Yes, ma'am. |
| 12:17:17 | 16 | PROSPECTIVE JUROR:  Judith Gonzalez, United States |
| 12:17:18 | 17 | Army. |
| 12:17:20 | 18 | THE COURT:  Were you ever in the military police? |
| 12:17:20 | 19 | PROSPECTIVE JUROR:  No, sir. |
| 12:17:21 | 20 | THE COURT:  Did you ever have any disciplinary action |
| 12:17:23 | 21 | taken against you? |
| 12:17:24 | 22 | PROSPECTIVE JUROR:  No, sir. |
| 12:17:24 | 23 | THE COURT:  Thank you very much. |
| 12:17:27 | 24 | Anybody else out there?  Okay. |
| 12:17:29 | 25 | Next question.  We'll start with the back row in the |

```
12:17:34   1   audience.  You or any family members or friends employed --
12:17:36   2   listen to the whole question and then I'll explain it to you and
12:17:40   3   then we'll get your answer.  Are you or any family members or
12:17:45   4   close friends employed in the criminal justice system.  Criminal
12:17:48   5   justice system is like law enforcement officers, probation
12:17:52   6   officers, lawyers that deal with criminal law.  Not, you know,
12:17:58   7   civil lawyers.  As noble as that profession is, that's not what
12:18:01   8   we're talking about here.  Judges that deal with criminal law,
12:18:04   9   that sort of thing.  That's what I'm asking about.
12:18:06  10        So we'll start with the back row.  Any family members
12:18:10  11   or friends employed in the criminal justice system.  Next row
12:18:16  12   up.  Sure.  Corrections officer works.
12:18:20  13        Please tell us your name again.
12:18:21  14        PROSPECTIVE JUROR:  Roman Nelson.
12:18:23  15        THE COURT:  You have friend that are corrections
12:18:23  16   officers?
12:18:24  17        PROSPECTIVE JUROR:  My sister.
12:18:26  18        THE COURT:  Where is she a correction officer?
12:18:27  19        PROSPECTIVE JUROR:  She may be at TGK.
12:18:28  20        THE COURT:  Down here in Dade County?
12:18:29  21        PROSPECTIVE JUROR:  Yes.
12:18:31  22        THE COURT:  Is there anything about that that would
12:18:34  23   make it difficult or impossible for you to be fair and impartial
12:18:34  24   in this case?
12:18:35  25        PROSPECTIVE JUROR:  No.
```

| | |
|---|---|
| 12:18:38 | 1 |
| 12:18:39 | 2 |
| 12:18:42 | 3 |
| 12:18:43 | 4 |
| 12:18:45 | 5 |
| 12:18:47 | 6 |
| 12:18:51 | 7 |
| 12:18:55 | 8 |
| 12:18:58 | 9 |
| 12:18:59 | 10 |
| 12:19:00 | 11 |
| 12:19:03 | 12 |
| 12:19:04 | 13 |
| 12:19:07 | 14 |
| 12:19:10 | 15 |
| 12:19:10 | 16 |
| 12:19:11 | 17 |
| 12:19:16 | 18 |
| 12:19:21 | 19 |
| 12:19:22 | 20 |
| 12:19:27 | 21 |
| 12:19:27 | 22 |
| 12:19:30 | 23 |
| 12:19:31 | 24 |
| 12:19:34 | 25 |

THE COURT:  Okay.  Thank you, sir.  Anybody else?
There you are.

Yes, sir.  Please tell us your name again.

PROSPECTIVE JUROR:  Arturo Garcia.

THE COURT:  Mr. Garcia, what is your answer?

PROSPECTIVE JUROR:  My mother works for Homeland
Security.  I have a couple of friends that are police officers
in San Angelo, Texas and my brothers are --

THE COURT:  Your mother does what for Homeland
Security?

PROSPECTIVE JUROR:  She works for ICE.

THE COURT:  Okay.  Immigration and Customs Enforcement?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Does she ever talk to you about her cases?

PROSPECTIVE JUROR:  No.  She lives in Texas.  We're not
real close.

THE COURT:  Is there anything about that relationship
or the fact that you know people that are police officers in San
Angelo, Texas and your brothers you were starting to tell me?

PROSPECTIVE JUROR:  I believe my brother just got a
position as a federal attorney, district attorney in Dallas,
Texas.

THE COURT:  Okay.  Assistant United States Attorney?

PROSPECTIVE JUROR:  Something like that, yes sir.

THE COURT:  Okay.  And is there anything about any of

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | |
|---|---|
| 12:19:37 | 1 |
| 12:19:39 | 2 |
| 12:19:40 | 3 |
| 12:19:43 | 4 |
| 12:19:47 | 5 |
| 12:19:48 | 6 |
| 12:19:50 | 7 |
| 12:19:50 | 8 |
| 12:19:53 | 9 |
| 12:19:56 | 10 |
| 12:20:00 | 11 |
| 12:20:03 | 12 |
| 12:20:05 | 13 |
| 12:20:05 | 14 |
| 12:20:06 | 15 |
| 12:20:09 | 16 |
| 12:20:11 | 17 |
| 12:20:11 | 18 |
| 12:20:13 | 19 |
| 12:20:15 | 20 |
| 12:20:19 | 21 |
| 12:20:19 | 22 |
| 12:20:21 | 23 |
| 12:20:23 | 24 |
| 12:20:28 | 25 |

those relationships that would make difficult or impossible for
you to be fair and impartial in this case?

        PROSPECTIVE JUROR:  No, sir.

        THE COURT:  Okay.  Thank you.  Anybody else?  There's
somebody else in that row?  There you are.  Yes, ma'am.

        PROSPECTIVE JUROR:  My --

        THE COURT:  Tell us your name again?

        PROSPECTIVE JUROR:  My name is Silvia Parada.

        THE COURT:  What is your answer?

        PROSPECTIVE JUROR:  My husband -- my niece's husband
work for correctional in Broward.

        THE COURT:  Your niece's husband is a correctional
officer in Broward County.

        PROSPECTIVE JUROR:  In Broward County.

        THE COURT:  All right.  Is there anything about that
relationship that would make it difficult or impossible for you
to be fair and impartial in this case?

        PROSPECTIVE JUROR:  No.

        THE COURT:  Okay.  Thank you, ma'am.  Anybody else in
that row?  If not, front row.

        There you are.  Yes, sir.  Tell us your name again.

        PROSPECTIVE JUROR:  Luis Miranda.

        THE COURT:  What is your response?

        PROSPECTIVE JUROR:  Yeah, I know Judge Moreno, my
wife's uncle.  I know Rodolfo Ruiz, also is a friend of the

```
12:20:28   1    family.
12:20:30   2                THE COURT:  Okay.  So you know Judge Moreno and Judge
12:20:30   3    Ruiz.
12:20:31   4                PROSPECTIVE JUROR:  Yes.
12:20:33   5                THE COURT:  Is there anything about the fact that you
12:20:36   6    know them that would make it difficult or impossible for you to
12:20:37   7    be fair and impartial in this case?
12:20:38   8                PROSPECTIVE JUROR:  No.
12:20:41   9                THE COURT:  Okay.  Thank you, sir.  Anybody else?  All
12:20:41  10    right.
12:20:46  11                The front row here outside the jury box.  Tell us your
12:20:47  12    name again.
12:20:49  13                PROSPECTIVE JUROR:  The name is Sharon Williams.  I
12:20:54  14    have a niece that's a police officer for Opa Locka and she's a
12:20:58  15    correction officer for the main jail in Miami.
12:21:00  16                THE COURT:  All right.  So you have a niece that's a
12:21:03  17    police officer in Opa Locka.  And is the same one a corrections
12:21:04  18    officer too?
12:21:05  19                PROSPECTIVE JUROR:  Yes.  Yes.
12:21:08  20                THE COURT:  Okay.  And is there anything about that
12:21:12  21    relationship that would make it difficult or impossible for you
12:21:12  22    to be fair and impartial in this case?
12:21:13  23                PROSPECTIVE JUROR:  No, sir.
12:21:14  24                THE COURT:  All right.  Thank you, ma'am.  Anybody else
12:21:20  25    in that front row?  Anybody in the next row?  Back row?  There
```

12:21:22   1   you go.  Got two.  Go either way.

12:21:26   2         Yes, sir.  Tell us your name again and tell us what

12:21:27   3   your answer is.

12:21:30   4         PROSPECTIVE JUROR:  Manny Prieguez.  I'm friends with

12:21:36   5   Mariella who works in Judge Federico's courtroom.

12:21:38   6         THE COURT:  Judge Federico?

12:21:40   7         PROSPECTIVE JUROR:  Mariella, I think she's one of his

12:21:41   8   assistants.

12:21:44   9         THE COURT:  She's one of -- she's his career law clerk.

12:21:48  10   I call her my cousin too because her last name is Martinez now,

12:21:51  11   but my cousin-in-law.

12:21:53  12         PROSPECTIVE JUROR:  Our kids played in the same soccer

12:21:54  13   club.

12:21:56  14         THE COURT:  Okay.  Is there anything about that

12:22:00  15   relationship that would make it difficult or impossible for you

12:22:01  16   to be fair and impartial in this case?

12:22:01  17         PROSPECTIVE JUROR:  Not at all.

12:22:03  18         THE COURT:  Okay.  Thank you.  Anybody else?  Pass it

12:22:05  19   down to that end.

12:22:13  20         Yes, sir.

12:22:14  21         PROSPECTIVE JUROR:  Manuel Lopez.  I have a lot of

12:22:17  22   friends that are in Miami schools police department and

12:22:20  23   Miami-Dade Metro police.

12:22:21  24         THE COURT:  Anything about any of those relationships

12:22:24  25   that would make it difficult or impossible for you to be fair

12:22:25   1   and impartial in this case?

12:22:25   2           PROSPECTIVE JUROR:  No, sir.

12:22:27   3           THE COURT:  Okay.  Thank you, sir.  Pass the

12:22:31   4   microphone.  We'll start with the back row in the jury box in

12:22:32   5   this next question.

12:22:37   6           Have you ever applied for or sought employment in law

12:22:40   7   enforcement.  I know that you have, but go ahead.  Tell us your

12:22:41   8   name again.

