09:57:13  1

09:57:13  2

09:57:13  3

09:57:13  4

09:57:13  5

09:57:13  6

09:57:13  7

09:57:13  8

09:57:13  9

09:57:13  10

09:57:13  11

09:57:13  12

09:57:13  13

09:57:13  14

09:57:13  15

09:57:13  16

09:57:13  17

09:57:13  18

09:57:13  19

09:57:13  20

09:57:13  21

09:57:13  22

09:57:13  23

09:57:13  24

09:57:13  25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.  18-60256-CR-JEM**

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

Miami, Florida
September 24, 2019
**JOSEPH ISAIAH WOODSON, JR.,**     Pages 1-185

Defendant.
_____

**TRANSCRIPT OF JURY TRIAL**
**DAY 3**
**BEFORE THE HONORABLE JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

**APPEARANCES:**

**FOR THE PLAINTIFF:**     *United States Attorney's Office*
                          BY:  JODI ANTON,  A.U.S.A.
                          BY:  FRANCIS VIAMONTES, A.U.S.A.
                          500 East Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394

**FOR THE DEFENDANT:**     *Federal Public Defender's Office*
                          BY:  ANTHONY J. NATALE, A.F.P.D.
                          BY:  CLEA D.T. WEISS, A.F.P.D.
                          BY:  KATHLEEN E. MOLLISON, A.F.P.D.
                          150 West Flagler Street
                          Suite 1700
                          Miami, Florida 33130

**REPORTED BY:**           DAWN M. SAVINO, RPR
                          Official Court Stenographer
                          400 N. Miami Avenue, 10S03
                          Miami, Florida  33128
                          Telephone:  305-523-5598

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
09:57:13   1                    P-R-O-C-E-E-D-I-N-G-S
10:34:00   2            (Court called to order)
10:34:07   3            COURTROOM DEPUTY:  All parties and counsel rebuttal
10:34:08   4   present.
10:34:10   5            THE COURT:  I wanted to run something by you, I don't
10:34:17   6   see it as a problem, but one of the jurors, Number 10, asked
10:34:20   7   Wanda that she needs to have, he or she needs to have something
10:34:26   8   notarized and asked if we had a notary.  There's one.  And so I
10:34:29   9   would propose to do it.  But I wanted to make sure to clear it
10:34:32  10   with you.  I don't think it has any affect on anything, but just
10:34:33  11   in an abundance of caution.
10:34:35  12            MS. MOLLISON:  No objection, Your Honor.
10:34:36  13            MS. VIAMONTES:  None from the Government.
10:34:40  14            THE COURT:  Okay.  Good.  Wanda, take care of it when
10:34:40  15   you can.
10:34:44  16            All right.  Are we ready for the jury?
10:34:50  17            MS. MOLLISON:  Judge, did we take care of Juror Number
10:34:51  18   3?
10:34:53  19            THE COURT:  Taken care of.  I told Wanda to tell her if
10:34:57  20   she needs to leave a little early, we'll accommodate her because
10:35:03  21   there's a big function in town for her group and she's
10:35:07  22   apparently indispensable, as aren't we all.  So if something
10:35:11  23   happens, then we figure out how to work around it so it's done.
10:35:13  24   Thank you.  I'm glad we brought that up.
10:35:30  25            Please bring in the jury.  The other thing is Judge
```

| | | |
|---|---|---|
| 10:35:35 | 1 | Moreno is in Tallahassee for the investiture of Justice Luck and |
| 10:35:38 | 2 | he asked me to take a verdict if it comes in today, and I told |
| 10:35:42 | 3 | him I would.  So we might have to take a break for about 10 |
| 10:35:46 | 4 | minutes.  Now I'll have to repeat it. |
| 10:35:53 | 5 | (Jury in at 10:35 a.m.) |
| 10:36:08 | 6 | THE COURT:  Be seated, please. |
| 10:36:09 | 7 | Good morning, ladies and gentlemen.  I presume you've |
| 10:36:14 | 8 | had a good evening.  I don't see anybody bleeding or limping, so |
| 10:36:16 | 9 | we'll be ready to get started. |
| 10:36:19 | 10 | You're reminded, sir, you're still under oath.  Be |
| 10:36:19 | 11 | seated. |
| 10:36:24 | 12 | I just want to tell you all that Judge Moreno, our |
| 10:36:27 | 13 | former chief judge, is in Tallahassee for the investiture of |
| 10:36:32 | 14 | Justice Robert Luck who is a local guy who actually was assigned |
| 10:36:36 | 15 | to me as a prosecutor many years ago before he became a state |
| 10:36:38 | 16 | court judge.  He's now been appointed to the State Supreme Court |
| 10:36:45 | 17 | and his investiture is today, and Judge Moreno is in Tallahassee |
| 10:36:48 | 18 | for the investiture, and he's got a jury that's out deliberating |
| 10:36:51 | 19 | so he's asked me if the jury comes back to please take the |
| 10:36:55 | 20 | return of the jury verdict and I will.  So if you see somebody |
| 10:36:58 | 21 | slipping in and handing me a piece of paper and we adjourn, |
| 10:37:00 | 22 | that's what it is and it will probably take about 10 or 15 |
| 10:37:04 | 23 | minutes.  And it could happen at any point or might not happen |
| 10:37:08 | 24 | until late today or tomorrow.  You may proceed. |
| 10:37:14 | 25 | MS. VIAMONTES:  Thank you, Your Honor. |

10:37:14  1                  CONTINUED DIRECT EXAMINATION

10:37:14  2        BY MS. VIAMONTES:

10:37:18  3   Q.   Good morning, Detective Granit.

10:37:19  4   A.   Good morning.

10:37:26  5   Q.   Yesterday we left off and you were discussing receiving the

10:37:31  6   Galaxy S8.  Do you remember that?

10:37:32  7   A.   Yes.

10:37:38  8   Q.   And after you effectuated the arrest of the Defendant, the

10:37:42  9   Galaxy S8 was obtained via search warrant; is that right?

10:37:43  10  A.   Yes, ma'am.

10:37:48  11  Q.   All right.  Now, did you have an opportunity to go through

10:37:55  12  the extraction, the data taken from the first phone, the Samsung

10:38:01  13  Note 3 and the Samsung S8?

10:38:01  14  A.   Yes, I did.

10:38:04  15  Q.   And what were you looking for when you went through that

10:38:06  16  evidence?

10:38:13  17  A.   We were looking for anything related to our victims or any

10:38:15  18  -- trying to identify any of the other victims that we possibly

10:38:22  19  had.  So child pornography, chats, screenshots, anything that

10:38:25  20  would help link the evidence together with the Defendant and our

10:38:26  21  victims.

10:38:32  22  Q.   Have you and Detective Bieber been working jointly hand in

10:38:33  23  hand on this case?

10:38:35  24  A.   Yes, we have.

10:38:41  25  Q.   And as you were looking through the evidence of the Note 3

10:38:46  1   and the S8, did you find similar evidence on both phones?

10:38:49  2   A.  Yes, we did.

10:38:52  3   Q.  Describe what type of similar evidence you found on the two

10:38:52  4   phones.

10:38:58  5   A.  So there were more images of child pornography.  They're all

10:39:03  6   mainly girls.  The girls were all under the age of what appeared

10:39:09  7   to be 16 or under.  And most of them, if not all, had writing

10:39:15  8   across their chest or in red and across different parts of their

10:39:21  9   bodies, in their vaginal area, across their face.  Some of them

10:39:23  10  on their arms and legs also.

10:39:27  11  Q.  And have you, Detective Bieber, and other law enforcement

10:39:31  12  officers with the FBI, been working diligently since the

10:39:34  13  inception of this case to identify all of those children?

10:39:35  14  A.  Yes, we have.

10:39:35  15  Q.  Are you done?

10:39:37  16  A.  No, we're not.

10:39:41  17  Q.  Has the number of victims exceeded 20?

10:39:43  18  A.  Far exceeded 20.

10:39:48  19  Q.  Did you review the Defendant's statement that he gave to the

10:39:51  20  Virginia detectives that we heard -- the jury heard earlier in

10:39:55  21  this trial?  Did you have a chance to hear that?

10:39:56  22  A.  Yes, I did.

10:40:00  23  Q.  And do you recall the Defendant telling them that he had

10:40:02  24  done this to about 20 kids?

10:40:02  25  A.  Yes.

10:40:05  1    Q.  Based on your analysis and your review of the Defendant's

10:40:09  2    Note 3 and the S8, was that an accurate statement?

10:40:10  3    A.  Not at all.

10:40:12  4    Q.  How so?

10:40:19  5    A.  Currently we're up to about 250 potential victims all across

10:40:20  6    the country.

10:40:27  7    Q.  Now, as you're reviewing these phones, did you prepare a

10:40:29  8    search warrant for Instagram in this case?

10:40:31  9    A.  Yes, I did.

10:40:34  10   Q.  And why did you do that?

10:40:38  11   A.  On the day that Detective Bieber and I traveled to Virginia

10:40:45  12   to take Mr. Woodson into custody, we -- law enforcement had

10:40:50  13   learned that one of the victims that we had already identified

10:40:58  14   and already interviewed was contacted again by a suspect which

10:41:01  15   we believed to be Mr. Woodson at the time.  However, we needed

10:41:05  16   to verify that and the contact was made through an Instagram

10:41:06  17   account.

10:41:09  18   Q.  And was that Instagram account the Tuylin20 Instagram

10:41:12  19   account?

10:41:12  20   A.  Yes.

10:41:18  21   Q.  Now, you're talking about September 26, 2018; is that right?

10:41:19  22   A.  Yes.

10:41:23  23   Q.  So about eight months after law enforcement first went out

10:41:24  24   and met with the Defendant?

10:41:26  25   A.  Correct.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 10:41:31 | 1 | Q.  That very morning that you arrested the Defendant, you got a |
| 10:41:32 | 2 | complaint from a victim? |
| 10:41:36 | 3 | A.  From a victim we had already identified and met with that |
| 10:41:45 | 4 | she had been -- contact had been reinitiated with her again. |
| 10:41:48 | 5 | Q.  Do you recall the initials of that victim? |
| 10:41:53 | 6 | A.  I believe they were M.K., but I'm not 100% sure. |
| 10:41:57 | 7 | Q.  She's one of the charged victims in this case? |
| 10:41:57 | 8 | A.  Yes. |
| 10:42:01 | 9 | Q.  The original contact that had been made with that victim was |
| 10:42:02 | 10 | using which platform? |
| 10:42:03 | 11 | A.  Snapchat. |
| 10:42:08 | 12 | Q.  All right.  And now she was being contacted using Instagram? |
| 10:42:10 | 13 | A.  Correct. |
| 10:42:12 | 14 | MS. VIAMONTES:  All right.  Permission to approach, |
| 10:42:12 | 15 | Your Honor? |
| 10:42:15 | 16 | THE COURT:  You may. |
| 10:42:15 | 17 | BY MS. VIAMONTES: |
| 10:42:27 | 18 | Q.  Detective, I've handed you what's been premarked as |
| 10:42:30 | 19 | Government's Exhibit 25.  Do you recognize it? |
| 10:42:31 | 20 | A.  Yes, I do. |
| 10:42:31 | 21 | Q.  What is it? |
| 10:42:34 | 22 | A.  This is the Instagram search warrant that I prepared and |
| 10:42:41 | 23 | Judge Snow signed for me when I presented her with the |
| 10:42:42 | 24 | affidavit. |
| 10:42:45 | 25 | Q.  And is that search warrant a true and accurate copy of the |

10:42:51  1    search warrant you obtained from Magistrate Snow in reference to

10:42:52  2    Instagram account Tuylin20?

10:42:53  3    A.  Yes, it is.

10:42:57  4           MS. VIAMONTES:  Your Honor, at this time the Government

10:43:00  5    moves 25 into evidence.

10:43:04  6           MR. NATALE:  No objection.

10:43:05  7           THE COURT:  Without objection, 25 is admitted into

10:43:07  8    evidence.

10:43:18  9           MS. VIAMONTES:  Permission to publish, Your Honor?

10:43:20  10           THE COURT:  You may.

10:43:20  11           (Government's Exhibit 25 in evidence)

10:43:20  12       BY MS. VIAMONTES:

10:43:23  13    Q.  Detective, I've placed on the ELMO Government's Exhibit 25

10:43:26  14    in evidence, the search warrant.  Now, after you obtained the

10:43:27  15    search warrant, what did you do?

10:43:36  16    A.  I served Facebook.  Facebook is the owner of Instagram, so I

10:43:41  17    served them with the search warrant for this account.

10:43:53  18    Q.  And after serving Facebook with this search warrant, did you

10:43:58  19    receive a return of voluminous materials from Instagram and

10:44:01  20    Facebook in reference to the Tuylin20 account?

10:44:01  21    A.  Yes, I did.

10:44:04  22    Q.  And is that the same account that had contacted one of the

10:44:05  23    victims in our case?

10:44:07  24    A.  Yes.

10:44:20  25    Q.  Detective, Detective Granit, did you compile the material

| | | |
|---|---|---|
| 10:44:24 | 1 | from Facebook and Instagram into binders? |
| 10:44:25 | 2 | A.  I did. |
| 10:44:30 | 3 | Q.  And are there five binders that contain the report from |
| 10:44:30 | 4 | Instagram? |
| 10:44:31 | 5 | A.  Yes. |
| 10:44:33 | 6 | Q.  And I'm not going to walk up there with all five of these, |
| 10:44:40 | 7 | but I'm referring to Exhibits 85, A through E.  You're familiar |
| 10:44:40 | 8 | with those? |
| 10:44:45 | 9 | A.  Yes.  I prepared those binders and put them all together. |
| 10:44:50 | 10 | Q.  Okay.  Do those binders 85 A through E contain the search |
| 10:44:51 | 11 | warrant returns from Instagram and Facebook? |
| 10:44:53 | 12 | A.  Yes, they do. |
| 10:44:57 | 13 | Q.  And are they accurate copies of the materials you got in |
| 10:44:59 | 14 | response to your search warrant from Instagram? |
| 10:45:00 | 15 | A.  Yes, it is. |
| 10:45:01 | 16 | MS. VIAMONTES:  Your Honor, at this time the Government |
| 10:45:05 | 17 | moves 86 A through E into evidence. |
| 10:45:10 | 18 | MR. NATALE:  Is that 86 or 85? |
| 10:45:10 | 19 | MS. VIAMONTES:  I'm sorry.  85.  I apologize. |
| 10:45:16 | 20 | MR. NATALE:  No objection, Your Honor. |
| 10:45:19 | 21 | THE COURT:  85 A through E or C?  Is that what you |
| 10:45:21 | 22 | said? |
| 10:45:23 | 23 | MS. VIAMONTES:  85 A through E. |
| 10:45:24 | 24 | THE COURT:  Without objection, it's admitted in |
| 10:45:26 | 25 | evidence. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 10:45:26 | 1 | (Government's Exhibits 85 A-E in evidence) |
| 10:45:31 | 2 | MS. VIAMONTES:  Your Honor, would it be okay if I put |
| 10:45:34 | 3 | them on the bar here since they're pretty heavy and thick? |
| 10:45:36 | 4 | THE COURT:  What are you going to do with them then? |
| 10:45:39 | 5 | MS. VIAMONTES:  Just in case we need to refer to them |
| 10:45:40 | 6 | throughout the trial. |
| 10:45:41 | 7 | THE COURT:  Put them on the ground.  Put them somewhere |
| 10:45:45 | 8 | near your table.  Don't need to intrude on personal space of the |
| 10:45:47 | 9 | jury. |
| 10:45:47 | 10 | BY MS. VIAMONTES: |
| 10:46:02 | 11 | Q.  In going through Instagram and the Defendant's phone, did |
| 10:46:08 | 12 | you come cross a girl that had been contacted by the name of |
| 10:46:09 | 13 | A.G.? |
| 10:46:10 | 14 | A.  Yes. |
| 10:46:14 | 15 | Q.  And did you collaborate with the detectives in Virginia |
| 10:46:17 | 16 | regarding that child? |
| 10:46:17 | 17 | A.  Yes, I did. |
| 10:46:23 | 18 | Q.  And together were you able to both identify that child? |
| 10:46:24 | 19 | A.  Yes, we were. |
| 10:46:27 | 20 | Q.  And was that someone the Defendant had contacted through |
| 10:46:28 | 21 | Instagram? |
| 10:46:31 | 22 | A.  Yes. |
| 10:46:38 | 23 | Q.  Now, I'll refer to her from now on as A.G.  Is that all |
| 10:46:38 | 24 | right? |
| 10:46:39 | 25 | A.  Yes. |

10:46:43   1   Q.  Okay.  Were you able to locate where A.G. was living?

10:46:44   2   A.  Yes, we were.

10:46:48   3   Q.  And what state was she living in?

10:46:49   4   A.  Texas.

10:46:53   5   Q.  And did you go out and interview her?

10:46:55   6   A.  I did.

10:47:09   7   Q.  And were you able to show A.G. photographs from the

10:47:14   8   Defendant's devices, sanitized pictures if you will, excluding

10:47:18   9   graphic images of herself?

10:47:19   10  A.  I was able to, yes.

10:47:23   11  Q.  And in your presence was she able to --

10:47:30   12       MR. NATALE:  Objection, Your Honor.  Hearsay.

10:47:31   13       THE COURT:  I don't think he said what --

10:47:34   14       MR. NATALE:  He hasn't answered yet.  I think the

10:47:38   15  question is eliciting the other person's answer.

10:47:42   16       THE COURT:  Not yet.  But it is hearsay if it comes in

10:47:45   17  that way, unless there's an exception that I'm not aware of.

10:47:47   18  Go.

10:47:47   19       BY MS. VIAMONTES:

10:47:51   20  Q.  Were you able to show A.G. those images?

10:47:52   21  A.  Yes.

10:48:07   22  Q.  Were you able to identify additional children and reach out

10:48:10   23  to them based on the Instagram returns and analysis of the

10:48:11   24  Defendant's phones?

10:48:14   25  A.  Yes.

10:48:20  1    Q.  And were -- with the assistance of your team at the FBI,

10:48:24  2    were you able to identify another child in South Florida with

10:48:27  3    the initials B.O.?

10:48:28  4    A.  Yes.

10:48:33  5    Q.  And did you take part in scheduling her interview as well?

10:48:35  6    A.  I did.

10:48:36  7    Q.  Did you participate in that interview?

10:48:37  8    A.  Yes, I did.

10:48:41  9    Q.  And were you able to confirm with her that those were her

10:48:42  10   images?

10:48:44  11        MR. NATALE:  Objection, Your Honor.  Calls for hearsay

10:48:51  12   because it only would be the response from that person.

10:48:54  13        THE COURT:  Why is that not hearsay?

10:48:57  14        MS. VIAMONTES:  Your Honor, it could be offered for the

10:49:02  15   effect on the listener as to how he continued with his

10:49:02  16   investigation.

10:49:03  17        THE COURT:  Yeah.  Let me explain to you, ladies and

10:49:07  18   gentlemen, what hearsay is.  You hear it on television all the

10:49:10  19   time.  Probably once it was accurate, but the rest of the time

10:49:14  20   they're making it up as they go along.  There is a rule of

10:49:17  21   evidence that says that you can't bring in an out-of-court

10:49:21  22   statement into court and repeat it without it being one of the

10:49:26  23   exceptions.  The reason being is that nobody is able to test the

10:49:31  24   veracity of that statement.  Somebody says Joe said the light

10:49:34  25   was red when the accident occurred, nobody can ask Joe if his

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

10:49:39  1    seeing eye dog was with him or if he was staring into the sun or

10:49:41  2    anything.  All you get is the bald statement.

10:49:46  3         There are exceptions, and they change the rules

10:49:49  4    periodically, but they're still the same exceptions.  Things

10:49:52  5    that give added credibility to it.  Then there are other things

10:49:56  6    which say we're not bringing it in for its truth, we're only

10:49:59  7    bringing it in for the fact that it was stated or for the effect

10:50:04  8    that it had on somebody else, like testimony at a former trial

10:50:06  9    or the admission of a party opponent, because people don't

10:50:08  10   expect that other people are going to admit to something that's

10:50:15  11   against their interest unless it's true.  Spontaneous statement,

10:50:19  12   excited utterance, business records.  There's a lot of things

10:50:23  13   that are exceptions to the rule, and one of them is that it's

10:50:26  14   not coming in for its truth, it's coming in for the effect that

10:50:31  15   it had on the person or what happened as a result there of, and

10:50:34  16   I believe that that's what this is coming in for, so I'll permit

10:50:37  17   it for that purpose.

10:50:38  18        MS. VIAMONTES:  Thank you, Your Honor.

10:50:38  19      BY MS. VIAMONTES:

10:50:46  20   Q.  Now, based on A.G. identifying the pictures on Instagram and

10:50:53  21   B.O. identifying her pictures -- let me back up.  With B.O.,

10:50:59  22   what platform was used to victimize her?

10:50:59  23   A.  Skype.

10:51:05  24   Q.  Okay.  Based on those Skype pictures that were screen

10:51:08  25   captures and the Instagram pictures, were you able to look at

10:51:13  1    that evidence and compare it to statements the Defendant made

10:51:16  2    back in January 2018?

10:51:16  3    A.   Yes.

10:51:22  4    Q.   And in that statement, does the Defendant mention using

10:51:30  5    Instagram to reach children and get them to create pornographic

10:51:33  6    images?

10:51:34  7    A.   Yes.

10:51:35  8    Q.   Does the Defendant mention Skype?

10:51:42  9    A.   No, I don't believe so.

10:52:01 10    Q.   Did you look for evidence, any evidence in either of the

10:52:07 11    Defendant's phones or in the Instagram returns which we see are

10:52:13 12    voluminous, of the Defendant being forced to do this by anyone?

10:52:14 13    A.   Did I look for the evidence?

10:52:16 14    Q.   Did you look for it?

10:52:16 15    A.   Yes, I did.

10:52:17 16    Q.   Did you find any?

10:52:19 17    A.   Not at all.

10:52:22 18         MS. VIAMONTES:  Nothing further, Your Honor.

10:52:23 19         MR. NATALE:  Your Honor, may I inquire?

10:52:39 20         THE COURT:  You may.

10:52:49 21         MR. NATALE:  Are you finished with the ELMO?

10:52:54 22         MS. VIAMONTES:  Yes.

10:53:15 23         THE COURT:  Are you about done?

10:53:19 24         MR. NATALE:  Pretty much, Judge.

10:53:19 25                      CROSS-EXAMINATION

```
10:53:20   1          BY MR. NATALE:
10:53:26   2     Q.  Detective, you mentioned you went through a variety of
10:53:31   3     different ways that people communicate with one another in this
10:53:36   4     digital world; is that right?
10:53:39   5     A.  Okay.  Not really.  I'm not following the question.  I'm
10:53:42   6     sorry.  There's many different ways that people communicate,
10:53:43   7     yes.
10:53:45   8     Q.  Then I'll go through each one.  Would you agree with me that
10:53:49   9     you looked at items that were called Snapchats?
10:53:50  10     A.  Yes.
10:53:53  11     Q.  Is that a digital way in which people communicate?
10:53:53  12     A.  Yes.
10:53:55  13     Q.  Did you look at Instagram, sir?
10:53:55  14     A.  Yes.
10:53:58  15     Q.  Is that a digital way in which people communicate?
10:53:58  16     A.  Yes, sir.
10:54:01  17     Q.  Did you look at Snapchat?
10:54:02  18     A.  Yes, sir.
10:54:04  19     Q.  Is that a digital way --
10:54:05  20          MS. VIAMONTES:  Asked and answered.
10:54:08  21          THE COURT:  No, let him -- I don't know what his point
10:54:14  22     is, but we'll see.  No, you can just keep asking the question.
10:54:14  23          BY MR. NATALE:
10:54:17  24     Q.  Well sir, do I have to go through all of the different items
10:54:24  25     that you looked at that were digital records by which people
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

10:54:30  1    communicate with each other?  Would you agree there are numerous

10:54:33  2    ways of communicating with people digitally?

10:54:38  3    A.   There are numerous ways of communicating with people

10:54:40  4    digitally, yes.

10:54:42  5         THE COURT:  He already said that earlier.  He answered

10:54:43  6    that.

10:54:43  7         BY MR. NATALE:

10:54:47  8    Q.   And when you do that, sir, you have to go to the companies

10:54:52  9    to find in some ways -- companies that hold the records and some

10:54:57  10   companies don't hold the records; isn't that correct?

10:54:59  11   A.   Depends on the records you're looking for.

10:55:03  12   Q.   Exactly.  So for example, someone could keep something on

10:55:08  13   their phone or not have it on their phone, but with certain of

10:55:15  14   these devices or these applications, the server keeps that

10:55:17  15   information, right?

10:55:17  16   A.   In some cases.

10:55:21  17   Q.   In some cases they don't.

10:55:22  18   A.   Possible, yes.

10:55:32  19   Q.   Well, are you aware of the Kik -- as law enforcement, you

10:55:40  20   realize that a lot of these companies that own these apps, they

10:55:43  21   have different policies regarding how they help law enforcement;

10:55:45  22   isn't that correct?

10:55:46  23   A.   That is correct.

10:55:51  24   Q.   And that let's take, for example, Kik.  Are you familiar

10:55:55  25   with the policies that they use to help law enforcement?

10:55:56  1    A.  Yes.

10:56:05  2    Q.  And when you look at that policy, Kik is a Canadian company,

10:56:05  3    isn't it?

10:56:06  4    A.  Yes, sir.

10:56:09  5    Q.  But yet it has a relationship with American law enforcement

10:56:13  6    and it provides you certain information.

10:56:13  7    A.  That's correct.

10:56:21  8    Q.  Now, Kik doesn't keep all of the communications that have

10:56:28  9    occurred through its app forever, do they?

10:56:30  10   A.  That's the way their platform is set up.

10:56:32  11   Q.  That it does not keep it forever; is that correct?

10:56:36  12   A.  The company does not keep it forever.

10:56:40  13   Q.  Exactly.  So that means that people could have communicated

10:56:50  14   via Kik and the company would have no record of it, right?

10:56:51  15   A.  No, that's incorrect.

10:56:55  16   Q.  But would they have the record of what the actual

10:56:57  17   communication was?

10:57:00  18   A.  No, that's not what you said.  There would be record of the

10:57:03  19   communication, there just wouldn't be the actual words of the

10:57:04  20   communication.

10:57:07  21   Q.  So we wouldn't know what the content was.

10:57:08  22   A.  Correct.

10:57:11  23   Q.  There may be a record of whether people had contact with one

10:57:16  24   another, but we certainly wouldn't know what was expressly said.

10:57:18  25   A.  From the company?  Correct.

10:57:23  1    Q.  That's correct.  Now, if people saved it on their separate
10:57:27  2    phones, then it might exist.  Right?
10:57:28  3    A.  It's possible, yes.
10:57:33  4    Q.  But if they didn't, then it would be gone forever.
10:57:34  5    A.  Not necessarily.
10:57:37  6    Q.  Well, where would you find it?
10:57:43  7    A.  Forensically there would be possibly a way to recover the
10:57:45  8    communication through the phone or the device.
10:57:49  9    Q.  Well then let's do this.  Did you -- with any of the phones
10:57:56  10   that you received from Mr. Woodson, did you do that in-depth
10:58:01  11   analysis to see whether there was communications that were
10:58:06  12   listed on the phone that were consistent with communications
10:58:09  13   that say, for example, you got from Kik?
10:58:14  14   A.  I did not do the forensic analysis, no.
10:58:17  15   Q.  Did you review the forensic analysis as part of you working
10:58:19  16   hand in hand with everybody so you could make that
10:58:20  17   determination?
10:58:24  18   A.  I reviewed some of it, yes.
10:58:30  19   Q.  Well, my question is in this case, did you review an
10:58:38  20   in-depth analysis of Mr. Woodson's phone that would show all of
10:58:42  21   the correspondences that he had, the content of every
10:58:45  22   correspondence he had on Kik?
10:58:50  23   A.  I don't know that it's all the correspondence on Kik.  I
10:58:53  24   only read what was recovered from the device.
10:58:55  25   Q.  And did you compare what was recovered from the device with

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

10:59:01  1    the actual records that Kik maintained?

10:59:06  2    A.  I did not do the comparison of that, no.

10:59:12  3         MR. NATALE:  Sorry.

10:59:15  4         THE COURT:  Oh, boy, that's going to cost you.

10:59:17  5         MR. NATALE:  I know it.

10:59:17  6       BY MR. NATALE:

10:59:24  7    Q.  So you would agree in all candor that there is information

10:59:32  8    that maybe no longer exists that would actually show what was

10:59:37  9    the correspondence that people had on a Kik account.  But it's

10:59:43  10   no longer held by the phone and it's no longer held by the

10:59:47  11   server, the people who own Kik, right?

10:59:55  12   A.  It wouldn't be on the server.  And I'm not sure if all of

11:00:01  13   the messages that were recovered, are all of them completed.

11:00:11  14   Q.  Okay.  So you do know that the person in Ireland used Kik,

11:00:13  15   correct?

11:00:14  16   A.  That's correct.

11:00:20  17   Q.  You're aware that that person in Ireland had contact with

11:00:25  18   some of the same minors in this case.

11:00:26  19   A.  That's correct.

11:00:34  20   Q.  You're aware that the person in Ireland actually made

11:00:42  21   requests to Mr. Woodson about what to do.

11:00:46  22   A.  They weren't requests.

11:00:50  23   Q.  Well, he said certain things to do this or to do that; isn't

11:00:52  24   that correct?

11:00:54  25   A.  They were more like suggestions.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11:00:58  1    Q.  Okay.  You view them as suggestions, but they certainly were

11:01:03  2    information that came from the Irish person to Joseph which then

11:01:05  3    Joseph relayed, correct?

11:01:09  4    A.  And the other way around too.

11:01:13  5    Q.  I understand that, sir.  But my question was it came from

11:01:16  6    the Irish guy, right?

11:01:18  7    A.  And what I'm trying to explain is it went both ways.

11:01:23  8    Q.  Okay.  So you're saying that Joseph told the Irish guy who

11:01:28  9    to contact and what to tell them?  Is that what you're telling

11:01:29  10   this jury?

11:01:31  11   A.  I believe that there are some conversations.

11:01:38  12   Q.  Show us.  Show us where Joseph is telling the Irish guy what

11:01:42  13   to do and who to do it with.

11:01:46  14   A.  I don't have anything up here.

11:01:48  15   Q.  I'm sorry?

11:01:52  16   A.  I don't have any of the evidence up here.  A little hard for

11:01:53  17   me to --

11:01:58  18   Q.  Well where -- well, don't you think it would be important to

11:02:04  19   show the jury that since you just testified under oath that it

11:02:05  20   exists?

11:02:08  21        THE COURT:  He says he doesn't have it up there to show

11:02:09  22   it.  Move on.

11:02:10  23        MR. NATALE:  Well, could you ask the Government to give

11:02:13  24   it to you?

11:02:14  25        MS. VIAMONTES:  Judge, objection.  Argumentative.

```
11:02:16   1              THE COURT:  Yeah, we're not letting him start
11:02:20   2      scrambling around start looking for stuff.  Ask another
11:02:21   3      question.
11:02:21   4              BY MR. NATALE:
11:02:24   5      Q.  Well sir, let's now -- I want to go through the same series
11:02:28   6      of questions with Instagram.  Did you have a chance to look at
11:02:30   7      and review the records that were produced from Instagram?
11:02:31   8      A.  Yes.
11:02:36   9      Q.  And that's -- is that this all the pile here?
11:02:38  10      A.  There's five binders.
11:02:46  11      Q.  Five binders.  In any of those binders, do you find anything
11:02:51  12      where Joseph -- and these are the ones, you looked at all of
11:02:51  13      them, right?
11:02:52  14      A.  I created the binders.
11:02:56  15      Q.  You created them.  So in creating them, you looked at
11:02:58  16      everything and you put it all together.
11:02:59  17      A.  Yes.
11:03:01  18      Q.  Now, you didn't leave anything out, did you?
11:03:02  19      A.  No.
11:03:05  20      Q.  Everything you got was in there.
11:03:05  21      A.  Correct.
11:03:13  22      Q.  Now, is there anything in there where Joseph is telling the
11:03:18  23      Irish guy what to do and who to do it with?
11:03:20  24      A.  No.
11:03:26  25      Q.  In all of these, right?
```

| | | |
|---|---|---|
| 11:03:28 | 1 | A.  That's correct. |
| 11:03:37 | 2 | Q.  Snapchat.  Did you have an opportunity to look at all the |
| 11:03:42 | 3 | Snapchat correspondence that you had available? |
| 11:03:44 | 4 | A.  Most of them, yes. |
| 11:03:53 | 5 | Q.  Okay.  And in the Snapchats, can you testify under oath that |
| 11:03:59 | 6 | there are instances where Joseph is instructing or telling the |
| 11:04:06 | 7 | Irish guy what to do, when to do it and how to do it? |
| 11:04:11 | 8 | A.  On Snapchat I'm not 100% sure about that. |
| 11:04:22 | 9 | Q.  Okay.  So we went through Snapchat, did I miss any -- oh. |
| 11:04:35 | 10 | You would agree though that there were chats between Joseph and |
| 11:04:38 | 11 | the Irish guy. |
| 11:04:39 | 12 | A.  Yes, that's what I was referring to. |
| 11:04:45 | 13 | Q.  Okay.  But as far as the contents of those chats, there's |
| 11:04:50 | 14 | nothing to indicate that Joseph was telling the Irish guy do |
| 11:04:55 | 15 | this, do this, whatever, are there? |
| 11:04:57 | 16 | A.  No, that's what I was referring to before, there's |
| 11:05:02 | 17 | conversations between Mr. Woodson and the Irish person. |
| 11:05:09 | 18 | Q.  Okay.  And there's nothing in those conversations that you |
| 11:05:14 | 19 | saw that indicated Joseph was telling him what to do, was there? |
| 11:05:17 | 20 | A.  It just seemed like they were having conversations. |
| 11:05:22 | 21 | Q.  Okay.  My question to you is this:  Is there anything in |
| 11:05:30 | 22 | there where Joseph is telling or instructing the Irish guy or |
| 11:05:35 | 23 | person what to do and when to do it? |
| 11:05:38 | 24 | A.  Specific dates and times of what to do and when to do it, |
| 11:05:42 | 25 | no.  But there's conversations back and forth between the two of |

11:05:42  1    them.

11:05:44  2    Q.  Well, there's conversations back and forth.  Are you saying

11:05:49  3    at any time Joseph told him what to do and that it's reflected

11:05:56  4    in the reports that were done?

11:05:58  5    A.  I believe so, yes.

11:06:00  6    Q.  Okay.

11:06:01  7         MR. NATALE:  Your Honor, may I approach?

11:06:04  8         THE COURT:  You may.

11:06:12  9         MR. NATALE:  I'd like to show what is marked as Defense

11:06:12  10   Exhibit 1.

11:06:15  11        THE COURT:  A.  Defense is letters, Plaintiff is

11:06:17  12   numbers.

11:06:27  13        BY MR. NATALE:

11:06:34  14   Q.  Now sir, we've -- in what you've done in this case, there

11:06:43  15   are a number of things that you learned.  For example, different

11:06:50  16   people can go online and take on different names, right?

11:06:51  17   A.  Yes.

11:06:56  18   Q.  And that at different times, they can use different names.

11:06:58  19   A.  That's correct.

11:07:06  20   Q.  And that in fact, sometimes someone can just change sort of

11:07:13  21   a name just by adding another number or letter after it.