12:22:43   9           PROSPECTIVE JUROR:  Manuel Lopez.

12:22:45  10           THE COURT:  And who have you applied with law

12:22:45  11   enforcement?

12:22:47  12           PROSPECTIVE JUROR:  I applied with Miami-Dade school

12:22:50  13   police department and I'm going to apply to Miami-Dade Metro

12:22:51  14   police.

12:22:54  15           THE COURT:  Okay.  Now, you understand that whatever

12:22:56  16   happens in this case has nothing to do with whether you might

12:22:59  17   get a job or might not get a job with that.  You understand this

12:23:00  18   has no connection to that?

12:23:01  19           PROSPECTIVE JUROR:  Yes, sir.

12:23:04  20           THE COURT:  Okay.  Anybody else?  Right in the middle

12:23:11  21   here.  Pass the microphone please.  Yes, sir.  Tell us your name

12:23:13  22   again.

12:23:15  23           PROSPECTIVE JUROR:  Anthony Tarffe.

12:23:16  24           THE COURT:  The microphone got turned off.

12:23:19  25           PROSPECTIVE JUROR:  Sorry.  I've got a sore throat.

```
12:23:21   1    I'm losing my voice.
12:23:24   2         THE COURT:  But I think the microphone is off.  Yeah?
12:23:25   3    Okay.
12:23:26   4         PROSPECTIVE JUROR:  For a year I did work as a
12:23:27   5    corrections officer.
12:23:30   6         THE COURT:  You worked as a corrections officer for a
12:23:37   7    year.  All right.  And is there anything about that experience
12:23:40   8    that would make it difficult or impossible for you to be fair
12:23:41   9    and impartial in this case?
12:23:42  10         PROSPECTIVE JUROR:  No, sir.
12:23:43  11         THE COURT:  Okay.  Thank you.  Pass the microphone.
12:23:50  12    All right.  Anybody in the front row of the jury box that ever
12:23:54  13    applied for or sought employment in law enforcement?  We went
12:23:59  14    that way.  Front row of the audience.  Anybody?  Next row.  Oh.
12:24:01  15    Here we go.
12:24:03  16         PROSPECTIVE JUROR:  Sharon Williams.  I worked a short
12:24:06  17    period of time for correction officer years ago.
12:24:08  18         THE COURT:  Okay.  Anything about that experience that
12:24:11  19    would make it difficult or impossible for you to be fair and
12:24:11  20    impartial in this case?
12:24:12  21         PROSPECTIVE JUROR:  No, sir.
12:24:15  22         THE COURT:  Okay.  Thank you, ma'am.  Anybody out there
12:24:18  23    ever sought employment in law enforcement?  Okay.
12:24:24  24         This one, we'll start with the front, outside row and
12:24:28  25    then go that way.  Listen to the full question before you try to
```

| | |
|---|---|
| 12:24:31 | 1 |
| 12:24:35 | 2 |
| 12:24:40 | 3 |
| 12:24:48 | 4 |
| 12:24:52 | 5 |
| 12:24:54 | 6 |
| 12:24:58 | 7 |
| 12:25:04 | 8 |
| 12:25:05 | 9 |

12:24:31  1   answer it.  Have you ever been the victim of a crime.  You or an

12:24:35  2   immediate family member.  And all we want to know is nature of

12:24:40  3   the crime, was it reported, was anyone arrested, what happened

12:24:48  4   with the case, are you generally satisfied or dissatisfied with

12:24:52  5   the way that it was treated by the court system.  We want to

12:24:54  6   know if there's something that happened that would be of such a

12:24:58  7   nature that it would be difficult for you to be fair and

12:25:04  8   impartial in this case.  You might either be real happy or be

12:25:05  9   real angry with them or vice versa.

12:25:08  10          So we'll start with the front row.  Have you ever been

12:25:12  11  the victim of a crime, you or an immediate family member front

12:25:13  12  row.  Ms. Sharon?

12:25:16  13          PROSPECTIVE JUROR:  Yes.  Sharon Williams.  I was a

12:25:17  14  victim of a crime.

12:25:19  15          THE COURT:  And what was the nature of the crime?

12:25:20  16          PROSPECTIVE JUROR:  Robbery.

12:25:22  17          THE COURT:  You were robbed?

12:25:25  18          PROSPECTIVE JUROR:  Yes.  It was in my house but --

12:25:27  19          THE COURT:  Your house was robbed.  And were you in the

12:25:27  20  house at the time?

12:25:28  21          PROSPECTIVE JUROR:  Yes.

12:25:31  22          THE COURT:  And talk into the microphone.  Okay?  And

12:25:33  23  tell me, did you report it to police?

12:25:34  24          PROSPECTIVE JUROR:  No, I didn't.

12:25:38  25          THE COURT:  And so obviously no one was arrested?

```
12:25:38   1              PROSPECTIVE JUROR:  Right.
12:25:40   2              THE COURT:  And so was there anything about that
12:25:45   3     incident that would make it difficult or impossible for you to
12:25:46   4     be fair and impartial in this case?
12:25:46   5              PROSPECTIVE JUROR:  No, it wouldn't.
12:25:48   6              THE COURT:  Okay.  Thank you, ma'am.  Anybody else in
12:25:52   7     that front row?  Yes, sir.  Face the lawyers, tell us your name.
12:25:54   8              PROSPECTIVE JUROR:  Andres Villalobos.
12:25:55   9              THE COURT:  And what's your answer?
12:25:57  10              PROSPECTIVE JUROR:  My sister was raped when she was
12:25:58  11     14.
12:25:59  12              THE COURT:  And was it reported to police?
12:26:01  13              PROSPECTIVE JUROR:  It was not.
12:26:03  14              THE COURT:  So no one was arrested?
12:26:04  15              PROSPECTIVE JUROR:  No, sir.
12:26:05  16              THE COURT:  Anything about that incident that would
12:26:08  17     make it difficult or impossible for you to be fair and impartial
12:26:08  18     in this case?
12:26:09  19              PROSPECTIVE JUROR:  No.
12:26:11  20              THE COURT:  Okay.  Thank you, sir.  Anybody else in
12:26:18  21     that front row?  Front row in the jury box, victim of a crime,
12:26:21  22     you or an immediate family member.
12:26:25  23              PROSPECTIVE JUROR:  Again Christopher Miller.  Spouse.
12:26:28  24     Sexual assault, not reported.
12:26:30  25              THE COURT:  Anything about that incident that would
```

| | |
|---|---|
| 12:26:32 | 1 |
| 12:26:32 | 2 |
| 12:26:33 | 3 |
| 12:26:35 | 4 |
| 12:26:40 | 5 |
| 12:26:42 | 6 |
| 12:26:45 | 7 |
| 12:26:47 | 8 |
| 12:26:48 | 9 |
| 12:26:49 | 10 |
| 12:26:51 | 11 |
| 12:26:52 | 12 |
| 12:26:54 | 13 |
| 12:26:54 | 14 |
| 12:26:56 | 15 |
| 12:26:59 | 16 |
| 12:27:00 | 17 |
| 12:27:01 | 18 |
| 12:27:04 | 19 |
| 12:27:04 | 20 |
| 12:27:04 | 21 |
| 12:27:08 | 22 |
| 12:27:10 | 23 |
| 12:27:11 | 24 |
| 12:27:12 | 25 |

make it difficult or impossible for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Anybody else in that row?  Anybody in the back row?  There you go.  Start at that end.  Tell us your name again.

PROSPECTIVE JUROR:  Pierre Gonzalez.  Home burglary, which was reported.

THE COURT:  Was anyone arrested?

PROSPECTIVE JUROR:  No.

THE COURT:  Were you satisfied with the way you were treated by law enforcement?

PROSPECTIVE JUROR:  Yes, law enforcement was very supportive.

THE COURT:  Okay.  Thank you, sir.  Pass the microphone to your left.  Well, excuse me.  Keep the microphone for a second.

Is there anything about that incident that would make it difficult or impossible for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  No, it wouldn't.

THE COURT:  Okay.  Thank you.  Pass the microphone.

PROSPECTIVE JUROR:  Phillip Amman.  My house was robbed.

THE COURT:  And did you report it to police?

```
12:27:16   1                    PROSPECTIVE JUROR:  It was reported; two of the four
12:27:17   2      were caught.
12:27:18   3                    THE COURT:  What happened with them?
12:27:22   4                    PROSPECTIVE JUROR:  They went to court.  They were --
12:27:25   5      one went to jail.
12:27:28   6                    THE COURT:  And is there anything about the way that it
12:27:32   7      was handled that made you either satisfied or dissatisfied or
12:27:36   8      angry or happy with the way you were treated?
12:27:37   9                    PROSPECTIVE JUROR:  No.
12:27:38  10                    THE COURT:  And is there anything about that incident
12:27:42  11      that would make it difficult or impossible for you to be fair
12:27:42  12      and impartial in this case?
12:27:43  13                    PROSPECTIVE JUROR:  No, sir.
12:27:44  14                    THE COURT:  Okay.  Thank you.  Pass the microphone to
12:27:44  15      your left.
12:27:49  16                    Yes, sir.  Tell us your name.
12:27:51  17                    PROSPECTIVE JUROR:  Anthony Tarffe.  When I was 12
12:27:53  18      years old, I was robbed at gunpoint.
12:27:55  19                    THE COURT:  You were held up at gunpoint?
12:27:56  20                    PROSPECTIVE JUROR:  Yeah.
12:27:57  21                    THE COURT:  Did you report it to police?
12:27:58  22                    PROSPECTIVE JUROR:  Yes, sir.
12:27:59  23                    THE COURT:  Was anyone arrested?
12:27:59  24                    PROSPECTIVE JUROR:  No, sir.
12:28:01  25                    THE COURT:  Were you generally satisfied or
```

```
12:28:07   1    dissatisfied with the way you were treated?  Ambivalent.
12:28:07   2    Neither.
12:28:10   3            Is there anything about that incident that would make
12:28:12   4    it difficult or impossible for you to be fair and impartial in
12:28:13   5    this case?
12:28:13   6            PROSPECTIVE JUROR:  No, sir.
12:28:14   7            THE COURT:  Okay.  Thank you.  Pass the microphone to
12:28:20   8    your left.  Anybody else?  Keep going.  All the way to the end.
12:28:24   9            Yes, ma'am.  Tell us your name.
12:28:26  10            PROSPECTIVE JUROR:  Fernelia Pierre-Louis.
12:28:28  11            THE COURT:  Is the green light on?
12:28:29  12            PROSPECTIVE JUROR:  Yes.
12:28:30  13            THE COURT:  Okay.
12:28:32  14            PROSPECTIVE JUROR:  My cousin's daughter was raped last
12:28:33  15    year.
12:28:36  16            THE COURT:  I'm sorry.  Your cousin's daughter was --
12:28:42  17            PROSPECTIVE JUROR:  She's (unintelligible).
12:28:44  18            THE COURT:  I'm really sorry, but I really cannot
12:28:45  19    understand what you're saying?
12:28:47  20            PROSPECTIVE JUROR:  My cousin's daughter get raped and
12:28:52  21    get pregnant and we find out when she's about to get the baby.
12:28:55  22            THE COURT:  Okay.  So your cousin's daughter was raped.
12:28:58  23    Was it reported to police?
12:28:59  24            PROSPECTIVE JUROR:  When she got the baby.
12:29:01  25            THE COURT:  And was it --
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

88