11:07:15  22   A.  In some cases.

11:07:19  23   Q.  Right.  So for example, there could be a Tony Natale 1, Tony

11:07:24  24   Natale 2, Tony Natale 3, and that very well could be different

11:07:29  25   people who are just all Tony Natale but there can only be 1, 2

                    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                    TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:07:31 | 1 | and 3, so they just add another number, right? |
| 11:07:32 | 2 | A.   Correct. |
| 11:07:37 | 3 | Q.   So it doesn't indicate that Tony Natale 3 is the same person |
| 11:07:41 | 4 | as Tony Natale 1. |
| 11:07:42 | 5 | A.   No, but it's possible. |
| 11:07:46 | 6 | Q.   Well anything is possible, right? |
| 11:07:47 | 7 | A.   Sure. |
| 11:07:50 | 8 | Q.   But you also know that when they register for a name, |
| 11:07:53 | 9 | sometimes, you know, some names are taken and you just can add a |
| 11:07:58 | 10 | number or letter and have a similar name, but it's really a |
| 11:07:59 | 11 | different person. |
| 11:08:01 | 12 | A.   It's possible, yes. |
| 11:08:56 | 13 | Q.   Sir, during the investigation you mentioned that there's -- |
| 11:09:02 | 14 | there are numerous other people who may be involved in similar |
| 11:09:10 | 15 | conduct as this, correct?  Other than Mr. Woodson? |
| 11:09:12 | 16 | A.   That's not what I said. |
| 11:09:14 | 17 | Q.   Well, let me ask you this:  Based on your investigation, |
| 11:09:18 | 18 | sir, you would agree that there are other people involved in |
| 11:09:21 | 19 | this sort of conduct other than Mr. Woodson. |
| 11:09:22 | 20 | A.   That's correct. |
| 11:09:27 | 21 | Q.   We know that there was the person from Ireland, right? |
| 11:09:27 | 22 | A.   That's correct. |
| 11:09:30 | 23 | Q.   In fact, I think in one of the affidavits they mention a |
| 11:09:32 | 24 | person from Kentucky? |
| 11:09:34 | 25 | A.   That's correct. |

11:09:40  1    Q.  And that when you were mentioning the number of people that

11:09:46  2    have been contacted, what you were saying was there is a number

11:09:52  3    of people who have been contacted but not all of them actually

11:09:58  4    gave nude pictures of these horrible things of themselves,

11:10:01  5    right?

11:10:04  6    A.  That's true.  It's still ongoing, but yes, in some cases.

11:10:10  7    Q.  So because you do know that some people just said no, right?

11:10:12  8    A.  That is correct.

11:10:39  9    Q.  Let me ask you this, sir:  Do you remember if at any time in

11:10:46  10   the Instagrams there was any indication where the Irish guy is

11:10:50  11   directing Joseph what to do?

11:10:54  12   A.  No.

11:10:57  13   Q.  You don't recall seeing that.

11:10:58  14   A.  No.

11:11:01  15   Q.  Okay.  You're not saying that something like that isn't in

11:11:05  16   there though, are you?

11:11:08  17   A.  No, I'm answering your question, I don't see it in there.

11:11:19  18   Q.  Okay.  Now, let me ask you this:  When you -- you also

11:11:27  19   learned at some point that one of the young women told you that

11:11:35  20   the person who contacted her was also -- that the person that

11:11:39  21   was asking her to do these things also said that they were being

11:11:41  22   coerced; isn't that right?

11:11:43  23   A.  I'm sorry.  Say that again?

11:11:48  24   Q.  Okay.  Maybe I'll have it this way.  Isn't it true that one

11:11:54  25   of the witnesses that you talked about on direct, that you

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:12:06 | 1 | interviewed, that you learned that Joseph actually communicated |
| 11:12:13 | 2 | that he was being blackmailed or intimidated into doing this. |
| 11:12:14 | 3 | MS. VIAMONTES:  Objection, hearsay. |
| 11:12:16 | 4 | MR. NATALE:  Your Honor, I'm just bringing it in for |
| 11:12:19 | 5 | the effect on the listener. |
| 11:12:21 | 6 | THE COURT:  What relevance does the effect on the |
| 11:12:22 | 7 | listener have? |
| 11:12:24 | 8 | MR. NATALE:  Well, it's the relevance that it would |
| 11:12:26 | 9 | then show what other -- |
| 11:12:26 | 10 | THE COURT:  Sustained. |
| 11:12:29 | 11 | MR. NATALE:  What other investigation he did. |
| 11:12:30 | 12 | THE COURT:  Sustained. |
| 11:13:13 | 13 | BY MR. NATALE: |
| 11:13:19 | 14 | Q.  Detective, I'd like to show you what is listed as Page 3253 |
| 11:13:36 | 15 | of Government's Exhibit 85 A through -- 85 D as in David. |
| 11:13:39 | 16 | MR. NATALE:  May I approach the ELMO, Your Honor? |
| 11:13:42 | 17 | MS. VIAMONTES:  Counsel, may I see that before you |
| 11:13:44 | 18 | approach? |
| 11:13:46 | 19 | MR. NATALE:  Sure. |
| 11:14:01 | 20 | THE COURT:  Come on.  You have to have a copy of that. |
| 11:14:03 | 21 | If it's not the same let's discuss that, but otherwise let's |
| 11:14:07 | 22 | move on. |
| 11:14:13 | 23 | BY MR. NATALE: |
| 11:14:17 | 24 | Q.  Can you see this, sir? |
| 11:14:23 | 25 | A.  Yes.  Not the entire page, you keep moving it up and down. |

| | | |
|---|---|---|
| 11:14:26 | 1 | Q.  Do you recognize that? |
| 11:14:26 | 2 | A.  Yes. |
| 11:14:31 | 3 | Q.  Do you recognize that as Page 3253, Instagram business |
| 11:14:39 | 4 | record from Government's Exhibit 85 D as in David, which you |
| 11:14:40 | 5 | assembled? |
| 11:14:42 | 6 | A.  Yes, sir. |
| 11:15:02 | 7 | Q.  I would like you to read at the bottom of the page where I'm |
| 11:15:07 | 8 | pointing out loud to the jury. |
| 11:15:12 | 9 | A.  The line that says text or the line that's -- |
| 11:15:15 | 10 | Q.  Yeah, says text.  Read the whole thing. |
| 11:15:18 | 11 | A.  Okay.  It says text "well, I'm being blackmailed to do |
| 11:15:20 | 12 | this". |
| 11:15:23 | 13 | Q.  And what's the next line say? |
| 11:15:31 | 14 | A.  Says author Tuylin20, T-U-Y-L-I-N 20, and then the number |
| 11:15:36 | 15 | after that is 576-588-1656. |
| 11:15:43 | 16 | Q.  And isn't Tuylin20 an identification that was utilized by |
| 11:15:44 | 17 | Mr. Woodson? |
| 11:15:47 | 18 | A.  Yes, it was. |
| 11:16:04 | 19 | Q.  And the recipient is ************ *******? |
| 11:16:05 | 20 | A.  Yes, sir. |
| 11:16:11 | 21 | Q.  And without giving the full name, you identified that person |
| 11:16:16 | 22 | to be who? |
| 11:16:21 | 23 | A.  Honestly I don't remember.  There were so many victims I |
| 11:16:24 | 24 | have to look at the victim list. |
| 11:16:31 | 25 | Q.  Could it be A.G.? |

11:16:33  1          MS. VIAMONTES:  Objection, Your Honor.  Calls for

11:16:35  2  speculation.  He said he doesn't know.

11:16:36  3          THE COURT:  Sustained.

11:16:36  4      BY MR. NATALE:

11:16:49  5  Q.  Let me ask you this:  Did you ever hear anyone else mention

11:16:57  6  or see anything else like that which is similar to Joseph saying

11:17:04  7  that he's been blackmailed to do this?  Think about -- think

11:17:12  8  about it.  Did anyone say something similar to that to you?

11:17:13  9          MS. VIAMONTES:  Objection, Your Honor.  Calls for

11:17:14  10  hearsay.

11:17:21  11          MR. NATALE:  Just trying to see if we can come to

11:17:26  12  figure out if he knows who actually said that.

11:17:28  13          THE COURT:  I believe it is hearsay because you're

11:17:32  14  asking -- you're trying to prove that somebody was blackmailed,

11:17:37  15  so I'd say you're trying to get the truth out of it.  I'll

11:17:38  16  sustain the objection.

11:17:40  17          MR. NATALE:  Your Honor, I'm bringing it in as to

11:17:43  18  whether someone told him that, not that it's true.

11:17:45  19          THE COURT:  I understand.  Sustained.

11:17:51  20      BY MR. NATALE:

11:17:54  21  Q.  Sir, did you ever write any reports about any of your

11:17:55  22  interviews?

11:17:57  23  A.  Yes.

11:18:01  24  Q.  And when you wrote those reports, have you had a chance to

11:18:03  25  look at them and review them?

| | | |
|---|---|---|
| 11:18:04 | 1 | A.  Yes. |
| 11:18:11 | 2 | Q.  Did you write down in those reports accurate information? |
| 11:18:14 | 3 | A.  Yes. |
| 11:18:18 | 4 | Q.  Did you write accurate information because you thought it |
| 11:18:23 | 5 | was important to include in the report? |
| 11:18:25 | 6 | A.  Yes. |
| 11:18:29 | 7 | Q.  And have you had a chance to look at those reports that you |
| 11:18:30 | 8 | wrote? |
| 11:18:32 | 9 | A.  Yes. |
| 11:18:37 | 10 | Q.  Did you make any changes to those reports? |
| 11:18:40 | 11 | A.  No. |
| 11:18:46 | 12 | Q.  You're aware that those reports were made available to us, |
| 11:18:48 | 13 | correct?  The defense, right? |
| 11:18:49 | 14 | A.  That's correct. |
| 11:18:54 | 15 | Q.  Is there anything in those reports that you feel now is |
| 11:18:58 | 16 | inaccurate or wrong? |
| 11:19:00 | 17 | MS. VIAMONTES:  Objection, Your Honor.  This is |
| 11:19:04 | 18 | improper impeachment, irrelevant and vague. |
| 11:19:07 | 19 | THE COURT:  I'll sustain the objection. |
| 11:19:07 | 20 | BY MR. NATALE: |
| 11:19:17 | 21 | Q.  Sir, at any point did you ever tell anyone that -- in |
| 11:19:28 | 22 | writing or orally, that Joseph was blackmailed by someone else? |
| 11:19:34 | 23 | MS. VIAMONTES:  Objection, that's hearsay and improper |
| 11:19:36 | 24 | impeachment. |
| 11:19:39 | 25 | MR. NATALE:  I'm asking whether he said that, Judge. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:19:41   1            THE COURT:  I know what you're asking.  If you'll keep
11:19:43   2    quiet, I'll rule.  Overruled.
11:19:43   3        BY  MR. NATALE:
11:19:45   4    Q.  Did you ever say that, sir?
11:19:47   5    A.  Would you repeat the question again please?
11:19:50   6    Q.  Did you ever tell anyone, orally or in writing, that you
11:19:56   7    learned Joseph was being blackmailed by someone?
11:20:01   8    A.  It would have been a discussion that Detective Bieber and I
11:20:05   9    would have had that it's a possibility based on what he's
11:20:08  10    stating in his statement.
11:20:13  11    Q.  And more than that, right?  Wasn't just what he stated.
11:20:17  12    A.  In the Instagram return that we located.
11:20:20  13    Q.  And --
11:20:25  14    A.  That's all I can think of.
11:20:32  15    Q.  Okay.  Would it refresh your recollection to look at your
11:20:32  16    report?
11:20:37  17    A.  Sure.
11:22:19  18            THE COURT:  All right.  Guys, we got to get more
11:22:23  19    organized than this.  Come on.  Let's go.
11:22:25  20            MR. NATALE:  I have no further questions.
11:22:29  21            THE COURT:  All right.  Redirect?
11:22:31  22            MS. VIAMONTES:  Thank you, Judge.
11:22:33  23            THE COURT:  You don't have to thank me.  I get paid to
11:22:36  24    do this.
11:22:36  25                        REDIRECT EXAMINATION
```

| | | |
|---|---|---|
| 11:22:36 | 1 | BY MS. VIAMONTES: |
| 11:22:40 | 2 | Q.  Detective Granit, defense counsel brought up a few |
| 11:22:41 | 3 | interesting points that I'd like to discuss with you. |
| 11:22:47 | 4 | He just asked you if you ever said that Mr. Woodson -- |
| 11:22:53 | 5 | that Mr. Woodson was, in fact, blackmailed.  Did you find any |
| 11:22:56 | 6 | evidence that Mr. Woodson was, in fact, blackmailed into |
| 11:22:58 | 7 | committing this crime? |
| 11:22:59 | 8 | A.  I did not. |
| 11:23:04 | 9 | Q.  Did you find evidence that he said he was being blackmailed? |
| 11:23:05 | 10 | A.  Yes. |
| 11:23:07 | 11 | Q.  Was there any evidence to support that claim? |
| 11:23:09 | 12 | A.  Not at all. |
| 11:23:12 | 13 | Q.  Now, in Mr. Woodson's devices, did you find evidence of |
| 11:23:17 | 14 | Mr. Woodson taking on the identity of different people? |
| 11:23:17 | 15 | A.  Yes. |
| 11:23:23 | 16 | Q.  And when he does that, does he say who he really is? |
| 11:23:24 | 17 | A.  No. |
| 11:23:27 | 18 | Q.  Or does he lie and pretend to be somebody else? |
| 11:23:30 | 19 | A.  He's lying, pretending to be somebody else. |
| 11:23:32 | 20 | Q.  Does he do that once? |
| 11:23:32 | 21 | A.  No. |
| 11:23:36 | 22 | Q.  Does he do that more than 20 times? |
| 11:23:38 | 23 | A.  Far more than 20 times. |
| 11:23:43 | 24 | Q.  So he's claiming that he was blackmailed, but is there |
| 11:23:48 | 25 | anything other than his claim to support that? |

```
11:23:50   1    A.  Not at all.
11:24:00   2    Q.  Now, let's talk about some evidence that you did find on his
11:24:02   3    phone.  Did you find evidence that the Defendant knew how to
11:24:05   4    take a screen capture on his phone?
11:24:05   5    A.  Yes.
11:24:08   6    Q.  And describe to the members of the jury what a screen
11:24:09   7    capture is.
11:24:17   8    A.  So on your phone or your device, you can capture the moment
11:24:22   9    that's on your device by simply taking a photo of it within the
11:24:29  10    device.  So in an Android, you might hold your power button down
11:24:33  11    and your volume key or your home key and your volume key to get
11:24:40  12    a snapshot.  Apple, it's usually your volume key and power key
11:24:45  13    at the same time and it will generate -- kind of flash at you
11:24:47  14    like it's taking a picture of you, but it's taking a picture of
11:24:49  15    the screen and that's a screenshot of the device.
11:24:52  16    Q.  How is it that we know that the Defendant knew how to take
11:24:58  17    screen captures of what was appearing on his Samsung phone?
11:25:03  18    A.  Because there were numerous screen captures inside the
11:25:06  19    devices that were recovered from Mr. Woodson.
11:25:11  20    Q.  And when a person takes a screen capture and when the
11:25:14  21    Defendant took screen captures on his phone, does it save it on
11:25:19  22    to their camera roll and on to their photos?
11:25:20  23    A.  Yes.
11:25:23  24    Q.  Did you find any screen captures where the Defendant screen
11:25:27  25    captured the Irish guy or anyone else blackmailing him?
```

11:25:29  1    A.  Not at all.

11:25:36  2    Q.  Defense counsel mentioned Kik.  Were we able to recover Kik

11:25:44  3    messages between the Defendant and Boyz11, the Irish

11:25:51  4    co-conspirator?

11:25:51  5    A.  Yes?

11:25:55  6         MS. VIAMONTES:  Permission to approach with

11:25:59  7    Government's premarked 63 and 64.

11:26:02  8         THE COURT:  You may.

11:26:02  9    BY MS. VIAMONTES:

11:26:06  10   Q.  Now, as defense counsel looks at that, defense counsel was

11:26:13  11   asking you if you had found any evidence where the Defendant was

11:26:16  12   instructing the Irish guy on what to do.  Do you remember those

11:26:16  13   questions?

11:26:18  14   A.  Yes.

11:26:20  15   Q.  Okay.

11:26:46  16   Q.  Detective Granit, I've handed you Government's Exhibit 63

11:26:50  17   and 64 for identification.  Do you recognize those exhibits?

11:26:51  18   A.  Yes.

11:26:53  19   Q.  And what are they?

11:26:58  20   A.  They are communications between Mr. Woodson and the Irish

11:27:05  21   subject taken from Mr. Woodson's Galaxy Note 3.

11:27:07  22   Q.  All right.  And the application used there was Kik?

11:27:09  23   A.  Yes.

11:27:15  24   Q.  And do those exhibits, 63 and 64, accurately reflect the

11:27:16  25   conversation that was downloaded from the Defendant's phone

| | | |
|---|---|---|
| 11:27:22 | 1 | between him and the co-conspirator in Ireland? |
| 11:27:24 | 2 | A.  Yes. |
| 11:27:25 | 3 | MS. VIAMONTES:  Your Honor, at this time the Government |
| 11:27:29 | 4 | moves Government's Exhibits 63 and 64 into evidence. |
| 11:27:30 | 5 | MR. NATALE:  No objection. |
| 11:27:32 | 6 | THE COURT:  Without objection, 63 and 64 are admitted |
| 11:27:34 | 7 | in evidence. |
| 11:27:35 | 8 | MS. VIAMONTES:  Permission to publish, Your Honor? |
| 11:27:37 | 9 | THE COURT:  You may. |
| 11:27:37 | 10 | (Government's Exhibits 63 & 64 in evidence) |
| 11:27:37 | 11 | BY MS. VIAMONTES: |
| 11:27:57 | 12 | Q.  I'm placing Government's Exhibit 63 on the ELMO.  In this |
| 11:28:05 | 13 | printout, on this side when we see MVLex3 who is the speaker |
| 11:28:06 | 14 | there? |
| 11:28:08 | 15 | A.  Based on the investigation, we were able to determine that |
| 11:28:10 | 16 | that was Mr. Woodson. |
| 11:28:24 | 17 | Q.  Now, do you see here where Mr. Woodson tells the |
| 11:28:30 | 18 | co-Defendant, the co-conspirator in Ireland, looks like ***** |
| 11:28:35 | 19 | *** got banned.  Do you see that? |
| 11:28:35 | 20 | A.  Yes. |
| 11:28:39 | 21 | Q.  Do you see ***** with that ending somewhere else in this |
| 11:28:44 | 22 | case, the use of ***** as a user name? |
| 11:28:45 | 23 | A.  Yes. |
| 11:28:47 | 24 | Q.  Where does that come up? |
| 11:28:50 | 25 | A.  As a potential victim. |

11:29:05  1   Q.  Now, let's move forward on Page 6 of Exhibit 63, again

11:29:10  2   MVLex.  Is that the Defendant?

11:29:11  3   A.  Yes.

11:29:26  4   Q.  All right.  Do you see further down in the page Boyz11, what

11:29:29  5   does the Irish person ask the Defendant?

11:29:35  6   A.  What you want ***** to do?

11:29:46  7   Q.  Now, at the top on Page 7 of Exhibit 63, does the Defendant

11:29:52  8   respond to the Irish co-conspirator about what he wants the

11:29:54  9   Irish guy to get ***** to do?

11:29:55  10  A.  Yes.

11:29:56  11  Q.  What does he say?

11:30:01  12  A.  Make her deep throat something.

11:30:08  13  Q.  And then in response to make her deep throat something, does

11:30:14  14  Boyz11, the Irish co-conspirator, send a video to the Defendant?

11:30:16  15  A.  Yes.

11:30:25  16  Q.  Is this what you were referring to when it's an exchange

11:30:26  17  back and forth?

11:30:28  18  A.  Yes, it was.

11:30:36  19  Q.  Did the Defendant say there no, absolutely not, I'm not

11:30:39  20  going to give you a suggestion for you to abuse another child?

11:30:41  21  A.  No, he did not.

11:30:52  22  Q.  Now, defense counsel mentioned Instagram.  Whose Instagram

11:30:55  23  account is contained in these five binders?

11:30:57  24  A.  Mr. Woodson's.

11:31:02  25  Q.  And in the Instagram account, have you been -- is it replete

```
11:31:06   1    with pornography?
11:31:08   2    A.  Yes, it is.
11:31:14   3    Q.  And do you see a large number of young women?
11:31:15   4    A.  Yes.
11:31:17   5    Q.  Young ladies?
11:31:18   6    A.  Yes.
11:31:21   7    Q.  And some -- can you tell that they are minors?
11:31:24   8    A.  Most, if not all.
11:31:28   9    Q.  Is that anybody else's account other than the Defendant?
11:31:30  10    A.  No.
11:31:38  11    Q.  Defense counsel asked you whether the Defendant was talking
11:31:41  12    with other people or if other people were involved.  Do you
11:31:41  13    remember that?
11:31:43  14    A.  Yes.
11:31:46  15    Q.  Was the Defendant in fact talking with other people aside
11:31:48  16    from the Irish guy?
11:31:54  17    A.  I believe so.  I'm not 100% sure.
11:32:07  18    Q.  Going back to Kik, does Kik keep the content of
11:32:09  19    communications between its users?
11:32:10  20    A.  No, they do not.
11:32:13  21    Q.  What type of information do they keep?
11:32:18  22    A.  They keep basic subscriber information which is whatever
11:32:21  23    name you used to register the account with, e-mail address, and
11:32:27  24    they capture IP logs from login logout, and when messages are
11:32:30  25    sent back and forth.  That's what they capture.
```

11:32:34  1    Q.  All right.  Is that one of the advantages of using Kik, that

11:32:39  2    there's not a record out there with some company of your

11:32:39  3    conversation?

11:32:41  4    A.  That's correct.

11:32:45  5    Q.  All of the Kik messages that are submitted into evidence in

11:32:49  6    this case, where do they come from if they're not coming from

11:32:51  7    the company?

11:32:56  8    A.  The way Kik -- well, the way Kik was designed, Kik, once

11:32:59  9    it's installed on your device, the content of the messages are

11:33:06  10   device specific.  So all the communications that you send back

11:33:11  11   and forth through Kik messenger are retained on the memory of

11:33:17  12   the device and therefore can be recovered within the device,

11:33:22  13   they are not stored on Kik servers.  They're stored within the

11:33:25  14   device itself.

11:33:35  15   Q.  So the Kik messages that we have from MVLex, what devices do

11:33:37  16   those come from?

11:33:41  17   A.  Those came from the Note 3 belonging to Mr. Woodson.

11:33:46  18   Q.  Okay.  And in some cases, do we have the Kik communications

11:33:48  19   from the child's device?

11:33:50  20   A.  Yes.

11:34:09  21   Q.  And from the Defendant's phones, did you, in fact, recover

11:34:13  22   messages such as the ones we've seen between the Defendant and

11:34:14  23   the Irish man?

11:34:16  24   A.  Yes, we did.

11:34:20  25   Q.  Is there any evidence in those messages, which are now in

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
11:34:25   1    evidence, that this Defendant was truly blackmailed?
11:34:28   2    A.  Not at all.
11:34:35   3    Q.  Do you remember messages from the Defendant's phone where
11:34:39   4    he's talking about this as a game?
11:34:41   5    A.  Yes.
11:34:50   6    Q.  Do you remember the specifics of those messages where he's
11:34:54   7    referring to this as a game?
11:34:58   8    A.  Not specifically.  I just remember the Defendant mentioning
11:35:04   9    how this was more of a game to him than anything else.
11:35:07  10             MS. VIAMONTES:  Nothing further, Your Honor.
11:35:08  11             THE COURT:  Thank you, sir.  You are excused.
11:35:10  12             Please call your next witness.
11:35:12  13             THE WITNESS:  Thank you, sir.
11:35:22  14             MS. ANTON:  The Government calls E.M.
11:35:58  15             THE COURT:  Watch your step there.  When you get to the
11:36:00  16    chair back here, please remain standing and raise your right
11:36:01  17    hand.
11:36:09  18             E.M., GOVERNMENT WITNESS, SWORN.
11:36:11  19             THE COURT:  Please be seated.  Get as close to the
11:36:14  20    microphone as you can, pull the microphone back, chair up, speak
11:36:17  21    loudly, tell us your name and spell it please.
11:36:18  22             THE WITNESS:  My name is E.M. (name spelled).
11:36:32  23             THE COURT:  Your witness.
11:36:32  24                      DIRECT EXAMINATION
11:36:32  25    BY MS. ANTON:
```

| | | |
|---|---|---|
| 11:36:32 | 1 | Q.  Thank you, Judge. |
| 11:36:35 | 2 | Good morning, E.M.  Can you tell the jury how old you are |
| 11:36:36 | 3 | and what grade you're in? |
| 11:36:39 | 4 | A.  I'm 16 years old and I'm in 11th grade. |
| 11:36:41 | 5 | Q.  What part of the South Florida area do you live in? |
| 11:36:43 | 6 | A.  Plantation. |
| 11:36:50 | 7 | Q.  And do you currently live with your mom? |
| 11:36:51 | 8 | A.  Yes. |
| 11:36:55 | 9 | Q.  Okay.  And how are you doing in school? |
| 11:36:56 | 10 | A.  I'd say pretty good. |
| 11:36:57 | 11 | Q.  Do you like school? |
| 11:36:57 | 12 | A.  Yes. |
| 11:37:02 | 13 | Q.  Okay.  And you said you're in 9th grade?  I'm sorry.  You |
| 11:37:03 | 14 | said you were in high school? |
| 11:37:04 | 15 | A.  Yes. |
| 11:37:07 | 16 | Q.  And high school here goes from what grade to what grade? |
| 11:37:09 | 17 | A.  9th grade to 12th grade. |
| 11:37:12 | 18 | Q.  Because in some places it's different, right?  Okay.  So |
| 11:37:14 | 19 | it's your first year of high school? |
| 11:37:15 | 20 | A.  My third year. |
| 11:37:20 | 21 | Q.  Your third year of high school.  Apparently I can't add |
| 11:37:21 | 22 | today, E.M. |
| 11:37:23 | 23 | Let me take you back to a couple years ago.  Okay?  Do |
| 11:37:25 | 24 | you have a cellphone? |
| 11:37:25 | 25 | A.  Yes. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:37:28 | 1 | Q.  Did you have a cellphone a couple years ago when you were in |
| 11:37:29 | 2 | middle school? |
| 11:37:29 | 3 | A.  Yeah. |
| 11:37:32 | 4 | Q.  Okay.  And what kind of cellphone did you have when you were |
| 11:37:32 | 5 | in middle school? |
| 11:37:35 | 6 | A.  An iPhone 6S. |
| 11:37:38 | 7 | Q.  And what kinds of things did you do with your cellphone? |
| 11:37:40 | 8 | A.  Lots of social media. |
| 11:37:43 | 9 | Q.  When you say social media, like what apps are you talking |
| 11:37:44 | 10 | about specifically? |
| 11:37:47 | 11 | A.  Snapchat, Instagram, Kik messenger. |
| 11:37:51 | 12 | Q.  Okay.  What did you use your Snapchat account for? |
| 11:37:55 | 13 | A.  To send streaks to my friends.  Keep up with. |
| 11:37:59 | 14 | Q.  And were you very interested in keeping your streaks up? |
| 11:38:02 | 15 | A.  Yeah.  It was a very important, religious thing. |
| 11:38:05 | 16 | Q.  Why was it so important and religious to you to keep those |
| 11:38:06 | 17 | streaks up? |
| 11:38:11 | 18 | A.  I'd say in modern, like, days, it's just very important to |
| 11:38:16 | 19 | have that little, like, extra emoji next to your name.  Makes |
| 11:38:19 | 20 | you seem cool in a way. |
| 11:38:22 | 21 | Q.  So when you keep your streaks up, do you get more emojis in |
| 11:38:24 | 22 | next to your name? |
| 11:38:24 | 23 | A.  Yes. |
| 11:38:27 | 24 | Q.  And in your circle of friends, is that something that you |
| 11:38:29 | 25 | all pride yourself on? |

| | | |
|---|---|---|
| 11:38:30 | 1 | A.  I'd say very much so. |
| 11:38:32 | 2 | Q.  And on Snapchat, what was your user name? |
| 11:38:35 | 3 | A.  It used to be ****************. |
| 11:38:38 | 4 | Q.  Okay.  And when you send those streaks back and forth, do |
| 11:38:40 | 5 | you get points for that? |
| 11:38:42 | 6 | A.  Yeah, you get lots of points. |
| 11:38:47 | 7 | Q.  Okay.  So back in November of 2017, around Thanksgiving, do |
| 11:38:50 | 8 | you remember how many points you had on Snapchat? |
| 11:38:54 | 9 | A.  I just received 100,000 points. |
| 11:38:58 | 10 | Q.  100,000 points sounds like a lot in Snapchat world.  Is that |
| 11:39:00 | 11 | a high score? |
| 11:39:03 | 12 | A.  Yeah, that would be quite a high score. |
| 11:39:06 | 13 | Q.  So back then, was it important to you to keep that score? |
| 11:39:07 | 14 | A.  Yeah. |
| 11:39:09 | 15 | Q.  Okay.  And did you have a lot of friends on Snapchat? |
| 11:39:11 | 16 | A.  I'd say quite a few, yeah. |
| 11:39:16 | 17 | Q.  Okay.  Was one of your friends named ****** *********? |
| 11:39:16 | 18 | A.  Yes. |
| 11:39:23 | 19 | Q.  Back in November of 2017, at some point did you get a snap |
| 11:39:25 | 20 | message from your friend ****** asking for something? |
| 11:39:25 | 21 | A.  Yeah. |
| 11:39:27 | 22 | Q.  Can you tell the ladies and gentlemen of the jury about |
| 11:39:28 | 23 | that? |
| 11:39:32 | 24 | A.  Yes.  The it was a message saying can I, like, use your |
| 11:39:36 | 25 | account to text one of the friends.  It was a very -- it was |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 11:39:40 | 1 | kind of weird, but wasn't weird in the kid way.  We ask each |
| 11:39:46 | 2 | other can we login to each other's accounts to text people.  Say |
| 11:39:49 | 3 | I don't follow somebody, she could and I could text them or I |
| 11:39:52 | 4 | follow someone she wants to talk to, she could talk to them |
| 11:39:54 | 5 | through my account.  So it wasn't very weird. |
| 11:39:56 | 6 | Q.  Where did you know ****** from? |
| 11:40:01 | 7 | A.  I've known ****** since we used to play sports together and |
| 11:40:04 | 8 | our parents are friends from that. |
| 11:40:05 | 9 | Q.  Did you give ****** your password? |
| 11:40:06 | 10 | A.  Yes. |
| 11:40:07 | 11 | Q.  To Snapchat? |
| 11:40:08 | 12 | A.  Yes. |
| 11:40:10 | 13 | Q.  Did you ask her why she needed your password? |
| 11:40:11 | 14 | A.  I did ask her why, yes. |
| 11:40:13 | 15 | Q.  And what did she tell you? |
| 11:40:16 | 16 | A.  To text a friend. |
| 11:40:19 | 17 | Q.  And so was her screen name -- do you remember what her |
| 11:40:20 | 18 | screen name was, her snap name? |
| 11:40:24 | 19 | A.  Something like ****** something.  Because you don't really |
| 11:40:28 | 20 | get to see your user name when you're texting back and forth, |
| 11:40:32 | 21 | only when you first add the person you see that. |
| 11:40:34 | 22 | Q.  And you can make up whatever user name you want on Snapchat, |
| 11:40:34 | 23 | right? |
| 11:40:38 | 24 | A.  Your user name, yes.  But once you put it in, that's your |
| 11:40:40 | 25 | user name for the rest of the time you have that account. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 11:40:43 | 1 | Q.  Unless you switch to a different account, right? |
| 11:40:44 | 2 | A.  Correct. |
| 11:40:51 | 3 | Q.  Okay.  So after you gave ****** your password on Snapchat, |
| 11:40:52 | 4 | what happened? |
| 11:40:57 | 5 | A.  She, well I thought it was her, said oh, that's not working, |
| 11:41:02 | 6 | can you change it to a different thing.  And I thought that was |
| 11:41:05 | 7 | quite weird.  Like well, you can't just spell my first and last |
| 11:41:08 | 8 | name?  It's kind of in my account.  And they asked me to change |
| 11:41:16 | 9 | it to ********* and I was like what?  *******, that's just |
| 11:41:20 | 10 | weird.  Like, it's already just my name.  It's not very hard. |
| 11:41:23 | 11 | Q.  Did the person who you thought was ****** also ask you for |
| 11:41:26 | 12 | the "my eyes only" password? |
| 11:41:30 | 13 | A.  Yes.  I received a text message because through Snapchat and |
| 11:41:33 | 14 | many social medias like it, you have to put a phone number and |
| 11:41:37 | 15 | an e-mail in case that you forget your password, you can log |
| 11:41:42 | 16 | right back in.  So I got a text message saying can I have the |
| 11:41:45 | 17 | password.  And it was very confusing like, who are you. |
| 11:41:50 | 18 | Q.  And the for "my eyes only" part of Snapchat, what is that |
| 11:41:52 | 19 | and did you have anything in that part of the account? |
| 11:41:57 | 20 | A.  It's more like, say you take a private picture or video and |
| 11:42:00 | 21 | you don't really want your parents to see it so they go through |
| 11:42:05 | 22 | your pictures.  Well, you can put it in there underneath like a |
| 11:42:09 | 23 | four digit passcode, that way only you or whoever has access to |
| 11:42:10 | 24 | your phone can see those pictures. |
| 11:42:14 | 25 | Q.  So did you give who you thought ****** your passcodes? |

```
11:42:17   1    A.  It went back and forth for a little bit of me saying no and
11:42:22   2    then I was like sure.  It's just that, because there wasn't
11:42:25   3    anything inappropriate in the --
11:42:29   4    Q.  Okay.  When you got the text message, was it just coming
11:42:33   5    through as like a regular iMessage or do you remember how it
11:42:34   6    came through on your phone?
11:42:37   7    A.  It was coming in through as green and green means that they
11:42:41   8    have an Android, and my friend ****** has an iPhone and also I
11:42:45   9    have her number saved in my contacts.  This was just a random
11:42:47  10    number.  Never seen before.
11:42:51  11    Q.  So at that point did you think that something was awry?
11:42:54  12    A.  Yeah, it was quite -- it was like who, who is this person?
11:42:57  13    And the area code wasn't the same as I'm used to as well.
11:43:00  14    Q.  Okay.  So when you were getting the text messages from that
11:43:04  15    unknown number, can you tell the ladies and gentlemen of the
11:43:06  16    jury what kinds of messages you were receiving?
11:43:14  17    A.  It was telling me specific things to do, and like they
11:43:17  18    weren't happy with texting me back and forth on Snapchat anymore
11:43:23  19    so they told me to move to Kik messenger, which is just a text
11:43:27  20    messaging platform and they used a girl's account named, I
11:43:29  21    think, ***** something.
11:43:31  22    Q.  Is that someone -- sorry to interrupt you.  Did you know
11:43:34  23    somebody with that ***** name?
11:43:38  24    A.  I knew someone named *****, and I reached out to all my
11:43:40  25    other social media platforms to try to like dig through and see
```

11:43:44  1    if I recognize the name.  It didn't pop up anywhere, so I was

11:43:47  2    like oh, maybe this is just some sort of joke, like my friend

11:43:51  3    wanted to just hack me as a joke, because kids, they do that to

11:43:53  4    each other.  Yes, it's mean, but they do it to each other just

11:43:57  5    to mess.  Say you said the wrong thing to somebody, then they

11:44:00  6    want to mess with you.  And she has older siblings so I assumed

11:44:04  7    oh, I must have said something wrong, I need to fix what I said.