```
12:29:02   1              PROSPECTIVE JUROR:  Because we didn't know.
12:29:04   2              THE COURT:  Okay.  Is there anything about that case
12:29:07   3    that would make it difficult for you to be fair and impartial in
12:29:08   4    this case?
12:29:09   5              PROSPECTIVE JUROR:  I don't know.
12:29:11   6              THE COURT:  Okay.  Thank you, ma'am.  Pass the
12:29:11   7    microphone.
12:29:15   8              Yes, sir.
12:29:17   9              PROSPECTIVE JUROR:  Carey Harvey.  Victim of a robbery
12:29:19  10    in my home.
12:29:21  11              THE COURT:  And was it reported to police?
12:29:21  12              PROSPECTIVE JUROR:  Yes, sir.
12:29:23  13              THE COURT:  Was anyone arrested?
12:29:24  14              PROSPECTIVE JUROR:  No.
12:29:25  15              THE COURT:  Were you generally satisfied or
12:29:28  16    dissatisfied with the way you were treated by law enforcement?
12:29:29  17              PROSPECTIVE JUROR:  I was satisfied.
12:29:31  18              THE COURT:  And is there anything about that incident
12:29:33  19    that would make it difficult or impossible for you to be fair
12:29:34  20    and impartial in this case?
12:29:35  21              PROSPECTIVE JUROR:  No, sir.
12:29:36  22              THE COURT:  Thank you, sir.
12:29:39  23              Front row of the audience.  Victim of a crime.  You or
12:29:42  24    an immediate family member.
12:29:48  25              Next row.  We're going to have to get you your own
```

12:29:50   1    microphone.  Tell us your name again.

12:29:54   2            PROSPECTIVE JUROR:  Arturo Garcia.  Home robbery.  No

12:29:55   3    arrests, generally satisfied.

12:29:57   4            THE COURT:  All right.  Is there anything about that

12:29:59   5    incident that would make it difficult or impossible for you to

12:30:00   6    be fair and impartial in this case?

12:30:01   7            PROSPECTIVE JUROR:  No, sir.

12:30:04   8            THE COURT:  Thank you, sir.  Anybody else in that row?

12:30:06   9    Anybody in the back row?  Okay.

12:30:12  10            Next question.  Have you or any family members or close

12:30:19  11    friends ever been accused of a crime.  Back row.  Next row.  All

12:30:23  12    right.  There you go.  Tell us your name again please.

12:30:24  13            PROSPECTIVE JUROR:  Roman Nelson.

12:30:26  14            THE COURT:  What is your answer?

12:30:32  15            PROSPECTIVE JUROR:  I was accused of grand theft auto,

12:30:45  16    carrying a firearm, possession of marijuana and running from

12:30:46  17    police.

12:30:49  18            THE COURT:  Okay.  And what was the result of it?

12:30:51  19            PROSPECTIVE JUROR:  No process.

12:30:53  20            THE COURT:  And is there anything about that incident

12:30:57  21    that would make it difficult or impossible for you to be fair

12:30:57  22    and impartial in this case?

12:30:59  23            PROSPECTIVE JUROR:  I'm still hot about that.

12:31:02  24            THE COURT:  I bet you would be.  I would be too.  But

12:31:05  25    this case, to my knowledge, has nothing to do with that case.

| | | |
|---|---|---|
| 12:31:05 | 1 | PROSPECTIVE JUROR:  Yeah. |
| 12:31:07 | 2 | THE COURT:  Is there anything about that that would |
| 12:31:10 | 3 | make it difficult for you to be fair and impartial in this case? |
| 12:31:13 | 4 | PROSPECTIVE JUROR:  I didn't like the way I was |
| 12:31:15 | 5 | handled.  The whole way. |
| 12:31:19 | 6 | THE COURT:  All right.  You know, you're probably |
| 12:31:22 | 7 | absolutely right to be upset about that.  The question is would |
| 12:31:25 | 8 | you wait and see how things were handled in this case and then |
| 12:31:27 | 9 | see what happened? |
| 12:31:30 | 10 | PROSPECTIVE JUROR:  Yes, yes, yes.  Without a doubt. |
| 12:31:32 | 11 | THE COURT:  So there's nothing about that that would |
| 12:31:34 | 12 | carry over into this case, is there? |
| 12:31:34 | 13 | PROSPECTIVE JUROR:  No. |
| 12:31:36 | 14 | THE COURT:  Okay.  Thank you, sir.  Anybody else in the |
| 12:31:41 | 15 | front row, in the next row up?  Accused of a crime.  Front row. |
| 12:31:47 | 16 | Front row outside the jury box here.  Front row in the jury box. |
| 12:31:52 | 17 | There we go.  Oh, wait.  We got -- all right.  Face the lawyers, |
| 12:31:54 | 18 | tell us your name again. |
| 12:31:55 | 19 | PROSPECTIVE JUROR:  Andres Villalobos. |
| 12:31:57 | 20 | THE COURT:  What is your answer? |
| 12:32:00 | 21 | PROSPECTIVE JUROR:  Friend, sister, DUI. |
| 12:32:02 | 22 | THE COURT:  I'm sorry.  I really have -- something is |
| 12:32:06 | 23 | wrong with my microphone.  Talk to me about it. |
| 12:32:06 | 24 | PROSPECTIVE JUROR:  Driving under the influence. |
| 12:32:09 | 25 | THE COURT:  Okay.  Who was driving under the influence? |

```
12:32:11   1              PROSPECTIVE JUROR:  My sister and a friend of mine.

12:32:15   2              THE COURT:  And you know, I'm not really sure that's a

12:32:18   3    crime.  I think probably is though, so go ahead.  Is there

12:32:21   4    anything about that incident that would make it difficult or

12:32:24   5    impossible for you to be fair and impartial in this case?

12:32:24   6              PROSPECTIVE JUROR:  No, sir.

12:32:29   7              THE COURT:  Okay.  Thank you, sir.  Here we go.  Tell

12:32:30   8    us your name again please.

12:32:31   9              PROSPECTIVE JUROR:  Dexter Wooten.

12:32:34  10              THE COURT:  And what is your answer?

12:32:38  11              PROSPECTIVE JUROR:  My brother was accused of robbery.

12:32:39  12              THE COURT:  And what happened as a result of the

12:32:41  13    accusation?

12:32:42  14              PROSPECTIVE JUROR:  Well, he ended up going to jail.

12:32:44  15              THE COURT:  And is there anything about the way that

12:32:47  16    was handled or the fact that it happened that would make it

12:32:50  17    difficult or impossible for you to be fair and impartial in this

12:32:50  18    case?

12:32:51  19              PROSPECTIVE JUROR:  No.

12:32:53  20              THE COURT:  Okay.  Thank you, sir.  Pass the microphone

12:32:53  21    to your right.

12:32:58  22              Yes, ma'am.  Tell us your name again.

12:32:59  23              PROSPECTIVE JUROR:  Katie Campos.

12:33:00  24              THE COURT:  What is your answer?