11:44:07  8         But keep -- when it kept going into more details like,

11:44:13  9    then they kept like asking me for specific images, and I felt

11:44:17  10   very awkward and I wasn't allowed to -- I didn't know the

11:44:22  11   person's name, so they told me to say like yes, daddy and stuff,

11:44:26  12   which is very weird especially for a girl.  Me thinking it's a

11:44:30  13   girl texting me, wouldn't really expect them to want to be

11:44:36  14   called a male term.  And it was just -- it was you need to send

11:44:42  15   me this picture specifically, have this behind you, like flat

11:44:46  16   wall.  You have to not have your pants on your, your shirt on.

11:44:49  17   Very specific for -- and I was just thinking this is not my

11:44:52  18   friend asking me these weird questions.

11:44:56  19   Q.  Okay.  So when you realized that it wasn't your friend and

11:45:00  20   whoever was texting you was asking for these specific images,

11:45:06  21   were those images nude, naked photos that they were asking for?

11:45:06  22   A.  Yes.

11:45:09  23   Q.  And did you send any naked photos?

11:45:15  24   A.  I dug through my accounts to see like if I had, say,

11:45:18  25   something that would be maybe similar to what they were asking

11:45:23  1    for to send, and I was very scared at the time because I didn't
11:45:27  2    know what could happen to me if I didn't do what I was asked to
11:45:33  3    do.  So I found some images of women or, whatever, girls I had
11:45:37  4    in my phone that were showing more of their body without clothes
11:45:41  5    on, and I sent that to him.  And then it wasn't good enough and
11:45:47  6    I ended up making one image for him.  I was very scared for my
11:45:51  7    safety and I felt that would make it stop, the messages stop
11:45:52  8    coming back and forth.
11:45:55  9    Q.  And did you do this because you wanted your Snapchat account
11:45:57  10   back?
11:46:01  11   A.  At that point, no.  I didn't care for the social media.  It
11:46:06  12   was more for the fact that my friends were now being attacked in
11:46:12  13   a way where their images were being put through my account
11:46:15  14   saying that it was me posting them and I was getting a lot of
11:46:18  15   phone calls and messages from parents saying oh, you're putting
11:46:22  16   my daughter's, you know, private information and private images
11:46:26  17   on to social media.  And I had to explain to them that was not
11:46:31  18   me, and I would never want to have -- like do that to a girl or
11:46:32  19   women.
11:46:34  20   Q.  Okay.  Let me break that down for a second, okay?
11:46:39  21        So you sent ***** *******, that account who was texting
11:46:44  22   you, some sexually explicit images of other girls that you had?
11:46:45  23   A.  Yes.
11:46:50  24   Q.  Okay.  And am I right in understanding that the person who
11:46:55  25   you sent them to then went ahead and posted those on your

11:46:55  1    Snapchat story?

11:46:56  2    A.  Yes.

11:46:59  3    Q.  Okay.  So to all the users who were your friends on

11:47:05  4    Snapchat, did it seem as if you were posting these kind of

11:47:07  5    things on your story.

11:47:07  6    A.  Yeah.

11:47:12  7    Q.  Okay.  And did you have some blowback from that at your

11:47:12  8    school.

11:47:13  9    A.  I did, yes.

11:47:16  10   Q.  Did you have a lot of friends on your Snapchat at your

11:47:16  11   school?

11:47:19  12   A.  Yeah, like over I'd say a thousand.

11:47:21  13   Q.  Okay.  A thousand?

11:47:23  14   A.  Yeah.

11:47:27  15   Q.  That's a lot of people.  And the girls whose images you had

11:47:30  16   and that you sent to the person, were those girls who also went

11:47:31  17   to your school?

11:47:31  18   A.  Yes.

11:47:36  19   Q.  Okay.  Now, you said that you were going back and forth on

11:47:39  20   different platforms and you mentioned Kik?

11:47:40  21   A.  Uh-huh.

11:47:43  22   Q.  Did you already have the Kik app downloaded on your phone?

11:47:46  23   A.  Yes, I had already previously had the Kik messenger app

11:47:47  24   downloaded.

11:47:53  25   Q.  Okay.  And do you remember if while you were having the text

11:47:58   1   communications on Kik, was there any threat that your pictures

11:48:00   2   would be exposed on any kind of website?

11:48:04   3   A.   Yeah.  They told me that if I didn't comply with their,

11:48:10   4   like, questions or things they were telling me that, that all of

11:48:12   5   the images of my friends were going to be posted with names on

11:48:15   6   slut-shaming websites.

11:48:18   7   Q.   You said "they", but you were only communicating with one

11:48:19   8   user?

11:48:24   9   A.   One user, just many different names, and I'd say like

11:48:26   10   different platform usage.

11:48:31   11   Q.   Okay.  So one person on Kik, on Snapchat, on text message,

11:48:32   12   various places.

11:48:33   13   A.   Uh-huh.

11:48:36   14   Q.   Okay.  And at some point did that person communicating with

11:48:41   15   you go through your friend list on Snapchat and ask you specific

11:48:44   16   things about some of the friends you had?

11:48:45   17   A.   Yes.

11:48:47   18   Q.   Can you tell the jury what that was about?

11:48:51   19   A.   They had went through all the girl names that I had under --

11:48:56   20   in my Snapchat and they favored three or -- two or three

11:49:01   21   different names, and then they texted me on Kik and told me to

11:49:06   22   find them pictures of specific girls, which is very creepy,

11:49:10   23   saying like, even -- if I didn't even know these people, just

11:49:14   24   can I have this person's images, this person's images and this

11:49:15   25   person.

11:49:18  1    Q.  Okay.  And did you comply and send those images?

11:49:22  2    A.  I found what I figured would look as close to what they

11:49:25  3    wanted.  And previously these girls had been exposed in a way

11:49:30  4    that I was able to have pictures of them without them sending to

11:49:35  5    me, and I just sent those because they were already in my

11:49:37  6    Snapchat that they could look for.

11:49:41  7    Q.  Okay.  And when this was happening, did you tell anybody

11:49:42  8    about it?

11:49:45  9    A.  Yeah, I brought it up to my mom.

11:49:46  10   Q.  Okay.  And did you go to the police?

11:49:47  11   A.  Yes.

11:49:52  12   Q.  Okay.  Did you get an e-mail from Snapchat saying that your

11:49:53  13   account had been logged into?

11:49:58  14   A.  Yeah.  I got an e-mail from Snapchat giving me the device

11:50:05  15   name of like who logged in and an IP address and location.

11:50:09  16          MS. ANTON:  Okay.  I'm going to approach and show you

11:50:12  17   what's been marked for identification as Government's 26, 27 and

11:50:17  18   28.  Showing defense counsel.

11:50:37  19          MR. NATALE:  No objection.

11:50:38  20          MS. ANTON:  Permission to approach, Your Honor?

11:50:41  21          THE COURT:  No objection.  Are you offering it?

11:50:43  22          MS. ANTON:  There's no objection to it coming into

11:50:47  23   evidence?  Then I would offer all three into evidence, 26, 27,

11:50:48  24   28.

11:50:51  25          THE COURT:  26, 27 and 28 are admitted in evidence

```
11:50:52   1    without objection.

11:50:53   2              (Government's Exhibits 26-28 in evidence)

11:50:56   3              MS. ANTON:  Permission to publish, Your Honor?

11:50:59   4              THE COURT:  You may.

11:50:59   5        BY MS. ANTON:

11:51:04   6    Q.  Okay, E.M.  I have on the ELMO Government's 27.  Can you see

11:51:05   7    that?

11:51:06   8    A.  Yes.

11:51:14   9    Q.  I'll try to zoom in a little more.  Government's 27, is that

11:51:19  10    a printout of your Snapchat communications from that date in

11:51:20  11    November 2017?

11:51:21  12    A.  Yes, ma'am.

11:51:25  13    Q.  Okay.  And do you see that there's a date in the right-hand

11:51:25  14    column?

11:51:26  15    A.  Yes.

11:51:29  16    Q.  And is that the date that you were receiving -- began

11:51:31  17    receiving these messages?

11:51:32  18    A.  Yes, ma'am.

11:51:39  19    Q.  Okay.  And ****************, is that your Snapchat user ID?

11:51:40  20    A.  Yes.

11:51:41  21    Q.  Or was it back then?

11:51:42  22    A.  Yeah, back then.

11:51:49  23    Q.  And we see here ***********.  Is that your friend ******?

11:51:49  24    A.  Yes.

11:51:54  25    Q.  Okay.  And you see in red where it says "can you do me a
```

| | | |
|---|---|---|
| 11:52:00 | 1 | favor?  Sure, what is it?  Can I use your Snapchat account?"  Is |
| 11:52:04 | 2 | that the snap messages that you received from the person you |
| 11:52:05 | 3 | thought was ******? |
| 11:52:07 | 4 | A.  Yeah, those are the messages that I received. |
| 11:52:11 | 5 | Q.  Okay.  And down here towards the bottom, is that where it |
| 11:52:16 | 6 | says the person is telling you to change it to **********? |
| 11:52:20 | 7 | A.  Yeah, even though I had already given my password in an |
| 11:52:24 | 8 | earlier message, they said it didn't work, to make it to a |
| 11:52:26 | 9 | specific **********. |
| 11:52:30 | 10 | Q.  Okay.  And then once you changed it to **********, you say |
| 11:52:31 | 11 | yes. |
| 11:52:33 | 12 | A.  Yeah, I just -- |
| 11:52:34 | 13 | Q.  And is that the last time that you had access to that |
| 11:52:35 | 14 | Snapchat account? |
| 11:52:40 | 15 | A.  Yeah, that was the very last second I was able to use it. |
| 11:52:45 | 16 | Q.  All right.  Going to put on the ELMO Government's 28. |
| 11:53:00 | 17 | Government's 28 has a picture in the right-hand corner of a |
| 11:53:04 | 18 | young girl with a dog ear, puppy filter.  Is that you? |
| 11:53:05 | 19 | A.  Yeah. |
| 11:53:08 | 20 | Q.  Was that your Snapchat photo back then? |
| 11:53:12 | 21 | A.  That was my like phone photo. |
| 11:53:15 | 22 | Q.  Okay.  That was the photo that you put in your contact |
| 11:53:16 | 23 | information on your phone? |
| 11:53:18 | 24 | A.  Yes. |
| 11:53:20 | 25 | Q.  So you could pick whatever picture you want? |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
11:53:20   1    A.  Yeah.

11:53:24   2    Q.  Is that puppy dog filter a filter on Snapchat?

11:53:25   3    A.  Yeah, you can use it on Snapchat.

11:53:30   4    Q.  Okay.  And so the text messages that I have up here on the

11:53:35   5    ELMO in Government's 28, are these the text messages that you

11:53:37   6    received after you were locked out of Snapchat?

11:53:40   7    A.  Yes, almost immediately after.

11:53:44   8    Q.  And is that the phone number 702 area code that was texting

11:53:45   9    you?

11:53:45  10    A.  Yes.

11:53:49  11    Q.  And did they ask you for your my eyes code?

11:53:50  12    A.  Yeah, many times.

11:53:53  13    Q.  And did you say what and who is this?

11:53:53  14    A.  Yes, ma'am.

11:53:55  15    Q.  And did they respond that it was ******?

11:53:56  16    A.  Yes.

11:53:58  17    Q.  And then what did you say?

11:54:01  18    A.  I said oh, there's no nudes in there.  It's just my

11:54:03  19    brother's stupid videos.

11:54:06  20    Q.  And then did they ask you why you saved them?

11:54:07  21    A.  Yes.

11:54:09  22    Q.  And then were you asked to go to Kik?

11:54:11  23    A.  Yes, they asked if I had Kik.

11:54:17  24    Q.  And why did you say "did you just want to see if I had

11:54:20  25    nudes", why did you assume that that that's what they wanted?
```

11:54:26   1   A.  Because that's what adults think we keep in our hidden

11:54:29   2   folders is just nude photographs.

11:54:33   3   Q.  Adults think that the kids keep nude photographs in their

11:54:39   4   hidden folders.  Okay.  And do you have a conversation going

11:54:43   5   back and forth with this phone number on text message about

11:54:48   6   what's in your for "my eyes only"?

11:54:48   7   A.  Yes.

11:54:51   8   Q.  And down towards the bottom of the second page of the

11:54:54   9   exhibit, it shows that an image was sent.  Is that because you

11:54:55   10  were sending pictures?

11:55:01   11  A.  No, they were telling me to download Kik, so I screenshotted

11:55:06   12  my Kik user name to send it to them so that they could message

11:55:10   13  me there.  I don't know why they wanted Kik, honestly.

11:55:18   14  Q.  Okay.  Putting on the ELMO what's in evidence as

11:55:30   15  Government's 26.  Now, were you taking screenshots, screen

11:55:33   16  captures of your phone during the course of these

11:55:34   17  communications?

11:55:35   18  A.  Yes.

11:55:42   19  Q.  Okay.  And on the ELMO is what appears to be a screenshot.

11:55:43   20  Is that from your phone?

11:55:44   21  A.  Yes, ma'am.

11:55:46   22  Q.  Okay.  And what were you screenshotting there?

11:55:51   23  A.  I was screenshotting the -- first of all, the messages

11:55:58   24  received back and forth, but also it had the user name in the

11:55:58   25  screen capture.

| | | |
|---|---|---|
| 11:56:02 | 1 | Q.  And when you say the user name, is that the one that says |
| 11:56:03 | 2 | broken with two broken hearts? |
| 11:56:07 | 3 | A.  That would be the name that would show up on like the top |
| 11:56:10 | 4 | saying that's who I'm messaging with, but that's just -- anybody |
| 11:56:14 | 5 | could -- you could change the name whenever you feel, but |
| 11:56:18 | 6 | underneath it the ***** *******, that would be the user name |
| 11:56:22 | 7 | that only would be attached to her account. |
| 11:56:27 | 8 | Q.  Okay.  And this is the account that was texting you. |
| 11:56:27 | 9 | A.  Yes. |
| 11:56:29 | 10 | Q.  And this is on what platform? |
| 11:56:31 | 11 | A.  This is Kik messenger. |
| 11:56:36 | 12 | Q.  Okay.  And so on Kik messaging when you get this contact, |
| 11:56:40 | 13 | what did the person pretending to be ***** ******* tell you to |
| 11:56:40 | 14 | do? |
| 11:56:43 | 15 | A.  They told me -- they said okay, here's how it works.  You're |
| 11:56:49 | 16 | going to do a few pics for me and I'll return your Snapchat, |
| 11:56:50 | 17 | which is SC. |
| 11:56:52 | 18 | Q.  So SC stands for Snapchat. |
| 11:56:53 | 19 | A.  Yes. |
| 11:56:55 | 20 | Q.  And do you say "what does that mean, what do you want"? |
| 11:56:56 | 21 | A.  Yeah. |
| 11:56:57 | 22 | Q.  And did the conversation continue? |
| 11:56:58 | 23 | A.  Yes, it did continue. |
| 11:57:03 | 24 | Q.  And did you, in fact, take that phone number and put it into |
| 11:57:05 | 25 | a screen capture as we see here? |

| | | |
|---|---|---|
| 11:57:06 | 1 | A.  Yes. |
| 11:57:11 | 2 | Q.  Now, you mentioned getting an e-mail from Snapchat that said |
| 11:57:13 | 3 | someone else had logged into your account. |
| 11:57:14 | 4 | A.  Correct. |
| 11:57:18 | 5 | Q.  Is this the e-mail that you received from Snapchat? |
| 11:57:19 | 6 | A.  Yes. |
| 11:57:23 | 7 | Q.  And does it say to ****************? |
| 11:57:26 | 8 | A.  Uh-huh. |
| 11:57:28 | 9 | THE COURT:  You have to articulate your answer.  Uh-huh |
| 11:57:31 | 10 | and huh-uh are spelled a lot alike.  So instead of saying |
| 11:57:35 | 11 | uh-huh, you got to say yes or no. |
| 11:57:35 | 12 | THE WITNESS:  Yes. |
| 11:57:36 | 13 | THE COURT:  Go ahead. |
| 11:57:36 | 14 | BY MS. ANTON: |
| 11:57:40 | 15 | Q.  Why did you take a screen capture of this e-mail? |
| 11:57:45 | 16 | A.  I took a screenshot of the e-mail; one, to send to my mom, |
| 11:57:49 | 17 | but another reason is because it had all like -- felt like |
| 11:57:53 | 18 | information that the police could use to track the person down. |
| 11:57:56 | 19 | Q.  Okay.  So were you trying to be helpful when you took this |
| 11:57:56 | 20 | screenshot? |
| 11:57:58 | 21 | A.  Yeah. |
| 11:58:00 | 22 | Q.  Do you understand what any of that information is on that |
| 11:58:00 | 23 | screen capture? |
| 11:58:06 | 24 | A.  To me, it's just a bunch of numbers that mean something to |
| 11:58:06 | 25 | somebody. |

| | | |
|---|---|---|
| 11:58:08 | 1 | Q.  Okay.  But you didn't know what it was. |
| 11:58:10 | 2 | A.  No, I just thought it would be helpful. |
| 11:58:12 | 3 | Q.  Okay. |
| 11:58:15 | 4 | MS. ANTON:  Thank you.  I have no further questions. |
| 11:58:17 | 5 | THE COURT:  Cross-examination. |
| 11:58:17 | 6 | CROSS-EXAMINATION |
| 11:58:18 | 7 | BY MR. NATALE: |
| 11:58:32 | 8 | Q.  Hi.  My name is Tony, and if I ask you any question that you |
| 11:58:35 | 9 | think is unfair or makes you uncomfortable, would you let me |
| 11:58:36 | 10 | know that? |
| 11:58:37 | 11 | A.  Yes, sir. |
| 11:58:42 | 12 | Q.  I'm trying to understand the sequence of events as far as |
| 11:58:48 | 13 | what happened.  You get contacted from someone who you thought |
| 11:58:50 | 14 | was ******? |
| 11:58:51 | 15 | A.  Uh-huh.  Yes. |
| 11:58:58 | 16 | Q.  And asking you to do certain things which initially sounded |
| 11:59:01 | 17 | kind of weird to you, right? |
| 11:59:08 | 18 | A.  No.  Her -- from getting a message from a friend, it was |
| 11:59:13 | 19 | very common, as it is still common for girls and guys alike to |
| 11:59:18 | 20 | trade passwords.  To, say, post a picture of themselves on their |
| 11:59:22 | 21 | friend's Snapchat.  It's not a weird occurrence. |
| 11:59:26 | 22 | Q.  So that was perfectly a normal, regular thing. |
| 11:59:26 | 23 | A.  Yes. |
| 11:59:31 | 24 | Q.  But then things started to happen that caused you to think |
| 11:59:34 | 25 | that this probably wasn't ******. |

```
11:59:35   1    A.  Correct.

11:59:42   2    Q.  And you, at that point, I'm assuming were wondering well,

11:59:45   3    who is this person, right?

11:59:45   4    A.  Yes.

11:59:50   5    Q.  And I think you -- did you actually try to contact ****** to

11:59:51   6    see if it was her?

11:59:51   7    A.  Yes.

11:59:56   8    Q.  And were you able to confirm whether it was her or not her?

11:59:56   9    A.  Yes, I was.

11:59:58  10    Q.  And what did she tell you?

12:00:02  11    A.  She had mentioned that she had just been hacked right before

12:00:07  12    I was getting messages from her account, meaning that it wasn't

12:00:08  13    her anymore.

12:00:13  14    Q.  Okay.  So at that point, you knew that it wasn't her and it

12:00:17  15    wasn't sort of any one that was one of her friends.

12:00:18  16    A.  Correct.

12:00:22  17    Q.  And probably wasn't any one of your friends.

12:00:26  18    A.  At that point, no I wasn't sure that it wasn't anybody I

12:00:30  19    knew because as I said earlier, kids would hack each other just

12:00:35  20    to, you know, kind of call them out on if you said something

12:00:36  21    incorrect.

12:00:40  22    Q.  Okay.  So you were still concerned that someone could be

12:00:46  23    hacking you, and then somehow do something to embarrass you by

12:00:48  24    hacking into your account.

12:00:49  25    A.  Correct.
```

12:00:56  1    Q.  Now, as time went on, I think you discovered, you figured

12:00:59  2    out this wasn't really one of your friends either.

12:00:59  3    A.  Correct.

12:01:05  4    Q.  And when you figured that out, at that point you began to

12:01:08  5    get really afraid, right?

12:01:09  6    A.  100%, yes.

12:01:13  7    Q.  And that you were afraid of a number of things at that

12:01:14  8    point; is that fair to say?

12:01:16  9    A.  Yes.

12:01:20  10   Q.  And that one of the things that you were afraid of was that

12:01:29  11   if this person took over your account, that your streak and the

12:01:31  12   points would be lost.  Is that correct?

12:01:38  13   A.  At first being hacked, that was a concern.  But once I

12:01:43  14   realized that it was a lot bigger than just kids being kids, it

12:01:48  15   was more of a fear for my own safety and my friends' safety.

12:01:54  16   Q.  Right.  And at that point you were extremely afraid, right?

12:01:55  17   A.  Well, yes.

12:02:02  18   Q.  And that as a result, you sent to them pictures of other

12:02:08  19   people, young women, because that's one of the things that they

12:02:10  20   requested, right?

12:02:11  21   A.  Correct.

12:02:20  22   Q.  And that you were hoping that that would sort of protect you

12:02:24  23   and possibly even get your Snapchat back, right?

12:02:28  24   A.  Under the influence I was sending the pictures with

12:02:35  25   permission from the girls, because we were all under the

12:02:40  1    impression that if he or she had received the images that we

12:02:44  2    sent, that we would be all left alone.  None of us cared if we

12:02:46  3    got our accounts back.  It was just the fact that we did not

12:02:47  4    want to be harassed.

12:02:51  5    Q.  Okay.  Now, so before you sent these images of these other

12:02:56  6    young women, you contacted them and you told them you were going

12:02:57  7    to do that?

12:02:58  8    A.  I asked for permission.

12:03:00  9    Q.  And before you sent it, right?

12:03:01  10   A.  Yes.

12:03:05  11   Q.  And they all said that it was fine to send it.

12:03:07  12   A.  Yes, because those pictures had already previously been

12:03:14  13   exposed to our friend group.

12:03:22  14   Q.  And so at that point, is that when you called -- you told

12:03:24  15   your mom and you called the police?

12:03:27  16   A.  I wasn't the first person to call the police, no, but we had

12:03:31  17   already been in contact with them from the very beginning.

12:03:35  18   Q.  So from the very beginning from when you first get this

12:03:40  19   hacking, you notified the police.

12:03:42  20   A.  Unfortunately I was on vacation when it originally happened,

12:03:47  21   so I waited until I got back where I lived to go to the police

12:03:49  22   station near my house.

12:03:51  23   Q.  And how long was it from when --

12:03:52  24   A.  Two days.

12:03:59  25   Q.  Two days.  So there were two days that this took place over,

12:04:00   1    right?

12:04:04   2    A.   I would say from the 25th through the 27th, yes.

12:04:08   3    Q.   So and the photos were sent out, you contacted these young

12:04:11   4    women and you sent out their photos; is that right?

12:04:12   5    A.   Yes, correct.

12:04:17   6    Q.   And that you told them in advance that this was happening,

12:04:17   7    right?

12:04:18   8    A.   Uh-huh, yes.

12:04:24   9    Q.   And you were also told other friends, I'm assuming -- did

12:04:27   10   you tell other friends hey, if you get anything from me or

12:04:30   11   anything from these people, you know, we've been hacked, right?

12:04:31   12   A.   Yeah.

12:04:37   13   Q.   And that was all before you went to the police.

12:04:43   14   A.   I would say it's in the middle stages of going because we

12:04:47   15   contacted the police by phone, nonemergency number, but we

12:04:52   16   weren't able to actually physically go down to the station until

12:04:54   17   a day or two later.

12:04:58   18   Q.   So you first contacted them over the phone, the police?

12:04:58   19   A.   Yes.

12:05:01   20   Q.   And you told them that this was going on, right?

12:05:02   21   A.   Correct.

12:05:08   22   Q.   After you told the police that, did you send any other

12:05:11   23   images to these people?

12:05:15   24   A.   I don't -- after we went to the police and got in contact,

12:05:16   25   no, we did not.

| | | |
|---|---|---|
| 12:05:18 | 1 | Q.  Not after you went to the police.  You called the police |
| 12:05:19 | 2 | first, right? |
| 12:05:20 | 3 | A.  Yes. |
| 12:05:25 | 4 | Q.  And you called the police before you could even get to the |
| 12:05:26 | 5 | station, right? |
| 12:05:28 | 6 | A.  Correct. |
| 12:05:35 | 7 | Q.  And did you call the police before or after you sent these |
| 12:05:36 | 8 | other images? |
| 12:05:38 | 9 | A.  After. |
| 12:05:41 | 10 | Q.  So you sent, and you told them about what had happened on |
| 12:05:42 | 11 | the phone. |
| 12:05:43 | 12 | A.  Correct. |
| 12:05:50 | 13 | Q.  And that after, you spoke to the police on the phone, did |
| 12:05:58 | 14 | you ever send any other images of anyone, nothing else was sent? |
| 12:05:59 | 15 | A.  No. |
| 12:06:06 | 16 | Q.  And this was a very frightening time for you. |
| 12:06:07 | 17 | A.  Yes. |
| 12:06:12 | 18 | Q.  And it was all because of how frightened and scary this was |
| 12:06:15 | 19 | that you did the sort of things that you did, right? |
| 12:06:16 | 20 | A.  Correct. |
| 12:06:22 | 21 | MR. NATALE:  I have no further questions. |
| 12:06:24 | 22 | THE COURT:  Redirect. |
| 12:06:24 | 23 | REDIRECT EXAMINATION |
| 12:06:24 | 24 | BY MS. ANTON: |
| 12:06:30 | 25 | Q.  You were -- were you in 9th grade when this happened? |

12:06:31  1    A.  Yeah.

12:06:34  2    Q.  And defense counsel was asking you about how extremely

12:06:37  3    afraid and scared that you were, right?

12:06:38  4    A.  Correct.

12:06:42  5    Q.  Even though you were so scared and so afraid, you didn't

12:06:45  6    attempt to extort anybody for pictures, did you?

12:06:47  7    A.  No, not at all.

12:06:50  8    Q.  In fact, did you call the police almost immediately?

12:06:56  9    A.  It was -- I contacted my friend's mother because there was a

12:07:01  10   lot of distress going on with this image.  Same image kept

12:07:06  11   getting repeatedly, repeatedly exposed.  And so I talked to her

12:07:10  12   mother and apologized extensively, that I still had the image in

12:07:14  13   my device holding and I apologized that it might get out again.

12:07:17  14   And then we got off the phone and we both contacted the police

12:07:19  15   at the same time.

12:07:23  16   Q.  Okay.  So you told people right away?

12:07:24  17   A.  Right away.

12:07:28  18   Q.  You didn't wait eight months or until the police came to

12:07:30  19   your house to talk to you, did you?

12:07:31  20   A.  No.

12:07:34  21   Q.  And even though you were only in 9th grade when it happened,

12:07:38  22   you took a lot of screenshots to document what was happening.

12:07:38  23   A.  Yes.

12:07:41  24   Q.  And why did you do that?

12:07:45  25   A.  Because I was a very unsure, like, if you could like -- the

| | | |
|---|---|---|
| 12:07:48 | 1 | police, if they were able to get all this information.  So I |
| 12:07:52 | 2 | made it a little bit easier and just screenshotted a bunch of |
| 12:07:57 | 3 | it, that way couldn't say it wasn't there because I got it right |
| 12:07:58 | 4 | when it happened. |
| 12:08:01 | 5 | Q.  So you wanted to give it to the police so they would believe |
| 12:08:02 | 6 | you. |
| 12:08:03 | 7 | A.  Yeah. |
| 12:08:05 | 8 | MS. ANTON:  Thank you.  No further questions. |
| 12:08:07 | 9 | THE COURT:  All right.  Do you have a short witness or |
| 12:08:09 | 10 | you want to just break for lunch now? |
| 12:08:11 | 11 | MS. ANTON:  I think the break for lunch would be good, |
| 12:08:11 | 12 | Judge. |
| 12:08:14 | 13 | THE COURT:  Good for me.  I'm always ready for lunch. |
| 12:08:18 | 14 | Okay.  You're reminded you're not to discuss -- thank |
| 12:08:18 | 15 | you, ma'am. |
| 12:08:20 | 16 | You're not to discuss the case with anyone or permit |
| 12:08:23 | 17 | anyone to discuss it with you.  Until you retire to the jury |
| 12:08:26 | 18 | room at the end of the case to deliberate on your verdict, |
| 12:08:29 | 19 | you're simply not to talk about this case. |
| 12:08:31 | 20 | Don't read or listen to anything touching on this case. |
| 12:08:34 | 21 | Don't do any research or make any investigation about the case |
| 12:08:34 | 22 | on your own. |
| 12:08:39 | 23 | Also remember you must not have any contact with the |
| 12:08:42 | 24 | attorneys, parties or witnesses in the case.  If you should see |
| 12:08:46 | 25 | them, keep in mind that they're not being rude to you, they are |

| | | |
|---|---|---|
| 12:08:49 | 1 | required to avoid any contact with you and they're not permitted |
| 12:08:51 | 2 | to talk to you just as you are not permitted to talk to them. |
| 12:08:54 | 3 | Finally, remember you must not form any opinion about |
| 12:08:56 | 4 | this case until all the evidence is in.  You're required to keep |
| 12:08:59 | 5 | an open mind until you start your deliberations at the end of |
| 12:09:00 | 6 | the case. |
| 12:09:05 | 7 | We'll resume at 1:45.  You all have a nice lunch. |
| 12:09:08 | 8 | Looks like it's nice weather.  I got up this morning, it was |
| 12:09:11 | 9 | actually cool.  What's going on here?  How does it know it's |
| 12:09:14 | 10 | fall?  It does. |
| 12:09:16 | 11 | COURT SECURITY OFFICER:  All rise for the jury. |
| 12:09:23 | 12 | (Jury out at 12:09 p.m.) |
| 12:09:52 | 13 | THE COURT:  All right.  We'll be in recess until 1:45. |
| 12:09:55 | 14 | I don't have anybody else coming in, so you can leave everything |
| 12:09:59 | 15 | wherever.  As soon as the courtroom is empty, it will be locked |
| 12:10:02 | 16 | up until just before then.  All right? |
| 12:10:03 | 17 | (Lunch recess) |
| 13:44:16 | 18 | THE COURT:  Hello.  Somebody wanted to talk to me. |
| 13:44:18 | 19 | MR. NATALE:  Judge, we got it cleared up. |
| 13:44:20 | 20 | THE COURT:  So you don't want to talk to me? |
| 13:44:22 | 21 | MR. NATALE:  No, not that it's anything bad. |
| 13:44:25 | 22 | THE COURT:  No problem.  Wanda is checking to see if |
| 13:44:31 | 23 | all the jurors are in.  We were short one a few minutes ago, but |
| 13:44:37 | 24 | just as an update, the jury upstairs has a question -- has three |
| 13:44:41 | 25 | questions, and I told them to call Judge Moreno first since I |

| | | |
|---|---|---|
| 13:44:44 | 1 | don't have the slightest idea what the case is about and see |
| 13:44:48 | 2 | what he thinks.  Then when they resolve that, I'll have to go |
| 13:44:50 | 3 | upstairs and deal with the questions. |
| 13:45:03 | 4 | COURT SECURITY OFFICER:  Judge, we're good to go.  All |
| 13:45:06 | 5 | rise for the jury. |
| 13:45:10 | 6 | (Jury in at 1:45 p.m.) |
| 13:45:49 | 7 | THE COURT:  Be seated please.  Please call your next |
| 13:45:49 | 8 | witness. |
| 13:46:01 | 9 | MS. ANTON:  The United States calls M.K. |
| 13:46:04 | 10 | THE COURT:  Please come forward, Miss.  Up here to the |
| 13:46:09 | 11 | witness chair.  There's kind of a little ramp there, be careful. |
| 13:46:12 | 12 | And when you get to the chair, please remain standing and raise |
| 13:46:13 | 13 | your right hand. |
| 13:46:13 | 14 | M.K., GOVERNMENT WITNESS, SWORN. |
| 13:46:24 | 15 | THE COURT:  Please be seated.  Pull your chair up, pull |
| 13:46:27 | 16 | the microphones back, speak loudly and tell us your name and |
| 13:46:29 | 17 | spell it. |
| 13:46:36 | 18 | THE WITNESS:  M.K. (name spelled) |
| 13:46:39 | 19 | THE COURT:  Okay.  You're going to have to speak up a |
| 13:46:42 | 20 | little bit louder.  I'm getting old and I can't hear.  All |
| 13:46:43 | 21 | right?  You may proceed. |
| 13:46:44 | 22 | MS. ANTON:  Thank you, Your Honor. |
| 13:46:44 | 23 | DIRECT EXAMINATION |
| 13:46:44 | 24 | BY MS. ANTON: |
| 13:46:46 | 25 | Q.  Good afternoon, M.K. |

| | | |
|---|---|---|
| 13:46:46 | 1 | A.  Hi. |
| 13:46:49 | 2 | Q.  I'm going to refer to you as M.K.  Is that all right? |
| 13:46:50 | 3 | A.  Yes. |
| 13:46:54 | 4 | Q.  Could you tell the ladies and gentlemen of our jury how old |
| 13:46:56 | 5 | you are now and what grade you're in? |
| 13:46:59 | 6 | A.  I'm 16 in the 11th grade. |
| 13:47:01 | 7 | Q.  And that's high school? |
| 13:47:01 | 8 | A.  Yes. |
| 13:47:03 | 9 | Q.  Do you go to high school somewhere in Broward County? |
| 13:47:04 | 10 | A.  Yes. |
| 13:47:07 | 11 | Q.  Okay.  And where do you reside generally? |
| 13:47:09 | 12 | A.  In Plantation. |
| 13:47:13 | 13 | Q.  Okay.  Do you have a cellphone? |
| 13:47:15 | 14 | A.  Yes, I do. |
| 13:47:17 | 15 | Q.  And have you had a cellphone for a long time? |
| 13:47:17 | 16 | A.  Yes. |
| 13:47:21 | 17 | Q.  When did you first get your phone? |
| 13:47:26 | 18 | A.  Two years ago in around June. |
| 13:47:27 | 19 | Q.  So when you were 14? |
| 13:47:28 | 20 | A.  Yes. |
| 13:47:30 | 21 | Q.  Okay.  What grade were you in back then? |
| 13:47:31 | 22 | A.  9th grade. |
| 13:47:35 | 23 | Q.  9th grade.  Okay.  What kind of things back then did you use |
| 13:47:36 | 24 | your cellphone for? |
| 13:47:43 | 25 | A.  Social media, texting my friends, FaceTiming, calling, |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

13:47:45   1   games.

13:47:48   2   Q.   Homework?   Do they have you do homework on the phone?

13:47:51   3   A.   Yeah, sometimes I could use the internet or apps for

13:47:53   4   homework sometimes.

13:47:57   5   Q.   Okay.   Did you have apps like Snapchat and Instagram?

13:47:58   6   A.   Yes.

13:48:02   7   Q.   What did you use your Snapchat account for?

13:48:05   8   A.   Just taking videos and pictures with my friends and sending

13:48:07   9   them or posting them.

13:48:09   10   Q.   Okay.   Did you have a lot of friends on Snapchat?

13:48:10   11   A.   Yes.

13:48:14   12   Q.   And did you have a lot of pictures in your Snapchat account?

13:48:15   13   A.   Yes.

13:48:19   14   Q.   Is it called something, a certain place in Snapchat where

13:48:20   15   you keep those picture?

13:48:22   16   A.   Yes, "my eyes only".

13:48:24   17   Q.   Okay.   Did you have a lot of pictures in there?

13:48:25   18   A.   Not really.

13:48:29   19   Q.   Okay.   Did you have a lot of memories on Snapchat?

13:48:30   20   A.   Yes.

13:48:33   21   Q.   What about streaks?   Were you interested back then in

13:48:34   22   keeping up your streaks?

13:48:39   23   A.   No, I've never really been into streaks.

13:48:41   24   Q.   Okay.   But that's something you can do on Snapchat, right?

13:48:42   25   A.   Yes.

13:48:46   1   Q.   Okay.  And in addition to Snapchat and Instagram, did you

13:48:50   2   also have an app on your phone called Kik?

13:48:52   3   A.   No.  Not originally.

13:48:55   4   Q.   Do you know what the Kik app is?

13:48:55   5   A.   Yes.

13:48:56   6   Q.   What is it?

13:48:58   7   A.   It's a messaging app.

13:49:01   8   Q.   Like a text message app?

13:49:02   9   A.   Yeah.

13:49:08   10   Q.   So let's talk about back in 2017 when you were in 9th grade,

13:49:12   11   I'm going to bring you back to November of that year.  Okay?

13:49:14   12   A.   Yes.

13:49:16   13   Q.   Did you use your Snapchat account back then?

13:49:16   14   A.   Yes.

13:49:23   15   Q.   Okay.  Did you at some point in November get a message from

13:49:28   16   one of your friends on Snapchat asking for your code and your

13:49:28   17   password?

13:49:29   18   A.   Yes.

13:49:31   19   Q.   Tell us about that.

13:49:38   20   A.   It was just a regular night and this isn't someone I usually

13:49:43   21   spoke to, so it was weird for her to text me.  But got the

13:49:49   22   message, I opened it.  She asked for my password to text someone

13:49:55   23   else which isn't uncommon, because sometimes like some friends

13:49:59   24   just need your account to text other people if something

13:50:06   25   happens.  But so I gave her the password and then goes on from

13:50:07  1    there.

13:50:09  2    Q.  Okay.  And is the girl you're talking about, do you remember

13:50:11  3    what her name is?

13:50:14  4    A.  ****** *******.

13:50:16  5    Q.  ****** *******.  Okay.  So you thought it was a little odd,

13:50:21  6    but you gave her or who you thought was ****** your password to

13:50:22  7    get into Snapchat?

13:50:23  8    A.  Yes.

13:50:25  9    Q.  And what happened after that?

13:50:30  10   A.  Afterwards, I tried logging back in and I couldn't because

13:50:38  11   my password was changed, and then I got a message on my actual

13:50:39  12   phone number.

13:50:43  13   Q.  Okay.  When you say you got a message on your actual phone

13:50:45  14   number, was it a text message?

13:50:45  15   A.  Yes.

13:50:48  16   Q.  Is your phone number stored in your Snapchat settings on

13:50:50  17   your account?

13:50:53  18   A.  Yeah.  When you sign up, you have to put some information

13:50:57  19   for verification and a phone number is needed for that

13:50:58  20   verification.

13:51:02  21   Q.  Okay.  And when you got that text message that night, after

13:51:06  22   your account was -- after you were locked out of your account,

13:51:09  23   did you recognize the phone number that was texting you?

13:51:10  24   A.  No.

13:51:12  25   Q.  No.  Did it come up as anyone you knew in your contacts?

13:51:13   1   A.  No.

13:51:16   2   Q.  No.  And what did the messages say?

13:51:25   3   A.  It was pretty much asking if I wanted -- well, at first it

13:51:30   4   was asking for the code to the private -- to the private section

13:51:34   5   of the Snapchat account which is where you store pictures you

13:51:38   6   don't really want anyone else to see.  But there wasn't much on

13:51:46   7   it, but I did give the code, and then afterwards it was messages

13:51:49   8   asking if I wanted my account back.

13:51:51   9   Q.  And did you want your account back?

13:51:52   10  A.  Yeah.

13:51:55   11  Q.  Okay.  Was that Snapchat account something that was

13:51:56   12  important to you?

13:52:01   13  A.  I mean, yeah, because I had a lot of memories of people I

13:52:07   14  didn't necessarily talk to anymore or friends that I was close

13:52:14   15  with and just like memories that were actually taken in the

13:52:14   16  moment.

13:52:18   17  Q.  Okay.  So it's like a digital photo album of everything you

13:52:19   18  had done, right?

13:52:20   19  A.  Yeah.

13:52:25   20  Q.  Okay.  And so did the phone number that you got the text

13:52:28   21  messages from, did it tell you that you had to do anything to

13:52:30   22  get the Snapchat account back?

13:52:34   23  A.  Make a Kik account and then give them the user name.

13:52:37   24  Q.  Okay.  And at the time you were told to make a Kik account,

13:52:39   25  you didn't have the Kik app yet?

13:52:43  1    A.  No.  I had it when I was younger, so I already had an

13:52:47  2    account.  But at that time I hadn't used it in years, so I

13:52:49  3    didn't have it on my phone anymore.

13:52:52  4    Q.  Okay.  So did you do that?  Did you make a new Kik account?

13:52:52  5    A.  Yeah.

13:52:56  6    Q.  Okay.  And what happened once you made that Kik account?

13:53:06  7    A.  Once I made the account, gave him or the number the user

13:53:16  8    name, and then I was contacted on Kik and he started asking for

13:53:21  9    pictures as leverage for my Snapchat account back.

13:53:26  10   Q.  Okay.  Do you remember what your user name was on your Kik

13:53:27  11   account that you made?

13:53:31  12   A.  Yes.  ******* **********.

13:53:33  13   Q.  Was that the account that you had made when you were

13:53:34  14   younger?

13:53:34  15   A.  Yes.

13:53:36  16   Q.  And so you just re-used that user name?

13:53:37  17   A.  Yeah.

13:53:42  18   Q.  Okay.  So you said you were asked to make a picture as

13:53:45  19   leverage.  What kind of pictures?  Can you tell the jury what

13:53:47  20   was it that you were first asked to take?

13:53:49  21   A.  It was a nude picture.

13:53:52  22   Q.  And where were you when all this was happening?

13:53:54  23   A.  I was in my bedroom.

13:53:58  24   Q.  Okay.  And what time of night was it?

13:54:02  25   A.  Pretty late.  My grandparents were asleep by then.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
13:54:05   1   Q.  Do you live with your grandparents?

13:54:06   2   A.  Yes.

13:54:07   3   Q.  And you have your own room?

13:54:07   4   A.  Yes.

13:54:11   5   Q.  Okay.  And late that night, when you're asked to take that

13:54:13   6   picture, did you comply and take that picture?

13:54:13   7   A.  I did.

13:54:17   8   Q.  And what did you take a picture of?

13:54:22   9   A.  I think it was my breasts.

13:54:26  10   Q.  Okay.  So is that the very first picture you remember

13:54:27  11   taking?

13:54:28  12   A.  Yeah.

13:54:31  13   Q.  And after you took that picture, did you text it back to the

13:54:33  14   number?

13:54:34  15   A.  To the Kik account, yes.

13:54:37  16   Q.  Okay.  So you sent the pictures over Kik.

13:54:38  17   A.  Yeah.

13:54:40  18   Q.  And once you took that picture, did you think that you were

13:54:42  19   going to get your Snapchat account back?

13:54:43  20   A.  I did.

13:54:44  21   Q.  And did you get it back?

13:54:45  22   A.  No.

13:54:47  23   Q.  What happened after you took that one picture?

13:54:52  24   A.  After that one picture, became a threat to send that one

13:54:55  25   picture out if I didn't send more pictures.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

13:54:59  1    Q.  Okay.  And how did you feel at that moment when you received
13:55:01  2    that message saying that you had to take more pictures?
13:55:05  3    A.  I just felt stuck, like there was nowhere else to go but to
13:55:10  4    keep sending everything I was asked for.
13:55:13  5    Q.  So let's talk about the pictures that you sent.  Okay?
13:55:14  6    A.  Yeah.
13:55:18  7    Q.  After that, you just sent a shot of your breasts, did the
13:55:23  8    person who was texting you ask for a different kind of picture?
13:55:24  9    A.  Yeah.
13:55:29  10   Q.  And can you explain to the jury how the pictures progressed
13:55:32  11   from that first one until the last one.
13:55:39  12   A.  The first one, it wasn't really, it wasn't too bad.  Like, I
13:55:44  13   mean, it was just my body.  But then as it progressed, it was
13:55:51  14   certain actions I was asked to do and perform for those pictures
13:55:52  15   or those videos.
13:55:56  16   Q.  Okay.  And were those actions sexual actions?
13:55:57  17   A.  Yes.
13:56:00  18   Q.  Okay.  Were you also asked to write on yourself?
13:56:01  19   A.  Yes.
13:56:02  20   Q.  And did you write on yourself?
13:56:03  21   A.  Yes.
13:56:06  22   Q.  What did you use to write on yourself?
13:56:09  23   A.  I think it was a pen.
13:56:11  24   Q.  Okay.  And did you take a picture of the writing?
13:56:12  25   A.  Yes.

13:56:17   1   Q.  Okay.  And how many pictures do you think you took?

13:56:19   2   A.  Over 50.

13:56:23   3   Q.  Okay.  How long did that go on?

13:56:27   4   A.  Maybe a couple hours that night.

13:56:32   5   Q.  Were you hopeful that with each picture you sent it would

13:56:33   6   stop?

13:56:35   7   A.  Yeah.  And it just kept going.

13:56:38   8   Q.  Okay.

13:56:40   9        MS. ANTON:  Permission to approach, Your Honor?

13:56:43   10        THE COURT:  You may.

13:56:49   11        MS. ANTON:  Showing defense counsel what's been

13:57:03   12   premarked as 34 A through ZZ.  Permission to approach, Your

13:57:03   13   Honor?

13:57:06   14        THE COURT:  You may.

13:57:06   15     BY MS. ANTON:

13:57:20   16   Q.  M.K., would you just look at Government's Exhibit 34 A

13:57:24   17   through ZZ and tell me if you recognize those as the photographs

13:57:27   18   that you took that night?

13:57:29   19   A.  I do.

13:57:33   20   Q.  Okay.  And does that exhibit accurately depict those

13:57:35   21   pictures that you sent?

13:57:36   22   A.  Yes.

13:57:37   23   Q.  Okay.

13:57:39   24        MS. ANTON:  At this time, the Government moves 34 A

13:57:42   25   through ZZ into evidence.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
13:57:43   1            MS. WEISS:  No objection.

13:57:46   2            THE COURT:  Without Objection 34 A through ZZ are

13:57:47   3    admitted in evidence.

13:57:47   4            (Government's Exhibits 34 A-ZZ in evidence)

13:57:47   5       BY MS. ANTON:

13:58:06   6    Q.  Okay, M.K.  While you were taking those photographs, did you

13:58:09   7    remember taking any videos as well?

13:58:09   8    A.  Yes.

13:58:12   9    Q.  And how many videos do you think that you took?

13:58:15  10    A.  I'm not sure.

13:58:17  11    Q.  Okay.  What were you using to take those pictures and the

13:58:18  12    videos?

13:58:20  13    A.  My phone.

13:58:22  14    Q.  And what kind of phone was it?

13:58:24  15    A.  IPhone 7 Plus.

13:58:27  16    Q.  Okay.  And the videos that you took, did you also send those

13:58:29  17    to the number that was texting you?

13:58:31  18    A.  The Kik account, yes.

13:58:34  19    Q.  And the Kik account?  Okay.  Going to show you what's been

13:58:42  20    marked for identification as Government's 84.  In addition, I'm

13:58:47  21    going to show you Government's 36 and 37.

13:59:11  22            MS. ANTON:  Without objection, Your Honor, the

13:59:17  23    Government would like to move Government's 37 -- I'm sorry.  Let

13:59:23  24    me get these in order.  36, 37, 38 and 84 into evidence.

13:59:24  25            MS. WEISS:  No objection.
```