12:33:02  25              PROSPECTIVE JUROR:  So I have extended family members
```

| | | |
|---|---|---|
| 12:33:05 | 1 | who were accused of crimes and served time in prison. |
| 12:33:10 | 2 | THE COURT:  All right.  And is there anything about any |
| 12:33:14 | 3 | of those that would make it difficult or impossible for you to |
| 12:33:15 | 4 | be fair and impartial in this case? |
| 12:33:15 | 5 | PROSPECTIVE JUROR:  No. |
| 12:33:18 | 6 | THE COURT:  Okay.  Thank you, ma'am.  Back row?  I'll |
| 12:33:21 | 7 | get back to you in just a second.  Let me finish with the back |
| 12:33:28 | 8 | row, anybody?  All right.  Then let's come forward here. |
| 12:33:30 | 9 | PROSPECTIVE JUROR:  I have a nephew who was accused -- |
| 12:33:31 | 10 | THE COURT:  Tell us your name again. |
| 12:33:33 | 11 | PROSPECTIVE JUROR:  Sharon Williams.  I have a nephew |
| 12:33:39 | 12 | that was accused of -- I'm going to keep it honest, he's in |
| 12:33:43 | 13 | prison, but I don't know if he was guilty or not to be honest |
| 12:33:43 | 14 | but -- |
| 12:33:44 | 15 | THE COURT:  Is there anything about -- do you know what |
| 12:33:46 | 16 | he was accused of? |
| 12:33:49 | 17 | PROSPECTIVE JUROR:  I really don't.  To be honest, I |
| 12:33:54 | 18 | really don't know.  Something, he got angry or whatever, I don't |
| 12:33:55 | 19 | know. |
| 12:33:58 | 20 | THE COURT:  But is there anything about that or the way |
| 12:34:01 | 21 | that it was handled that would make it difficult or impossible |
| 12:34:02 | 22 | for you to be fair and impartial in this case? |
| 12:34:03 | 23 | PROSPECTIVE JUROR:  No, sir. |
| 12:34:03 | 24 | THE COURT:  All right.  Thank you. |
| 12:34:06 | 25 | Now, let me explain to you all that the reason I'm |

12:34:09  1    asking you to repeat your name is that we don't know you yet.

12:34:12  2    You just got here, so we don't know your names and if you don't

12:34:16  3    tell us your name, the record is just going to show somebody

12:34:21  4    said this.  So we need to have you repeat your name even if the

12:34:23  5    microphone just goes away from you for just a second.

12:34:26  6            Anyway, okay.  Next question.  I already asked you this

12:34:30  7    earlier, so I presume that -- do any of you have any religious

12:34:34  8    or moral beliefs that preclude you from sitting in judgment of

12:34:37  9    another person or deliberating with others.  We talked about

12:34:40  10   this a little bit earlier.  This is the time to tell me rather

12:34:42  11   than before.

12:34:48  12            PROSPECTIVE JUROR:  I have a question.

12:34:49  13            THE COURT:  Yes, ma'am.

12:34:52  14            PROSPECTIVE JUROR:  Sharon Williams.  The question is

12:34:57  15   I'm religious.  Would that have anything to do with if getting

12:34:58  16   the death penalty?

12:35:01  17            THE COURT:  No.  Absolutely nothing to do with -- this

12:35:08  18   is not a death penalty case, it's not even contemplated in the

12:35:09  19   statute.

12:35:11  20            PROSPECTIVE JUROR:  Okay.  Other than that, I'm okay.

12:35:15  21            THE COURT:  Okay.  Let me ask you this question, and

12:35:18  22   please listen to the entire question before you start trying to

12:35:19  23   answer it.

12:35:23  24            Have you ever previously served on a petit jury.  And a

12:35:26  25   petit jury is a trial jury like we're doing here.  And let me

| | |
|---|---|
| 12:35:29 | 1 | explain to you, you're not serving on this jury yet.  If you |
| 12:35:32 | 2 | were to sit here and be asked all the questions and then we |
| 12:35:39 | 3 | finish up and we say okay, you're in the jury, and we start the |
| 12:35:44 | 4 | trial, and three days from now we call you up and say thanks for |
| 12:35:48 | 5 | all your work, we've settled the case, we don't need you, that's |
| 12:35:50 | 6 | not serving on the jury. |
| 12:35:52 | 7 | Serving on the jury is going through the selection |
| 12:35:57 | 8 | process, being selected, sitting through the trial, listening to |
| 12:36:01 | 9 | the final arguments, getting the instructions of the court, |
| 12:36:06 | 10 | going back to the jury room, and deliberating and either |
| 12:36:11 | 11 | reaching a verdict or knocking on door after a month and a half |
| 12:36:15 | 12 | or something and saying we can't reach a verdict.  That's |
| 12:36:19 | 13 | sitting on a jury.  And even then, what happens in the jury room |
| 12:36:19 | 14 | is your business. |
| 12:36:24 | 15 | So the only questions that I'm going to ask you are was |
| 12:36:29 | 16 | it a criminal or civil case, federal or state case, did the jury |
| 12:36:32 | 17 | reach a verdict, were you the foreperson.  That's all. |
| 12:36:36 | 18 | So along those lines, let's start with the first row. |
| 12:36:40 | 19 | Have any of you served on a trial jury.  All right.  At the end |
| 12:36:46 | 20 | there.  Please tell us your name and face the lawyers. |
| 12:36:49 | 21 | PROSPECTIVE JUROR:  Mayda Greer, three civil cases. |
| 12:36:52 | 22 | THE COURT:  Were they state or federal or some of each? |
| 12:36:53 | 23 | PROSPECTIVE JUROR:  State. |
| 12:36:54 | 24 | THE COURT:  I can tell you if it was within a block of |
| 12:36:54 | 25 | here -- |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
12:36:56   1              PROSPECTIVE JUROR:  I'm sorry, it was --

12:36:58   2              THE COURT:  If it was within a block of here, then it's

12:37:03   3    federal.  If it was over near Jackson or on Flagler it was

12:37:04   4    state?

12:37:05   5              PROSPECTIVE JUROR:  State, uh-huh.

12:37:07   6              THE COURT:  All right.  Three civil cases.

12:37:10   7              And did the jury reach a verdict in each case?

12:37:10   8              PROSPECTIVE JUROR:  Yes.

12:37:11   9              THE COURT:  Were you the foreperson?

12:37:12   10             PROSPECTIVE JUROR:  No.

12:37:14   11             THE COURT:  Thank you, ma'am.  That's all we need to

12:37:15   12   know.

12:37:18   13             Anybody in the front row of the jury box?  Over here.

12:37:22   14             Yes, ma'am.  Tell us your name again.

12:37:25   15             PROSPECTIVE JUROR:  Susan Connolly.  I served on a

12:37:29   16   state civil.  I was not the foreperson and there was a verdict.

12:37:31   17             THE COURT:  You reached a verdict.  Okay.  Thank you,

12:37:31   18   ma'am.

12:37:35   19             Anybody else in that row?  There you go.  Yes, sir.

12:37:37   20   Tell us your name again.

12:37:38   21             PROSPECTIVE JUROR:  Dexter Wooten.

12:37:40   22             THE COURT:  How many times?

12:37:40   23             PROSPECTIVE JUROR:  One.

12:37:41   24             THE COURT:  State or federal?

12:37:42   25             PROSPECTIVE JUROR:  State.
```

| | | |
|---|---|---|
| 12:37:43 | 1 | THE COURT:  Civil or criminal? |
| 12:37:44 | 2 | PROSPECTIVE JUROR:  Criminal. |
| 12:37:45 | 3 | THE COURT:  Did the jury reach a verdict? |
| 12:37:46 | 4 | PROSPECTIVE JUROR:  Yes. |
| 12:37:47 | 5 | THE COURT:  Were you the foreperson? |
| 12:37:48 | 6 | PROSPECTIVE JUROR:  No. |
| 12:37:52 | 7 | THE COURT:  Thank you, sir.  Anybody else in that row? |
| 12:37:59 | 8 | In the back row?  All right.  There you go.  Please tell us your |
| 12:38:02 | 9 | name again. |
| 12:38:03 | 10 | PROSPECTIVE JUROR:  Fernelia Pierre-Louis. |
| 12:38:05 | 11 | THE COURT:  How many times have you served on a jury? |
| 12:38:06 | 12 | PROSPECTIVE JUROR:  Four times. |
| 12:38:06 | 13 | THE COURT:  Four times? |
| 12:38:07 | 14 | PROSPECTIVE JUROR:  Yes. |
| 12:38:09 | 15 | THE COURT:  Were they in state or federal? |
| 12:38:11 | 16 | PROSPECTIVE JUROR:  State.  I think one time here, |
| 12:38:12 | 17 | three times over there. |
| 12:38:14 | 18 | THE COURT:  One time here.  Let's talk about the one |
| 12:38:16 | 19 | time here.  Was it criminal or civil? |
| 12:38:16 | 20 | PROSPECTIVE JUROR:  I don't remember. |
| 12:38:20 | 21 | THE COURT:  Okay.  How long ago was it? |
| 12:38:24 | 22 | PROSPECTIVE JUROR:  I cannot remember.  I recall it was |
| 12:38:27 | 23 | on one January 16th, I was over there. |
| 12:38:29 | 24 | THE COURT:  Okay.  So let's talk about the ones in the |
| 12:38:32 | 25 | state system.  Over here on Flagler Street? |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 12:38:36 | 1 | PROSPECTIVE JUROR:  No.  On Jackson.  By Jackson. |
| 12:38:38 | 2 | THE COURT:  By Jackson.  That's state criminal. |
| 12:38:38 | 3 | PROSPECTIVE JUROR:  State, yeah. |
| 12:38:40 | 4 | THE COURT:  How many times over there? |
| 12:38:41 | 5 | PROSPECTIVE JUROR:  About three times over there. |
| 12:38:43 | 6 | THE COURT:  Okay.  And was the jury able to reach a |
| 12:38:45 | 7 | verdict in every case? |
| 12:38:47 | 8 | PROSPECTIVE JUROR:  I don't know because I go only for |
| 12:38:49 | 9 | one day.  They don't keep me. |
| 12:38:53 | 10 | THE COURT:  Okay.  So you were called.  That's what I |
| 12:38:53 | 11 | was saying. |
| 12:38:54 | 12 | PROSPECTIVE JUROR:  I was assisting the judge. |
| 12:38:56 | 13 | THE COURT:  So you were called to serve on the jury but |
| 12:38:59 | 14 | you did not actually serve on the jury. |
| 12:38:59 | 15 | PROSPECTIVE JUROR:  No. |
| 12:39:01 | 16 | THE COURT:  Okay.  Thank you, ma'am.  Pass the |
| 12:39:02 | 17 | microphone over that way. |
| 12:39:04 | 18 | Yes, sir.  Please tell us your name. |
| 12:39:07 | 19 | PROSPECTIVE JUROR:  Anthony Tarffe, civil case, state. |
| 12:39:08 | 20 | THE COURT:  How many times? |
| 12:39:08 | 21 | PROSPECTIVE JUROR:  One time. |
| 12:39:09 | 22 | THE COURT:  State? |
| 12:39:10 | 23 | PROSPECTIVE JUROR:  Yes, sir. |
| 12:39:11 | 24 | THE COURT:  Civil? |
| 12:39:12 | 25 | PROSPECTIVE JUROR:  Yes, sir. |

```
12:39:13   1              THE COURT:  Was the jury able to reach a verdict?
12:39:14   2              PROSPECTIVE JUROR:  Yes, sir.
12:39:14   3              THE COURT:  Were you the foreperson?
12:39:18   4              PROSPECTIVE JUROR:  Don't even know what that means.
12:39:21   5              THE COURT:  I'm sorry.  You don't know if you were the
12:39:26   6      foreperson?  You don't know if you had the to sign the document
12:39:27   7      that said what the verdict was?
12:39:29   8              PROSPECTIVE JUROR:  Oh, yes, sir.  Yes, sir.
12:39:31   9              THE COURT:  Thank you.  Pass the microphone to your
12:39:32  10      right please.
12:39:34  11              PROSPECTIVE JUROR:  Phillip Amman.
12:39:35  12              THE COURT:  How many times?
12:39:37  13              PROSPECTIVE JUROR:  One time I served on a criminal in
12:39:38  14      a federal case.
12:39:41  15              THE COURT:  Federal criminal case.  Was the jury able
12:39:41  16      to reach a verdict?
12:39:42  17              PROSPECTIVE JUROR:  Yes.
12:39:44  18              THE COURT:  Were you the foreperson?
12:39:45  19              PROSPECTIVE JUROR:  Yes.
12:39:47  20              THE COURT:  Thank you, sir.  Let's start with the front
12:39:52  21      row in the audience.  There's one.
12:39:56  22              PROSPECTIVE JUROR:  Jennifer Gonzalez.  I served on a
12:39:57  23      civil state case.
12:39:59  24              THE COURT:  And was the jury able to reach a verdict?
12:40:00  25              PROSPECTIVE JUROR:  Yes.
```

12:40:01  1        THE COURT:  And were you the foreperson?