13:59:29  1              THE COURT:  All right.  36, 37, 38 and 84?  Is that

13:59:30  2   what you said?

13:59:30  3              MS. ANTON:  Yes, Your Honor.

13:59:32  4              THE COURT:  And 84 are admitted in evidence without

13:59:33  5   objection.

13:59:33  6              (Government's Exhibits 36-38 & 84 in evidence)

13:59:35  7              MS. ANTON:  Thank you.  Permission to publish?

13:59:38  8              THE COURT:  You may.

13:59:38  9         BY MS. ANTON:

13:59:43  10  Q.  M.K., I'm going to put on the ELMO Government's Exhibit 36.

13:59:49  11  Let it focus.  Can you see your screen?

13:59:50  12  A.  Yes.

13:59:53  13  Q.  What was your telephone number back then?

13:59:57  14  A.  ***** ********.

14:00:02  15  Q.  Okay.  And is that reflected on the top of this picture

14:00:03  16  that's on the ELMO?

14:00:04  17  A.  Yes.

14:00:09  18  Q.  And is this a printout of the chat messages that occurred on

14:00:13  19  that night in November of 2017?

14:00:14  20  A.  Yes.

14:00:20  21  Q.  Okay.  And the number that you were chatting with you said

14:00:22  22  that you didn't recognize, correct?

14:00:22  23  A.  Yes.

14:00:27  24  Q.  Okay.  And the first message that we see on the top says

14:00:32  25  "what's your my eyes code".  Okay?  And what is that referring

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
14:00:34   1    to, the my eyes code?

14:00:38   2    A.   That's referring to the separate section for private photos.

14:00:42   3    Q.   Okay.  And that's what you previously testified where you

14:00:45   4    can keep pictures, but you didn't have many in them, right?

14:00:46   5    A.   Yes.

14:00:51   6    Q.   And you asked why.  And what does the person tell you?

14:00:56   7    A.   "I need it real fast, going to add to it".

14:00:57   8    Q.   And at this point, you don't know who it is that you're

14:00:58   9    texting with; is that correct?

14:01:00   10   A.   Yes.

14:01:05   11   Q.   Okay.  And at the top of the document, do you give the code?

14:01:06   12   A.   I did.

14:01:09   13   Q.   And what does the person say?

14:01:10   14   A.   "Didn't work".

14:01:13   15   Q.   Okay.  And then what do they ask you to do?

14:01:14   16   A.   "Do you have Kik".

14:01:17   17   Q.   Okay.  And do you reply?

14:01:20   18   A.   I said "no, why".

14:01:24   19   Q.   Okay.  And what did they respond back?

14:01:25   20   A.   "Download it right now".

14:01:30   21   Q.   Okay.  So when we see RN, does that mean something?

14:01:32   22   A.   Yeah, it means right now.

14:01:35   23   Q.   Right now.  Is that an abbreviation that some people use

14:01:37   24   when they're texting?

14:01:38   25   A.   Yes.
```

14:01:45  1    Q.  And do you respond asking "why"?

14:01:46  2    A.  Yes.

14:01:49  3    Q.  And what do they tell you?

14:01:52  4    A.  "Do you want your Snapchat back".

14:01:55  5    Q.  Okay.  And you wanted your Snapchat back, right?

14:01:55  6    A.  Yes.

14:01:58  7    Q.  Okay.  So were you instructed to download Kik?

14:01:59  8    A.  I was.

14:02:08  9    Q.  Okay.  Were you told to "make an account and tell me the

14:02:09  10   name"?

14:02:10  11   A.  Yes.

14:02:14  12   Q.  Okay.  And then it says that there's a missed call from

14:02:17  13   ******.  Did you try calling the number?

14:02:17  14   A.  Yeah.

14:02:20  15   Q.  Why were you calling the number?

14:02:25  16   A.  I wasn't sure it was ****** anymore and I wanted an answer.

14:02:28  17   Q.  Okay.  Did anyone answer?

14:02:29  18   A.  No.

14:02:32  19   Q.  Okay.  And what did you ask them next?

14:02:34  20   A.  "What do you want from me".

14:02:37  21   Q.  And did they tell you "do what I asked now, you'll see"?

14:02:38  22   A.  Yes.

14:02:41  23   Q.  Okay.  And did they ask what your name was on Kik?

14:02:43  24   A.  Yes.

14:02:51  25   Q.  Okay.  And then what's the next thing they texted you after

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:02:52  1    that?

14:02:57  2    A.  He asked "****** unless you want to lose your Snapchat".

14:02:59  3    Q.  Okay.  What did you respond to that, M.K.?

14:03:03  4    A.  I said "bro, it's whatever.  I want to die.  Taking my

14:03:06  5    Snapchat won't make me feel any worse or any better but yeah,

14:03:07  6    yeah, I'm doing it".

14:03:10  7    Q.  Why did you say that?

14:03:13  8    A.  At that point in my life, I was going through a hard time

14:03:23  9    and it didn't seem like it mattered, but I still wanted my

14:03:25  10   memories back.

14:03:30  11   Q.  Okay.  And did the person write back to you "okay, just tell

14:03:32  12   me the name once you've made the accounts"?

14:03:33  13   A.  Yes.

14:03:38  14   Q.  And you responded with ******* **********.

14:03:38  15   A.  Yes.

14:03:52  16   Q.  Okay.  So now I'm showing you Government's 37 on the ELMO.

14:04:00  17   And do you recognize Government's Exhibit 37 to be your

14:04:06  18   communications on Kik with user name MVLex3?

14:04:07  19   A.  Yes.

14:04:14  20   Q.  And are those the text messages that happened back in

14:04:16  21   November and then again in January?

14:04:17  22   A.  Yeah, that's January.

14:04:26  23   Q.  Okay.  Before we get to January, let's finish up with your

14:04:31  24   testimony from November.  Okay?  And we'll circle back to that.

14:04:35  25          This communication where you were being asked to take

14:04:38   1   these photographs happened over a period of how long in

14:04:40   2   November?

14:04:45   3   A.   I remember it being only that night.

14:04:50   4   Q.   Okay.  But you remember it being one night in November?

14:04:51   5   A.   Yeah.

14:04:54   6   Q.   Okay.  And did you stay up all night that night complying

14:04:56   7   with the demands to take pictures?

14:04:56   8   A.   Yes.

14:04:59   9   Q.   Okay.  And videos, right?

14:04:59  10   A.   Yeah.

14:05:04  11   Q.   Okay.  And once you did that, did you think that it was over

14:05:06  12   and that you were done?

14:05:06  13   A.   I did.

14:05:08  14   Q.   Okay.  But were you?

14:05:09  15   A.   No.

14:05:10  16   Q.   What happened?

14:05:16  17   A.   I was contacted again in January.

14:05:20  18   Q.   So between November and January, had you received any

14:05:23  19   messages asking for nude photos or threats?

14:05:27  20   A.   No, I thought it was just done.

14:05:31  21   Q.   And had anybody come to you from school or your friends list

14:05:34  22   saying anything about whether or not they had seen some of the

14:05:34  23   pictures?

14:05:35  24   A.   No.

14:05:39  25   Q.   No.  Okay.  So for those couple months you -- is it fair to

| | |
|---|---|
| 14:05:42 | 1 | say that you were living with a secret? |
| 14:05:42 | 2 | A.  Yeah. |
| 14:05:45 | 3 | Q.  Okay.  Nobody knew what you had done. |
| 14:05:46 | 4 | A.  Yes. |
| 14:05:48 | 5 | Q.  And did you tell your grandma? |
| 14:05:49 | 6 | A.  No. |
| 14:05:51 | 7 | Q.  No.  Why didn't you tell her? |
| 14:05:57 | 8 | A.  It was embarrassing and I had shame from it. |
| 14:06:02 | 9 | Q.  Okay.  So tell the jury then what happens in January of the |
| 14:06:04 | 10 | next year. |
| 14:06:12 | 11 | A.  In January, this Instagram account was following all of my |
| 14:06:20 | 12 | followers and sent a picture to a close friend of mine who I was |
| 14:06:25 | 13 | no longer speaking to.  And she sent me the screenshot which |
| 14:06:34 | 14 | will show me what the account said to her, and it was a picture |
| 14:06:43 | 15 | of me and them saying to have me contact them. |
| 14:06:47 | 16 | Q.  Okay.  So in January -- I want to make sure I understand |
| 14:06:53 | 17 | what you said.  One of your friends on social media got your |
| 14:06:55 | 18 | picture sent to them. |
| 14:06:55 | 19 | A.  Yes. |
| 14:06:59 | 20 | Q.  Okay.  And did you know that it was a picture you had taken |
| 14:07:00 | 21 | that night in November? |
| 14:07:01 | 22 | A.  Yes. |
| 14:07:04 | 23 | Q.  Okay.  And you knew that from what type of picture it was? |
| 14:07:04 | 24 | A.  Yes. |
| 14:07:10 | 25 | Q.  Okay.  And what did that friend tell you that the message |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

14:07:13  1    came with?

14:07:23  2    A.  That they said to contact them to tell ****** to get in

14:07:25  3    touch, or something like that.

14:07:31  4    Q.  So now a third person is coming to you to try to urge you to

14:07:34  5    get back into contact with the person who had been threatening

14:07:35  6    you?

14:07:35  7    A.  Yeah.

14:07:39  8    Q.  And how did you feel then in January?

14:07:46  9    A.  Exposed.  Vulnerable.  Like it was all happening again.

14:07:52  10   Q.  Okay.  And in January, did you again get contacted via

14:07:54  11   social media?

14:07:55  12   A.  Yes.

14:07:59  13   Q.  What platform or what application was it on in January?

14:07:59  14   A.  Instagram.

14:08:04  15   Q.  Okay.  And do you remember your user name on Instagram?

14:08:10  16   A.  ********.

14:08:13  17        THE COURT:  You got further away from the microphone so

14:08:18  18   either move them over or you move over.  Thank you.

14:08:18  19        BY MS. ANTON:

14:08:23  20   Q.  So let's go over January and what happened to you then.

14:08:24  21   Okay, M.K.?

14:08:26  22   A.  Yes.

14:08:46  23        THE COURT:  I've just received word that the other jury

14:08:50  24   has reached a verdict.  As soon as the lawyers are gathered, I'm

14:08:53  25   going to take a short break, go up and receive the verdict which

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 14:08:56 | 1 | might take a total of ten minutes getting up there and getting |
| 14:09:00 | 2 | back down, so you'll get an early break.  Go ahead. |
| 14:09:00 | 3 |     BY MS. ANTON: |
| 14:09:08 | 4 | Q.  Government's 38 is up on the ELMO.  Is this your Instagram |
| 14:09:11 | 5 | account, ********? |
| 14:09:11 | 6 | A.  Yes. |
| 14:09:16 | 7 | Q.  And what's the first thing that you say M.K.? |
| 14:09:18 | 8 | A.  "What did I fucking do". |
| 14:09:23 | 9 | Q.  Okay.  And we see that in the printout here there's no |
| 14:09:28 | 10 | message, it's just coming from an account Tuylin20.  Did you |
| 14:09:30 | 11 | recognize that account? |
| 14:09:31 | 12 | A.  No. |
| 14:09:32 | 13 | Q.  Was that anybody who you ever knew? |
| 14:09:33 | 14 | A.  No. |
| 14:09:40 | 15 | Q.  Okay.  And you write back "yeah, IK".  What does IK mean? |
| 14:09:40 | 16 | A.  I know. |
| 14:09:43 | 17 | Q.  I know.  Were you receiving pictures and videos when you |
| 14:09:45 | 18 | were getting these text messages through Instagram? |
| 14:09:47 | 19 | A.  Yeah. |
| 14:09:54 | 20 | Q.  Okay.  And did the user of Tuylin20, the Defendant, say |
| 14:09:56 | 21 | "would you like me to spread the worst pics"? |
| 14:09:58 | 22 | A.  Yes. |
| 14:10:01 | 23 | Q.  Okay.  And what did you respond? |
| 14:10:03 | 24 | A.  "No, what the fuck do you want from me". |
| 14:10:05 | 25 | Q.  Okay.  Is WTF short for that? |

```
14:10:06   1    A.  Yes.
14:10:13   2    Q.  Okay.  And then does that Tuylin20 again ask you what's your
14:10:13   3    Kik?
14:10:14   4    A.  Yes.
14:10:18   5    Q.  Okay.  And do you tell him that "I can't send anything else,
14:10:20   6    you got all you wanted from me"?
14:10:20   7    A.  Yes.
14:10:23   8    Q.  And then what does he say to you?
14:10:27   9    A.  "Then should I send all I got to everyone you know"?
14:10:32  10    Q.  And what did you think he was referring to sending out?
14:10:35  11    A.  All the other pictures and videos I sent that night.
14:10:40  12    Q.  Okay.  And you said "can you stop, what did I do"?
14:10:40  13    A.  Yes.
14:10:45  14    Q.  Okay.  And then again, you see a message that has no message
14:10:49  15    in it.  Are those more pictures coming back to you?
14:10:49  16    A.  Yes.
14:10:52  17    Q.  Was he sending you pictures and videos to remind you of what
14:10:53  18    you had done?
14:10:54  19    A.  Yes.
14:10:59  20    Q.  Okay.  Then does he say "tell me ******, do you want this to
14:11:01  21    get worse"?
14:11:02  22    A.  Yes.
14:11:05  23    Q.  And you ask him "what do you want" and he again asks you for
14:11:12  24    your Kik name and you say it's ******* **********?
14:11:13  25    A.  Yeah.
```

14:11:16  1    Q.  How are you feeling now that this is starting over again in

14:11:18  2    January back on Kik?

14:11:23  3    A.  Now there's no escape, and that he's actually sending out

14:11:25  4    what I sent.

14:11:28  5         THE COURT:  When you get to a good point to take a

14:11:29  6    short break, please do.

14:11:31  7         MS. ANTON:  Okay.  I'll just finish a few minutes, then

14:11:32  8    we can break.

14:11:33  9         THE COURT:  Go ahead.

14:11:33  10        BY MS. ANTON:

14:11:39  11   Q.  Does he text you "and say BTW", which is by the way?

14:11:39  12   A.  Yes.

14:11:44  13   Q.  "By the way, I screenshotted all of your followers so going

14:11:48  14   private doesn't stop me".  What did that mean?

14:11:54  15   A.  That means regardless of me going on private on my account,

14:11:59  16   he already had all my followers listed so he could follow all of

14:12:02  17   them and send the pictures out to them.

14:12:06  18   Q.  Okay.  So there was no way for you to hide from him.

14:12:07  19   A.  No.

14:12:11  20   Q.  And he told you he would talk to you on Kik?

14:12:12  21   A.  Yes.

14:12:18  22   Q.  Okay.  And then the next series of text messages, I guess

14:12:20  23   you call them Instagram direct messages?

14:12:21  24   A.  Yes.

14:12:23  25   Q.  And that's when you're on the app and you're communicating

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:12:24  1   through Instagram, right?

14:12:25  2   A.   Yes.

14:12:32  3   Q.   Okay.  And he says "like you want exposed okay, I show

14:12:35  4   friends and then we see that a video was sent".

14:12:35  5   A.   Yes.

14:12:39  6   Q.   Was this one of the videos that he forced you to make?

14:12:40  7   A.   Yes.

14:12:42  8        MS. ANTON:  I think now would be a good time to break,

14:12:43  9   Your Honor.

14:12:45  10       THE COURT:  All right.  Ladies and gentlemen, we need

14:12:51  11  to take a short break.  If you'll go into the jury room, I'll be

14:12:55  12  back as soon as I can.  As soon as I can get my short legs up to

14:12:57  13  the 13th floor.

14:12:58  14       COURT SECURITY OFFICER:  All rise for the jury.

14:13:03  15       (Jury out at 2:12 p.m.)

14:13:03  16       (Brief recess)

14:29:36  17       (Jury in a 2:29 p.m.)

14:30:05  18       THE COURT:  All right.  Everyone is present.  You may

14:30:07  19  proceed.

14:30:07  20       MS. ANTON:  Thank you.

14:30:08  21       THE COURT:  Please be seated.

14:30:10  22     BY MS. ANTON:

14:30:15  23  Q.   M.K., we had left off talking about how you were

14:30:20  24  re-contacted in January of 2018.  Do you remember we were

14:30:21  25  talking about that?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:30:22  1    A.  Yes.

14:30:28  2    Q.  Okay.  In January of 2018, were you re-contacted on the

14:30:31  3    ******* ********** using Kik?

14:30:32  4    A.  Yes.

14:30:38  5    Q.  Okay.  And at that time, had you already been threatened,

14:30:42  6    your family and yourself, with harm?

14:30:43  7    A.  Yes.

14:30:47  8    Q.  Okay.  Did you think that the person who was doing this knew

14:30:48  9    where you were?

14:30:50  10   A.  I did.

14:30:53  11   Q.  And did you know that this person had your friend list on

14:30:54  12   Snapchat?

14:30:54  13   A.  Yes.

14:30:58  14   Q.  Okay.  So let's talk about what happened over Kik in

14:31:07  15   January.  You got a Kik message from MVLex3 saying "here" and

14:31:13  16   you asked "what do you want from me".  And he asked "who's home

14:31:17  17   right now" and you told him that you weren't even home, but that

14:31:19  18   both of your grandparents were, right?

14:31:20  19   A.  Yes.

14:31:25  20   Q.  And he asked next "where are you".  Did you tell him you

14:31:26  21   were in the car?

14:31:27  22   A.  Yes.

14:31:31  23   Q.  What did he ask you to do?

14:31:34  24   A.  To send a selfie as proof.

14:31:36  25   Q.  And did you comply and send a selfie as proof?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
14:31:37   1    A.  Yes.

14:31:40   2    Q.  Okay.  And are those the pictures that we see here?

14:31:41   3    A.  Yes.

14:31:46   4    Q.  Okay.  He asked you where you were going and you told him

14:31:49   5    that you were going to the store.  But then what did you tell

14:31:50   6    him?

14:31:52   7    A.  "Just tell me what you want".

14:32:00   8    Q.  Okay.  And did he tell you that "I want you to suck a dick

14:32:01   9    on video"?

14:32:02   10   A.  Yes.

14:32:10   11   Q.  What did you respond to that?

14:32:13   12   A.  "So you can expose that too".

14:32:17   13   Q.  And he told you "no, so I can leave you alone".  But did you

14:32:17   14   believe him?

14:32:19   15   A.  No.

14:32:21   16   Q.  What did you tell him?

14:32:24   17   A.  "I can't do it today though, I'm not with my boyfriend.  I

14:32:26   18   can do it when I see him".

14:32:27   19   Q.  Did he ask you when?

14:32:28   20   A.  Yes.

14:32:32   21   Q.  Okay.  And you told him your boyfriend lives in Hialeah?

14:32:33   22   A.  Yes.

14:32:37   23   Q.  Then did he tell you "then you're going to have to cheat on

14:32:39   24   him with a stranger today".

14:32:40   25   A.  Yes.
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
14:32:42   1    Q.  And what did you say?
14:32:45   2    A.  I said I wouldn't do that.
14:32:46   3    Q.  What else did you tell him?
14:32:50   4    A.  I'll try to see him.
14:32:59   5    Q.  Did he say "then I will expose the vids today"?
14:33:00   6    A.  Yes.
14:33:05   7    Q.  Did he want to know how long was it going to be until you
14:33:08   8    could comply with his demand?
14:33:08   9    A.  Yes.
14:33:11  10    Q.  Okay.  And did you tell him "I don't know, I still have to
14:33:12  11    ask".
14:33:13  12    A.  Yes.
14:33:15  13    Q.  So were you so frightened that you were still going to
14:33:18  14    comply with what he was asking?
14:33:19  15    A.  Yes.
14:33:23  16    Q.  Okay.  Did he tell you that "you better make it happen or
14:33:25  17    you're doing it with a stranger"?
14:33:26  18    A.  Yes.
14:33:30  19    Q.  "When you get to the store, go to the bathroom.  You're
14:33:35  20    going to take two pics for me".  What did you understand that to
14:33:37  21    mean you had to do?
14:33:44  22    A.  Get naked in the store bathroom and send two more nudes.
14:33:47  23    Q.  And if you didn't do that, what did you think he was going
14:33:47  24    to do?
14:33:51  25    A.  Expose everything else I sent.
```

14:33:55   1    Q.  Did he tell you "tell me when you're there.  I gave you an

14:34:01   2    order, so I guess you'd rather expose the worse pics.  I'll

14:34:05   3    start showing the good stuff".  What do you respond back, M.K.?

14:34:09   4    A.  "Can you fucking stop.  What am I supposed to do.  I'm not

14:34:15   5    cheating and I'm not sucking anyone's dick on video.  Just post

14:34:18   6    the videos and shit on a porn site".

14:34:20   7    Q.  And how are you feeling at that point?

14:34:23   8    A.  Like it was out of my control and it wouldn't stop.

14:34:27   9    Q.  And did you think if he just posted it on the porn site then

14:34:29  10    you would just be done with it?

14:34:30  11    A.  Yes.

14:34:36  12    Q.  Okay.  But he said "no, I'll send to every one of your

14:34:40  13    followers until you cheat".  What does that mean, every one of

14:34:41  14    your followers?

14:34:47  15    A.  Means that everyone who actually knew my face and could

14:34:57  16    direct the pictures to me would see what I didn't want them to

14:34:58  17    see.

14:35:02  18    Q.  Was that your schoolmates in school?

14:35:03  19    A.  Yeah.

14:35:04  20    Q.  Family members?

14:35:05  21    A.  No.

14:35:08  22    Q.  You didn't have any family members on your accounts?

14:35:08  23    A.  No.

14:35:17  24    Q.  Okay.  And what did you tell him M.K.?

14:35:20  25    A.  "I can't fucking cheat.  This is the first person to treat

```
14:35:22   1    me right".

14:35:26   2    Q.  And he told you "you'd done it before".  What did you say?

14:35:30   3    A.  "I deserve this.  I haven't cheated before".

14:35:35   4    Q.  And he said, "well, you're sucking dick or I'll ruin your

14:35:38   5    relationship anyway with the vids".  And what did you respond?

14:35:39   6    A.  "He already knows".

14:35:42   7    Q.  Who are you talking about when you say "he already knows"?

14:35:43   8    A.  My boyfriend at the time.

14:35:46   9    Q.  Okay.  So back in January of 2018, did you have a boyfriend?

14:35:47  10    A.  Yes.

14:35:53  11    Q.  Okay.  And did the Defendant respond "he hasn't seen the

14:35:55  12    good stuff" with a happy face.

14:35:56  13    A.  Yes.

14:35:57  14    Q.  You told him to "leave me alone"?

14:35:58  15    A.  Yes.

14:36:05  16    Q.  And he tells you "as you wish, I'll start sharing the

14:36:07  17    videos".

14:36:07  18    A.  Yes.

14:36:09  19    Q.  And what did you tell him?

14:36:12  20    A.  "Bro, I can easily go to the police and report the shit

14:36:17  21    you've done.  Child pornography charges?  Yikes".

14:36:19  22    Q.  And he tells you back "it won't help you, meanwhile I'll

14:36:23  23    ruin your life".  What did you say?

14:36:27  24    A.  "My life is ass.  What are you going to do.  If I kill

14:36:30  25    myself, I won't suffer what you're doing and the thing is you
```

14:36:31  1    think I won't".