12:40:02  2        PROSPECTIVE JUROR:  No.

12:40:03  3        THE COURT:  That's it.  Thank you, ma'am.  Anybody else

12:40:07  4   in that front row?  Next row?  Back row?

12:40:14  5        Okay.  Next case.  Okay.  We got an answer over there.

12:40:21  6   Kind of laid back there.  I couldn't see you.  Yes, sir.  Tell

12:40:21  7   us your name again.

12:40:23  8        PROSPECTIVE JUROR:  Byron Donalds, three times.

12:40:24  9        THE COURT:  And --

12:40:26 10        PROSPECTIVE JUROR:  One criminal and two civil.

12:40:28 11        THE COURT:  One criminal.  Were they all state or

12:40:32 12   federal or both?  Like I said, if you're within a block of here

12:40:33 13   you're federal.

12:40:36 14        PROSPECTIVE JUROR:  Criminal, it was over by the

12:40:36 15   hospital.

12:40:40 16        THE COURT:  Okay.  So that's state criminal.  Over by

12:40:41 17   the Jackson Hospital?

12:40:43 18        PROSPECTIVE JUROR:  Yes.

12:40:45 19        THE COURT:  So you served on three cases.  Criminal?

12:40:45 20        PROSPECTIVE JUROR:  Yeah.

12:40:47 21        THE COURT:  And were they --

12:40:48 22        PROSPECTIVE JUROR:  Two civil.

12:40:50 23        THE COURT:  Well, if they're over there they weren't

12:40:51 24   civil.

12:40:54 25        PROSPECTIVE JUROR:  There's across the street.

| | | |
|---|---|---|
| 12:40:58 | 1 | THE COURT:  Flagler Street is civil.  So you think you |
| 12:40:59 | 2 | served on three juries? |
| 12:41:01 | 3 | PROSPECTIVE JUROR:  Yeah, I did. |
| 12:41:03 | 4 | THE COURT:  Was the jury able to reach a verdict in |
| 12:41:03 | 5 | every case? |
| 12:41:04 | 6 | PROSPECTIVE JUROR:  Yes. |
| 12:41:06 | 7 | THE COURT:  Were you the foreperson in any of them? |
| 12:41:07 | 8 | PROSPECTIVE JUROR:  Yes. |
| 12:41:09 | 9 | THE COURT:  How many times were you the foreperson? |
| 12:41:10 | 10 | PROSPECTIVE JUROR:  One. |
| 12:41:13 | 11 | THE COURT:  Once?  Okay.  Thank you, sir.  All right. |
| 12:41:18 | 12 | Next question.  Have you ever served on a grand jury, |
| 12:41:21 | 13 | and if you don't know what a grand jury is you haven't served on |
| 12:41:25 | 14 | it.  Anybody ever serve on a grand jury?  Okay. |
| 12:41:26 | 15 | Do any of you have any physical, emotional or language |
| 12:41:33 | 16 | problems that you think would preclude you from serving as a |
| 12:41:38 | 17 | jury?  Don't tell me you can't sit down for a long time because |
| 12:41:41 | 18 | I'll let you stand up, I don't care? |
| 12:41:42 | 19 | PROSPECTIVE JUROR:  Question answered. |
| 12:41:45 | 20 | THE COURT:  You'll see me stand up too.  I had a leg |
| 12:41:49 | 21 | operation recently, and if I sit for a long time, when I get up |
| 12:41:53 | 22 | I can't walk for 20 steps.  So you'll see me stand up and |
| 12:41:57 | 23 | meander around up here a couple times.  There's room to stand up |
| 12:41:57 | 24 | there.  All right. |
| 12:42:02 | 25 | Some of the children in this case will testify via |

| | | |
|---|---|---|
| 12:42:06 | 1 | closed circuit television from another room and will not be |
| 12:42:12 | 2 | present in the courtroom.  You understand that their testimony |
| 12:42:15 | 3 | has to be treated the same way as if they were sitting in this |
| 12:42:20 | 4 | jury, I mean in this witness chair.  Do you understand, does |
| 12:42:22 | 5 | anybody have a problem with that? |
| 12:42:31 | 6 | Do any of you -- we talked about this generally about |
| 12:42:35 | 7 | people that had problems with law enforcement or had problems |
| 12:42:39 | 8 | with crimes, but are there any of you that have had any |
| 12:42:41 | 9 | experience, unpleasant experience with any aspect of the |
| 12:42:46 | 10 | government, except the IRS?  You're allowed to have unpleasant |
| 12:42:50 | 11 | feelings about the IRS.  This case has nothing to do with the |
| 12:42:53 | 12 | IRS.  That's allowed.  As a matter of fact, it might even be |
| 12:42:57 | 13 | encouraged.  But other than the IRS, is there anybody that has |
| 12:43:00 | 14 | any personal bad feelings about any aspect of the government or |
| 12:43:02 | 15 | law enforcement in any way? |
| 12:43:09 | 16 | Does everyone agree that you, if selected, could render |
| 12:43:13 | 17 | a verdict that is based solely on the evidence and the law and |
| 12:43:14 | 18 | be fair to all concerned? |
| 12:43:21 | 19 | Can any of you think of any reason why you could not |
| 12:43:24 | 20 | sit on this jury and render a fair verdict based on the evidence |
| 12:43:27 | 21 | and the law as I instruct you? |
| 12:43:30 | 22 | All right.  I'll ask all of you to step outside into |
| 12:43:33 | 23 | the lobby and take everything with you because some of you |
| 12:43:39 | 24 | aren't coming back.  And we'll be ready in just a few minutes. |
| 12:43:42 | 25 | We'll try to get this done quickly so we can send you to lunch |

12:43:49  1    if you want to go to lunch.  You don't have to stay in any

12:43:51  2    particular order.

12:43:57  3              (Panel out at 12:43 p.m.)

12:44:17  4              THE COURT:  Lawyers, you can go ahead and sit down and

12:44:43  5    start working.  Before you start going too far, the lady that

12:44:45  6    started crying, I don't know which one she is because I can't

12:44:57  7    keep track.  Her name is Fernelia Pierre-Louis.  I'm not really

12:45:00  8    sure exactly what she was saying, but the way she was saying it

12:45:02  9    disqualified her as far as I'm concerned.

12:45:05  10             Does anybody object to excusing her?

12:45:06  11             MS. ANTON:  Not the Government.

12:45:08  12             MS. MOLLISON:  No objection, Your Honor.

12:45:10  13             THE COURT:  And I had a question as to Number 24 on

12:45:16  14   language.  Does anybody have an opinion on that one?  That's the

12:45:23  15   Daisy or Dainys Gonzalez who was over here.  I didn't think she

12:45:27  16   understood what the heck I was talking about, but if you don't

12:45:29  17   feel that way, I don't care.

12:45:31  18             MR. NATALE:  I got the feeling the same thing, that

12:45:32  19   there wasn't -- there was just --

12:45:35  20             THE COURT:  I don't think it was penetrating.  Do you

12:45:35  21   all --

12:45:37  22             MS. ANTON:  Judge, we agree to strike her for cause.

12:45:40  23             THE COURT:  So she is excused.  That's Number 24.  And

12:45:44  24   the rest of it it's up to you.  Give you five minutes to talk

12:45:49  25   about it while I go and see a man about a horse.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

12:45:49   1              (Brief recess)

12:51:30   2              THE COURT:  Okay.  Time's up.

12:51:41   3              Does anybody -- what we're going to do is first of all,

12:51:45   4       let the Government have any challenges for cause on the entire

12:51:46   5       panel.

12:51:48   6              MS. ANTON:  No challenges for cause on the panel.

12:51:50   7              THE COURT:  Defense?

12:51:52   8              MR. NATALE:  Judge, we have no challenges for cause.

12:51:57   9              THE COURT:  Then we'll go for the first 12, which goes

12:52:05   10      from three -- let's see, one, two, three, four, five, six,

12:52:19   11      seven, eight, nine, ten, 11, 12.  From the first page, all of

12:52:22   12      the ones that have not already been challenged and on the second

12:52:27   13      page goes all the way to Number 33, which would be juror --

12:52:35   14      prospective Juror Number 12.  Peremptory challenges on those

12:52:41   15      from the Government first.  I'll read the names so we're not --

12:52:49   16      there's no mistaking.  Sharon Williams, Andres Villalobos,

12:52:58   17      Rafael Cavalcanti, Mayda Rodriguez Greer, Itza Osejo, Katie

12:53:07   18      Campos, Christopher Miller, Anne Powers, Dexter Wooten, Susan

12:53:14   19      Connolly, Kerry Harvey and Manuel Prieguez.  That's 12.  To the

12:53:17   20      Government.

12:53:20   21              MS. ANTON:  The only one the Government would move for

12:53:26   22      a peremptory on, Judge, is Juror Number 3, Ms. Williams.

12:53:33   23              THE COURT:  Government's 1 on Sharon Williams.  Okay.