14:36:35  2    Q.  When you were texting back to him back in January of 2018,

14:36:37  3    had you contemplated that?

14:36:39  4    A.  Yes.

14:36:43  5    Q.  And he wrote back "and you won't have that boyfriend

14:36:47  6    anymore.  I win either way".

14:36:48  7    A.  Yes.

14:36:50  8    Q.  Did he even acknowledge the fact that you were contemplating

14:36:56  9    suicide?

14:36:58  10   A.  No.

14:37:02  11   Q.  And then what do you say to him, M.K.?

14:37:07  12   A.  "Why can't I just be happy.  Why can't you let me be.  I've

14:37:09  13   done way too fucking much".

14:37:14  14   Q.  Does he tell you that "you owe me the dick sucking vid and

14:37:16  15   you're free for good"?

14:37:17  16   A.  Yes.

14:37:20  17   Q.  Did you think you were ever going to be free at all?

14:37:21  18   A.  No.

14:37:24  19   Q.  You tell him that you degraded yourself?

14:37:25  20   A.  Yes.

14:37:31  21   Q.  Okay.  And what did you go on to text him?

14:37:35  22   A.  "I can't suck dick on video.  I told my grandparents what

14:37:39  23   happened and they won't let me go out.  What the fuck happens to

14:37:42  24   you to make you do this, obviously you're a human somewhere".

14:37:44  25   Q.  And had you finally told your grandparents?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:37:46   1    A.  Yes.

14:37:54   2    Q.  And he texts back "what a shame.  You owe me the vid and

14:37:58   3    I'll begin again".  What do you say back to that?

14:38:02   4    A.  "Trying to ruin my life.  Does this give you pleasure?  Are

14:38:04   5    you happy with yourself"?

14:38:07   6    Q.  Does he text you saying "will you enjoy it, all the

14:38:09   7    suffering you're about to experience"?

14:38:10   8    A.  Yes.

14:38:12   9    Q.  And what do you ask him?

14:38:16   10   A.  "Aren't you making money off other girls?  Why can't you let

14:38:16   11   one go".

14:38:19   12   Q.  Why do you ask him if he's making money off of other girls?

14:38:23   13   A.  Because it seemed like he was experienced with this and had

14:38:29   14   no heart or humanity and continued to do this with other people.

14:38:31   15   Q.  And did you think he was doing something with your pictures

14:38:36   16   that would get him some kind of financial benefit?

14:38:40   17   A.  I mean, I assumed so because why else would he need pictures

14:38:44   18   like that.

14:38:48   19   Q.  And when you ask him "why can't you let one go", does he

14:38:54   20   tell you "you can go when you send vid.  Until then, you belong

14:38:55   21   to me".

14:38:56   22   A.  Yes.

14:39:01   23   Q.  Did you feel like he owned you and you did belong to him?

14:39:03   24   A.  Yes.

14:39:07   25   Q.  And did you tell him "I can't do it any time soon, you'll

```
14:39:09   1    have to wait until next weekend"?

14:39:11   2    A.  Yes.

14:39:15   3    Q.  But he tells you back "I'll wait, but if I do, you're going

14:39:20   4    to have to fill a quota of pics per day".

14:39:22   5    A.  Yes.

14:39:25   6    Q.  What did that mean to you?

14:39:32   7    A.  That until I make it, I could make it happen that I would

14:39:36   8    just continue to degrade myself and send nude pictures however

14:39:40   9    many he wanted per day.

14:39:46  10    Q.  Okay.  Did you finally tell him "no, fuck this, I'm tired.

14:39:47  11    I don't want this".

14:39:48  12    A.  Yes.

14:39:52  13    Q.  And he told you "as you wish, I'll send the vids now"?

14:39:53  14    A.  Yes.

14:39:56  15    Q.  What's your parting word there?

14:39:56  16    A.  "Go ahead, bro".

14:40:00  17    Q.  How did you feel at that point in time M.K.?

14:40:07  18    A.  I lost control.  There was nowhere to go but down.  He would

14:40:11  19    have done what he wanted anyway regardless of me sending a video

14:40:25  20    or not.

14:40:27  21    Q.  And you said you had told your grandmother.  What did you do

14:40:32  22    after you told her in terms of all of the apps that you have on

14:40:33  23    your phone?

14:40:36  24    A.  She asked me to delete them, and I did.

14:40:39  25    Q.  Okay.  And did you go to the police?
```

```
14:40:41   1    A.  No.

14:40:44   2    Q.  Okay.  Are you friends with someone named ******?

14:40:45   3    A.  Yes.

14:40:48   4    Q.  Was she involved in this also?

14:40:48   5    A.  Yes.

14:40:53   6    Q.  Okay.  Had you spoken to her about what was going on?

14:40:54   7    A.  Briefly.

14:40:58   8    Q.  Okay.  And do you know whether she went to the police?

14:41:00   9    A.  Yes, she did.

14:41:06  10    Q.  Okay.  Had you been contacted by other people who were your

14:41:09  11    friends on Instagram saying that they received the images of

14:41:11  12    you?

14:41:12  13    A.  A few others, yeah.

14:41:16  14    Q.  Okay.  And did those people go to your school?

14:41:17  15    A.  No.

14:41:20  16    Q.  Okay.  Did you know that those images that you took were

14:41:24  17    ones that you -- let me rephrase that.

14:41:27  18         The images that those people received, were they the

14:41:30  19    same pictures that you took because you were forced to take?

14:41:32  20    A.  Yes.

14:41:37  21    Q.  Okay.  And did you think that it ended there in January of

14:41:38  22    2018?

14:41:40  23    A.  Yes.

14:41:42  24    Q.  Okay.  Did it end in January 2018?

14:41:44  25    A.  No.
```

14:41:46  1    Q.  Okay.  When was the next time that you were contacted?

14:41:56  2    A.  The following August, I think.

14:42:00  3    Q.  Okay.  August of the same year, a couple months later?

14:42:01  4    A.  Yes.

14:42:06  5    Q.  Did you have the same Instagram account?

14:42:08  6    A.  Yes.

14:42:12  7    Q.  Okay.  And in what way were you contacted then?

14:42:15  8    A.  Direct message on Instagram.

14:42:19  9    Q.  Okay.  And the direct message on Instagram that you

14:42:22  10   received, what did it say?

14:42:24  11   A.  I don't recall.

14:42:27  12   Q.  Do you remember who it was from?

14:42:27  13   A.  Yeah.

14:42:28  14   Q.  Who was it from?

14:42:32  15   A.  It was the Tuylin20 account.

14:42:36  16   Q.  Okay.  And although you don't recall exactly what the

14:42:41  17   message said, what did you understand the message to be?  What

14:42:44  18   was the general gist of what you were being told?

14:42:55  19   A.  It was him asking for something else or those videos from

14:42:57  20   before would also be exposed.

14:43:03  21   Q.  Okay.  So could that have been in September?

14:43:05  22   A.  Yeah.

14:43:07  23   Q.  Around the 23rd or 24th of September?

14:43:07  24   A.  Yes.

14:43:11  25   Q.  Okay.  And were you awake when those messages came through?

```
14:43:12   1    A.  No.
14:43:13   2    Q.  Did you ever respond to them?
14:43:14   3    A.  No.
14:43:18   4    Q.  But did you know that it was the same person and it was back
14:43:19   5    again asking for more pictures?
14:43:20   6    A.  Yes.
14:43:23   7    Q.  You didn't take anymore pictures though, did you?
14:43:23   8    A.  No.
14:43:28   9    Q.  Okay.  And at that point for you, did you feel like it was
14:43:29  10    finally over?
14:43:31  11    A.  In a way, yeah.
14:43:35  12    Q.  Okay.  Now, while the text messages may have stopped coming
14:43:40  13    through to you, those images, are they -- and the videos, is
14:43:43  14    that ever going to be over for you?
14:43:44  15    A.  No.
14:43:47  16    Q.  Okay.  Is that something that you're going to have to deal
14:43:48  17    with for a long time?
14:43:49  18    A.  Yes.
14:44:21  19    Q.  Okay.  Two more real quick follow-up questions, M.K.  You
14:44:25  20    said that other people had received the images of you that you
14:44:25  21    took.
14:44:26  22    A.  Yes.
14:44:29  23    Q.  And they received those via e-mail or text message?
14:44:30  24    A.  Instagram.
14:44:33  25    Q.  Okay.  And were those --
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
14:44:35   1              THE COURT:  That's two.  You said two.  You didn't mean
14:44:38   2    two.  Go ahead.
14:44:42   3              MS. ANTON:  Okay.  Nobody ever means what they say.  I
14:44:43   4    meant two times two.
14:44:44   5              THE COURT:  Okay.
14:44:44   6         BY MS. ANTON:
14:44:48   7    Q.  Were those people located in Broward County?
14:44:49   8    A.  Yes.
14:44:54   9    Q.  And after September when you received that last message, you
14:44:56  10    never received a message again, did you?
14:44:58  11    A.  No.
14:45:00  12              MS. ANTON:  Thank you, M.K.  I have no further
14:45:02  13    questions.  Four.
14:45:04  14              THE COURT:  Four.
14:45:11  15         Your witness.
14:45:12  16                        CROSS-EXAMINATION
14:45:12  17         BY MS. WEISS:
14:45:23  18    Q.  Good afternoon.  My name is Clea and I know it's
14:45:27  19    uncomfortable being testifying in court.  If I ask you a
14:45:30  20    question that makes you feel uncomfortable, will you tell me?
14:45:30  21    A.  Yes.
14:45:33  22    Q.  Thank you.  You were coerced in November 2017 to taking
14:45:36  23    photos and videos of yourself?
14:45:36  24    A.  Yes.
14:45:39  25    Q.  And that isn't something you would want to do voluntarily,
```

14:45:41   1   to send those kind of images to a stranger?

14:45:42   2   A.   No.

14:45:44   3   Q.   But you were scared.

14:45:45   4   A.   Yes.

14:45:48   5   Q.   And you didn't know who was asking you to do this?

14:45:49   6   A.   No.

14:45:52   7   Q.   You thought that this person could have known where you

14:45:53   8   lived.

14:45:54   9   A.   Yes.

14:45:58   10   Q.   So you didn't know where this person was in the world?

14:45:58   11   A.   No.

14:46:00   12   Q.   You didn't know who they were?

14:46:00   13   A.   No.

14:46:02   14   Q.   You didn't know why they were messaging you?

14:46:04   15   A.   No.

14:46:13   16   Q.   So initially the first photograph you took, you were worried

14:46:16   17   that you would have to do that to get your Snapchat account

14:46:17   18   back, right?

14:46:17   19   A.   Yes.

14:46:19   20   Q.   And your account was important to you?

14:46:20   21   A.   Yes.

14:46:23   22   Q.   Because you had like a lot of memories you said, right?

14:46:24   23   A.   Yes.

14:46:28   24   Q.   And you didn't have anything bad in your "my eyes only" part

14:46:30   25   of your memories, right?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:46:30   1    A.   No.

14:46:34   2    Q.   And by bad, you mean like existing nude images?

14:46:37   3    A.   Yeah.  Provocative, no.

14:46:38   4    Q.   So there was nothing in there?

14:46:39   5    A.   No.

14:46:40   6    Q.   You just wanted your account back.

14:46:42   7    A.   Yes.

14:46:45   8    Q.   And the first image you were asked for was just a topless

14:46:46   9    shot.

14:46:46   10   A.   Yes.

14:46:50   11   Q.   And you felt that you had no other choice but to do that to

14:46:52   12   get your account back.

14:46:53   13   A.   Yes.

14:46:56   14   Q.   And you agreed to do that.

14:46:57   15   A.   Yes.

14:47:01   16   Q.   So that was -- you were scared, but it was something you

14:47:04   17   were willing to do to get the account back.

14:47:06   18   A.   Yes.

14:47:13   19   Q.   Now, the photos and videos you took, that was over the

14:47:15   20   course of one night in November 2017?

14:47:17   21   A.   Yes.

14:47:21   22   Q.   And you were sending these images and the videos to somebody

14:47:23   23   over the Kik application, right?

14:47:25   24   A.   Yes.

14:47:30   25   Q.   I just want you to focus on November.  On that night, did

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:47:33  1    you feel like you might have been chatting on Kik with more than

14:47:34  2    one person?

14:47:37  3    A.  Yes.

14:47:39  4    Q.  And you felt that way because there was actually multiple

14:47:42  5    people texting you at once, right?

14:47:44  6    A.  At one point, yes.

14:47:45  7    Q.  Different user names.

14:47:49  8    A.  Yes.

14:47:54  9    Q.  And on that night, you were being told what to do in the

14:47:56  10    photos and what to do in the videos.

14:48:00  11    A.  Yes.

14:48:02  12    Q.  And one of the people was asking you to write things on

14:48:03  13    yourself.

14:48:04  14    A.  Yes.

14:48:06  15    Q.  One of the things that you were asked to write on yourself,

14:48:08  16    was it a man's name?

14:48:09  17    A.  Yes.

14:48:14  18    Q.  And you were actually asked to write the name "Matt" on

14:48:15  19    yourself, weren't you?

14:48:16  20    A.  Yes.

14:48:22  21    Q.  After that night in November, you weren't contacted for a

14:48:23  22    couple months, right?

14:48:24  23    A.  Yes.

14:48:26  24    Q.  Not until January.

14:48:27  25    A.  Yes.

```
14:48:33  1    Q.  And your user name on Kik at the time was *******
14:48:35  2    **********?
14:48:35  3    A.  Yes.
14:48:38  4    Q.  And on that application, people can make up any user name
14:48:40  5    they want, right?
14:48:40  6    A.  Yes.
14:48:42  7    Q.  So you don't have to use your real name.
14:48:43  8    A.  No.
14:48:47  9    Q.  And a lot of people actually don't use their real names,
14:48:47 10    right?
14:48:47 11    A.  Yes.
14:48:50 12    Q.  They just make up something fun?
14:48:50 13    A.  Yeah.
14:48:55 14    Q.  And on Kik when you make an account, it's not linked to your
14:48:59 15    phone number and your e-mail address isn't visible to other
14:49:00 16    people on the application, right?
14:49:01 17    A.  No.
14:49:05 18    Q.  So if you're messaging somebody on Kik, the only thing you
14:49:08 19    know about them is their user name, right?
14:49:09 20    A.  Yes.
14:49:14 21    Q.  So if you're messaging someone on Kik and their name is
14:49:18 22    ******* ********** or happy dog or blue sky, you don't know
14:49:20 23    anything about who you're messaging.
14:49:22 24    A.  No.
14:49:30 25    Q.  So when you were messaging with people on Kik in November
```

| | | |
|---|---|---|
| 14:49:34 | 1 | 2017, you didn't know who those people were. |
| 14:49:34 | 2 | A.  No. |
| 14:49:37 | 3 | Q.  You just knew their user names. |
| 14:49:38 | 4 | A.  Yes. |
| 14:49:56 | 5 | MS. WEISS:  No further questions.  Thank you. |
| 14:49:58 | 6 | THE COURT:  Redirect. |
| 14:49:58 | 7 | REDIRECT EXAMINATION |
| 14:49:58 | 8 | BY MS. ANTON: |
| 14:50:07 | 9 | Q.  M.K., defense counsel was asking you if you were scared |
| 14:50:10 | 10 | because you thought that he may know where you lived, right? |
| 14:50:10 | 11 | A.  Yes. |
| 14:50:14 | 12 | Q.  Do you remember that?  You were only 14 years old; is that |
| 14:50:14 | 13 | correct? |
| 14:50:15 | 14 | A.  Yeah. |
| 14:50:19 | 15 | Q.  And had you given him an address? |
| 14:50:23 | 16 | A.  Yes, but not my exact address. |
| 14:50:26 | 17 | Q.  Okay.  But had you given him an address that was close to |
| 14:50:27 | 18 | your address in the same city? |
| 14:50:28 | 19 | A.  Yes. |
| 14:50:32 | 20 | Q.  Okay.  So you gave him some information about where you |
| 14:50:33 | 21 | could be. |
| 14:50:34 | 22 | A.  Yes. |
| 14:50:36 | 23 | Q.  Okay. |
| 14:50:38 | 24 | MS. ANTON:  I have no further questions, Your Honor.  I |
| 14:50:41 | 25 | would just ask that after the witness leaves the stand, I be |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 14:50:42 | 1 | allowed to publish. |
| 14:50:45 | 2 | THE COURT:  All right.  Thank you, Miss.  You are |
| 14:50:47 | 3 | excused.  Thank you very much. |
| 14:51:08 | 4 | MS. ANTON:  Permission to publish 34 A through ZZ, Your |
| 14:51:08 | 5 | Honor. |
| 14:51:10 | 6 | THE COURT:  You may. |
| 14:51:18 | 7 | MS. ANTON:  Publishing 34 A through ZZ. |
| 14:51:30 | 8 | (Government Exhibits published to the jury) |
| 14:54:24 | 9 | MS. ANTON:  I'd also like to publish one other exhibit |
| 14:54:33 | 10 | which is a video.  If we could turn on the computer please? |
| 14:54:33 | 11 | (Video playing) |
| 14:54:50 | 12 | FEMALE VOICE:  I'm your slave, master. |
| 14:54:50 | 13 | (Video stopped) |
| 14:54:57 | 14 | MS. ANTON:  I don't think the computer is on. |
| 14:54:59 | 15 | THE COURT:  It's on. |
| 14:55:01 | 16 | MS. ANTON:  Sorry, Your Honor.  The sound is coming |
| 14:55:03 | 17 | through but the video is not coming through. |
| 14:55:06 | 18 | THE COURT:  Did you guys consider trying this out |
| 14:55:07 | 19 | before? |
| 14:55:08 | 20 | MS. ANTON:  We did. |
| 14:55:08 | 21 | (Video playing) |
| 14:55:12 | 22 | FEMALE VOICE:  I'm your slave, master. |
| 14:55:12 | 23 | (Video stopped) |
| 14:55:14 | 24 | THE COURT:  Get somebody up here to fix this, Wanda, |
| 14:55:22 | 25 | please.  I don't do computers. |

14:55:50  1          MS. ANTON:  Judge, we can reserve publishing this
14:55:51  2    exhibit.
14:55:54  3          THE COURT:  We'll get somebody up here to work on it.
14:55:56  4    Go to something else please.
14:55:57  5          MS. ANTON:  We'll move along.
14:55:58  6          THE COURT:  All right.
14:56:02  7          MS. VIAMONTES:  Your Honor, at this time the United
14:56:32  8    States calls A.K.
14:56:36  9          THE COURT:  When you reach the chair, please remain
14:56:44  10   standing and raise your right hand.
14:56:44  11           A.K., GOVERNMENT WITNESS, SWORN.
14:56:46  12          THE COURT:  Please be seated.  Get as close to the
14:56:49  13   microphone as you can, speak loudly, tell us your name and spell
14:56:54  14   it please.  Please speak loudly, tell us your name and tell
14:56:55  15   spell it.
14:56:55  16          THE WITNESS:  A.K. (name spelled).
14:57:06  17          THE COURT:  You may proceed.
14:57:06  18                         DIRECT EXAMINATION
14:57:06  19     BY MS. VIAMONTES:
14:57:09  20   Q.  A.K., can you tell the members of the jury how old you are?
14:57:11  21   A.  16 years old.
14:57:12  22   Q.  What grade are you in?
14:57:14  23   A.  I'm in 11th grade.
14:57:17  24   Q.  Whereabouts in South Florida, don't tell us your address,
14:57:19  25   but what city do you live in?

                    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                       TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 14:57:19 | 1 | A.  Plantation. |
| 14:57:22 | 2 | Q.  And have you lived in Plantation for a while? |
| 14:57:23 | 3 | A.  Yeah. |
| 14:57:29 | 4 | Q.  What grade are you in now? |
| 14:57:30 | 5 | A.  11th. |
| 14:57:35 | 6 | Q.  All right.  Now, do you own a cellphone? |
| 14:57:36 | 7 | A.  I do. |
| 14:57:39 | 8 | Q.  And how old were you when you were given a cellphone? |
| 14:57:44 | 9 | A.  Like eight, maybe. |
| 14:57:46 | 10 | Q.  Wow.  That was young. |
| 14:57:47 | 11 | A.  Yeah. |
| 14:57:53 | 12 | Q.  Now, let me direct your attention back to November of 2017. |
| 14:57:57 | 13 | Okay.  About two years ago, what grade were you in? |
| 14:57:59 | 14 | A.  I was in 9th grade. |
| 14:58:04 | 15 | Q.  And on your phone, did you use your phone to access social |
| 14:58:04 | 16 | media? |
| 14:58:05 | 17 | A.  Yes. |
| 14:58:07 | 18 | Q.  Did you have social media accounts? |
| 14:58:09 | 19 | A.  Yes. |
| 14:58:11 | 20 | Q.  Which types of social media did you use? |
| 14:58:18 | 21 | A.  I had Instagram, Snapchat.  Don't really remember besides |
| 14:58:19 | 22 | that.  Mostly those two. |
| 14:58:23 | 23 | Q.  Not Facebook.  That's for old people. |
| 14:58:24 | 24 | A.  Yeah. |
| 14:58:27 | 25 | Q.  So in Snapchat, did you have friends from school on |

| 14:58:27 | 1 | Snapchat? |
| 14:58:29 | 2 | A.  Yeah. |
| 14:58:35 | 3 | Q.  And in Snapchat, are you able to do fun things, does it have |
| 14:58:38 | 4 | fun tools that kids like to use? |
| 14:58:38 | 5 | A.  Yes. |
| 14:58:40 | 6 | Q.  What are some of those fun tools that you used to use? |
| 14:58:45 | 7 | A.  You can like draw on pictures, you can cut people's faces |
| 14:58:48 | 8 | out of pictures and rearrange them, stuff like that. |
| 14:58:51 | 9 | Q.  And are you familiar with what a streak is? |
| 14:58:52 | 10 | A.  Yes. |
| 14:58:54 | 11 | Q.  In Snapchat? |
| 14:58:54 | 12 | A.  Yes. |
| 14:58:57 | 13 | Q.  Were you into streaks back then? |
| 14:58:58 | 14 | A.  Yeah. |
| 14:59:00 | 15 | Q.  And just briefly tell the members of the jury what a streak |
| 14:59:01 | 16 | is. |
| 14:59:04 | 17 | A.  A streak is basically where you send each other pictures |
| 14:59:07 | 18 | every day, and then a number pops up next to their name and it's |
| 14:59:11 | 19 | basically just like how long you've had that streak going. |
| 14:59:14 | 20 | Q.  How long you've been sending and receiving pictures with a |
| 14:59:15 | 21 | certain person? |
| 14:59:17 | 22 | A.  Yeah.  And if you don't do it for a day, you lose it. |
| 14:59:21 | 23 | Q.  So you said you don't do it for a day, you lose that streak? |
| 14:59:21 | 24 | A.  Yes. |
| 14:59:25 | 25 | Q.  Okay.  Now, to access Snapchat, do you have a user name and |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

14:59:26  1    a login?

14:59:26  2    A.   Yes.

14:59:31  3    Q.   And do you remember what your user name was for Snapchat?

14:59:36  4    A.   Yeah, so it was **************.

14:59:39  5    Q.   **********?

14:59:40  6    A.   Yeah.

14:59:41  7         THE COURT:   Spell ******.

14:59:43  8         THE WITNESS:   ***********.

14:59:43  9         BY MS. VIAMONTES:

14:59:49  10   Q.   That's an interesting name.   Why did you pick **********?

14:59:52  11   A.   My dog's name is Cooper, so I just used his name.

14:59:58  12   Q.   Okay.   Now, let me direct your attention to on or about

15:00:04  13   November 27, 2017.   That was around Thanksgiving time.   Do you

15:00:05  14   remember that?

15:00:06  15   A.   Yes.

15:00:13  16   Q.   And do you remember receiving a message from someone asking

15:00:13  17   for your password?

15:00:15  18   A.   Yes.

15:00:16  19   Q.   Who did you receive a message from?

15:00:18  20   A.   My friend ******.

15:00:22  21   Q.   Okay.   Are you sure it was ****** on the other end?

15:00:23  22   A.   I thought it was.

15:00:25  23   Q.   Okay.   At the time you thought it was ******, right?

15:00:25  24   A.   Yes.

15:00:29  25   Q.   And what did ****** ask you for?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
15:00:31   1    A.  She asked me for my Snapchat password.

15:00:38   2    Q.  Okay.  ******'s last name, does it begin with a K?

15:00:38   3    A.  Yes.

15:00:42   4    Q.  And did you run into her here today in the courthouse?

15:00:44   5    A.  Yes.

15:00:45   6    Q.  She testified earlier?

15:00:46   7    A.  Yes.

15:00:50   8    Q.  Okay.  When you ran into her, did you guys talk about the

15:00:50   9    case at all?

15:00:51   10   A.  No.

15:00:55   11   Q.  Okay.  So this ****** that you're referring to, is it the

15:00:57   12   girl that just testified earlier.

15:00:58   13   A.  Yes.

15:01:01   14   Q.  All right.  Now ****** asked you for your password.  And did

15:01:02   15   you give it to her?

15:01:03   16   A.  Yes.

15:01:04   17   Q.  Why?

15:01:09   18   A.  Because -- well, I thought it was her and a few people, if

15:01:11   19   you -- if someone blocks you on your account and you still want

15:01:14   20   to talk to them, you go through someone else's account, it's a

15:01:17   21   pretty common thing, I didn't think it was weird.

15:01:18   22   Q.  No big deal?

15:01:19   23   A.  No.

15:01:21   24   Q.  At least you thought it was no big deal at that point,

15:01:21   25   right?
```

| | | |
|---|---|---|
| 15:01:22 | 1 | A.  Yeah. |
| 15:01:28 | 2 | Q.  Now, ****** asked you for your password, you gave it to her. |
| 15:01:31 | 3 | And did anything happen to your Snapchat account after that? |
| 15:01:35 | 4 | A.  I was fine for a little while, and then like 20 minutes |
| 15:01:38 | 5 | later maybe, I don't know how long it was, I texted ****** |
| 15:01:42 | 6 | asking for my password or if she could log out so I could log |
| 15:01:44 | 7 | back in and she said she wasn't logged into it. |
| 15:01:50 | 8 | Q.  Okay.  So let's talk a little bit that.  Can more than one |
| 15:01:55 | 9 | device access one Snapchat account at a time? |
| 15:01:55 | 10 | A.  No. |
| 15:02:00 | 11 | Q.  So let's say, for example, you give me access to your |
| 15:02:03 | 12 | Snapchat account and I'm there at my desk and from my phone I'm |
| 15:02:06 | 13 | on your account.  If you want to get on to your account, can you |
| 15:02:08 | 14 | get on it at the same time? |
| 15:02:08 | 15 | A.  No. |
| 15:02:12 | 16 | Q.  All right.  So when you're asking ****** for your account, |
| 15:02:14 | 17 | like you wanted to get on your snap account, right? |
| 15:02:15 | 18 | A.  Yes. |
| 15:02:16 | 19 | Q.  And you couldn't? |
| 15:02:16 | 20 | A.  No. |
| 15:02:19 | 21 | Q.  Okay.  So when you couldn't get on your snap account, you |
| 15:02:24 | 22 | reach out to ****** regarding hey, get off my Snapchat account |
| 15:02:28 | 23 | so I can get on there, what do you learn? |
| 15:02:28 | 24 | A.  Sorry? |
| 15:02:31 | 25 | Q.  What did you learn from ******? |

| | | |
|---|---|---|
| 15:02:34 | 1 | A.  She tells me that she's not logged into her Snapchat and |
| 15:02:36 | 2 | that somebody else had her account. |
| 15:02:38 | 3 | Q.  Okay.  Do you get worried at this point? |
| 15:02:43 | 4 | A.  Not worried, but confused more because I don't know who is |
| 15:02:44 | 5 | on her account. |
| 15:02:48 | 6 | Q.  So you know that somebody other than ****** had logged into |
| 15:02:52 | 7 | ******'s account and you had already given your password to that |
| 15:02:53 | 8 | person, right? |
| 15:02:54 | 9 | A.  Yes. |
| 15:03:01 | 10 | Q.  All right.  So at some point later that evening, do you |
| 15:03:04 | 11 | begin getting messages from that person? |
| 15:03:04 | 12 | A.  Yes. |
| 15:03:11 | 13 | Q.  Okay.  Now, in your Snapchat account, in the user's |
| 15:03:14 | 14 | information, if you will, did you have your phone number listed |
| 15:03:15 | 15 | on there? |
| 15:03:16 | 16 | A.  Yeah, I did. |
| 15:03:21 | 17 | Q.  And when you began receiving messages, what format were you |
| 15:03:24 | 18 | getting those messages in or using which app? |
| 15:03:29 | 19 | A.  Just the normal text message app, just through your number. |
| 15:03:34 | 20 | Q.  Okay.  So what we would sometimes refer to as SMS messages, |
| 15:03:35 | 21 | just regular text messages? |
| 15:03:37 | 22 | A.  Yeah, regular text messages. |
| 15:03:39 | 23 | Q.  Not using a particular app? |
| 15:03:40 | 24 | A.  No. |
| 15:03:42 | 25 | Q.  Okay. |

15:03:46  1          MS. VIAMONTES:  Permission to approach with

15:03:48  2  Government's Exhibit 32, Your Honor?

15:03:51  3          THE COURT:  You may.

15:04:00  4          MS. VIAMONTES:  Your Honor, without objection, the

15:04:03  5  Government moves Government's 32 into evidence.

15:04:09  6          THE COURT:  Without objection, 32 is admitted in

15:04:10  7  evidence.

15:04:10  8          MS. VIAMONTES:  Permission to publish.

15:04:12  9          THE COURT:  You may.

15:04:12  10         (Government's Exhibit 32 in evidence)

15:04:12  11     BY MS. VIAMONTES:

15:04:17  12  Q.  A.K., I'm placing on the ELMO Government's Exhibit 32.  32

15:04:20  13  which is now in evidence.  And do you recognize that?

15:04:21  14  A.  Yes.

15:04:24  15  Q.  All right.  Have you had a chance to look through these text

15:04:25  16  messages before today?

15:04:26  17  A.  Yes.

15:04:30  18  Q.  Okay.  Now, at the very top, do you see a phone number that

15:04:32  19  begins with area code 702?

15:04:33  20  A.  Yes.

15:04:39  21  Q.  And are these the messages you begin receiving after you

15:04:43  22  learn that ****** is not on your account and her account has

15:04:44  23  been taken over?

15:04:45  24  A.  Yes.

15:04:48  25  Q.  Do you recognize that phone number with the 702 area code?

113

```
15:04:49   1    A.  No.
15:04:54   2    Q.  And this person, do you see that this person asks you what
15:04:55   3    is your "my eyes" code?
15:04:56   4    A.  Yes.
15:04:58   5    Q.  What is "my eyes"?
15:05:03   6    A.  "My eyes only" is a section of Snapchat where you can put
15:05:06   7    anything that you don't want just like in the normal pictures
15:05:09   8    section.  If it's private pictures, if it's like a screenshot of
15:05:13   9    a password, just something you wouldn't want anyone accessing.
15:05:20   10   Q.  Okay.  So this person asks you what's your "my eyes" code
15:05:22   11   and what do you respond?
15:05:23   12   A.  "who's this".
15:05:29   13   Q.  Okay.  And the person tells you "tell me the code I need
15:05:30   14   it", right?
15:05:30   15   A.  Yes.
15:05:32   16   Q.  And do you give it?
15:05:33   17   A.  No.
15:05:36   18   Q.  And what do you ask after you refuse to give it?
15:05:39   19   A.  I ask "who's this".
15:05:41   20   Q.  What does that person tell you?
15:05:45   21   A.  "If you don't tell me, I won't give you your SC back", which
15:05:45   22   is Snapchat.
15:05:52   23   Q.  All right.  Now, after this person tells you he's not giving
15:05:57   24   you your Snapchat back unless you give that code, what do you
15:05:59   25   tell him?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15:06:02  1   A.  "And what exactly are you going to do with the stuff in my

15:06:03  2   eyes only".

15:06:04  3   Q.  What does he say?

15:06:07  4   A.  "Nothing, just adding a pic".

15:06:09  5   Q.  Did you believe that, that he was just going to add a pic?

15:06:10  6   A.  No.

15:06:12  7   Q.  So do you give him the "my eyes only" code?

15:06:14  8   A.  No.

15:06:22  9   Q.  And do you tell him "and I should trust that because"?

15:06:24  10  A.  Yes.

15:06:28  11  Q.  Do you see where he responds "because if you don't, you lose

15:06:29  12  your Snapchat altogether"?

15:06:30  13  A.  Yes.

15:06:32  14  Q.  Okay.  What do you respond when he tells you that?

15:06:34  15  A.  I said "okay.  So you think I'm going to believe that all

15:06:36  16  you're going to do is add a picture".

15:06:43  17  Q.  Okay.  And eventually does he tell you to create a Kik

15:06:43  18  account?

15:06:44  19  A.  Yes.

15:06:46  20  Q.  And do you create the Kik account?

15:06:48  21  A.  I do.

15:06:50  22  Q.  Why do you do that?

15:06:53  23  A.  Because I want to know what his intentions are.  I want to

15:07:06  24  know what he wants, so I continue talking to him.