12:53:37   24      That means -- remember now that you pass, means you cannot in

12:53:41   25      the future challenge Villalobos, Cavalcanti, et cetera, et

| | | |
|---|---|---|
| 12:53:44 | 1 | cetera.  Anybody that you've had a chance to challenge. |
| 12:53:45 | 2 | MS. ANTON:  Understood, Judge. |
| 12:53:48 | 3 | THE COURT:  All right.  So Government 1 is used on |
| 12:53:49 | 4 | Williams. |
| 12:53:55 | 5 | So to the defense, that adds Jennifer Taylor-Rolle, to |
| 12:54:01 | 6 | you.  Peremptory challenges. |
| 12:54:04 | 7 | MS. WEISS:  Your Honor, Juror Number 5, Andres |
| 12:54:05 | 8 | Villalobos. |
| 12:54:08 | 9 | THE COURT:  Okay.  Villalobos, Defense 1. |
| 12:54:12 | 10 | MS. WEISS:  Juror Number 18, Christopher Miller.  Juror |
| 12:54:20 | 11 | Number 23, Susan Connolly. |
| 12:54:27 | 12 | THE COURT:  Is that it? |
| 12:54:28 | 13 | MS. WEISS:  Yes, Judge. |
| 12:54:34 | 14 | THE COURT:  Okay.  That means that Cavalcanti is Juror |
| 12:54:41 | 15 | Number 1.  Greer is Juror Number 2.  Osejo is Juror Number 3. |
| 12:54:49 | 16 | Campos is Juror Number 4.  Powers is Juror Number 5.  Wooten is |
| 12:55:00 | 17 | Juror Number 6.  Harvey is Juror Number 7.  Prieguez is Juror |
| 12:55:00 | 18 | Number 8. |
| 12:55:04 | 19 | So we're now looking for four more jurors and we're |
| 12:55:11 | 20 | starting with Taylor-Rolle, the rest of the page.  Taylor-Rolle, |
| 12:55:16 | 21 | Tarffe, Novoa and Aman to the Government. |
| 12:55:22 | 22 | MS. VIAMONTES:  Which is the last juror?  I apologize, |
| 12:55:22 | 23 | Your Honor. |
| 12:55:25 | 24 | THE COURT:  The last one on the page, Phillip Aman, the |
| 12:55:26 | 25 | doctor. |

| | | |
|---|---|---|
| 12:55:30 | 1 | MR. NATALE:  It would be 38, 39 and 40. |
| 12:55:31 | 2 | THE COURT:  No, actually to the Government they have |
| 12:55:37 | 3 | 36, 38, 39 and 40, correct. |
| 12:55:40 | 4 | MS. ANTON:  Yes, Judge.  And we would use a peremptory |
| 12:55:52 | 5 | on Juror Number 39, Ms. Novoa. |
| 12:55:54 | 6 | THE COURT:  Government 2.  Okay.  So that means that we |
| 12:55:59 | 7 | have Juror Number 9 is Taylor-Rolle because you've already had a |
| 12:56:00 | 8 | chance at that one, correct? |
| 12:56:01 | 9 | MS. WEISS:  Yes, Judge. |
| 12:56:08 | 10 | THE COURT:  Yeah.  So now you pass the rest, correct? |
| 12:56:08 | 11 | MS. ANTON:  Yes, Your Honor. |
| 12:56:14 | 12 | THE COURT:  Okay.  So back to the defense we have three |
| 12:56:20 | 13 | which would be 38, 40 and 41. |
| 12:56:30 | 14 | MS. WEISS:  Your Honor, Juror 38, Anthony Tarffe. |
| 12:56:34 | 15 | THE COURT:  Okay.  So that's defense four.  Correct? |
| 12:56:37 | 16 | That's your fourth challenge, correct? |
| 12:56:38 | 17 | MS. WEISS:  That is correct. |
| 12:56:41 | 18 | THE COURT:  Okay.  Defense 4.  That means you pass on |
| 12:56:43 | 19 | Number 40, correct? |
| 12:56:44 | 20 | MS. WEISS:  Correct. |
| 12:56:48 | 21 | THE COURT:  Means that he's Juror Number 10. |
| 12:56:56 | 22 | And to the Government, 41 and 42. |
| 12:56:58 | 23 | MS. ANTON:  Government moves to strike 42 peremptorily. |
| 12:57:02 | 24 | THE COURT:  All right.  42.  So that's Government -- |
| 12:57:05 | 25 | which is that challenge of yours, that's Government's 3, |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 12:57:05 | 1 | correct. |
| 12:57:05 | 2 | MS. ANTON:  Yes, Judge. |
| 12:57:08 | 3 | THE COURT:  Is that it? |
| 12:57:09 | 4 | MS. ANTON:  Yes. |
| 12:57:14 | 5 | THE COURT:  So Juror Number 11 is Gonzalez, correct? |
| 12:57:14 | 6 | MS. ANTON:  Yeah. |
| 12:57:17 | 7 | THE COURT:  Because you've had a chance already, |
| 12:57:20 | 8 | defense has already had a chance and passed on him. |
| 12:57:20 | 9 | MS. WEISS:  Yes, Judge. |
| 12:57:24 | 10 | THE COURT:  So that means that we are -- Number 12 is |
| 12:57:33 | 11 | to the defense.  Number 12.  I'm sorry Number 43, Picciano. |
| 12:57:36 | 12 | MS. WEISS:  Your Honor, we would move to strike Number |
| 12:57:39 | 13 | 43, Paulina Picciano. |
| 12:57:43 | 14 | THE COURT:  So that's Defense 5, correct?  Yeah. |
| 12:57:43 | 15 | Defense 5. |
| 12:57:49 | 16 | So back to the Government, 45 Gonzalez.  The first Ms. |
| 12:57:51 | 17 | Gonzalez. |
| 12:57:52 | 18 | MS. ANTON:  We would accept Gonzalez. |
| 12:57:56 | 19 | THE COURT:  All right.  Back to the defense. |
| 12:58:55 | 20 | MS. WEISS:  Your Honor, we move to strike Juror 45, |
| 12:58:57 | 21 | Judith Gonzalez. |
| 12:59:01 | 22 | THE COURT:  45 is Defense 6. |
| 12:59:04 | 23 | Back to the government; the other Ms. Gonzalez. |
| 12:59:12 | 24 | MS. ANTON:  The Government would accept. |
| 12:59:15 | 25 | THE COURT:  Okay.  Back to the defense. |

12:59:19   1          MS. WEISS:  Move to strike Juror 46, Jennifer Gonzalez.

12:59:21   2          THE COURT:  Defense 7 is used.

12:59:26   3          Next?  Back to the government, 47.

12:59:27   4          MS. ANTON:  We accept 47.

12:59:29   5          THE COURT:  Back to the defense.

12:59:31   6          MS. WEISS:  Your Honor, we would strike Juror 47.

12:59:38   7          THE COURT:  Okay.  Back to the Government, Ramirez.

12:59:41   8          MS. ANTON:  Accept 49 Ramirez.

12:59:45   9          MS. WEISS:  Your Honor, accept Juror 49.

12:59:50  10          THE COURT:  Juror Number 12 is Ariel Ramirez.  I'll

12:59:54  11   propose to pick two alternates.  You have one challenge apiece

13:00:00  12   for the alternates.  The two alternates, first will go to the

13:00:05  13   defense for any challenges for cause on Guzzi and Garcia.  I

13:00:09  14   mean, for a peremptory challenge on Guzzi and Garcia.  You have

13:00:14  15   one peremptory challenge.  Number 52 and 53.

13:00:16  16          MR. NATALE:  52 and 53.

13:00:19  17          THE COURT:  Yes.  They are in contention for the

13:00:20  18   alternates.

13:00:52  19          MS. WEISS:  Your Honor, we accept both of them.

13:00:55  20          THE COURT:  All right.  To the Government?

13:01:17  21          MS. ANTON:  The Government would strike Ms. Guzzi, 52.

13:01:22  22          THE COURT:  Okay.  So it will be Garcia and Joseph to

13:01:26  23   the defense.  Garcia is already in, so that's the first

13:01:35  24   alternate.  So Joseph.

13:01:37  25          MS. WEISS:  We would accept Number 57, Rodney Joseph.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
13:01:38   1          THE COURT:  Okay.  So that's the second alternate.
13:01:41   2    That's the jury.  Let me read the names into the record so it's
13:01:41   3    clear:
13:01:49   4          Cavalcanti, Juror Number 1.  Greer, two.  Osejo, three.
13:02:00   5    Campos, four.  Powers, five.  Wooten, six.  Harvey, seven.
13:02:11   6    Prieguez, eight.  Taylor-Rolle, nine.  Aman, ten.  Gonzalez, 11.
13:02:22   7    Ramirez, 12.  First alternate, Arturo Garcia.  Second alternate,
13:02:24   8    Rodney Joseph.
13:02:28   9          Everyone agree that I didn't screw up too bad?  Those
13:02:30  10    are the right ones that you picked?
13:02:31  11          MS. ANTON:  Yes, Your Honor.
13:02:32  12          MR. NATALE:  That's correct, Your Honor.
13:02:33  13          THE COURT:  Okay.  I propose to bring them in and tell
13:02:35  14    them to go home and come back Monday at 9:30.  I'm not going to
13:02:38  15    swear them in.  In case one of them gets run over by a truck
13:02:40  16    over the weekend, we don't have to start from scratch.  We'll
13:02:43  17    swear them in on Monday morning..  All right?
13:03:02  18          You got the list, right Wanda?  Okay.  Go.
13:05:24  19          When we send the jury out, we'll stay for a few minutes
13:05:28  20    so we can talk about logistics and any pending motions that we
13:05:31  21    need to talk about.
13:05:47  22          (Jury in at 1:05 p.m.)
13:06:43  23          THE COURT:  Please be seated.  All right, ladies and
13:06:47  24    gentlemen.  You've been selected as the jury to sit in this
13:06:52  25    case.  We are not going to start right now.  We wanted to select
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

13:06:56   1        the jury today so that we can get started bright and early

13:06:59   2        Monday morning, and that will give you a little time to get your

13:07:01   3        affairs in order.

13:07:06   4                I'm going to try to finish this case in a week.  They

13:07:09   5        tell me that they think it might be a little bit more than a

13:07:13   6        week, I don't think so.  We'll try to work it, and I'll be nasty

13:07:16   7        to both of them to try to get them moving along, but it isn't

13:07:20   8        that I don't like them, I like both sides equally.