15:07:15  25  Q.  So once he tells you to install Kik, let me ask you, did you

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 15:07:17 | 1 | have Kik already? |
| 15:07:17 | 2 | A.  No. |
| 15:07:18 | 3 | Q.  So you downloaded Kik? |
| 15:07:19 | 4 | A.  Yes. |
| 15:07:22 | 5 | Q.  And do you give him your screen name or user name on Kik? |
| 15:07:24 | 6 | A.  Yeah. |
| 15:07:28 | 7 | Q.  And was that your full name, ****** **********? |
| 15:07:28 | 8 | A.  Yes, it was. |
| 15:07:31 | 9 | Q.  Does he tell you then to talk on Kik? |
| 15:07:32 | 10 | A.  Yes. |
| 15:07:35 | 11 | Q.  And does the conversation then continue on to Kik? |
| 15:07:37 | 12 | A.  Yes. |
| 15:07:52 | 13 | Q.  Let me ask you, when you were logged out of your Snapchat |
| 15:07:55 | 14 | account, did you receive an e-mail from Snapchat? |
| 15:07:57 | 15 | A.  Yes. |
| 15:07:59 | 16 | Q.  When -- I'm sorry, when someone else logged in? |
| 15:08:00 | 17 | A.  Yes. |
| 15:08:06 | 18 | Q.  And have you had an opportunity to look at the extraction |
| 15:08:09 | 19 | that was done of your cellphone? |
| 15:08:09 | 20 | A.  Yes. |
| 15:08:13 | 21 | Q.  And have you been able to see a printout of that extraction |
| 15:08:15 | 22 | containing that e-mail? |
| 15:08:16 | 23 | A.  Yes. |
| 15:08:19 | 24 | MS. VIAMONTES:  Permission to approach, Your Honor. |
| 15:08:20 | 25 | THE COURT:  You may. |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | |
|---|---|
| 15:08:22 | 1 |

```
15:08:22   1            MS. VIAMONTES:  I'm showing defense counsel what's been

15:08:25   2       premarked as Government's 33.

15:08:27   3            MR. NATALE:  No objection.

15:08:28   4            MS. VIAMONTES:  Without objection, the Government moves

15:08:30   5       33 into evidence.

15:08:33   6            THE COURT:  Without objection, 33 is admitted in

15:08:34   7       evidence.

15:08:35   8            MS. VIAMONTES:  Permission to publish, Your Honor?

15:08:36   9            THE COURT:  You may.

15:08:36  10            (Government's Exhibit 33 in evidence)

15:08:36  11       BY MS. VIAMONTES:

15:08:43  12       Q.   A.K., I'm placing on the ELMO Government's 33 now in

15:08:50  13       evidence.  Is this the e-mail recovered from your phone from

15:08:51  14       Snapchat?

15:08:52  15       A.   Yes.

15:08:55  16       Q.   And that e-mail that you received from Snapchat, did it tell

15:09:01  17       you a rough geographical location of where the person had logged

15:09:03  18       into your Snapchat account?

15:09:03  19       A.   Yes.

15:09:05  20       Q.   And where was that?

15:09:09  21       A.   It was Ashburn, VA.

15:09:12  22       Q.   Okay.  Ashburn, Virginia?

15:09:13  23       A.   Yes.

15:09:17  24       Q.   And does it also include like an IP address with a bunch of

15:09:17  25       numbers?
```

| | | |
|---|---|---|
| 15:09:18 | 1 | A.  Yes. |
| 15:09:19 | 2 | Q.  Does that mean anything to you? |
| 15:09:22 | 3 | A.  I know what it is, but like I wouldn't know specifically |
| 15:09:22 | 4 | just from the numbers. |
| 15:09:40 | 5 | Q.  Okay.  Now, you mentioned that after the person communicated |
| 15:09:44 | 6 | with you via text message, he had you create a Kik account, |
| 15:09:46 | 7 | ****** **********, correct? |
| 15:09:46 | 8 | A.  Yes. |
| 15:09:49 | 9 | Q.  And you continued to communicate there? |
| 15:09:49 | 10 | A.  Yes. |
| 15:09:52 | 11 | Q.  And have you had the opportunity to review a printout of the |
| 15:10:00 | 12 | Kik communications between you and the person that was posing as |
| 15:10:01 | 13 | ******? |
| 15:10:04 | 14 | A.  Yes. |
| 15:10:06 | 15 |         MS. VIAMONTES:  For the record, I'm showing opposing |
| 15:10:10 | 16 | counsel what's been premarked as Government's Exhibit 30. |
| 15:10:11 | 17 |         MR. NATALE:  No objection. |
| 15:10:12 | 18 |         THE COURT:  Without objection, 30 is admitted in |
| 15:10:15 | 19 | evidence. |
| 15:10:17 | 20 |         MS. VIAMONTES:  Permission to -- Your Honor, at this |
| 15:10:21 | 21 | time the Government moves 30 into evidence and permission to |
| 15:10:22 | 22 | publish. |
| 15:10:24 | 23 |         THE COURT:  I already put it in.  You may publish. |
| 15:10:24 | 24 |         (Government's Exhibit 30 in evidence) |
| 15:10:26 | 25 |         MS. VIAMONTES:  Thank you. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

|          |    |                                                                     |
|----------|----|---------------------------------------------------------------------|
| 15:10:26 | 1  | BY MS. VIAMONTES:                                                    |
| 15:10:30 | 2  | Q.  All right, A.K.  Let's go through some of these Snapchat         |
| 15:10:36 | 3  | conversations.  Okay?                                                |
| 15:10:45 | 4  | Now you're on Kik, and are you the one pictured here on              |
| 15:10:47 | 5  | the right side of the page?                                          |
| 15:10:48 | 6  | A.  Yes.                                                             |
| 15:10:53 | 7  | Q.  All right.  And the person that was communicating with you,      |
| 15:10:55 | 8  | they're on the left?                                                 |
| 15:10:57 | 9  | A.  Yes.                                                             |
| 15:11:02 | 10 | Q.  Is that person using ***** *******?                              |
| 15:11:03 | 11 | A.  Yes.                                                             |
| 15:11:05 | 12 | Q.  ***** *** *******?                                               |
| 15:11:06 | 13 | A.  Yes.                                                             |
| 15:11:09 | 14 | Q.  And that's the Kik user name they're using.                      |
| 15:11:10 | 15 | A.  Yes.                                                             |
| 15:11:14 | 16 | Q.  The person tells you that they're here.  Right?  That's the      |
| 15:11:14 | 17 | first message that you receive?                                      |
| 15:11:15 | 18 | A.  Yes.                                                             |
| 15:11:20 | 19 | Q.  Okay.  And what does the person ask you for?                     |
| 15:11:24 | 20 | A.  He says "you're going to do a few pics and then I'll return      |
| 15:11:26 | 21 | your Kik and never contact you again".                               |
| 15:11:30 | 22 | Q.  He said "I'm going to return your Kik".  And do you correct      |
| 15:11:31 | 23 | him?                                                                 |
| 15:11:31 | 24 | A.  Yes.                                                             |
| 15:11:32 | 25 | Q.  What do you tell him?                                            |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| | | |
|---|---|---|
| 15:11:34 | 1 | A.  I tell him that he meant Snapchat. |
| 15:11:36 | 2 | Q.  He says "yes, Snapchat yes". |
| 15:11:37 | 3 | A.  Yes. |
| 15:11:38 | 4 | Q.  And do you then ask him to explain? |
| 15:11:40 | 5 | A.  Yes. |
| 15:11:42 | 6 | Q.  And what does he tell you to do? |
| 15:11:46 | 7 | A.  He says "first do an overhead pic with tongue out". |
| 15:11:49 | 8 | Q.  Did you do an overhead pic with tongue out? |
| 15:11:49 | 9 | A.  No. |
| 15:11:49 | 10 | Q.  Why not? |
| 15:11:52 | 11 | A.  I didn't want to. |
| 15:11:59 | 12 | Q.  And you respond with what? |
| 15:12:01 | 13 | A.  "Point of this being". |
| 15:12:05 | 14 | Q.  Okay.  At this point when you're communicating with him, you |
| 15:12:09 | 15 | know that -- do you know that to some extent your friend |
| 15:12:11 | 16 | \*\*\*\*\*\*'s account was taken over? |
| 15:12:11 | 17 | A.  Yes. |
| 15:12:13 | 18 | Q.  Okay.  Do you know the specifics of it? |
| 15:12:14 | 19 | A.  No. |
| 15:12:18 | 20 | Q.  Okay.  And when you ask him the point being what, what does |
| 15:12:19 | 21 | he say? |
| 15:12:24 | 22 | A.  He says "just to get pics from you, simple". |
| 15:12:26 | 23 | Q.  But did you believe that? |
| 15:12:26 | 24 | A.  No. |
| 15:12:28 | 25 | Q.  What did you respond with? |

120

15:12:31  1   A.   "So what, are you going to make me send you nudes"?

15:12:33  2   Q.   And what does he say?

15:12:35  3   A.   "Some will be, yes".

15:12:36  4   Q.   And you respond with what?

15:12:44  5   A.   "Ha, no".

15:12:49  6   Q.   Proceeding down the page, page 6 of Government's Exhibit 30,

15:12:53  7   does he begin to threaten you?

15:12:53  8   A.   Yes.

15:12:55  9   Q.   What does he say?

15:13:02  10  A.   Says "DM you either do pics and I return or you don't and I

15:13:05  11  keep".

15:13:07  12  Q.   And meaning keep your Snapchat?

15:13:08  13  A.   Yes.

15:13:12  14  Q.   All right.  Did the Snapchat mean that much to you?

15:13:13  15  A.   No.

15:13:20  16  Q.   And when he's now threatening you to not give back your

15:13:21  17  Snapchat, what do you tell him?

15:13:27  18  A.   I say "why can't you just like stop being an ass and give me

15:13:29  19  my Snapchat back".

15:13:32  20  Q.   Now that -- you're making it clear, right, that you're not

15:13:32  21  complying?

15:13:32  22  A.   Yes.

15:13:35  23  Q.   Now that you're making it clear you're not complying and

15:13:38  24  that you're not going to send nudes, what does he threaten you

15:13:39  25  with?

| | | |
|---|---|---|
| 15:13:43 | 1 | A.  He threatens to post my friends' nudes on my story. |
| 15:13:46 | 2 | Q.  And when he threatens to post your friends on your story, |
| 15:13:47 | 3 | what do you tell him? |
| 15:13:51 | 4 | A.  I say no, you should not. |
| 15:13:54 | 5 | Q.  And when you tell him you shouldn't, he asks you for a |
| 15:13:55 | 6 | reason, right? |
| 15:13:55 | 7 | A.  Yeah. |
| 15:13:56 | 8 | Q.  What reasons do you give him? |
| 15:13:59 | 9 | A.  I say "number one reason being that it is child pornography |
| 15:14:04 | 10 | and you can get arrested for it if caught, and so I would |
| 15:14:07 | 11 | suggest that you just give me my account back and stop this |
| 15:14:09 | 12 | bullshit". |
| 15:14:13 | 13 | Q.  And he again promises you he'll give it back if you only |
| 15:14:14 | 14 | send pics? |
| 15:14:15 | 15 | A.  Yes. |
| 15:14:16 | 16 | Q.  Do you believe it at that point? |
| 15:14:18 | 17 | A.  No. |
| 15:14:26 | 18 | Q.  Do you still continue to refuse to give him pictures? |
| 15:14:27 | 19 | A.  Yes. |
| 15:14:30 | 20 | Q.  And as you're refusing, what choice is he asking you to |
| 15:14:31 | 21 | make? |
| 15:14:34 | 22 | A.  He's telling me to make a choice between getting my Snapchat |
| 15:14:38 | 23 | back and sending pictures.  Or sending pictures and giving my |
| 15:14:42 | 24 | Snapchat back and not sending them and having people's nudes |
| 15:14:44 | 25 | posted on my account. |

15:14:46  1   Q.  Okay.  Now, do you try to negotiate with him?

15:14:47  2   A.  Yes.

15:14:48  3   Q.  What do you tell him?

15:14:52  4   A.  I say "how about I reason with you.  What if I give you

15:14:57  5   someone else's account and get mine back".

15:14:58  6   Q.  And were you really thinking of doing that?

15:14:59  7   A.  No.

15:15:00  8   Q.  Why did you tell him that?

15:15:03  9   A.  Because I also currently talking to my brother and trying to

15:15:08  10  figure out a way to figure out who this was, so I just wanted to

15:15:09  11  keep him talking to me.

15:15:19  12  Q.  Okay.  So when you suggest "I'll give you an account, one

15:15:22  13  pic and I'll get mine back", what does he say?

15:15:29  14  A.  He says "you do one nude and give account and deal".

15:15:31  15  Q.  And do you accept that deal?

15:15:33  16  A.  I say "depends so".

15:15:34  17  Q.  Depends on what he wants?

15:15:35  18  A.  Yeah.

15:15:36  19  Q.  All right.  And what does he ask for?

15:15:48  20  A.  Says "overhead pic, tongue out, topless with tits

15:15:49  21  uncovered".

15:15:53  22  Q.  All right.  So he demands an overhead pic, tongue out with

15:15:55  23  your breasts uncovered.  Do you respond right away?

15:15:56  24  A.  No.

15:15:58  25  Q.  And what does he tell you?

15:15:59   1    A.  He says "well".

15:16:03   2    Q.  Okay.  Well, and then you respond -- you see the well is at

15:16:04   3    1:20 a.m.?

15:16:05   4    A.  Yes.

15:16:07   5    Q.  And that's Eastern Standard time, right?

15:16:08   6    A.  Yes.

15:16:12   7    Q.  And it's six minutes later and you say what?

15:16:14   8    A.  "Can I cover my face".

15:16:18   9    Q.  So back in 9th grade, were you normally up at 1:20 in the

15:16:19  10    morning?

15:16:19  11    A.  Yeah.

15:16:33  12    Q.  Okay.  You respond at 1:26, almost 1:27, 1:26, 55 seconds

15:16:38  13    and he responds at 1:27:35, less than a minute later, right?

15:16:39  14    What does he say?

15:16:43  15    A.  He says "no, it's just one and stays between you and me",

15:16:45  16    and then question mark.

15:16:47  17    Q.  And you respond with "hold on"?

15:16:48  18    A.  Yes.

15:16:53  19    Q.  Okay.  You say "hold on" at 1:29 and 55 seconds, so almost

15:16:58  20    1:30.  And at 1:30 and eight seconds, what does he say?

15:17:01  21    A.  "Do we have a deal".

15:17:05  22    Q.  And when he asks you "do we have a deal", you tell him "I'm

15:17:06  23    deciding"?

15:17:07  24    A.  Yes.

15:17:10  25    Q.  As you're trying to decide, what does he tell you?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

15:17:12   1    A.   "Be fast I want an answer".

15:17:15   2    Q.   Okay.  And can you see the difference between these two

15:17:16   3    times?

15:17:17   4    A.   Yes.

15:17:21   5    Q.   It's is it fair to say it's about 21 seconds?

15:17:22   6    A.   Yes.

15:17:28   7    Q.   Now these messages on Kik, they use the internet right?

15:17:29   8    Like the wi-fi?

15:17:30   9    A.   Yes.

15:17:33   10   Q.   They don't use the regular texting that your service

15:17:35   11   provider for your phone company gives you, right?

15:17:36   12   A.   No.

15:17:40   13   Q.   All right.  So is there normally a little lag time in that

15:17:41   14   text going through?

15:17:42   15   A.   I'm not really sure.

15:18:01   16   Q.   Okay.  All right.  So does he continue to ask you for "the

15:18:03   17   pics and want account"?

15:18:04   18   A.   Yes.

15:18:06   19   Q.   And do you continue to stall him?

15:18:07   20   A.   Yes.

15:18:16   21   Q.   Does there come a time that he then tells you he'll leak

15:18:16   22   your friends?

15:18:17   23   A.   Yes.

15:18:21   24   Q.   Okay.  And now I'm referring to Page 11 in Government's

15:18:25   25   Exhibit 30.  Do you see where he tells you "I'll leak your

```
15:18:26   1   friends just for you"?
15:18:27   2   A.  Yes.
15:18:28   3   Q.  What do you respond with?
15:18:31   4   A.  "Which friend exactly".
15:18:32   5   Q.  And does he ask you to guess?
15:18:34   6   A.  Yes.
15:18:44   7   Q.  And do you tell him "just give me a name, it's not that
15:18:47   8   difficult.  Until then, I'm calling your bluff".
15:18:48   9   A.  Yes.
15:18:50  10   Q.  What does he tell you?
15:18:52  11   A.  That "you assumed it was only one friend".
15:18:57  12   Q.  And you said okay, then.  Then names.  Names then.  Name
15:19:00  13   them.  Sorry.  What does he tell you?
15:19:03  14   A.  He said "you should already know".
15:19:08  15   Q.  And does there come a time that he mentions one of your
15:19:09  16   friends?
15:19:10  17   A.  Yes.
15:19:11  18   Q.  And who does he mention?
15:19:13  19   A.  ******.
15:19:20  20   Q.  And is this all still continuing in the early morning hours
15:19:21  21   of November 27th?
15:19:22  22   A.  Yes.
15:19:30  23   Q.  Okay.  When he mentions ******, what do you tell him?
15:19:37  24   A.  I said "seriously though, ***** been through a lot, so leave
15:19:38  25   her the fuck alone, okay"?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
15:19:41   1    Q.  Okay.  And what does he say?

15:19:42   2    A.  He says "that's on you ********

15:19:45   3    Q.  When you tell him to leave ****** alone, what does he say?

15:19:48   4    A.  He says "that's on you *******.

15:19:52   5    Q.  You ask him "how is that on me?"  And what does he respond?

15:19:56   6    A.  "One pic from you stops me from doing it".

15:20:06   7    Q.  And where was he going to post ***** picture?

15:20:07   8    A.  On my Snapchat story.

15:20:11   9    Q.  Now, let's talk about that.  Were you and ****** at the same

15:20:11  10    school at the time?

15:20:12  11    A.  Yes.

15:20:14  12    Q.  And did you have friends in common in Snapchat?

15:20:16  13    A.  Yes.

15:20:20  14    Q.  Were a lot of those friends in Snapchat also at your school?

15:20:21  15    A.  Yes.

15:20:24  16    Q.  On your Snapchat, do you have other people that aren't your

15:20:26  17    age like family members?

15:20:27  18    A.  Yeah.

15:20:30  19    Q.  You mentioned you have an older brother, right?  Was he your

15:20:31  20    friend on Snapchat?

15:20:34  21    A.  Yes, three of them.

15:20:34  22    Q.  Three of them?

15:20:35  23    A.  Yeah.

15:20:38  24    Q.  So if someone posts a picture on your Snapchat story, do all

15:20:40  25    your friends see it?
```

```
15:20:40   1    A.  Yes.
15:20:42   2    Q.  Would a lot of those people know ******?
15:20:44   3    A.  A lot of them, yes.
15:20:45   4    Q.  Okay.  A lot of people from school?
15:20:46   5    A.  Yes.
15:20:52   6    Q.  And were you worried what would happen to ****** if her
15:20:55   7    picture got posted on your Snapchat account?
15:20:56   8    A.  Yes.
15:20:59   9    Q.  What did you think could happen to ****** if her picture was
15:21:01  10    posted on your Snapchat account?
15:21:04  11    A.  Well, I thought it was gross first of all, but also just
15:21:07  12    embarrassing for her because, you know, she's under age, she's a
15:21:11  13    child.  I don't want her to face that kind of embarrassment and
15:21:13  14    all that.
15:21:17  15    Q.  Is that something that can affect her socially at school?
15:21:17  16    A.  Yes.
15:21:20  17    Q.  Could it ruin her reputation?
15:21:21  18    A.  Yes.
15:21:33  19    Q.  Do you ever give him the pictures he's demanding of you?
15:21:35  20    A.  No.
15:21:40  21    Q.  And as you continue to refuse to give him those pictures at
15:21:44  22    2:15 a.m., what does he tell you?
15:21:50  23    A.  Okay, just -- "okay, won't just be *** who pays for your
15:21:51  24    ignorance".
15:21:54  25    Q.  And what do you respond to his saying your ignorance?
```

15:21:56  1    A.  I said "my ignorance?  It's funny that you call me refusing

15:22:00  2    to send you nudes ignorant.  Like you do realize that if you do

15:22:02  3    anything you're threatening to do, then you're committing a

15:22:06  4    crime right?  Does that even process in your mind".

15:22:11  5    Q.  You send that at 2:17 a.m. with 38 seconds, and within 30

15:22:13  6    seconds does he respond?

15:22:13  7    A.  Yes.

15:22:15  8    Q.  What does he say?

15:22:20  9    A.  "I'll let them all know you decided their nudes mean less

15:22:23  10   than yours".

15:22:27  11   Q.  Do you try to remind him that it would be a crime for him to

15:22:30  12   post those pictures of children on your Snapchat account?

15:22:32  13   A.  Yes.

15:22:35  14   Q.  Does that phase him at all?

15:22:36  15   A.  No.

15:22:50  16   Q.  Does he threaten that he's going to post them that very

15:22:50  17   night?

15:22:51  18   A.  Yes.

15:22:55  19   Q.  And what does he tell you to do tomorrow?

15:22:57  20   A.  He says "ask them tomorrow".

15:23:01  21   Q.  Does he make it seem it's your fault that these pictures are

15:23:02  22   going to be posted?

15:23:03  23   A.  Yes.

15:23:08  24   Q.  As this text conversation is taking place between you and

15:23:17  25   the person using ***** *******, do you take screen captures of

15:23:24  1    your conversations and other things on your phone as this

15:23:25  2    conversation is happening?

15:23:27  3    A.  Yes.

15:23:29  4            MS. VIAMONTES:  Your Honor, for the record I'll be

15:23:32  5    showing defense counsel now Government's Exhibit 29 premarked

15:23:34  6    for identification.

15:23:46  7            MS. WEISS:  No objection.

15:23:48  8            MS. VIAMONTES:  Your Honor, the Government moves 29

15:23:49  9    into evidence without objection.

15:23:50  10           THE COURT:  Without objection, it's admitted in

15:23:51  11   evidence, 29.

15:23:53  12           MS. VIAMONTES:  Permission to publish?

15:23:54  13           THE COURT:  You may.

15:23:54  14           (Government's Exhibit 29 in evidence)

15:23:54  15       BY MS. VIAMONTES:

15:24:04  16   Q.  Now, I'm placing on the ELMO Government's Exhibit 29.  And

15:24:09  17   once you're communicating with this person, you mentioned you

15:24:11  18   told your older brother, right?

15:24:11  19   A.  Yes.

15:24:13  20   Q.  Did you tell your parents then as well?

15:24:14  21   A.  No.

15:24:15  22   Q.  Why not?

15:24:19  23   A.  Because my brother is in the Navy, so I figured he might

15:24:22  24   have people that could help me, and there wasn't a specific

15:24:26  25   reason I didn't tell my parents, I was just talking to him at

15:24:26  1    the time.

15:24:30  2    Q.  All right.  And did there come a time that you met with

15:24:31  3    police officers about this case?

15:24:32  4    A.  Yes.

15:24:34  5    Q.  And did they ask to look at your cellphone?

15:24:35  6    A.  Yes.

15:24:37  7    Q.  Did you give them access to look at your cellphone?

15:24:38  8    A.  Yes.

15:24:41  9    Q.  And did you tell them you had taken screen captures of your

15:24:44 10    conversation with the Defendant on the night in question?

15:24:45 11    A.  Yes.

15:24:49 12    Q.  Did you take screen captures of other things as well as they

15:24:49 13    were happening?

15:24:50 14    A.  Yes.

15:24:53 15    Q.  All right.  Now, have you had an opportunity to look at some

15:24:56 16    of those screen captures that were extracted from your phone?

15:24:56 17    A.  Yes.

15:24:59 18    Q.  All right.  So now I'm going to place on the ELMO those

15:25:09 19    screen captures.  And the first page that we're looking at,

15:25:14 20    there's an icon and then it says broken in the middle with two

15:25:16 21    hearts next to it.  Do you see that?

15:25:17 22    A.  Yes.

15:25:18 23    Q.  What is this?

15:25:25 24    A.  That is like a user name which is the ******* *******, it's

15:25:28 25    more of a screen name.  When you talk to them, that's what shows

```
15:25:29   1    up, not the user name.
15:25:32   2    Q.  And that's a screen name for what?
15:25:35   3    A.  For the account for ******* *******.
15:25:36   4    Q.  For the Kik account?
15:25:37   5    A.  Yes.
15:25:40   6    Q.  All right.  And is that the Kik account that contacted you
15:25:45   7    after you were forced to create a Kik account to continue to
15:25:45   8    communicate?
15:25:46   9    A.  Yes.
15:25:51  10    Q.  All right.  So when you begin communicating with this
15:25:53  11    person, do you go to their screen name and take a picture of
15:25:54  12    that?
15:25:54  13    A.  Yes.
15:25:56  14    Q.  And why do you do that?
15:25:59  15    A.  Just in case they deleted it or unadded me, just so I would
15:26:01  16    have evidence that it was there.
15:26:07  17    Q.  Okay.  At this point when you take that screen capture, you
15:26:10  18    realize this person is trying to extort you, right?
15:26:10  19    A.  Yes.
15:26:14  20    Q.  So are you trying to create evidence that this person is
15:26:15  21    trying to extort you?
15:26:15  22    A.  Yes.
15:26:19  23    Q.  And is that to support your claim that they're trying to
15:26:20  24    extort you?
15:26:20  25    A.  Yes.
```

| | | |
|---|---|---|
| 15:26:22 | 1 | Q.  Because you want people to believe you, right? |
| 15:26:22 | 2 | A.  Yeah. |
| 15:26:27 | 3 | Q.  Okay.  Now, and I won't go through it because it's similar |
| 15:26:31 | 4 | to what we already went through with the text messages, but do |
| 15:26:35 | 5 | you take screen captures of those text messages with the |
| 15:26:35 | 6 | Defendant? |
| 15:26:36 | 7 | A.  Yes. |
| 15:26:44 | 8 | Q.  All right.  And if we can compare these to what we already |
| 15:26:47 | 9 | went through, you'll see the same conversation, correct? |
| 15:26:47 | 10 | A.  Yes. |
| 15:26:51 | 11 | Q.  All right.  So is it fair to say these are pictures of that |
| 15:26:52 | 12 | conversation? |
| 15:26:53 | 13 | A.  Yes. |
| 15:27:15 | 14 |         THE COURT:  That's identical to the other one, isn't |
| 15:27:16 | 15 | it? |
| 15:27:18 | 16 |         MS. VIAMONTES:  Some are redundant, right?  And some |
| 15:27:20 | 17 | overlap? |
| 15:27:20 | 18 |         THE WITNESS:  Yes. |
| 15:27:20 | 19 |    BY MS. VIAMONTES: |
| 15:27:23 | 20 | Q.  So as you're taking these screen captures, do you scroll up |
| 15:27:26 | 21 | through the conversation and just continue to take screen |
| 15:27:26 | 22 | captures of it? |
| 15:27:27 | 23 | A.  Yes. |
| 15:28:21 | 24 | Q.  Okay.  All right.  Now, this is also a screen capture that |
| 15:28:27 | 25 | you took that night or early morning hours of November 27th. |

```
15:28:31   1    What is the jury looking at here on this page that at the very
15:28:39   2    top says T-Mobile, 2:44 a.m., and it shows a battery with 85%.
15:28:40   3    What's the jury seeing there?
15:28:47   4    A.  It's a screenshot for the contact information of the number
15:28:48   5    that was contacting me.
15:28:51   6    Q.  Is that the phone number of the person that was texting you
15:28:52   7    initially?
15:28:54   8    A.  Yes.
15:28:56   9    Q.  Is that the same contact information?
15:28:58  10    A.  Yes.
15:29:21  11    Q.  Now, were you able -- were you ever able to get your
15:29:22  12    Snapchat account back?
15:29:24  13    A.  Yes.
15:29:25  14    Q.  How so?
15:29:29  15    A.  I don't really remember, but I have the password to it now
15:29:31  16    so I can get into it.
15:29:42  17          MS. VIAMONTES:  No further questions, Your Honor.
15:29:44  18          THE COURT:  Cross?
15:29:44  19          MR. NATALE:  No questions.
15:29:47  20          THE COURT:  Thank you, ma'am.  You are excused.  Thank
15:29:47  21    you, Miss.
15:29:50  22          Call your next witness please.
15:29:53  23          MS. VIAMONTES:  Your Honor, at this time the United
15:29:57  24    States calls A.G.
15:30:26  25          THE COURT:  I don't have any idea what you're doing.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 15:30:30 | 1 | What are you doing?  Are you getting somebody in? |
| 15:30:33 | 2 | MS. VIAMONTES:  Yes, Your Honor.  A.G. |
| 15:30:57 | 3 | THE COURT:  Okay.  Not a problem.  Please remain |
| 15:31:05 | 4 | standing and raise your right hand. |
| 15:31:05 | 5 | A.G., GOVERNMENT WITNESS, SWORN. |
| 15:31:07 | 6 | THE COURT:  Please be seated.  Pull the chair up, get |
| 15:31:11 | 7 | as close to the microphone as you can, speak loudly and tell us |
| 15:31:13 | 8 | your name and spell it please. |
| 15:31:17 | 9 | THE WITNESS:  My name's A.G. |
| 15:31:19 | 10 | THE COURT:  Spell it please. |
| 15:31:22 | 11 | (Name spelled) |
| 15:31:24 | 12 | THE COURT:  You may proceed. |
| 15:31:25 | 13 | MS. VIAMONTES:  Thank you, Your Honor. |
| 15:31:25 | 14 | DIRECT EXAMINATION |
| 15:31:25 | 15 | BY MS. VIAMONTES: |
| 15:31:27 | 16 | Q.  Good afternoon, A.G. How are you? |
| 15:31:28 | 17 | A.  I'm good. |
| 15:31:31 | 18 | Q.  Is it okay if I refer to you by your initials A.G.? |
| 15:31:32 | 19 | A.  Yes. |
| 15:31:33 | 20 | Q.  You say yes? |
| 15:31:33 | 21 | A.  Yes. |
| 15:31:36 | 22 | Q.  Okay.  So I'm going to ask you to make sure that mic is |
| 15:31:39 | 23 | right in front of you so that we can hear you, okay? |
| 15:31:39 | 24 | A.  Okay. |
| 15:31:42 | 25 | THE COURT:  You can pull the other mic over too.  It |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 15:31:46 | 1 | doesn't do any harm to have two.  They bend.  Okay? |
| 15:31:47 | 2 | MS. VIAMONTES:  Thank you. |
| 15:31:47 | 3 | BY MS. VIAMONTES: |
| 15:31:50 | 4 | Q.  Tell the members of the jury how old you are. |
| 15:31:52 | 5 | A.  I'm 17. |
| 15:31:53 | 6 | Q.  What state do you live in? |
| 15:31:55 | 7 | A.  Texas. |
| 15:32:03 | 8 | Q.  Now, back in 2015 where did you live? |
| 15:32:06 | 9 | A.  In Minnesota. |
| 15:32:12 | 10 | Q.  And when you were 13 years old back in 2015, did you have a |
| 15:32:13 | 11 | cellphone? |
| 15:32:15 | 12 | A.  Yes. |
| 15:32:20 | 13 | Q.  Who did you live with back in Minnesota? |
| 15:32:24 | 14 | A.  My stepdad, my mom, my two stepbrothers and my little |
| 15:32:24 | 15 | sister. |
| 15:32:27 | 16 | Q.  Now -- and did there come a time that -- when was it that |
| 15:32:28 | 17 | you moved to Texas? |
| 15:32:30 | 18 | A.  I moved in 2016. |
| 15:32:36 | 19 | Q.  What grade are you in now A.G.? |
| 15:32:38 | 20 | A.  I'm a senior in high school. |
| 15:32:44 | 21 | Q.  Great.  Now, we're going to talk about Kik.  Do you remember |
| 15:32:45 | 22 | having a Kik application? |
| 15:32:46 | 23 | A.  Yes. |
| 15:32:51 | 24 | Q.  And when was it that you started to use that application, |
| 15:32:51 | 25 | Kik? |

| | | |
|---|---|---|
| 15:32:53 | 1 | A.  When I was 13, 2015. |
| 15:32:58 | 2 | Q.  Okay.  And that's back when you were in which state? |
| 15:33:00 | 3 | A.  Minnesota. |
| 15:33:05 | 4 | Q.  All right.  Can you tell the members of the jury what you |
| 15:33:06 | 5 | use Kik for? |
| 15:33:10 | 6 | A.  It was just somewhere where you can meet new people and talk |
| 15:33:12 | 7 | to just different people around the world. |
| 15:33:15 | 8 | Q.  All right.  So we've heard a little bit about Kik during |
| 15:33:19 | 9 | this trial.  Does Kik allow you to text people? |
| 15:33:20 | 10 | A.  Yes. |
| 15:33:25 | 11 | Q.  And aside from being able to text people you already know, |
| 15:33:28 | 12 | are there areas in Kik where there's groups of people? |
| 15:33:31 | 13 | A.  Yes, you make groups and stuff. |
| 15:33:34 | 14 | Q.  And are there chat groups within Kik? |
| 15:33:34 | 15 | A.  Yes. |
| 15:33:37 | 16 | Q.  And did you take part in those chat groups at times? |
| 15:33:40 | 17 | A.  No, I didn't do any chat rooms or anything like that. |
| 15:33:43 | 18 | Q.  So how would you meet people within Kik? |
| 15:33:48 | 19 | A.  There was a little like app thing in Kik called chat now, |
| 15:33:52 | 20 | and you can just meet new people on there and you can post your |
| 15:33:55 | 21 | own profile.  And people text you. |
| 15:34:01 | 22 | Q.  Okay.  And you were texting on there and meeting people when |
| 15:34:03 | 23 | you were 13? |
| 15:34:03 | 24 | A.  Yes. |
| 15:34:09 | 25 | Q.  Okay.  Now, did there come a time that you received messages |

15:34:14   1   from someone with a Kik user name MVLex?

15:34:15   2   A.  Yes.

15:34:19   3   Q.  And tell the members of the jury how those communications

15:34:21   4   began with MVLex.

15:34:25   5   A.  He messaged me telling me that he wa 19.  He sent me a

15:34:29   6   picture of some boy which at the time I thought it was him.  So

15:34:32   7   I started messaging from further on and we just started talking

15:34:36   8   for a few days, and then he started asking me for stuff and at

15:34:40   9   the time I let it happen, I wasn't really worried about it, and

15:34:43   10  then it started getting serious.

15:34:47   11  Q.  Okay.  You said he started asking you for stuff.  What do

15:34:48   12  you mean, what kind of stuff?

15:34:50   13  A.  Pictures of myself.

15:34:56   14  Q.  Okay.  And at first were the pictures bad?

15:35:00   15  A.  At first, no.  Then he started asking for nudes.

15:35:05   16  Q.  Okay.  And did you ultimately send nudes?

15:35:10   17  A.  I sent one, and then he started blackmailing me and telling

15:35:14   18  me that he was going to send this to other people if I wouldn't

15:35:15   19  send him more.

15:35:19   20  Q.  And did you think that would happen?

15:35:21   21  A.  Yes.

15:35:27   22  Q.  When you received those messages from MVLex telling you he

15:35:31   23  would send them to other people, were you afraid?

15:35:32   24  A.  Yes.

15:35:36   25  Q.  And did you create more images that he was asking for?

```
15:35:37   1    A.  Yes.

15:35:45   2    Q.  And how old were you when this all started?

15:35:47   3    A.  I was 13.

15:36:04   4            MS. VIAMONTES:  Your Honor, I'm showing defense counsel

15:36:14   5    what's been premarked as Government's Exhibits 41 A through N.

15:36:32   6    Permission to approach, Your Honor?

15:36:35   7            THE COURT:  You may.

15:36:35   8        BY MS. VIAMONTES:

15:36:47   9    Q.  A.G., I've handed you what's been premarked as Government's

15:36:52   10   Exhibits 41 A through N.  Can you just quickly look at those and

15:36:55   11   tell me if you recognize them.

15:36:58   12   A.  Yes, I do recognize them.

15:37:04   13   Q.  What are Government's Exhibits 41 A through N, who are they

15:37:06   14   pictures of?

15:37:06   15   A.  Me.

15:37:09   16   Q.  And do those photographs accurately show the pictures that

15:37:14   17   you were forced to send to MVLex?

15:37:16   18   A.  Yes.

15:37:17   19            MS. VIAMONTES:  Your Honor, at this time the Government

15:37:21   20   moves 41 A through N into evidence.

15:37:23   21            MS. WEISS:  No objection.

15:37:25   22            THE COURT:  Without objection, 41 A through N are

15:37:27   23   admitted in evidence.

15:37:27   24            (Government's Exhibits 41 A-N in evidence)

15:37:27   25        BY MS. VIAMONTES:
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15:37:35  1    Q.  A.G., let's talk a little bit about how these pictures were

15:37:57  2    made, okay?  And at this point, I'm going to put up just 41 A

15:37:59  3    and B, the first two.

15:38:01  4                  MS. VIAMONTES:  Permission to publish, Judge?

15:38:02  5                  THE COURT:  You may.

15:38:02  6           BY MS. VIAMONTES:

15:38:11  7    Q.  A.G., Government's Exhibit 41 A which is in evidence is now

15:38:13  8    on the ELMO.  Is that you?

15:38:14  9    A.  Yes.