13:07:22   9                I'm going to read you instructions that will be

13:07:26   10       important for you.  And you're going to get so sick of hearing

13:07:29   11       this because you're going to hear it every time we break.

13:07:31   12       You're not to discuss the case with anyone or permit anyone to

13:07:35   13       discuss it with you.  Until you retire to the jury room at the

13:07:37   14       end of the case to deliberate on your verdict, you're simply not

13:07:42   15       to talk about this case.  All you can do is tell people I'm in a

13:07:46   16       trial, it's in federal court, and it starts Monday and it will

13:07:50   17       probably run the rest of the week.  And I'll be there between

13:07:57   18       9:30 and 5.  I will try to -- we'll try to get started 9:30 each

13:08:01   19       day.  We will try to break quarter to 5 each day.  If somebody

13:08:04   20       is on the stand that might be going out of town, if I can finish

13:08:09   21       the case, if I can finish them by 5:15, I might keep you there,

13:08:13   22       but not likely.  More often than not we'll break a little early,

13:08:16   23       stop getting that person started.  So we'll try to accommodate

13:08:20   24       you.  If you have something that has to be done, talk to Wanda,

13:08:24   25       we'll work it out.  We'll try to see what we can get done.

110

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
| 13:08:27 | 1  | Also remember, you know, don't tell anybody the nature |
| 13:08:30 | 2  | of the case because the idea is you're not supposed to make up |
| 13:08:34 | 3  | your mind about anything yet.  Wait until you hear the evidence. |
| 13:08:37 | 4  | And in order to talk about it, you got to make up your mind |
| 13:08:40 | 5  | about it.  You got to say oh, this is a case about a bank |
| 13:08:43 | 6  | robbery.  That means you've decided it's about a bank robbery, |
| 13:08:47 | 7  | it may not be.  So let's listen, at least at this point keep an |
| 13:08:47 | 8  | open mind. |
| 13:08:50 | 9  | Also remember you're not to read or listen to anything |
| 13:08:53 | 10 | touching on this case in any way.  If anyone should try to talk |
| 13:08:56 | 11 | to you about the case, please bring it to my attention promptly. |
| 13:09:00 | 12 | Keep in mind you must not do any research or make any |
| 13:09:03 | 13 | investigation about the case on your own.  The only evidence in |
| 13:09:05 | 14 | this case is the testimony of the witnesses that you hear in |
| 13:09:08 | 15 | court and the evidence that is introduced during the official |
| 13:09:09 | 16 | proceedings in the courtroom. |
| 13:09:12 | 17 | Also remember you must not have any contact -- this is |
| 13:09:14 | 18 | very important -- with the attorneys, parties or witnesses in |
| 13:09:18 | 19 | the case.  There's only one set of bathrooms on this floor. |
| 13:09:21 | 20 | There's only one lobby on this floor.  There's only one lobby |
| 13:09:25 | 21 | downstairs.  So when you come into the building, go straight |
| 13:09:28 | 22 | through security, get on the elevator, come up here and Wanda |
| 13:09:30 | 23 | will show you how to get in the jury room.  There's bathrooms in |
| 13:09:34 | 24 | the jury room.  Don't use the bathrooms out in the lobby because |
| 13:09:37 | 25 | that's what everybody else has to use.  If you should see them, |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 13:09:39 | 1 | keep in mind they're not being rude to you, they are following |
| 13:09:42 | 2 | my instructions.  If you're on the elevator and they come to get |
| 13:09:46 | 3 | on the elevator, if they don't recognize you and get on, just |
| 13:09:49 | 4 | stay there and mind your own business.  If they recognize you |
| 13:09:52 | 5 | and turn around and get off the elevator, it's not because you |
| 13:09:58 | 6 | forgot your deodorant, it's because they're not supposed to be |
| 13:10:02 | 7 | around you.  It's the appearance of impropriety sometimes more |
| 13:10:05 | 8 | important than impropriety itself. |
| 13:10:07 | 9 | Finally remember you are required to keep an open mind |
| 13:10:11 | 10 | until you start your deliberations at the end of the case. |
| 13:10:15 | 11 | Now, if you'll go into the jury room -- Orlando, take |
| 13:10:18 | 12 | them into the jury room -- Wanda, you'll meet them in there and |
| 13:10:21 | 13 | tell them about phones and bringing phones into the courthouse |
| 13:10:26 | 14 | and whatever you need to know.  Go on into the jury room. |
| 13:10:32 | 15 | COURT SECURITY OFFICER:  All rise for the jury. |
| 13:10:34 | 16 | THE COURT:  There's no magic to where you sit in the |
| 13:10:37 | 17 | jury box.  You sit wherever you want as long as you're in the |
| 13:10:38 | 18 | jury box somewhere. |
| 13:10:42 | 19 | (Jury out at 1:10 p.m.) |
| 13:11:07 | 20 | THE COURT:  Be seated please. |
| 13:11:17 | 21 | I'm going to -- I have a couple of pending motions. |
| 13:11:22 | 22 | The defense motion in limine about the use of the closed circuit |
| 13:11:27 | 23 | television.  You want all the children to testify either via |
| 13:11:29 | 24 | television or in person.  I don't think that's reasonable, and I |
| 13:11:32 | 25 | will deny that motion.  I will permit them -- I think it's |

13:11:37    1    within my discretion and I will let them testify, some of them

13:11:40    2    by television, some of them in person.  I will give limiting

13:11:49    3    instructions to the jury and you can have input on those

13:11:50    4    limiting instructions.

13:11:53    5          Government's motion in limine to strike, exclude the

13:12:02    6    expert testimony on autism.  At this point, I'm going to deny

13:12:06    7    that motion.  I'm not telling you that I might not limit it, but

13:12:08    8    at this point I don't see any reason to preclude that testimony.

13:12:12    9    I think that you've had sufficient notice that you can figure it

13:12:18   10    out.  You're sharp and you're with it.  I'm not sure of the

13:12:24   11    relevance, and I'm prepared to listen to objections to any

13:12:29   12    specific portion of the testimony, but in general I think that

13:12:33   13    the testimony is acceptable and admissible so I will permit it

13:12:38   14    as a general rule.  If you have specifics, bring it up before he

13:12:40   15    testifies and tell me what specifically you think the opinion

13:12:46   16    might -- should not be given, but I think -- I'm going to allow

13:12:51   17    the Defendant to his defense for the most part.  Okay?  I do

13:12:57   18    understand that it's not a specific intent crime, but other than

13:13:00   19    that, I think that it should be permitted.

13:13:05   20          Anything else that we need to talk about before Monday?

13:13:08   21          MS. ANTON:  I don't think so, Judge.  We just need to

13:13:11   22    work on the logistics with the CCTV.

13:13:13   23          THE COURT:  Yeah, I hope it works because we've been

13:13:16   24    trying to work it the last couple days and I think we got it

13:13:20   25    working.  I think we switched it around a little bit.

```
13:13:27   1            Let's talk about that though.  What's the story with
13:13:32   2    where -- is it your intention for all of the people to go into
13:13:35   3    the conference room?  Have you seen the conference room set-up
13:13:39   4    that we have?  Go ahead.  Feel free, after this we'll go in
13:13:41   5    there and look at it.
13:13:42   6            MR. NATALE:  Your Honor, I think having all of the
13:13:46   7    witnesses together, we would object to them all being together
13:13:51   8    because we don't know the order of them.  It would be very easy
13:13:55   9    for them to be in the 7th floor where they have an office and
13:14:01  10    just come up rather than have everybody sitting there at the
13:14:03  11    same time.  It's going to be very difficult --
13:14:05  12            THE COURT:  What's your plan?  I don't know what you're
13:14:06  13    planning on jury.
13:14:08  14            MS. ANTON:  Judge, our plan is to keep them separate.
13:14:11  15    I don't think that the victims should be commingled waiting back
13:14:15  16    in the conference room, and I think there are, at this point,
13:14:19  17    probably more that will testify in court than will use the CCTV.
13:14:25  18    So I plan to keep them either out here in the witness waiting
13:14:29  19    rooms here or on our -- in our room on the 7th floor.
13:14:31  20            THE COURT:  What are the ages of the kids that are
13:14:32  21    going to be testifying?
13:14:38  22            MS. ANTON:  Now they're between 14 and 17.
13:14:41  23            THE COURT:  Okay.  That's not a problem then.  No, I
13:14:44  24    didn't intend that they would all be in the conference room.  I
13:14:47  25    intended that the ones that are going to be testifying are going
```