15:38:19  10   Q.  All right.  I see you're wearing a shirt.  Does that say

15:38:20  11   "chiefs" on it?

15:38:23  12   A.  It's just a school shirt I had.

15:38:26  13   Q.  Okay.  Was that your school mascot?

15:38:28  14   A.  Yes.

15:38:34  15   Q.  All right.  Now, in this picture there's no nudity, right?

15:38:35  16   A.  No.

15:38:40  17   Q.  Is this one of the more innocuous pictures you sent?

15:38:40  18   A.  Yes.

15:38:47  19   Q.  And where in the conversations with MVLex was this picture

15:38:50  20   sent?  More toward the beginning or toward the end?

15:38:51  21   A.  Beginning.

15:38:57  22   Q.  Okay.  So you first start out with this picture 41 A, and

15:39:06  23   now I'm placing on the ELMO 41 B.  And what do we see in 41 B?

15:39:08  24   A.  It's a picture of me.

15:39:13  25   Q.  And are you doing any facial expression or anything?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

| 15:39:13 | 1 | A.  Yes. |
| 15:39:14 | 2 | Q.  What is it? |
| 15:39:16 | 3 | A.  I'm just sticking my tongue out. |
| 15:39:18 | 4 | Q.  And why are you sticking your tongue out? |
| 15:39:20 | 5 | A.  He asked me to send that picture. |
| 15:39:30 | 6 | Q.  Okay.  Now, after he has the picture of you sticking your |
| 15:39:34 | 7 | tongue out, does he ask for pictures that aren't so innocent? |
| 15:39:34 | 8 | A.  Yes. |
| 15:39:36 | 9 | Q.  What kind of pictures does he ask for? |
| 15:39:39 | 10 | A.  He asks for me to have my brother join in on pictures too |
| 15:39:41 | 11 | and make me do stuff with him. |
| 15:39:45 | 12 | Q.  Okay.  And we'll get to that in a second.  Before that, does |
| 15:39:48 | 13 | he ask for pictures of you nude? |
| 15:39:48 | 14 | A.  Yes. |
| 15:39:50 | 15 | Q.  And -- |
| 15:39:53 | 16 | A.  He tells me take all my clothes off and take pictures of my |
| 15:39:57 | 17 | whole body with my face in it.  Every picture he wanted my face |
| 15:39:58 | 18 | in. |
| 15:40:04 | 19 | Q.  Okay.  And after getting pictures of your nude body, does he |
| 15:40:09 | 20 | then ask you to perform -- force you to perform sexual acts? |
| 15:40:10 | 21 | A.  Yes. |
| 15:40:11 | 22 | Q.  What does he force you to do? |
| 15:40:15 | 23 | A.  One was laying on my back and I would have to use a toy.  He |
| 15:40:18 | 24 | wanted a toy in it to make it seem real. |
| 15:40:21 | 25 | Q.  And when you talk about toy, what kind of toy are we talking |

```
15:40:21   1    about?

15:40:22   2    A.   A dildo.

15:40:24   3    Q.   All right.  And were you able to find one?

15:40:26   4    A.   Yes.

15:40:31   5    Q.   And did you comply and did you use --

15:40:32   6    A.   Yes.

15:40:33   7    Q.   -- a toy in a picture?

15:40:34   8    A.   Yes.

15:40:38   9    Q.   After sending him that, did it stop there?

15:40:40  10    A.   No.

15:40:41  11    Q.   Did you want it to stop?

15:40:42  12    A.   Yes.

15:40:49  13    Q.   After you sent the picture with the toy, then what does he

15:40:50  14    ask for?

15:40:55  15    A.   He then asks for my brother to take pictures of me and then

15:40:58  16    to take pictures of him in the picture too.

15:41:03  17    Q.   And how much younger is your brother?

15:41:06  18    A.   My brother is the same age as me.  He's a few months older

15:41:07  19    than me.

15:41:08  20    Q.   He's your stepbrother?

15:41:09  21    A.   Yes.

15:41:13  22    Q.   And did you comply with his demands?

15:41:14  23    A.   Yes.

15:41:18  24    Q.   And did it stop there?

15:41:19  25    A.   No.
```

15:41:26  1    Q.  Tell us what was going through your mind as you're being
15:41:27  2    forced to take these pictures.
15:41:31  3    A.  Well, I was scared.  I didn't want anything to happen.
15:41:35  4    Like, I didn't want my mom to find out anything, I didn't want
15:41:37  5    my family to think any different of me.
15:41:39  6    Q.  Okay.  What did you think your family would think if they
15:41:42  7    saw these pictures of you?
15:41:46  8    A.  They'd probably be upset and wonder why I never told them.
15:41:50  9    Q.  Okay.  Did he ever threaten to do anything with those
15:41:50  10   pictures?
15:41:54  11   A.  Yes.  He used my Instagram and actually made an account and
15:42:00  12   put one of the pictures up and scribbled my face out, and tried
15:42:04  13   sending people messages and stuff and sending them the pics if I
15:42:04  14   wouldn't listen to him.
15:42:09  15   Q.  All right.  So when you wouldn't listen to him, he would
15:42:11  16   post pictures on an Instagram account he had created for you?
15:42:13  17   A.  Yes.
15:42:16  18   Q.  And how did you learn of this?
15:42:18  19   A.  He told me.  He showed me the Instagram and he actually sent
15:42:23  20   me a friend request on my Instagram, and that's how I found it.
15:42:27  21   Q.  Okay.  Were people in your community receiving your
15:42:27  22   pictures?
15:42:33  23   A.  They only got friend requests, because I started listening
15:42:37  24   to him.  He wouldn't send the pictures if I listened to him.
15:42:42  25   Q.  Aside from pictures, did he have you create a video as well?

```
15:42:44   1   A.  Yes.
15:42:46   2   Q.  And who is in the video?
15:42:47   3   A.  My stepbrother.
15:42:50   4   Q.  And what did he make you do for that video?
15:42:56   5   A.  He would make me suck his dick and he would try to do anal.
15:43:06   6   Q.  Okay.  Now, A.G., did you go to the police and report this?
15:43:07   7   A.  No.
15:43:09   8   Q.  Did you tell your mom?
15:43:10   9   A.  No.
15:43:10  10   Q.  Why not?
15:43:13  11   A.  I was scared and afraid.
15:43:16  12   Q.  What were you afraid of?
15:43:19  13   A.  That my mom would find out.  I just didn't want anything --
15:43:22  14   my mom to think of me any different.  I just didn't want to be
15:43:25  15   upset and have her be upset like that.
15:43:26  16   Q.  Were you ashamed?
15:43:27  17   A.  Yes.
15:43:31  18   Q.  And now your mom does know though, right?
15:43:32  19   A.  Yes.
15:43:33  20   Q.  How did your mom find out?
15:43:38  21   A.  She was upset and just worried.  She wanted to know why I
15:43:39  22   didn't tell her.
15:43:41  23   Q.  Well, how did your mom find out?
15:43:47  24   A.  She found out when you all came and found me in Texas.
15:43:54  25   Q.  Okay.  Was it a relief for your mom to find out for you?
```

| | | |
|---|---|---|
| 15:43:56 | 1 | A.  Yes.  It was a relief for me too. |
| 15:43:58 | 2 | Q.  It was a relief for you? |
| 15:43:58 | 3 | A.  Uh-huh. |
| 15:44:01 | 4 | Q.  You had been living with this secret for years? |
| 15:44:01 | 5 | A.  Yes. |
| 15:44:05 | 6 | Q.  How long did this happen for?  How long were you extorted |
| 15:44:08 | 7 | into taking these pictures and videos? |
| 15:44:11 | 8 | A.  For three years, because it stopped when I was 16 because I |
| 15:44:15 | 9 | ended up deleting Kik, and I just ignored all of it and I just |
| 15:44:18 | 10 | kind of got off social media for a little bit and just relaxed. |
| 15:44:24 | 11 | Q.  Okay.  And when some time would pass, would you think it was |
| 15:44:25 | 12 | behind you? |
| 15:44:26 | 13 | A.  I'm sorry? |
| 15:44:30 | 14 | Q.  When time would pass and you wouldn't be contacted by MVLex, |
| 15:44:33 | 15 | did you start to feel that it was behind you? |
| 15:44:34 | 16 | A.  Yes. |
| 15:44:35 | 17 | Q.  And was it behind you? |
| 15:44:39 | 18 | A.  I still have that conscience on me that it was always just |
| 15:44:43 | 19 | going to -- it's always going to be there until someone does |
| 15:44:44 | 20 | something about it. |
| 15:44:49 | 21 | Q.  Okay.  And would you get re-contacted after time went by? |
| 15:44:55 | 22 | A.  I never went on Kik.  I just quit going on it.  It's a bad |
| 15:44:57 | 23 | app, period. |
| 15:45:00 | 24 | Q.  And what about Instagram?  Did you have to delete your |
| 15:45:00 | 25 | Instagram? |

15:45:05  1    A.  No, I still have my Instagram.  I just never got on it.  I

15:45:08  2    just kind of stayed off social media for a little bit.

15:45:17  3    Q.  Now, when you were chatting with MVLex on Kik, did it then

15:45:20  4    transition to another social media platform?

15:45:24  5    A.  It was Instagram and Snapchat.

15:45:29  6    Q.  Okay.  Now, let's talk about Instagram.  Did you communicate

15:45:30  7    with him on Instagram?

15:45:36  8    A.  There was one time, but he had people off my account because

15:45:41  9    he texted them from my account.  And everybody started reporting

15:45:46  10   it and stuff because they started messaging me asking me I'm

15:45:49  11   worried, and I said just report the app, it's being taken care

15:45:50  12   of.

15:45:54  13   Q.  Now, when he messaged you through Instagram, do you remember

15:45:56  14   the account that he was using to message you?

15:46:01  15   A.  No.  It said ******, then it had something else as the name

15:46:02  16   for it.

15:46:07  17   Q.  Okay.  Does Tuylin20 ring a bell?

15:46:07  18   A.  I'm sorry.

15:46:11  19   Q.  Does Tuylin20 sound familiar to you?

15:46:13  20   A.  No.

15:46:19  21   Q.  Do you remember him telling you that he was being

15:46:19  22   blackmailed?

15:46:21  23   A.  Yes.

15:46:26  24   Q.  And tell us about that, in what context did he tell you?

15:46:29  25   A.  All he told me was that he was being blackmailed too, that

15:46:32    1   I'm not the only person who has problems, I'm not the only

15:46:34    2   person being forced to do stuff.

15:46:41    3   Q.   Okay.   When he tells you he's being blackmailed, why is

15:46:45    4   that?   Were you hesitant in giving the pictures?

15:46:47    5   A.   Yes.

15:46:52    6   Q.   And how would he treat you when you wouldn't comply with his

15:46:53    7   demands?

15:46:55    8   A.   He would just tell me that he's going to send my pictures to

15:46:59    9   everybody, that he's going to post them all over social media

15:47:01   10   and --

15:47:03   11   Q.   Would he call you names?

15:47:04   12   A.   Yes.

15:47:06   13   Q.   What kind of names would he call you?

15:47:11   14   A.   He would call me a slut, whore, I was a cunt at one point.

15:47:14   15   I just wasn't listening to him at one point because I didn't

15:47:16   16   want to.   Like, I was tired of it.

15:47:19   17   Q.   Did you believe he was being blackmailed?

15:47:24   18   A.   At an extent, no.   But you would never know.   You just never

15:47:28   19   know about anybody, and the internet is not always true.

15:47:35   20   Q.   Okay.   After he tells you he's being blackmailed and he uses

15:47:41   21   words like whore, slut, cunt, does that sound like someone

15:47:43   22   that's being blackmailed to you?

15:47:44   23   A.   No.

15:47:50   24        MS. VIAMONTES:   No further questions, Your Honor.

15:47:52   25        THE COURT:   Your witness.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
15:47:53   1                    CROSS-EXAMINATION
15:47:53   2        BY MS. WEISS:
15:48:23   3   Q.   Good afternoon.  My name is Clea, and I know it's
15:48:25   4   uncomfortable being in here.  If I ask you something that makes
15:48:27   5   you uncomfortable, will you tell me?
15:48:27   6   A.   Yes.
15:48:30   7   Q.   Thanks.  So I want to get some things straight in the time
15:48:33   8   line.  There were some things that happened when you were 13 and
15:48:35   9   then there were some other things that happened when you were
15:48:36  10   15, right?
15:48:37  11   A.   Uh-huh.  Yes.
15:48:40  12   Q.   So I want to start by just talking about when you were 15
15:48:43  13   years old or -- excuse me, when you were 13 years old.
15:48:44  14   A.   Okay.
15:48:49  15   Q.   So in 2015.  You were using the Kik messenger April?
15:48:49  16   A.   Yes.
15:48:52  17   Q.   And you were using a function that you could just sort of
15:48:54  18   chat randomly with people.
15:48:55  19   A.   Yes.
15:48:58  20   Q.   And somebody you got paired with --
15:49:00  21   A.   Yes.
15:49:03  22   Q.   -- was friendly towards you.
15:49:03  23   A.   Yes.
15:49:06  24   Q.   And you were just sort of having a normal friendly
15:49:07  25   conversation.
```

15:49:07  1    A.  Yes.

15:49:10  2    Q.  And eventually, that person said would you send me a nude

15:49:11  3    image.

15:49:12  4    A.  Yes.

15:49:15  5    Q.  Now, this person you randomly sort of got matched with on

15:49:18  6    Kik, you said on direct that that was MVLex?

15:49:19  7    A.  Yes.

15:49:20  8    Q.  And that was in 2015.

15:49:22  9    A.  Yes.

15:49:26  10   Q.  Okay.  Now, when you were asked for nude images, at first

15:49:28  11   you didn't send any, right?

15:49:28  12   A.  Yes.

15:49:31  13   Q.  Because you didn't want to send -- you didn't know who this

15:49:32  14   was.

15:49:34  15   A.  Yeah, I was being cautious at first.

15:49:37  16   Q.  Right.  But you kept messaging with the person?

15:49:37  17   A.  Yes.

15:49:39  18   Q.  They were friendly?

15:49:39  19   A.  Yes.

15:49:42  20   Q.  They just kept asking you and asking you for nude images,

15:49:43  21   right?

15:49:44  22   A.  Yes.

15:49:46  23   Q.  And eventually you did send one.

15:49:46  24   A.  Yes.

15:49:49  25   Q.  And it was just a normal nude image, right?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
15:49:49   1    A.  Yes.
15:49:52   2    Q.  Like they didn't tell you what to do in the image?
15:49:56   3    A.  Yeah, he just told me to send my boobs with half my face in
15:49:57   4    it or my whole face.
15:50:04   5    Q.  Okay.  And when you were 13 years old, you were never
15:50:05   6    threatened?
15:50:06   7    A.  I'm sorry?
15:50:09   8    Q.  Like, you weren't threatened when you were 13?
15:50:11   9    A.  Threatened as in...
15:50:14  10    Q.  Like, he was asking you for nudes, but he wasn't saying I'm
15:50:15  11    going to expose you?
15:50:17  12    A.  At first he was friendly, yes.
15:50:22  13    Q.  Okay.  And eventually you stopped talking to that person and
15:50:26  14    you deleted Kik when you were 13 or 14 years old, right?
15:50:26  15    A.  Yes.
15:50:33  16    Q.  So now I want to fast forward to when you're 15.  You
15:50:36  17    re-downloaded the Kik app at some point?
15:50:37  18    A.  Yes.
15:50:38  19    Q.  This is 2017 now?
15:50:39  20    A.  Yes.
15:50:41  21    Q.  You got contacted again?
15:50:42  22    A.  Once or twice, yes.
15:50:45  23    Q.  Okay.  And it was the same user name that had contacted you
15:50:46  24    in 2015?
15:50:48  25    A.  Yes.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 15:50:54 | 1 | Q.  Okay.  Did that person, did they have the images of you that |
| 15:50:56 | 2 | you had sent when you were 13? |
| 15:50:58 | 3 | A.  Yes, they kept them. |
| 15:51:01 | 4 | Q.  And did they share those images with you? |
| 15:51:03 | 5 | A.  Yes. |
| 15:51:07 | 6 | Q.  Did the communication -- it had a different tone when you |
| 15:51:09 | 7 | were 15, right? |
| 15:51:09 | 8 | A.  Yes. |
| 15:51:11 | 9 | Q.  It was aggressive? |
| 15:51:16 | 10 | A.  When I was 15, once I sent that picture, he started getting |
| 15:51:20 | 11 | aggressive, he wanted me to send more.  I would like -- I would |
| 15:51:24 | 12 | say no, he just kept wanting more and I would keep sending them |
| 15:51:27 | 13 | because I was worried and scared, he was just being aggressive. |
| 15:51:29 | 14 | Q.  And there was nothing friendly? |
| 15:51:31 | 15 | A.  After that picture, there was nothing friendly after that. |
| 15:51:34 | 16 | Q.  So when you were 13 it started being friendly? |
| 15:51:34 | 17 | A.  Uh-huh. |
| 15:51:38 | 18 | Q.  But when you were 15 there was no friendly messages? |
| 15:51:39 | 19 | A.  There was no friendliness. |
| 15:51:43 | 20 | Q.  And when you were 15 and you were on Kik, you were actually |
| 15:51:45 | 21 | messaging with multiple people, right? |
| 15:51:45 | 22 | A.  Yes. |
| 15:51:48 | 23 | Q.  And these were people who were involved in asking you for |
| 15:51:49 | 24 | nude images? |
| 15:51:52 | 25 | A.  I would never send them, like, out like that. |

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

15:51:55  1    Q.  Right.  These were people who were extorting you for nude

15:51:56  2    images?

15:51:57  3    A.  Yes.

15:52:02  4    Q.  Multiple people.  And the person using the MVLex account --

15:52:07  5    and just for the record it's MVLex with a 3 at the end, right?

15:52:08  6    A.  Yes.

15:52:11  7    Q.  The person using that account told you that they were being

15:52:13  8    forced to do what they were doing.

15:52:14  9    A.  Yes.

15:52:16  10   Q.  They said that they were being blackmailed, right?

15:52:17  11   A.  Yes.

15:52:19  12   Q.  And that there was another person.

15:52:19  13   A.  Yes.

15:52:22  14   Q.  And you actually talked to that other person, right?

15:52:23  15   A.  Yes, I did.

15:52:28  16   Q.  And what did that other person tell you about MVLex?

15:52:30  17   A.  All he said was he --

15:52:30  18        MS. VIAMONTES:  Objection, hearsay.

15:52:36  19        THE COURT:  Hold on a second.  What is that?  Sounds

15:52:40  20   like hearsay.  I'll sustain the objection unless you can give me

15:52:43  21   an exception.

15:52:44  22        MS. WEISS:  I'll move on, Your Honor.

15:52:45  23        THE COURT:  Thank you.

15:52:45  24      BY MS. WEISS:

15:52:59  25   Q.  MVLex didn't know anything about the other guy, right?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15:53:01  1              MS. VIAMONTES:  Objection, Your Honor.  Calls for

15:53:04  2    speculation.

15:53:05  3              THE COURT:  Sustained.

15:53:05  4         BY MS. WEISS:

15:53:08  5    Q.  Were you able to learn anything about the other guy besides

15:53:10  6    MVLex --

15:53:11  7              MS. VIAMONTES:  Objection, Your Honor.  That calls for

15:53:12  8    hearsay.

15:53:14  9              MS. WEISS:  Your Honor, I'm just asking if she's

15:53:15 10    learned anything.

15:53:17 11              THE COURT:  You can answer that yes or no without

15:53:20 12    saying what you learned, if anything.

15:53:22 13              THE WITNESS:  No.

15:53:22 14              THE COURT:  Okay.

15:53:22 15         BY MS. WEISS:

15:53:25 16    Q.  But you talked to two separate people on Kik?

15:53:26 17    A.  Yes.

15:53:28 18    Q.  And you knew that those two people knew each other?

15:53:29 19    A.  Yes.

15:53:41 20    Q.  Actually the other guy told you that you should just do what

15:53:43 21    MVLex was saying.

15:53:44 22    A.  Yes.

15:53:45 23    Q.  Or else you would be exposed?

15:53:47 24    A.  Yes.

15:53:49 25    Q.  So you followed those instructions.

15:53:50  1   A.  Yes.

15:53:54  2   Q.  And you did the things that you were asked to do when you

15:53:57  3   were 15 initially because you were afraid that the photos of you

15:54:00  4   from when you were 13 would have been exposed.

15:54:01  5   A.  Yes.

15:54:10  6   Q.  Now, you met with police when they came and found you in

15:54:10  7   October 2018, right?

15:54:12  8   A.  Yes.

15:54:16  9   Q.  And Ms. Viamontes came to Texas, right?

15:54:16  10  A.  Yes.

15:54:20  11  Q.  And there was a detective named Adam Granit.  Do you

15:54:21  12  remember him?

15:54:21  13  A.  Yes.

15:54:24  14  Q.  They came to Texas and they interviewed you, right?

15:54:25  15  A.  Yes.

15:54:31  16  Q.  And you told them that MVLex had told you that he was being

15:54:33  17  blackmailed to do this.

15:54:34  18  A.  Yes.

15:54:48  19       MS. WEISS:  No further questions.  Thank you.

15:54:49  20       THE COURT:  Thank you, ma'am.

15:54:50  21       Redirect?

15:54:51  22       MS. VIAMONTES:  Briefly, Judge.

15:54:53  23       THE COURT:  You're not going to give me a number?

15:54:55  24  Seven questions?

15:54:55  25                        REDIRECT EXAMINATION

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
15:54:55   1          BY MS. VIAMONTES:

15:55:03   2     Q.   A.G., you mentioned that when you were 13, the conversations

15:55:05   3     started out friendly.  Do you remember that?

15:55:06   4     A.   Yes.

15:55:09   5     Q.   Did it always stay friendly when you were 13?

15:55:10   6     A.   No.

15:55:13   7     Q.   Did it turn quickly to blackmail?

15:55:16   8     A.   It did after I sent the picture, yes.

15:55:19   9     Q.   So once he had some leverage on you, it turned?

15:55:20  10     A.   Yes.

15:55:22  11     Q.   Now, how is it that you knew that you were talking to two

15:55:24  12     different people?

15:55:27  13     A.   He knew that person.

15:55:34  14     Q.   Okay.  Did you ever talk with two different people like on a

15:55:35  15     voice call?

15:55:38  16     A.   No.  I never talked to them on voice calls.

15:55:40  17     Q.   Did you ever see anyone?

15:55:44  18     A.   No, he sent me a picture of a person, but I thought it was

15:55:44  19     him.

15:55:51  20     Q.   Okay.  But you don't know that that's him, right?

15:55:53  21     A.   Yes, it wasn't a live picture or anything, it was just a

15:55:54  22     picture offline.

15:55:58  23     Q.   Okay.  And when somebody else reaches out to you as a second

15:56:02  24     person, do you have any idea whether it's the same first person

15:56:05  25     posing as someone else or if it's really someone else?
```

15:56:07   1   A.   I do not know.  They didn't send me any pictures or

15:56:08   2   anything.

15:56:12   3   Q.   Okay.  So can you sit here today and know for sure it's two

15:56:13   4   separate people?

15:56:15   5   A.   No.

15:56:17   6            MS. VIAMONTES:  Nothing further, Your Honor.

15:56:19   7            THE COURT:  Thank you, Miss.  You are excused.

15:56:30   8            Did they fix the machine?

15:56:31   9            MS. ANTON:  Yes, Your Honor.

15:56:34  10            THE COURT:  What was it?  You kicked the bottom, right?

15:56:35  11            MS. VIAMONTES:  It's her fault.

15:56:36  12            MS. ANTON:  It was my fault.

15:56:39  13            THE COURT:  Of course it was.

15:56:42  14            MS. VIAMONTES:  Judge, is it okay if we first publish

15:56:42  15   --

15:56:44  16            THE COURT:  You can publish whatever you want.  It's

15:56:45  17   your case.

15:56:46  18            MS. VIAMONTES:  At this time Your Honor the Government

15:56:53  19   is going to publish 41 A through N in evidence.

15:57:02  20            THE COURT:  Okay.  41 A through N.

15:57:57  21            MS. VIAMONTES:  I apologize.  Thank you, Your Honor.

15:58:01  22   At this time, we'll publish the videos that earlier we couldn't

15:58:03  23   play.

15:58:14  24            THE COURT:  Maybe.

15:58:17  25            MS. ANTON:  Maybe.

15:58:23  1          THE COURT:  That's good.

15:58:28  2          MS. VIAMONTES:  It's a good sign.

15:58:32  3          THE COURT:  Yeah, you're in the right direction.

15:58:37  4          (Videos published)

15:58:46  5          MS. VIAMONTES:  We don't have sound.  Hold on.  Let me

15:58:49  6     fix the sound.

15:58:51  7          THE COURT:  I think you might have turned the sound

15:58:53  8     down when he was fooling with it.

15:59:02  9          MS. VIAMONTES:  Do it again. The audio isn't working

15:59:04  10    work.

15:59:05  11         MS. ANTON:  The audio isn't working.

15:59:07  12         MS. VIAMONTES:  We have to pick between sound and

15:59:07  13    video.

15:59:10  14         THE COURT:  Go back to the little speaker on the left

15:59:16  15    and see if it might have something on it.  It's at 100%.  Dawn,

15:59:19  16    do you have an audio thing there?

15:59:24  17         MS. ANTON:  They're two separate cables that go in so

15:59:27  18    I'll continue playing them without the audio.

15:59:29  19         THE COURT:  You should have played the audio when you

15:59:30  20    had it.

15:59:40  21         (Videos published to jury, no audio)

16:00:21  22         MS. ANTON:  That's Government's Exhibit 84.

16:00:22  23         THE COURT:  All right.

16:00:37  24         MS. ANTON:  The Government would next call Eric

16:00:41  25    Deborja.  This is a lengthy witness, Your Honor.

| | | |
|---|---|---|
| 16:00:44 | 1 | THE COURT:  Okay.  Well, we'll go for 45 minutes then |
| 16:00:48 | 2 | we'll break. |
| 16:01:07 | 3 | ERIC DEBORJA, GOVERNMENT WITNESS, SWORN. |
| 16:01:11 | 4 | THE COURT:  Please be seated.  Get as close to the |
| 16:01:14 | 5 | microphone as can you, speak loudly, tell us your name and spell |
| 16:01:15 | 6 | it. |
| 16:01:18 | 7 | THE WITNESS:  My name is Eric Deborja.  Spelled |
| 16:01:23 | 8 | E-R-I-C, last name D-E-B-O-R-J-A. |
| 16:01:26 | 9 | THE COURT:  You may proceed. |
| 16:01:26 | 10 | DIRECT EXAMINATION |
| 16:01:26 | 11 | BY MS. ANTON: |
| 16:01:26 | 12 | Q.  Thank you, Your Honor. |
| 16:01:31 | 13 | Good afternoon.  Would you please tell the ladies and |
| 16:01:34 | 14 | gentlemen of the jury where you work and what you do? |
| 16:01:41 | 15 | A.  Yes.  I currently support the FBI and I am a digital |
| 16:01:46 | 16 | forensic intrusion analyst. |
| 16:01:48 | 17 | Q.  When you say you currently support the FBI, what does that |
| 16:01:49 | 18 | mean? |
| 16:01:53 | 19 | A.  I'm actually a contractor for the bureau, so I'm not an |
| 16:01:59 | 20 | employee and I'm there to assist them with doing advanced |
| 16:02:00 | 21 | digital forensics. |
| 16:02:03 | 22 | Q.  So you're not a special agent with the FBI? |
| 16:02:03 | 23 | A.  Correct. |
| 16:02:06 | 24 | Q.  Okay.  And where physically do you work? |
| 16:02:10 | 25 | A.  Physically I work in Chantilly, Virginia. |

158

16:02:13  1    Q.  And what is it in Chantilly, Virginia; a specific unit

16:02:15  2    you're assigned to?

16:02:19  3    A.  Yes.  I work for the technical analysis unit, it's part of

16:02:25  4    their cyber division, and we do advanced level digital forensics

16:02:30  5    as it pertains to intrusion analysis and malware.

16:02:32  6    Q.  So you're a part of the FBI that's in Virginia in a

16:02:34  7    specialized unit?  Is that an accurate statement?

16:02:35  8    A.  Yes.

16:02:40  9    Q.  And what types of cases do you routinely handle up there in

16:02:42  10   Virginia for the FBI?

16:02:49  11   A.  We handle all things related to computer intrusions, in

16:02:56  12   criminal cases and counter-intelligence cases.  So it could be

16:02:59  13   something domestic with someone performing a digital crime

16:03:07  14   against somebody, or it could be something related to a nation

16:03:09  15   state actor trying to hack into the US Government computer

16:03:10  16   systems.

16:03:13  17   Q.  Do you need specialized training to do your job?

16:03:14  18   A.  Yes, you do.

16:03:18  19   Q.  Could you briefly go over with the ladies and gentlemen of

16:03:20  20   the jury what your background and work experience is that allows

16:03:22  21   you to do that job?

16:03:28  22   A.  Yes.  So in order to work in the technical analysis unit,

16:03:32  23   you need to demonstrate that you have a certain number of years

16:03:40  24   experience and number of years of technical education that shows

16:03:44  25   that you're fit to do the job.  And the type of education that

16:03:48  1    you need are ones that are related to digital forensics,

16:03:53  2    computer security, something like malware analysis, network

16:03:58  3    traffic analysis, cellphone analysis and so forth.

16:04:02  4    Q.   Okay.  Could you briefly explain for us what your

16:04:05  5    educational background is and some of your work history?

16:04:12  6    A.   Yes.  I've been supporting the -- I've been in the

16:04:16  7    information technology industry for almost 19 years, and I

16:04:24  8    started off doing things such as systems administration, systems

16:04:28  9    engineering, doing a lot of hands-on with all the hardware and

16:04:35 10    software applications, network appliances like switches.

16:04:45 11          And from there, I started getting more specialized in

16:04:55 12    the area of expertise I'm in, which is computer security.  So I

16:04:58 13    started doing more information assurance, which is ensuring that

16:05:02 14    the computer systems are compliant with it being secure, like

16:05:09 15    people having secure passwords.  A lot of holes in the computer

16:05:11 16    systems are closed up.

16:05:14 17          And also after that, I started get more specialized in

16:05:18 18    digital forensics.  So one of the companies I started working

16:05:23 19    for is Booz Allen Hamilton.  I was with them for a large number

16:05:26 20    of years.  And after that I started working with Harris

16:05:30 21    Corporation, and that's where I actually started working with

16:05:35 22    the bureau, and now it's currently Paradigm Corporation.

16:05:38 23    Q.   And how long have you been working in your capacity that you

16:05:40 24    are now with the FBI?

16:05:44 25    A.   I've been there since 2010, so nine years approximately.

16:05:48  1    Q.  And for those nine years that you've been with the technical

16:05:52  2    analysis unit, have you been specializing in cyber intrusion and

16:05:54  3    malware?

16:05:55  4    A.  Yes.

16:05:59  5    Q.  Do you have any professional certifications that enable you

16:06:00  6    to do the job that you do?

16:06:01  7    A.  Yes.

16:06:02  8    Q.  And what are some of those certifications?

16:06:08  9    A.  I have certifications, higher level certifications from SANS

16:06:17  10   organization.  One of them is the GIAC Reverse-Engineering

16:06:21  11   Malware; GIAC certified network forensic analyst, and also the

16:06:29  12   GIAC certified forensic analyst.  I also have NK certification,

16:06:32  13   CSSP, CEH, so...

16:06:33  14   Q.  That's a lot of letters.

16:06:38  15   A.  A lot.  So every year I'm always taking some kind of

16:06:42  16   technical training, advanced level or going to security

16:06:45  17   conferences like Black Hat and DEFCON.

16:06:49  18   Q.  That was going to be my next question.  I imagine in the

16:06:52  19   technology industry, you constantly have to maintain your level

16:06:55  20   of education in order to keep up with the technology.  Is that a

16:06:56  21   fair statement?

16:06:56  22   A.  Yes.

16:06:59  23   Q.  And do you make the efforts to do that through the FBI?

16:07:03  24   A.  Yes, I do that for the FBI, so yeah, every year.

16:07:06  25   Q.  Do you also conduct trainings and teach others how to do the

16:07:06   1    job that you do?

16:07:11   2    A.   Yes.  I'm actually one of the trainers for the bureau

16:07:14   3    delivering technical analysis training to law enforcement and

16:07:19   4    government partners in some European countries.

16:07:23   5    Q.   Okay.  So does that mean that you go to other countries and

16:07:28   6    train them on how to detect this type of malware and cyber

16:07:31   7    intrusion that you work with every day?

16:07:34   8    A.   Yes.  We walk them through the process of how you would go

16:07:38   9    about interrogating a digital system, looking for if there's

16:07:42   10   malware in there, when it got on there, how it got on there,

16:07:48   11   what does it do, and so forth.  So the who, what, when, where

16:07:49   12   and how kind of questions.

16:07:52   13   Q.   Have you testified as an expert in this area before?

16:07:52   14   A.   No, I have not.

16:07:56   15   Q.   So this is your first time testifying in court as to this;

16:07:56   16   is that correct?

16:07:56   17   A.   Correct.

16:07:59   18   Q.   Okay.

16:08:01   19        MS. ANTON:  At this time, the Government would tender

16:08:05   20   Eric Deborja as an expert in digital cyber intrusion and

16:08:06   21   malware.

16:08:09   22        THE COURT:  I don't think you do that anymore.  I don't

16:08:11   23   accept -- I don't have anything to do with it.  You're putting

16:08:14   24   him forward before the jury, the jury will determine.

16:08:17   25        MS. ANTON:  Yes, Judge.  If the defense wants to voir

16:08:20  1    dire, I will proceed.

16:08:21  2         THE COURT:  I don't see them jumping up and down

16:08:23  3    asking.

16:08:25  4         MS. ANTON:  No one is jumping, Judge.

16:08:28  5         MR. NATALE:  I'll just wait for cross-examination.

16:08:28  6         THE COURT:  All right.

16:08:28  7       BY MS. ANTON:

16:08:31  8    Q.  Okay.  So let's talk about what you actually do, what

16:08:36  9    happens behind the curtain at the FBI up in Virginia.  Okay?  Do

16:08:41  10   you actually go out on to crime scenes and gather evidence and

16:08:43  11   take it back to your office to do evaluations of it?

16:08:44  12   A.  I do not.

16:08:47  13   Q.  Okay.  Could you tell the ladies and gentlemen of the jury

16:08:52  14   how it is that evidence from around the world comes to you.

16:08:58  15   A.  Yes.  There's an incident that occurs, and then the FBI

16:09:03  16   might be notified, and a team will go out there if there's an

16:09:07  17   incident and collect whatever evidence is needed for us to go

16:09:11  18   and analyze.  So another team goes out and does the acquisitions

16:09:16  19   of the digital media.  Could be a server, work station, network

16:09:20  20   device, whatever.  And then that stuff gets sent back to TAU,

16:09:26  21   Technical Analysis Unit.  And then a lead is cut requesting us

16:09:29  22   what to do with the media once we receive it.

16:09:35  23   Q.  Okay.  So does every phone or computer or electronic device

16:09:38  24   that the FBI collects around the world, does all of it go to the

16:09:40  25   TAU?

16:09:42   1   A.  No, not all of it.

16:09:46   2   Q.  Okay.  Is it fair to say that your unit specializes in the

16:09:48   3   malware and cyber intrusion?

16:09:49   4   A.  Correct.