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
| 13:14:49 | 1  | to be in the conference room at the time that they are     |
| 13:14:53 | 2  | testifying, and the others would be brought in before they, you |
| 13:14:53 | 3  | know, are testifying.                                      |
| 13:14:57 | 4  | Now, are you bringing dogs in and out or what's the        |
| 13:14:58 | 5  | story on that?                                             |
| 13:15:01 | 6  | MS. ANTON:  Just the one therapy dog, and he'll stay in    |
| 13:15:06 | 7  | the conference room unless he has to use the facilities.   |
| 13:15:07 | 8  | THE COURT:  Wouldn't be the first time that the            |
| 13:15:13 | 9  | facilities have been used in there, but that's fine.  I would |
| 13:15:20 | 10 | think that it is not necessarily -- it's not necessary for the |
| 13:15:23 | 11 | jury to see the therapy dog, and I need you to figure out a way |
| 13:15:29 | 12 | that that's not going to happen.  Why don't you -- why don't the |
| 13:15:32 | 13 | lawyers follow me into the conference room so you can see the |
| 13:15:34 | 14 | set up and you can see what it looks like.                 |
| 13:15:37 | 15 | Can you turn that on, Dawn?  Can you turn that on from      |
| 13:15:37 | 16 | here?  First, let's see what you can see from in here.      |
| 13:15:37 | 17 | COURT REPORTER:  If it's not turned on in there, it's      |
| 13:15:37 | 18 | not on in here.                                            |
| 13:15:37 | 19 | THE COURT:  Why don't you go turn it on in there and       |
| 13:15:37 | 20 | then come back.                                            |
| 13:15:37 | 21 | (Recess)                                                   |
| 13:18:47 | 22 | MS. WEISS:  Just with regard to one of the experts         |
| 13:18:52 | 23 | we're intending to call, Scott Steinberg, he is only available |
| 13:18:55 | 24 | to come to the district on Wednesday.  And we were hoping to |
| 13:18:57 | 25 | have your permission to call him out of order.             |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 13:18:58 | 1 | THE COURT:  Is there any objection to calling him out |
| 13:18:59 | 2 | of order? |
| 13:19:00 | 3 | MS. ANTON:  We don't have an objection. |
| 13:19:03 | 4 | THE COURT:  We'll hand it that way, yes.  Just remember |
| 13:19:07 | 5 | to tell me in advance so I don't change my mind and say no |
| 13:19:09 | 6 | without meaning to.  Okay? |
| 13:19:09 | 7 | MS. WEISS:  Thank you, Judge. |
| 13:19:12 | 8 | THE COURT:  All right.  No problem.  What else we got? |
| 13:19:15 | 9 | We'll just wait for -- computer services is on the way to turn |
| 13:19:19 | 10 | it on because apparently it's not as easy as pushing a button. |
| 13:19:21 | 11 | MS. ANTON:  Judge, and just to put on the record and to |
| 13:19:22 | 12 | let the defense know, inasmuch as the therapy dog is concerned, |
| 13:19:28 | 13 | he does wear a vest that says Davie PD Therapy Dog.  That comes |
| 13:19:30 | 14 | off.  So we can take that off so he'll look like a bomb dog, a |
| 13:19:30 | 15 | drug dog. |
| 13:19:31 | 16 | THE COURT:  He won't feel naked? |
| 13:19:33 | 17 | MS. ANTON:  He might. |
| 13:19:34 | 18 | THE COURT:  So it doesn't seem right to do that to him |
| 13:19:46 | 19 | or her.  All the therapy dogs that I've dealt with have been |
| 13:19:50 | 20 | very well-behaved.  I'm sure we can tell them to sit somewhere |
| 13:19:56 | 21 | and they will.  Except that damn yappy dog that this woman |
| 13:19:58 | 22 | claimed was a therapy dog in the restaurant that was sitting on |
| 13:20:02 | 23 | the table and snapping at people that went by.  I said that is |
| 13:20:05 | 24 | not a therapy dog, therapy dogs don't do that.  And they also |
| 13:20:07 | 25 | don't put their butt on the table. |

13:20:10  1          MR. NATALE:  They have to have special certification.

13:20:11  2   A friend of mine --

13:20:13  3          THE COURT:  You're not allowed to ask.  That's the

13:20:17  4   problem is you're not allowed to ask what they're there for and

13:20:21  5   what the disability is.

13:20:23  6          MR. NATALE:  The friend of mine has a nonprofit and he

13:20:26  7   and his wife, they train the dogs and they give them away to

13:20:28  8   people who need them.  And he was saying that they have to have

13:20:30  9   a special thing for them to be --

13:20:32  10         THE COURT:  That's because they're really therapy dogs.

13:20:37  11  But a lot of these are just -- they buy their stuff on the

13:20:41  12  internet, they buy the jacket or buy the vest and it's an

13:20:44  13  outrage, and it really takes away from the people that have

13:20:48  14  really -- you know, well, there's a difference between therapy

13:20:51  15  dogs and emotional support dogs.  The ones that are really

13:20:57  16  abusive are the emotional support dogs.  Not that there are

13:20:59  17  legitimate ones but there are some that are bizarre.

13:21:01  18         MS. ANTON:  I have one more concern.  Since we're

13:21:05  19  obviously going to be publishing a large amount of child

13:21:08  20  pornography, would we be able to turn the television sets that

13:21:13  21  are facing outward in so that it won't be displayed.

13:21:15  22         THE COURT:  We can do that, but the question is does

13:21:19  23  that diminish the fact that it's a public trial.  I don't know.

13:21:22  24  I hadn't really thought about that.  I know there are some

13:21:25  25  things that are not for everybody, but I don't know.  If it's in

13:21:29  1    evidence, what do you think -- you got to defend it.  I don't.

13:21:32  2    I don't write appeals to the Eleventh Circuit one way or the

13:21:36  3    other.  What is the thought of both sides?

13:21:39  4              MR. NATALE:  Judge, we have -- so long as we can see

13:21:44  5    it, and we have no problem with it not being broadcast to the

13:21:50  6    public.  I don't think it interferes with the public's right to

13:21:55  7    be present at the trial.  Particularly since, Judge, we're not

13:21:59  8    contesting that this is child pornography, we're not -- any of

13:22:00  9    that.

13:22:02  10             THE COURT:  Okay.  Well, I would think then that we

13:22:06  11   could turn those or is there a way of turning those off without

13:22:08  12   the others?  The jury and the gallery monitors are the same

13:22:32  13   ones.  Oh, yeah.  Okay.  We'll figure it out.  Just give me a

13:22:37  14   little warning so we can make sure that it's done.  And with the

13:22:41  15   consent of all parties, we will turn the gallery monitors off.

13:22:47  16   I was concerned about starting with 80 potential jurors because

13:22:51  17   80 potential jurors pretty much fill up the courtroom, and that

13:22:56  18   makes it a nonpublic trial which shouldn't be, but it worked out

13:22:57  19   well.

13:22:59  20             MR. NATALE:  For what it's worth, you got to talk to

13:23:02  21   other judges about using limited questionnaires in cases like

13:23:05  22   this because we saved a ton of time.

13:23:08  23             THE COURT:  I understand, and I was very pleasantly

13:23:13  24   surprised at how smoothly it went.  You can't talk to some of

13:23:17  25   these judges, you can't talk to them.  They're all nuts.  They

13:23:23  1    should be in California.  Just kidding.

13:23:39  2            MR. NATALE:  Judge, we've also stipulated -- we have --

13:23:41  3    let me get to a microphone.

13:23:46  4            THE COURT:  I can hear you fine.  Come on in.  Can you

13:23:49  5    turn it on there or have you already?  Just want to see what it

13:23:53  6    looks like.

13:23:59  7            MR. NATALE:  Judge, we have a stipulated list of

13:24:03  8    evidence, and it's a rather long list.  So we're going to be, I

13:24:09  9    think, stipulating to like nearly everything in the case as far

13:24:14 10    as its authenticity.  And the agreement is reciprocal in that if

13:24:18 11    we bring in something that was in the discovery for the -- that

13:24:21 12    we got from the discovery, we'll be able to bring it in.  So

13:24:23 13    there shouldn't be any of those evidentiary matters.

13:24:28 14            THE COURT:  Okay.  What I'd like to avoid is walking

13:24:31 15    over to the other side and saying "I'm offering this", and then

13:24:34 16    have somebody sit there and read the whole thing.  Tell them the

13:24:37 17    night before what you're going to offer, and the number and

13:24:41 18    everything so that they have a copy of it, both sides.  And that

13:24:45 19    way, you either object, which is fine, or you accept it, either

13:24:47 20    way.

13:24:49 21            MR. NATALE:  Same thing with witnesses.  If we know in

13:24:54 22    advance everything moves smooth.

13:25:00 23            THE COURT:  Oh.  Here we go.

13:25:07 24            MR. NATALE:  Can you guys see?

13:25:12 25            THE COURT:  I can see you and you look very senatorial.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

13:26:01  1    I think it's the white hair.  Okay.

13:26:04  2            Katie, go on in the conference room and take a seat at

13:26:08  3    the table please.  As you can see, you can see both sides so you

13:26:14  4    can see the lawyers for on both sides.  I don't know how many of

13:26:18  5    you expect to be in there, but there's not room for a lot.

13:26:22  6            MR. NATALE:  It will just be one, two.  It will be two

13:26:24  7    and I'll be staying here.

13:26:25  8            THE COURT:  Okay.

13:26:27  9            MR. NATALE:  Unless it's a witness that I'm supposed to

13:26:27  10   do.

13:26:30  11           THE COURT:  There you go.  That's where the witness is

13:26:38  12   going to be sitting.  Can you hear us?  Katie, can you hear us

13:26:51  13   in there?  Why can't she hear me?  Okay.  Perfect.  Okay.

13:26:57  14   That's the way it will look here, which leads me to believe that

13:27:02  15   if we have a dog in there, the dog ought to be next to the

13:27:08  16   witness and we need a modesty shield then.

13:27:10  17           MS. ANTON:  We're not going to have the dog in the room

13:27:11  18   when they're testifying.

13:27:14  19           THE COURT:  Oh, man, I wanted the dog.

13:27:16  20           MS. ANTON:  He can come back into chambers on breaks

13:27:20  21   and in between.  We're going to keep him off camera.

13:27:23  22           THE COURT:  Okay.  Does that look acceptable to what is

13:27:30  23   shown in here?  All right.  Then let's go in there and see it.

13:27:33  24   Leave it on.  Okay?

13:27:39  25           THE CLERK:  Judge, can I go back to my office?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
13:27:43   1            THE COURT:  I don't know.  You're allowed to.  You may.
13:28:00   2            (Discussion off the record)
13:30:13   3            (Brief in-place recess while attorneys and court
13:30:20   4    inspect conference room).
13:31:46   5            THE COURT:  All right.  Well, we'll see you all Monday,
13:31:49   6    9:30.
13:31:50   7            MS. ANTON:  Thank you, Judge.
13:31:54   8            THE COURT:  You can hear me echoing in there.  That's
13:31:57   9    the other thing.  It's going to echo because what I'm saying
13:32:01   10   here is going into there and coming back here.  But we won't be
13:32:04   11   doing much talking from here.  I won't be.  Okay.  Good-bye.
13:32:04   12           (See Day 2 for continuation)
13:32:04   13                    C E R T I F I C A T E
           14   I certify that the foregoing is a correct transcript from the
13:32:04        record of proceedings in the above-entitled matter.
13:32:04   15   2/29/2020             /s/ Dawn M. Savino
                Date                  DAWN M. SAVINO, RPR
13:32:04   16
13:32:04   17
           18
           19
           20
           21
           22
           23
           24
           25
```