16:09:52   5   Q.  So you know how to process all sorts of electronics and

16:09:56   6   media devices, but in your current position you're looking

16:09:59   7   specifically for intrusions, hacking and malware; is that a fair

16:10:00   8   statement?

16:10:01   9   A.  Correct.

16:10:05   10  Q.  Okay.  So let's talk about how you became involved in this

16:10:09   11  case.  Would you tell the ladies and gentlemen of the jury how

16:10:10   12  it is that you first became involved?

16:10:20   13  A.  Yes.  We got a lead from out in the field, I guess the

16:10:27   14  gentleman -- the people from Miami to assist with doing more

16:10:31   15  advanced level forensics on the two phones they were working on.

16:10:39   16  So the Note 3 device and also the Galaxy S8.  They want us

16:10:47   17  specifically to get a more in-depth acquisition of the Note 3

16:10:52   18  because that's the one of -- that they had the most questions

16:10:58   19  about, and they wanted me to go and look for any evidence that

16:11:00   20  there was any kind of malware on there that could have

16:11:08   21  potentially recovered deleted files or been able to download

16:11:13   22  applications and whatnot.  But also an additional request was

16:11:17   23  also to see if there was any coercion attempts from some of the

16:11:22   24  users accounts that you've heard today, the Bozy11 account, the

16:11:25   25  Scottish Style account, and then Princess account that was on

16:11:27  1  the S8.

16:11:30  2          And the last thing that I was requested to do was to

16:11:36  3  look for any data related to the Tuylin20 account Instagram

16:11:38  4  account that was on the S8.

16:11:42  5  Q.  Okay.  So you were given a brief synopsis of the facts of

16:11:45  6  the case in order to do your analysis; is that correct?

16:11:46  7  A.  Correct.

16:11:51  8  Q.  Okay.  And then can you explain to the ladies and gentlemen

16:11:54  9  of the jury when you do your analysis, what types of tools or

16:11:56  10 machinery are you using?

16:12:03  11 A.  So we use commercial level tools that are specialized in

16:12:08  12 doing the acquisition of phones and also other specialized tools

16:12:13  13 that do the actual analysis of the phone acquisition that was

16:12:20  14 created.  So one would be Cellebrite, they're a very well-known

16:12:25  15 company in the mobile forensics field.  So I leverage them and

16:12:33  16 then other digital forensics tools such as X-Ways or -- I

16:12:37  17 forget.  Axiom.  So...

16:12:41  18 Q.  Okay.  Are all those examples of different types of

16:12:45  19 equipment that you're able to use to look into a cellular phone?

16:12:49  20 A.  Yes.  Once we have the acquisition of the phone.

16:12:51  21 Q.  Okay.  So you can't do any of this really if you don't have

16:12:52  22 the phone; is that fair?

16:12:54  23 A.  Correct.

16:12:58  24 Q.  Okay.  So the two phones that you mentioned you were given

16:13:03  25 in this case was a Galaxy Note 3 and an S8?

16:13:03  1    A.  Yes.

16:13:05  2    Q.  Are both of those Android phones?

16:13:06  3    A.  Yes, they are.

16:13:10  4    Q.  Okay.  And do Android phones have a different operating

16:13:12  5    system than say an Apple phone?

16:13:14  6    A.  Yes.  Completely different.

16:13:18  7    Q.  Okay.  And are you trained in looking at both types of

16:13:18  8    devices?

16:13:24  9    A.  Yes, I am.  So I've worked on both devices before.

16:13:29  10   Q.  Okay.  So the FBI, in addition to your unit which is the

16:13:33  11   technical analysis unit, has a lot of other units that also

16:13:42  12   specialize in analyzing digital media; is that a fair statement?

16:13:43  13   A.  Yes.

16:13:47  14   Q.  So your job was not just to look at the phones and tell the

16:13:50  15   agents everything you found in the phone, right?

16:13:50  16   A.  Correct.

16:13:54  17   Q.  Okay.  Was your job to specifically focused on what you

16:13:56  18   mentioned as malware and coercion?

16:13:58  19   A.  Yes, it was.

16:14:02  20   Q.  Okay.  And let's talk about what you did to begin your

16:14:06  21   analysis.  How did you start it?

16:14:12  22   A.  So we received the phones, the actual physical phones.  So

16:14:19  23   in order to try to get an image of the phone, we, or I, put the

16:14:25  24   phone in what's called a Faraday box.  So it's a box that

16:14:28  25   shields the phone from any wireless signals going to the phone

16:14:32  1    or any wireless signals leaving the phone.  So I put that in

16:14:37  2    there and then I turn on the phone and make sure it's on what's

16:14:41  3    called airplane mode.  So that's also another step to prevent

16:14:45  4    any signals from leaving or entering the phone, so like data

16:14:50  5    signals from the cell towers, Wi-Fi signals and Bluetooth

16:14:55  6    signals.  And after we do that, we were able to connect the

16:15:02  7    phone to a laptop that's outside the box to go in and run

16:15:05  8    controls, command against the phone to go and acquire the

16:15:07  9    phone's data contents.

16:15:11  10   Q.  Okay.  And what's the purpose of putting the phone in that

16:15:14  11   box to block all those signals from the phone?

16:15:19  12   A.  The purpose of doing that is to ensure that the data and

16:15:23  13   applications inside don't get modified in any way by an

16:15:27  14   accidental -- someone sending a text or somebody remotely trying

16:15:31  15   to, say, wipe the phone or uninstall an application because that

16:15:32  16   can happen.

16:15:34  17   Q.  So are you attempting to preserve the evidence in that way?

16:15:35  18   A.  Yes.

16:15:38  19   Q.  Okay.  So as I understand it, when you're doing your

16:15:41  20   analysis of a cellular device, you're not actually looking

16:15:43  21   through the phone itself.

16:15:49  22   A.  When I'm doing -- actually, I do have to.  So you have to go

16:15:54  23   and make sure that airplane is turned on -- airplane mode is

16:15:59  24   turned on.  And also another feature that's called debugging

16:16:02  25   mode is turned on.  Those things you have to turn on in order to

| | | |
|---|---|---|
| 16:16:06 | 1 | get the acquisition of the phone, otherwise you won't be |
| 16:16:06 | 2 | successful. |
| 16:16:09 | 3 | Q.  Okay.  So once you turn those on then you're really looking |
| 16:16:14 | 4 | at the cellphone up on computer screens. |
| 16:16:15 | 5 | A.  After we get the acquisition? |
| 16:16:16 | 6 | Q.  Yes. |
| 16:16:21 | 7 | A.  Yes.  After we get the acquisition of the phone, I get the |
| 16:16:25 | 8 | acquisition files and I put them in another system to analyze |
| 16:16:27 | 9 | with my forensic analysis tools. |
| 16:16:30 | 10 | Q.  Can you just briefly explain what those files are? |
| 16:16:35 | 11 | A.  The files on the phone are what make up the phone itself. |
| 16:16:41 | 12 | So all the applications needed to run on the phone, all the |
| 16:16:44 | 13 | system files needed to run the phone and a lot of the user data |
| 16:16:50 | 14 | generated files.  So any pictures he created or someone created, |
| 16:16:53 | 15 | videos that were created or downloaded, any websites that a |
| 16:17:00 | 16 | person went and visited, any applications that the user of the |
| 16:17:05 | 17 | phone may have downloaded and installed, and text messaging, |
| 16:17:11 | 18 | calls, SMS messaging, all that is -- will be within the phone |
| 16:17:12 | 19 | acquisition. |
| 16:17:16 | 20 | Q.  Okay.  And when you put that up on to the computer that |
| 16:17:20 | 21 | you're looking at, is your analysis a lot -- does it consist of |
| 16:17:26 | 22 | looking at different screens which show you what's in the phone? |
| 16:17:31 | 23 | A.  Yes.  Depending on the tool that I'm looking -- I'm using to |
| 16:17:36 | 24 | look at the image, yes, I can have multiple screens up looking |
| 16:17:37 | 25 | at the data. |

16:17:42  1    Q.  And in anticipation for your testimony, did you prepare a

16:17:46  2    document that would help assist the jury seeing what you see as

16:17:48  3    you're doing your analysis and explaining it?

16:17:52  4    A.  I created a report after the analysis was conducted of the

16:17:53  5    phones.

16:17:56  6           MS. ANTON:  Permission to approach with 43.  Do you

16:17:58  7    need to see it?

16:17:59  8           MR. NATALE:  No objection.

16:18:00  9           THE COURT:  You may.

16:18:02  10           MS. ANTON:  At this time, the Government moves 43 into

16:18:03  11    evidence.

16:18:04  12           THE COURT:  All right.  43, without objection, is

16:18:06  13    admitted in evidence.

16:18:06  14           (Government's Exhibit 43 in evidence)

16:18:15  15           MS. ANTON:  Permission to publish?

16:18:20  16           THE COURT:  You may.

16:18:20  17       BY MS. ANTON:

16:18:23  18    Q.  I have Government's Exhibit 43 up on the ELMO to assist us

16:18:26  19    in explaining this.  Is this the report that you were referring

16:18:29  20    to that you created?

16:18:32  21    A.  Yes.

16:18:42  22    Q.  Okay.  So on Page 3, which I have up on the ELMO right now,

16:18:50  23    it's entitled Search for Coercion.  Could you explain to the

16:18:53  24    jury what we're looking at and how you went about doing the

16:18:55  25    search?

```
16:18:59   1    A.  Yes.  So the request was to see if there was any indication
16:19:06   2    that any type of coercion was levied against the Defendant in
16:19:10   3    such a way that he would be forced to conduct sextortion against
16:19:19   4    the victims.  So these are a list of keywords I searched the
16:19:23   5    entire phone against to see if there was any kind of coercion
16:19:24   6    going on.
16:19:26   7    Q.  And when you put these keywords in, you have written down
16:19:32   8    here "or else, do it now on Dropbox", are you able to search the
16:19:34   9    entire phone?  Every application?
16:19:36  10    A.  Yes.
16:19:41  11    Q.  Okay.  And did you do that in this case?  Did you run that
16:19:42  12    search?
16:19:43  13    A.  Yes, I did.
16:19:47  14    Q.  And did you find any evidence of coercion based on that word
16:19:48  15    search that you did?
16:19:50  16    A.  I did not.
16:19:57  17    Q.  Okay.  Now, I'm looking at Page 4 of Government's exhibit.
16:20:04  18    The next searches that you ran say notable application
16:20:11  19    installation info.  Could you explain to us what was on that
16:20:11  20    phone?
16:20:18  21    A.  Yes.  The test messaging applications that we talked about
16:20:26  22    earlier such as Kik, TextNow, Instagram, Skype, 2ndLine and Text
16:20:32  23    Free, those are all social networking applications where you can
16:20:38  24    send messaging back and forth to individuals or even digital
16:20:39  25    photos and videos.
```

16:20:41  1   Q.  The phone you're talking about here is specifically the Note

16:20:42  2   3?

16:20:43  3   A.  Excuse me?

16:20:45  4   Q.  Is the phone you're talking about here specifically the Note

16:20:46  5   3?

16:20:47  6   A.  Yes, Note 3.

16:20:50  7   Q.  Okay.  So all of those apps you found to be installed on the

16:20:52  8   Note 3.

16:20:53  9   A.  Correct.

16:21:00  10  Q.  Okay.  Now, you've now delegated here an area to Kik

16:21:04  11  messenger.  We've heard a lot about the Kik messaging app.  But

16:21:09  12  what is this that you found in the phone as it pertained to Kik

16:21:09  13  messenger?

16:21:21  14  A.  This one -- is that the whole thing?

16:21:24  15  Q.  It continues onto the next page.

16:21:25  16  A.  Okay.

16:21:27  17  Q.  Is that helpful?  Can you see the top of it?

16:21:37  18  A.  Yes.  So that -- there it is.  That is a snippet of a Kik

16:21:42  19  message conversation that the device owner had with a user named

16:21:48  20  ******, and in it what I see highlighted here is that the device

16:21:55  21  owner instructed ****** to go and switch and go start using Kik

16:22:08  22  to the user ******* *******.  ***** *******.  So go back one

16:22:09  23  more?

16:22:11  24  Q.  Sure.

16:22:15  25  A.  Okay.  Yes.  Actually that wasn't Kik, that was actually

16:22:19   1   another test messaging application called TextNow.  So I don't

16:22:22   2   know if we talked about that throughout these two days, but in

16:22:27   3   TextNow, there was the messaging going on between the device

16:22:32   4   owner and ****** telling ****** to go and start using Kik and

16:22:39   5   that the user name to start messaging with was ***** -- *******

16:22:40   6   *******.

16:22:43   7   Q.  And is the reason that you highlighted that in your report

16:22:48   8   here because of that user name ***** *******?

16:22:50   9   A.  Not necessarily, no.

16:22:55   10   Q.  Okay.  So why did you highlight that one in particular chat

16:22:56   11   from the phone?

16:23:00   12   A.  Because the request was to find any communication that may

16:23:05   13   have occurred with Bozy11.

16:23:06   14         THE COURT:  What?

16:23:10   15         THE WITNESS:  The Bozy11 account, the Kik account.

16:23:10   16   BY MS. ANTON:

16:23:14   17   Q.  Okay.  So let's be more specific.  When you say Bozy11, is

16:23:17   18   that an account user name that you were given from the agents on

16:23:18   19   this case?

16:23:18   20   A.  Yes.

16:23:22   21   Q.  And is that B-O, I think it's Z-Y, 11?

16:23:22   22   A.  Yes.

16:23:26   23   Q.  Okay.  And so when you say Bozy11 account, that's a user ID?

16:23:27   24   A.  Yes.

16:23:31   25   Q.  If my terminology is inartful, please correct me.

16:23:31   1          On Kik?

16:23:33   2   A.   Yes, on Kik.

16:23:37   3   Q.   Okay.  So you found -- did you find this conversation on the

16:23:40   4   Kik messenger involving that account?

16:23:47   5   A.   I saw what looked like there used to be a chat conversation

16:23:56   6   between Bozy11 and the user account ***** -- ******* ********

16:24:02   7   but at the time the current user account that the device owner

16:24:14   8   was using was MVLex3.  So if you go look at the Bozy11 account,

16:24:18   9   it appeared that the device owner was using a different Kik

16:24:21   10  account to talk with or communicate with Bozy11.

16:24:26   11  Q.   Okay.  And in on Page 5 of this exhibit where I'm pointing

16:24:31   12  to, you have like a small box with a lot of words that are

16:24:36   13  probably seemingly meaningless to a lot of us.  Could you

16:24:40   14  explain to us what it is that we're looking at there?

16:24:48   15  A.   Well, this is telling us -- this is telling us that the

16:24:55   16  device owner at one point had communicated with Bozy11.

16:24:56   17  Q.   Okay.

16:25:06   18  A.   As early as October 16, 2017, yes.

16:25:08   19  Q.   And on your screen, you can actually circle with your finger

16:25:11   20  where -- can you point to where it is that you're looking for

16:25:20   21  the jury or make a circle around?  Okay.  I haven't seen that

16:25:22   22  circle, but there we go.

16:25:25   23          Okay.  So that's the date, 2017, that there's evidence

16:25:31   24  of communications with the Bozy11 user ID; is that correct?

16:25:33   25  A.   That is correct.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

16:25:40  1    Q.  Okay.  And in the box below it, we see another highlighted

16:25:46  2    area where you have highlighted MVLex3 and a Scottish Style 100.

16:25:50  3    Could you explain to us what evidence you found in the phone

16:25:53  4    relating to that?

16:26:00  5    A.  With that, there was -- that basically tells you that the

16:26:08  6    device owner, MVLex3, at one point had communicated with the

16:26:16  7    person using Scottish Style 100.  Then that was around December

16:26:23  8    26, 2018 at least, and that the type of communication appeared

16:26:26  9    to be a video chat.

16:26:30  10   Q.  And what is a video chat?

16:26:35  11   A.  It's where you can connect with another user in Kik and

16:26:38  12   instead of typing messages to that person, you can actually

16:26:43  13   initiate a video call with that person.

16:26:48  14   Q.  So you found evidence in the Note 3 of MVLex3 user ID and

16:26:53  15   Scottish Style 100 having an actual -- a video chat call?

16:26:55  16   A.  Yes.

16:27:04  17   Q.  When you continued your analysis of the Note 3 down on the

16:27:07  18   bottom of the page, did you look into the Defendant's -- the

16:27:11  19   Note 3's Instagram history as well?

16:27:13  20   A.  In the Note 3 -- in the Note 3, yes, I did.

16:27:19  21   Q.  Okay.  And let's specifically talk about Tuylin20 Instagram

16:27:24  22   account.  What did you find in reference to that account in the

16:27:25  23   phone?

16:27:29  24   A.  I found that the Tuylin20 account was the most recent

16:27:33  25   Instagram user account that the device owner used prior to it

16:27:34  1   being seized.

16:27:39  2   Q.  Okay.  So the Tuylin20 was the most recent.  And on this

16:27:45  3   exhibit on Page 5, you've outlined what looks to be like a chat

16:27:45  4   message; is that correct?

16:27:46  5   A.  Correct.

16:27:50  6   Q.  And is that between Tuylin20 and another user

16:27:52  7   Georgetallen33?

16:27:53  8   A.  Yes.

16:27:56  9   Q.  And when is that?  What date is that occurring?

16:27:59  10  A.  That's January 8, 2018.

16:28:07  11  Q.  Okay.  And the content of that message between Tuylin20 and

16:28:12  12  Georgetallen, is that delineated at the bottom of the exhibit?

16:28:13  13  A.  Yes.

16:28:20  14  Q.  Okay.  And does that message ask about a particular person

16:28:21  15  named *******?

16:28:21  16  A.  Yes, it does.

16:28:26  17  Q.  And is that Tuylin20 saying "you like ********?

16:28:29  18  A.  Yes, it does.

16:28:32  19  Q.  And is the other user responding back a comment that she's

16:28:35  20  "very pretty, I wasn't expecting that, but she's beautiful"?

16:28:36  21  A.  Yes.

16:28:41  22  Q.  Okay.  And then the next line the Tuylin20 Instagram account

16:28:45  23  replies "she's a whore, spread her around for me"?

16:28:45  24  A.  Yes.

16:28:50  25  Q.  Okay.  And this is a conversation on Instagram direct

| | | |
|---|---|---|
| 16:28:54 | 1 | message?  Is that the appropriate term? |
| 16:28:55 | 2 | A.  Yes. |
| 16:28:57 | 3 | Q.  That you found inside the Defendant's Note 3? |
| 16:28:59 | 4 | A.  Yes. |
| 16:29:00 | 5 | Q.  Okay. |
| 16:29:01 | 6 | THE COURT:  You'll notice there's a button there that |
| 16:29:11 | 7 | says clear annotations. Push it.  No, the one that says clear |
| 16:29:13 | 8 | annotations across the bottom. |
| 16:29:17 | 9 | MS. ANTON:  I think the witness has it on their screen |
| 16:29:22 | 10 | as well, correct?  I can only clear your screen. |
| 16:29:23 | 11 | Thank you, Judge. |
| 16:29:23 | 12 | BY MS. ANTON: |
| 16:29:25 | 13 | Q.  So this conversation is something that you found in the |
| 16:29:26 | 14 | Defendant's Note 3 phone. |
| 16:29:27 | 15 | A.  Yes. |
| 16:29:34 | 16 | Q.  Okay.  And did the conversation go on with Tuylin20 |
| 16:29:40 | 17 | communicating with an unknown user about spreading *******? |
| 16:29:41 | 18 | A.  Yes. |
| 16:29:46 | 19 | Q.  Okay.  Now, down at the bottom of Page 6 of that exhibit, |
| 16:29:50 | 20 | there's some artifacts information that you highlighted.  Could |
| 16:29:54 | 21 | you explain to our jury what that artifact information is and |
| 16:29:57 | 22 | why you highlighted it here? |
| 16:30:05 | 23 | A.  This is an e-mail that was sent to the device owner because |
| 16:30:19 | 24 | the Instagram account was changed, the user name to Tuylin20 on |
| 16:30:21 | 25 | January 18, 2018. |

16:30:26   1   Q.   Okay.  So in your phone or this Note 3 phone, it records

16:30:31   2   when user names are changed and passwords are changed and you're

16:30:32   3   able to see that with your equipment?

16:30:33   4   A.   Yes.

16:30:44   5   Q.   Okay.  And so Page 7 of 49 is the same kind of artifact and

16:30:52   6   indicating that the user name was changed to *******.  Does that

16:30:56   7   mean that the user of that phone received that e-mail?

16:31:09   8   A.   The Instagram account using the brentbeeby e-mail address,

16:31:13   9   whatever user name was associated with that e-mail account for

16:31:17   10   Instagram and the user name changes, then that user would be

16:31:20   11   e-mailed to that e-mail account by Instagram.

16:31:24   12   Q.   And speaking of that e-mail account brentbeeby, did you find

16:31:28   13   evidence linking that e-mail account to the Note 3 and to the

16:31:29   14   Defendant?

16:31:30   15   A.   Yes, I did.

16:31:43   16   Q.   On Page 8 of Government's exhibit, are these examples of

16:31:48   17   different things that you found in the phone relating to e-mails

16:31:49   18   from Instagram?

16:31:52   19   A.   Yes.

16:31:56   20   Q.   And why is it significant and did you mark here the e-mail

16:31:58   21   from Instagram and Snapchat?

16:32:05   22   A.   It's notable in that the device owner was regularly changing

16:32:11   23   his user names for these applications.

16:32:22   24   Q.   Okay.  So when you look at Snapchat on the phone, you're

16:32:27   25   able to tell some things by the screenshots on Snapchat; is that

16:32:29   1    a fair statement?

16:32:29   2    A.   Yes.

16:32:33   3    Q.   Okay.  And so in the bottom of Page 9, the Snapchat

16:32:37   4    screenshots, what is that we're looking at?

16:32:51   5    A.   The bottom, that is a snapshot, that's a portion of an image

16:32:53   6    file that I found on the phone which is an indication of the

16:32:57   7    screenshot of the device owner's phone.  So a screenshot of his

16:33:02   8    actual screen if he was actually looking at it with it on.

16:33:05   9    Q.   So that's how it would look to the user of that phone.

16:33:12  10    A.   Yes.  I just wanted to clarify the previous --

16:33:14  11    Q.   Yes.  Page 9?

16:33:22  12    A.   So when you take a screenshot like the gentleman said

16:33:29  13    earlier with the phone, the button combination, when the phone

16:33:33  14    takes a screenshot of the phone, the name convention at the

16:33:44  15    bottom, it says screenshot_2017-12-17-10, that's the actual

16:33:48  16    timestamp of when that photo was created.  So in this example,

16:33:51  17    you can see the time in the right-hand corner of the image

16:33:55  18    matches the time that's the actual file name.

16:33:59  19    Q.   Okay.  On the exhibit above it you have flagged that someone

16:34:03  20    from Ireland logged into the ******* Snapchat account?

16:34:03  21    A.   Yes.

16:34:07  22    Q.   Okay.  And how do you know that based on what was in the

16:34:10  23    Defendant's phone?

16:34:17  24    A.   If you read the message, it says that someone on a Galaxy 7

16:34:26  25    Edge on January 21, 2018 logged in with that person's account.

16:34:29  1   Q.  Does it also give an IP address?

16:34:30  2   A.  Yes, it does.

16:34:35  3   Q.  So we've heard some explanations of what an IP address is.

16:34:39  4   Could you explain to the jury how an IP address works and what

16:34:40  5   it is?

16:34:46  6   A.  An IP address is -- an analogy would be like you have a

16:34:51  7   phone number, so your computer would have what's called an IP

16:34:55  8   address and so it's going to identify your system on the

16:34:57  9   internet with an IP address.

16:35:02  10  Q.  Okay.  And are there ways to disguise or hide your IP

16:35:03  11  address?

16:35:04  12  A.  Yes, there are.

16:35:06  13  Q.  What are some of those ways?

16:35:14  14  A.  A notable way -- let me explain something.  When two people

16:35:19  15  are using two different devices to talk to each other, say I'm

16:35:24  16  in Virginia and I'm going to communicate with somebody in

16:35:31  17  Florida and we're using phones and we're using, let's say, Kik

16:35:34  18  messenger, my phone is going to have an IP address and the

16:35:39  19  person in Florida is going to have an IP address.  And if you

16:35:46  20  did a subpoena for those IP addresses for the service providers

16:35:52  21  that actually own those IP addresses, it would tell you the

16:35:55  22  location of that IP address.  So if I'm not doing anything

16:36:01  23  suspicious, then my IP address will show in Kik messenger's

16:36:07  24  servers that I was communicating from an IP address in Virginia

16:36:18  25  and vice versa with the person in Florida.  So there are ways to

16:36:22  1   obfuscate your IP address or hide your true IP address so that

16:36:27  2   if someone is looking at the logs, your true IP address won't be

16:36:28  3   recorded.

16:36:34  4   Q.  Okay.  We'll get a little bit more in detail into that in a

16:36:39  5   little while, but in terms of the IP address, is this 213.202,

16:36:40  6   is that an IP address?

16:36:41  7   A.  Yes, it is.

16:36:45  8   Q.  Okay.  And you testified that you would need a court order,

16:36:49  9   a subpoena, to get the information of where the person actually

16:36:53  10  lives or that has that IP address.

16:36:54  11  A.  Correct.

16:37:00  12  Q.  Okay.  Is that something that you can just go Google up and

16:37:01  13  find out where it is?

16:37:04  14  A.  You can generally try to find out where this IP address is,

16:37:08  15  but not the actual physical home address.  So if you go on the

16:37:11  16  internet and look up an IP address, it might generally say it's

16:37:15  17  somewhere in Miami, right, if we're talking about an IP address

16:37:20  18  in Miami.  But without a court order, with let's say it's

16:37:25  19  Verizon, you can't figure out what exact home address that IP

16:37:26  20  address came from.

16:37:33  21  Q.  Okay.  So you're an expert in cyber intrusion.  So if I gave

16:37:36  22  you my IP address without a court order, could you even go

16:37:40  23  online and figure out my home address?

16:37:44  24  A.  That would be very, very difficult.  Maybe even hacking into

16:37:47  25  Verizon to get that information.

16:37:52  1    Q.   Okay.  So let's talk about the next page, Number 10 of your

16:37:56  2    exhibit which says timestamps of Snapchat screenshots that were

16:38:01  3    found in the pictures and snaps, and it's a whole bunch of

16:38:05  4    dates.  So what is it that you memorialized here in your report

16:38:08  5    as it relates to the screenshots from Snapchat?

16:38:14  6    A.   So we talked about how you can create a screenshot of your

16:38:18  7    phone whatever the individual is looking at.  So in this

16:38:32  8    particular folder path, I'll circle it, so in a folder called

16:38:42  9    "snaps" which he would have seen in his gallery as an album were

16:38:47  10   a whole bunch of screenshots of what appear to be people's

16:38:49  11   hacked Snapchat accounts.

16:38:55  12   Q.   Okay.  So for each date that you have here in a rectangular

16:38:59  13   box, that represents a screenshotted image that the Defendant

16:39:04  14   had in his Note 3 of other people's accounts.

16:39:09  15   A.   Correct.  And the date indicates the exact time when the

16:39:12  16   screenshot was created.

16:39:31  17   Q.   So Page 11 as Sprint mobile service, and it appears to be a

16:39:37  18   rectangular example of a screenshot from Snapchat.  Can you

16:39:41  19   explain to us what that is?

16:39:43  20   A.   The arrow?

16:39:43  21   Q.   Yes.

16:39:48  22   A.   The arrow is pointing to the Sprint icon.  So Sprint the

16:39:53  23   cellular company, that's their icon.  So he had a Sprint

16:39:55  24   application that was running.  You don't see it right now

16:39:59  25   because Snapchat is what he's looking at or Snapchat is what

16:40:02  1    he's looking at right now.  But that's telling me that the

16:40:06  2    Sprint -- some Sprint application is running.

16:40:10  3    Q.  And are you able to tell things about a lot of different

16:40:15  4    applications that are running from that toolbar up there?

16:40:18  5    A.  Yes.  That can give you an indication of what applications

16:40:23  6    are running on that person's phone at the time.

16:40:30  7    Q.  Okay.  So if we go to Page 12 of that exhibit, there's an

16:40:35  8    orange arrow that seems to be pointing to something that looks

16:40:40  9    like a circle on the tool bar.  Could you explain to the ladies

16:40:42  10   and gentlemen of the jury what that is and why you thought it

16:40:44  11   was important?

16:40:49  12   A.  Yes.  That is the icon for an application called Orbot.

16:40:56  13   Orbot is an application that allows you to hide your true IP

16:40:57  14   address.

16:41:02  15   Q.  So is that an application that the user would have had to go

16:41:04  16   find and download onto their phone?

16:41:07  17   A.  Yes.  It's actually an application you can go and download

16:41:09  18   from the Google Play Store.

16:41:13  19   Q.  Okay.  So you found that that was installed on the Note 3?

16:41:17  20   A.  It was.  Actually no, it was no longer installed on the Note

16:41:22  21   3, but this screenshot indicates that at one point previously it

16:41:23  22   was running.

16:41:27  23   Q.  Okay.  So your analysis is able to see things that aren't

16:41:29  24   even there anymore, that once were there?

16:41:30  25   A.  Yes.

16:41:36  1    Q.  Okay.  And it says that it's an Orbot proxy with Tor.  What

16:41:38  2    is that?

16:41:43  3    A.  Orbot is an application that allows you to connect into what

16:41:47  4    is called the Tor network, which is, you may have heard, the

16:41:56  5    dark web.  So that allows you to go in and through the Tor

16:42:01  6    network, through a series of different computers around the

16:42:04  7    world and you get to choose where you pop out of.  So you can

16:42:09  8    choose I want to pop out at France, I want to pop out of

16:42:12  9    Romania, Russia, Canada, you name it.

16:42:16  10   Q.  Okay.  And I think this is a good time to break before we

16:42:17  11   get into the dark web.

16:42:19  12           THE COURT:  Excellent time to break.

16:42:21  13           Ladies and gentlemen, you're reminded not to discuss

16:42:23  14   the case with anyone or permit anyone to discuss the case with

16:42:29  15   you.  We're in recess until 9:30 tomorrow morning.  I have a

16:42:35  16   meeting at noon that I have to go to and Ms. Viamontes, is that

16:42:38  17   hearing at 1:00 still on?

16:42:39  18           MS. VIAMONTES:  I believe it is, Your Honor.  I have

16:42:42  19   another AUSA covering that for me.

16:42:44  20           THE COURT:  Well heck, you're here.  The point is you

16:42:47  21   guys were going to try to figure out if we needed to have a

16:42:50  22   hearing.  Is the guy in town?

16:42:52  23           MS. VIAMONTES:  Unfortunately, I believe he is in town

16:42:54  24   but I think he's trying to get a new lawyer.

16:42:56  25           THE COURT:  Well sure, they all -- we'll talk about

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

16:43:00 1   that.  Okay.  All right.  So I might have a meeting at noon and

16:43:04 2   a hearing at 1, so we'll break a little bit before noon until

16:43:08 3   1:30 which will give me time to do both things.

16:43:12 4           So enjoy the evening, it's a nice day, it's pretty

16:43:16 5   weather and see you tomorrow morning at 9:30.  Thank you.

16:43:18 6           COURT SECURITY OFFICER:  All rise.

16:43:21 7           (Jury out at 4:43 p.m.)

16:43:58 8           THE COURT:  All right.  You may be seated.

16:44:01 9           Please give the jurors a couple of minutes to get off

16:44:02 10  the floor.

16:44:06 11          Yes, the Defendant is at FDC so in that case, so he

16:44:09 12  will be here so we'll take care of that then.  All right.

16:44:12 13          We'll be in recess until 9:30 tomorrow morning.  Can

16:44:14 14  you please try to get that thing working?  I thought there were

16:44:16 15  two videos.

16:44:19 16          MS. ANTON:  Two -- I'm sorry, Judge.  I didn't hear

16:44:19 17  you.

16:44:21 18          THE COURT:  I thought there were two videos.  You only

16:44:24 19  showed one.

16:44:25 20          MS. ANTON:  No, I showed five.

16:44:26 21          THE COURT:  You did?

16:44:27 22          MS. ANTON:  They were short.  I just kept clicking to

16:44:28 23  the next one.

16:44:31 24          THE COURT:  All right.  I don't care.  It's your case.

16:44:33 25  All right.  We'll see you tomorrow then.  But if you're going to

| | | |
|---|---|---|
| 16:44:36 | 1 | use it, please try it out before. |
| 16:44:38 | 2 | Sir, because you're on the stand, you're not permitted |
| 16:44:40 | 3 | to discuss your testimony with anyone, even the lawyers that |
| 16:44:52 | 4 | brought you.  We'll see you at 9:30 tomorrow morning. |
| 16:44:52 | 5 | (See Volume 4 for continuation) |

16:44:52   6                   **C E R T I F I C A T E**

16:44:52   7   I certify that the foregoing is a correct transcript from the
record of proceedings in the above-entitled matter.

16:44:52   8   3/6/2020 _____          /s/ Dawn M. Savino ____
Date                      DAWN M. SAVINO, RPR

16:44:52   9

16:44:52   10                   **I N D E X**

16:44:52   11                   **WITNESSES**

16:44:52   12   ALL WITNESSES:                                  PAGE:

16:44:52   13   For Government:

16:44:52   14     Adam Granit:
                    Continued Direct Examination by Ms. Viamontes    4:1

16:44:52   15       Cross-Examination by Mr. Natale                 14:25
                    Redirect Examination by Ms. Viamontes           30:25

16:44:52   16

16:44:52   17     E.M.:
                    Direct Examination by Ms. Anton                 38:24
                    Cross-Examination by Mr. Natale                 56:6

16:44:52   18       Redirect Examination by Ms. Anton               61:23

16:44:52   19     M.K.:
                    Direct Examination by Ms. Anton                 65:23

16:44:52   20       Cross-Examination by Ms. Weiss                  98:16
                    Direct Examination by Ms. Anton                 103:7

16:44:52   21

16:44:52   22     A.G.:
                    Direct Examination by Ms. Viamontes             134:14
                    Cross-Examination by Ms. Weiss                  147:1

16:44:52   23       Redirect Examination by Ms. Viamontes           153:25

16:44:52   24     Eric Deborja:
                    Direct Examination by Ms. Anton                 157:10

            25

```
16:44:52   1                              EXHIBITS

16:44:52   2      NO.:       DESCRIPTION:                          PAGE:

16:44:52   3      For Government:

16:44:52   4      25         :
                             In Evidence                            8:11
16:44:52   5
                  85 A-E     :
16:44:52   6                 In Evidence                            10:1

16:44:52   7      63 & 64    :
                             In Evidence                            34:10
16:44:52   8
                  26-28      :
16:44:52   9                 In Evidence                            50:2

16:44:52  10      34 A-ZZ    :
                             In Evidence                            75:4
16:44:52  11
                  36-38 &    :
16:44:52  12      84
                             In Evidence                            76:6
16:44:52  13
                  32         :
16:44:52  14                 In Evidence                            112:10

16:44:52  15      33         :
                             In Evidence                            116:10
16:44:52  16
                  30         :
16:44:52  17                 In Evidence                            117:24

16:44:52  18      29         :
                             In Evidence                            129:14
16:44:52  19
                  41 A-N     :
16:44:52  20                 In Evidence                            138:24

16:44:52  21      43         :
                             In Evidence                            168:14
16:44:52  22

16:44:52  23

          24

          25
```