13:43:12   1                    UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
13:43:12   2                          MIAMI DIVISION
                              CASE NO.  18-60256-CR-JEM
13:43:12   3

13:43:12   4    UNITED STATES OF AMERICA,

13:43:12   5                    Plaintiff,

13:43:12   6           vs.

13:43:12   7                                       Miami, Florida
                                                   September 25, 2019
13:43:12   8    JOSEPH ISAIAH WOODSON, JR.,        Pages 1-103

13:43:12   9                    Defendant.
                _____

13:43:12  10                     TRANSCRIPT OF JURY TRIAL
13:43:12  11                    DAY 4 - P.M. SESSION
                         BEFORE THE HONORABLE JOSE E. MARTINEZ
13:43:12  12                  UNITED STATES DISTRICT JUDGE

13:43:12  13

13:43:12  14    APPEARANCES:

13:43:12  15    FOR THE PLAINTIFF:
                                   *United States Attorney's Office*
                                   BY:  JODI ANTON,  A.U.S.A.
13:43:12  16                       BY:  FRANCIS VIAMONTES, A.U.S.A.
                                   500 East Broward Boulevard
13:43:12  17                       Suite 700
                                   Fort Lauderdale, Florida 33394
13:43:12  18
                FOR THE DEFENDANT:
13:43:12  19                       *Federal Public Defender's Office*
                                   BY:  ANTHONY J. NATALE, A.F.P.D.
13:43:12  20                       BY:  CLEA D.T. WEISS, A.F.P.D.
                                   BY:  KATHLEEN E. MOLLISON, A.F.P.D.
13:43:12  21                       150 West Flagler Street
                                   Suite 1700
13:43:12  22                       Miami, Florida 33130

13:43:12  23    REPORTED BY:       DAWN M. SAVINO, RPR
                                   Official Court Stenographer
13:43:12  24                       400 N. Miami Avenue, 10S03
                                   Miami, Florida  33128
13:43:12  25                       Telephone:  305-523-5598

                      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                           TRANSCRIPT PRODUCED BY COMPUTER

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 13:43:12 | 1  | P-R-O-C-E-E-D-I-N-G-S                                        |
| 13:45:04 | 2  | THE COURT:  Be seated please.  We'll wait until Sergio       |
| 13:45:22 | 3  | has everything ready.  Just be seated for a few minutes.     |
| 13:47:05 | 4  | (Discussion off the record)                                  |
| 13:49:20 | 5  | THE COURT:  I kind of want to wait for a minute.  Yeah.      |
| 13:49:45 | 6  | I don't want to start with this.  Mr. Fix-it is here.  If that |
| 13:50:05 | 7  | was a wind tunnel, that would make sense but that's not air  |
| 13:50:09 | 8  | conditioner noise.                                           |
| 13:50:48 | 9  | (Discussion off the record)                                  |
| 13:52:37 | 10 | THE COURT:  Can we be heard in the conference room?         |
| 13:52:43 | 11 | And we can hear you.  So are we ready to go?  Please bring in |
| 13:52:45 | 12 | the jury.                                                    |
| 13:53:30 | 13 | (Jury in at 1:53 p.m.)                                       |
| 13:53:56 | 14 | THE COURT:  Are we ready to presume?                        |
| 13:53:56 | 15 | MS. ANTON:  Yes, Your Honor.                                 |
| 13:54:00 | 16 | THE COURT:  All right.  Please call your next witness.      |
| 13:54:02 | 17 | MS. VIAMONTES:  Your Honor, at this time the United          |
| 13:54:03 | 18 | States calls --                                              |
| 13:54:04 | 19 | THE COURT:  All right.  You're going to have to speak       |
| 13:54:08 | 20 | up.  That microphone doesn't pick it up very well.          |
| 13:54:10 | 21 | MS. VIAMONTES:  Your Honor, at this time United States      |
| 13:54:17 | 22 | the United States calls minor B.O.                           |
| 13:54:22 | 23 | THE COURT:  Wanda, you better go in there and swear her     |
| 13:54:25 | 24 | please.  Please stand and raise your right hand             |
| 13:54:25 | 25 | B.O., GOVERNMENT WITNESS, SWORN AND TESTIFIED THROUGH        |

13:54:25  1   CLOSED-CIRCUIT TELEVISION

13:54:32  2        THE COURT:  Please be seated.

13:54:38  3        Now, I'm getting kind of old so you're going to have to

13:54:42  4   speak up.  I can't hear all that well and the microphone is

13:54:46  5   where it has to be apparently, so please tell us your name and

13:54:49  6   spell it.

13:54:58  7        THE WITNESS:  B.O. (Name spelled)

13:55:01  8        THE COURT:  Thank you very much.  You may proceed.

13:55:01  9        MS. VIAMONTES:  Thank you, Your Honor.

13:55:07  10        B.O. -- *(inaudible)*.

13:55:09  11        THE COURT:  Why don't you roll your chair over closer

13:55:14  12   to that microphone so your back will be to us, we don't care.

13:55:16  13        MS. VIAMONTES:  That's fine, Judge.  Just let me know

13:55:18  14   if I'm blocking the view.

13:55:21  15        THE COURT:  No not yet.

13:55:22  16        MS. VIAMONTES:  Thank you.

13:55:24  17        Is it okay if I'm seated, Your Honor?

13:55:27  18        THE COURT:  That's fine.  Yes.  I wish you would be.

13:55:28  19        MS. VIAMONTES:  Thank you.

13:55:28  20                     DIRECT EXAMINATION

13:55:28  21     BY MS. VIAMONTES:

13:55:40  22   Q.  B.O, can you tell us -- you're 14, and tell us --

13:55:41  23        THE COURT REPORTER:  I'm sorry.  I can't hear her.

13:55:43  24        THE COURT:  Hold on a second please.

13:55:57  25        Ms. Viamontes, please hold on.  If you can't hear it,

13:56:01  1    it isn't happening, so what are we doing?

13:56:07  2              MS. VIAMONTES:  Your Honor, is it the witness or me?

13:56:10  3              THE COURT:  It's neither, it's the equipment.  I just

13:56:15  4    held both of these IT guys in contempt so they're in trouble,

13:56:18  5    big trouble.  Okay.  I think we can do a little better now.

13:56:21  6    Let's try it and I may ask you to stop we put a microphone in

13:56:26  7    front of the speaker in here and that might work.

13:56:27  8              MS. VIAMONTES:  Okay.  Thank you, Your Honor.

13:56:27  9       BY MS. VIAMONTES:

13:56:31  10   Q.  B.O., I asked you where you lived.  Did you say you lived in

13:56:31  11   Broward County?

13:56:32  12   A.  Yes.

13:56:34  13   Q.  Okay.  Speak up as loud as you can.  Okay?

13:56:34  14   A.  Okay.

13:56:36  15   Q.  Now, how old are you?

13:56:37  16   A.  14.

13:56:38  17   Q.  And where were you born?

13:56:41  18   A.  Florida.

13:56:45  19   Q.  Okay.  Did you live for a while outside the United States?

13:56:46  20   A.  Yes.

13:56:47  21   Q.  Where did you live?

13:56:48  22   A.  The Philippines.

13:56:50  23   Q.  And did you live there for a number of years?

13:56:51  24   A.  Yes.

13:56:57  25   Q.  Okay.  About when did you move to the United States?

13:56:59    1    A.   2016.

13:57:02    2    Q.   What grade are you in now?

13:57:03    3    A.   9th.

13:57:07    4    Q.   Okay.  B.O, is it okay if I call you ****?

13:57:08    5    A.   Yes.

13:57:13    6    Q.   And at times I may also call you by your initials.  Is that

13:57:13    7    all right?

13:57:13    8    A.   Yes.

13:57:20    9    Q.   Okay.  Now ****, I'm going to take you back to November

13:57:24   10    12th, November of 2017.  Okay?

13:57:25   11    A.   Okay.

13:57:26   12    Q.   Do you remember that time?

13:57:26   13    A.   Yes.

13:57:30   14    Q.   And did you live in Broward County back then?

13:57:30   15    A.   Yes.

13:57:33   16    Q.   Who did you live with?

13:57:33   17    A.   My parents.

13:57:37   18    Q.   Okay.  And by your parents, do you mean your mom and dad?

13:57:38   19    A.   Yeah.

13:57:40   20    Q.   Does anyone else live in your house?

13:57:41   21    A.   Yes.

13:57:41   22    Q.   Who?

13:57:45   23    A.   My uncles and grandparents and cousins.

13:57:47   24    Q.   Okay.  Do you have a younger sibling?

13:57:47   25    A.   Yes.

13:57:53  1    Q.  All right.  Now, back then, in November of 2017, you were

13:57:53  2    how old?

13:57:54  3    A.  12.

13:57:57  4    Q.  Okay.  And what grade were you in?

13:57:58  5    A.  7th.

13:58:05  6    Q.  Okay.  So November 2017, we're talking a little before

13:58:07  7    Thanksgiving.  Did you have a cellphone back then?

13:58:09  8    A.  Yes.

13:58:09  9    Q.  What kind of phone did you have?

13:58:12 10    A.  iPhone.

13:58:17 11    Q.  And on that iPhone, did you play games on it?

13:58:18 12    A.  Yes.

13:58:20 13    Q.  And what else did you use it for?

13:58:22 14    A.  Social media.

13:58:24 15    Q.  And did you use it to communicate with friends?

13:58:25 16    A.  Yes.

13:58:28 17    Q.  What social media accounts did you have?

13:58:33 18    A.  Snapchat, Instagram, Skype.

13:58:37 19    Q.  Okay.  You had mentioned that you had lived in the

13:58:39 20    Philippines when you were younger, right?

13:58:39 21    A.  Yes.

13:58:43 22    Q.  And would you use social media to communicate with friends

13:58:43 23    back home?

13:58:45 24    A.  Yes.

13:58:48 25    Q.  Would you use Skype to communicate with friends back home?

| | | |
|---|---|---|
| 13:58:49 | 1 | A.  Yes. |
| 13:58:56 | 2 | Q.  Was it easy for you to call your friends back home in the |
| 13:58:58 | 3 | Philippines and talk with them through a regular phone call? |
| 13:58:58 | 4 | A.  No. |
| 13:58:58 | 5 | Q.  Why not? |
| 13:59:03 | 6 | A.  Because it's money, like you have to pay to call overseas. |
| 13:59:04 | 7 | Q.  Okay.  So it's expensive? |
| 13:59:05 | 8 | A.  Yes. |
| 13:59:07 | 9 | Q.  And is Snapchat free? |
| 13:59:07 | 10 | A.  Yes. |
| 13:59:09 | 11 | Q.  Is Skype free? |
| 13:59:09 | 12 | A.  Yes. |
| 13:59:12 | 13 | Q.  And is that a good way for you to stay in touch with those |
| 13:59:13 | 14 | friends? |
| 13:59:13 | 15 | A.  Yes. |
| 13:59:19 | 16 | Q.  Okay.  Do you remember what your user name was on Snapchat? |
| 13:59:21 | 17 | A.  ******************. |
| 13:59:25 | 18 | Q.  ******************.  That's a cool name.  Does Snapchat give |
| 13:59:32 | 19 | you the opportunity, the capability, to view cool features like |
| 13:59:34 | 20 | funny animated pictures? |
| 13:59:35 | 21 | A.  Yes. |
| 13:59:42 | 22 | Q.  Okay.  Let's wait for those sirens to go by for a sec. |
| 13:59:44 | 23 | Hopefully they could hear us. |
| 13:59:47 | 24 | What other things did you normally use Snapchat for? |
| 13:59:49 | 25 | A.  To communicate with my friends. |

13:59:51 1   Q.  Okay.  Would you communicate with your friends here in the
13:59:54 2   US and also the ones in the Philippines?
13:59:55 3   A.  Yes.
13:59:57 4   Q.  And did you have a lot of friend on Snapchat?
13:59:59 5   A.  Yes.
14:00:03 6   Q.  Did you have any streaks with friends?
14:00:04 7   A.  Yes.
14:00:10 8   Q.  Tell us briefly about what the streaks were.
14:00:14 9   A.  They're when you send your friend or a person multiple times
14:00:19 10  and just a number, like, beside its name.
14:00:23 11  Q.  And that just shows how many times you've sent them
14:00:23 12  pictures?
14:00:24 13  A.  Yes.
14:00:28 14  Q.  Let's make sure one of us is talking at a time.  Okay?
14:00:28 15  A.  Okay.
14:00:30 16  Q.  Because the court reporter will have a hard time writing
14:00:32 17  down what we're both saying.  Okay?
14:00:37 18       So back in 2017, when you're on your phone and on
14:00:40 19  Snapchat, have you been on it for a long time?  Did you have a
14:00:41 20  phone for a long time at that point?
14:00:43 21  A.  Yes.
14:00:45 22  Q.  Do you remember how old you were when you were given a
14:00:45 23  cellphone?
14:00:49 24  A.  I'm pretty sure I was 11.
14:00:51 25  Q.  About a year maybe you had it?

14:00:51   1   A.  Yeah.

14:00:59   2   Q.  And let me ask you, when you don't follow simple rules at

14:01:02   3   home, would your phone be taken away at times as discipline?

14:01:02   4   A.  Yes.

14:01:06   5   Q.  When your phone was taken away, could you still keep up with

14:01:07   6   your streaks?

14:01:10   7   A.  Yes, if I gave it to another person.

14:01:14   8   Q.  Okay.  Let's talk about that.  You said if you gave it to

14:01:18   9   another person.  By "it", what do you mean?

14:01:20   10  A.  My user name and password.

14:01:25   11  Q.  Okay.  So let's say that your phone was taken away for

14:01:29   12  whatever reason:  Arguing with your sister, not going to bed on

14:01:31   13  time.  You could give your password to a friend for them to keep

14:01:33   14  up your streaks?

14:01:33   15  A.  Yes.

14:01:36   16  Q.  Was that common for kids to do back then?

14:01:36   17  A.  Yes.

14:01:38   18  Q.  And was that something you did?

14:01:38   19  A.  Yes.

14:01:50   20  Q.  Okay.  Now, let's talk about November, mid-November 2017,

14:01:56   21  November 11th.  Okay?  Do you remember getting contacted through

14:02:02   22  Snapchat and asked for your password?  Someone asking for it?

14:02:06   23  A.  I gave it to them so I couldn't lose my streaks.

14:02:07   24  Q.  Okay.  Who did you give it to?

14:02:08   25  A.  My friend.

14:02:10  1    Q.  Do you remember which friend it was?

14:02:11  2    A.  *******.

14:02:14  3    Q.  *******.  Is that a friend from school?

14:02:15  4    A.  Yes.

14:02:21  5    Q.  So you gave *******, or at least who you thought was

14:02:22  6    *******, your password, right?

14:02:23  7    A.  Yes.

14:02:29  8    Q.  And did anything happen after you gave ******* your

14:02:29  9    password?

14:02:30  10   A.  My phone was taken.

14:02:33  11   Q.  Your phone was taken, okay.  Did there come a time when you

14:02:35  12   did get your phone back?

14:02:37  13   A.  Yes, the next day.

14:02:39  14   Q.  The next day you get your phone back and do you start

14:02:41  15   getting messages from someone?

14:02:41  16   A.  Yes.

14:02:43  17   Q.  And they start to concern you?

14:02:44  18   A.  Yes.

14:02:46  19   Q.  Okay.  We're going to talk about those messages.  Okay?

14:02:48  20   A.  Okay.

14:02:51  21   Q.  And for the record, I'm showing the witness what has been

14:02:58  22   premarked as Government's Exhibit 47.

14:02:59  23   A.  Thank you.

14:03:02  24   Q.  Before I show you, let me show it to defense counsel.

14:03:03  25        MS. VIAMONTES:  For the record, I'm showing it to

14:03:04   1    defense counsel.

14:03:13   2            THE WITNESS:  Thank you.

14:03:16   3        BY MS. VIAMONTES:

14:03:21   4    Q.   Now, B.O., have you had an opportunity to look at

14:03:23   5    Government's Exhibit 47 before?

14:03:24   6    A.   Yes.

14:03:30   7    Q.   Okay.  And Government's Exhibit 47, does it contain some

14:03:34   8    messages between you and someone that started communicating with

14:03:34   9    you?

14:03:35  10    A.   Yes.

14:03:39  11    Q.   Okay.  And we're going to go through those in a second.  But

14:03:43  12    does Government's Exhibit 47 accurately contain a conversation

14:03:46  13    that you had with someone via Skype?

14:03:46  14    A.   Yes.

14:03:50  15    Q.   Okay.  Let's talk about --

14:03:51  16            MS. VIAMONTES:  Well Your Honor, at this point the

14:03:54  17    Government moves 47 into evidence.

14:04:05  18            MS. WEISS:  No objection.

14:04:10  19            THE COURT:  Without objection, Government's 47 is

14:04:12  20    admitted in evidence.

14:04:12  21            (Government's Exhibit 47 in evidence)

14:04:15  22            MS. ANTON:  Your Honor, may I pass out the transcripts?

14:04:17  23            THE COURT:  Go ahead.

14:04:18  24            MS. VIAMONTES:  One second, Your Honor.

14:04:21  25            THE COURT:  Yes.  Wait a second.  I'd like one too.

14:04:22  1    Humor me.

14:04:25  2            MS. ANTON:  We made one for you.

14:04:25  3        BY MS. VIAMONTES:

14:04:28  4    Q.  While they're passing those out, B.O., just some background

14:04:34  5    questions.  You do you remember through which application you

14:04:40  6    first got contacted by this person?

14:04:41  7    A.  iMessage.

14:04:44  8    Q.  Okay.  A text message?

14:04:44  9    A.  Yes.

14:04:50  10   Q.  Okay.  Now, you get a text message.  And does the person ask

14:04:53  11   you to go to a different platform or a different application?

14:04:54  12   A.  Yes.

14:04:57  13   Q.  What application does that person ask you to go to?

14:04:57  14   A.  Kik.

14:05:00  15   Q.  Okay.  And did you have a Kik account?

14:05:00  16   A.  No.

14:05:03  17   Q.  Okay.  So were you able to go to Kik?

14:05:04  18   A.  No.

14:05:08  19   Q.  Did you let the person know I don't have a Kik account, I

14:05:09  20   can't go to Kik?

14:05:09  21   A.  Yes.

14:05:15  22   Q.  And then what did the person ask you to do?

14:05:16  23   A.  Asked me if I had Skype.

14:05:20  24   Q.  Okay.  So the person asked you if you have Skype.  And did

14:05:20  25   you have Skype?

14:05:21  1    A.  Yes.

14:05:22  2    Q.  Were you able to go to Skype?

14:05:23  3    A.  Yes.

14:05:26  4    Q.  Okay.  Now, let's talk a little bit about how Skype works.

14:05:33  5    Okay?  For those of you that, you know, aren't too tech savvy

14:05:37  6    and don't use it too much, can you tell us what Skype is, in

14:05:38  7    your words?

14:05:41  8    A.  It's a video chatting application where you can video chat

14:05:46  9    people or you can just like normally call or text them.

14:05:50  10   Q.  Okay.  And when you're using Skype for video chatting,

14:05:56  11   normally can you see that person and the other person see you?

14:05:57  12   A.  Yes.

14:06:01  13   Q.  If you turn your camera on you, they can see you and can you

14:06:04  14   can see them, right?

14:06:04  15   A.  Yes.

14:06:07  16   Q.  While you're video chatting, can you also write something

14:06:08  17   like a text to them?

14:06:09  18   A.  Yes.

14:06:15  19   Q.  All right.  So now back in November of 2017, November 11th,

14:06:18  20   the person asks to you go to Skype, right?

14:06:18  21   A.  Yes.

14:06:19  22   Q.  You went to Skype?

14:06:19  23   A.  Yes.

14:06:24  24   Q.  Okay.  And what was your Skype user name?  Do you remember?

14:06:26  25   A.  Yes.  ******************.

| | | |
|---|---|---|
| 14:06:30 | 1 | Q.  Okay.  So it was the same as your Snapchat? |
| 14:06:30 | 2 | A.  Yes. |
| 14:06:36 | 3 | Q.  *******************?  And we can refer to Exhibit 47.  Do you |
| 14:06:42 | 4 | see on that first page of Exhibit 47 after the person has you go |
| 14:06:48 | 5 | to Skype, that you get a message that says high B.O., I'd like |
| 14:06:50 | 6 | to connect with you on Skype. |
| 14:06:51 | 7 | A.  Yes. |
| 14:06:55 | 8 | Q.  Okay.  And is that like when somebody new is contacting you, |
| 14:06:58 | 9 | that's like the first message you see? |
| 14:06:58 | 10 | A.  Yes. |
| 14:07:03 | 11 | Q.  All right.  And on the left side of the page where it says |
| 14:07:12 | 12 | ******************, are those the messages from you? |
| 14:07:13 | 13 | A.  Yes. |
| 14:07:18 | 14 | Q.  And on the right side of the page when we're looking at it, |
| 14:07:22 | 15 | are those the messages from the person that was talking to you? |
| 14:07:22 | 16 | A.  Yes. |
| 14:07:25 | 17 | Q.  Now, before you went to Skype, do you remember actually |
| 14:07:27 | 18 | texting with this person? |
| 14:07:28 | 19 | A.  Yeah. |
| 14:07:34 | 20 | Q.  And in those text messages, what was the person telling you? |
| 14:07:40 | 21 | A.  To give me a certain code to put in or he won't give me back |
| 14:07:41 | 22 | my Snapchat account. |
| 14:07:45 | 23 | Q.  Okay.  And had this person taken over your Snapchat account? |
| 14:07:46 | 24 | A.  Yes. |
| 14:07:49 | 25 | Q.  Now, did you want your Snapchat account back? |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:07:50 1     A.  Yes.

14:07:51 2     Q.  Why?

14:07:57 3     A.  Because it was the easiest way to contact my friends in the

14:07:57 4     other country.

14:08:01 5     Q.  Okay.  And without that Snapchat account, were you afraid

14:08:04 6     that you would lose contact with some of those friends back in

14:08:04 7     the Philippines?

14:08:05 8     A.  Yes.

14:08:09 9     Q.  Did you have any memories of your time in the Philippines in

14:08:10 10    Snapchat saved?

14:08:11 11    A.  Yes.

14:08:16 12    Q.  And if you didn't have access to Snapchat, would you be able

14:08:17 13    to regain those?

14:08:17 14    A.  No.

14:08:22 15    Q.  Okay.  So had the person locked you out of Snapchat?

14:08:23 16    A.  Yes.

14:08:24 17    Q.  Had they changed your password?

14:08:25 18    A.  Yes.

14:08:26 19    Q.  And did you try to get back in?

14:08:27 20    A.  Yes.

14:08:28 21    Q.  Were you able to?

14:08:29 22    A.  No.

14:08:35 23    Q.  Okay.  So then when you're logged out, you're receiving

14:08:38 24    texts, does the person say that they can give you the Snapchat

14:08:39 25    account back?

14:08:40  1    A.  Yes.

14:08:43  2    Q.  And what would you have to do to get that account back?

14:08:45  3    A.  Send certain photos to him.

14:08:49  4    Q.  And we'll talk a little bit about those pictures.  Okay?

14:08:53  5    What kind of pictures did this person want in order for you to

14:08:55  6    get your Snapchat account back?

14:08:56  7    A.  Body photos.

14:09:01  8    Q.  Okay.  Body photos.  And was the person more specific, like

14:09:02  9    what type of body photos?

14:09:03  10   A.  Yes.

14:09:04  11   Q.  What type of body photos?

14:09:07  12   A.  Like the upper body and lower.

14:09:11  13   Q.  Okay.  And would those be photos with clothes on, regular

14:09:12  14   photos or with clothes off?

14:09:13  15   A.  Clothes off.

14:09:16  16   Q.  Okay.  And did you want to take photos with clothes off?

14:09:17  17   A.  No.

14:09:25  18   Q.  Okay.  So before you go over to Skype, do you send -- as the

14:09:28  19   person is demanding these pictures and you want Snapchat back,

14:09:31  20   do you take any of those pictures that the person is telling you

14:09:31  21   to take?

14:09:33  22   A.  Yes.

14:09:36  23   Q.  Can you describe some of those for me?

14:09:43  24   A.  First is the face, and then he's like take off your shirt,

14:09:46  25   and then send one with your bra on.

14:09:49   1    Q.  Okay.  So the first picture was just your face?

14:09:50   2    A.  Yes.

14:09:53   3    Q.  And when the person asks for just your face.  Did you think

14:09:56   4    okay, that's not that big of a deal, right?

14:09:56   5    A.  Yes.

14:10:01   6    Q.  All right.  Once you send the picture of your face, does he

14:10:03   7    give you your Snapchat account back?

14:10:03   8    A.  No.

14:10:04   9    Q.  What does he do?

14:10:06  10    A.  He asks for more photos.

14:10:10  11    Q.  Okay.  And are the photos now just of your face?

14:10:11  12    A.  No.

14:10:12  13    Q.  How are they?

14:10:15  14    A.  They get worse and worse each time.

14:10:18  15    Q.  Okay.  So each time they get worse and worse?  And now that

14:10:22  16    he has a photo of your face, what's going through your mind?

14:10:29  17    A.  I'm worried because I don't think I'm going to get it back,

14:10:30  18    my Snapchat.

14:10:33  19    Q.  All right.  And at this point, he knows what you look like,

14:10:33  20    right?

14:10:33  21    A.  Yes.

14:10:38  22    Q.  Okay.  So do you comply and take some of the photos that

14:10:39  23    he's demanding?

14:10:40  24    A.  Yeah.

14:10:44  25    Q.  And do you take photos of your upper part, like your chest

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:10:45  1   area?

14:10:45  2   A.  Yes.

14:10:46  3   Q.  Without clothes?

14:10:47  4   A.  Yes.

14:10:56  5   Q.  Okay.  So at some point during that texting, he has you move

14:10:57  6   over to Skype, right?

14:10:58  7   A.  Yes.

14:11:02  8   Q.  Okay.  And do you try to give him excuses as to why you

14:11:03  9   can't send pictures?

14:11:04  10  A.  Yes.

14:11:07  11  Q.  Tell us some of those excuses you remember.

14:11:14  12  A.  I say my mom is at home, my sister can open the door.

14:11:18  13  Q.  Okay.  So you mention your mom's home, you mention your

14:11:26  14  sister can walk in on you now.  But he still doesn't give you

14:11:28  15  your Skype account back, right?

14:11:28  16  A.  My Snapchat.

14:11:31  17  Q.  I'm sorry, Snapchat.  Thank you for correcting me.  So you

14:11:33  18  do go over to Skype, right?

14:11:33  19  A.  Yes.

14:11:36  20  Q.  Now, let's talk about those Skype messages.  Okay?

14:11:36  21  A.  Okay.

14:11:42  22  Q.  So on the first page you write at the top, do you write "is

14:11:43  23  this you"?

14:11:43  24  A.  Yes.

14:11:48  25  Q.  Okay.  And when you write this is you, a person -- does a

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:11:54  1    person with the name swainmarc or Marcus Swain say "yes, I'm

14:11:56  2    going to call now"?

14:11:56  3    A.   Yes.

14:12:00  4    Q.   Okay.  So let's talk for a minute about that.  You're first

14:12:02  5    texting, right?

14:12:02  6    A.   Yes.

14:12:06  7    Q.   And when the person says "I'm going to call now", is that

14:12:07  8    like initiating a video call?

14:12:08  9    A.   Yes.

14:12:11  10   Q.   Kind of like how we initiated a video call here during this

14:12:12  11   proceeding with the courtroom?

14:12:13  12   A.   Yes.

14:12:18  13   Q.   Okay.  "Now yes, I'm going to call now", and you write "K".

14:12:19  14   A.   Yes.

14:12:20  15   Q.   "K" means okay?

14:12:20  16   A.   Yes.

14:12:22  17   Q.   All right.  And do you then get a call?

14:12:23  18   A.   Yes.

14:12:25  19   Q.   And do you answer it?

14:12:26  20   A.   Yes.

14:12:31  21   Q.   Now, after you answer it, does the person say "turn on your

14:12:31  22   cam"?

14:12:31  23   A.   Yes.

14:12:34  24   Q.   And "cam", is that short for camera?

14:12:34  25   A.   Yes.

14:12:41   1    Q.  All right.  Now, after the person says "turn on your cam",

14:12:49   2    do you write "I can't.  After the last shot, my phone dropped,

14:12:54   3    my phone dropped, it slightly got damaged and it's really

14:12:55   4    foggy".

14:12:56   5    A.  Yes.

14:12:59   6    Q.  Okay.  Now, had you really dropped your phone and messed up

14:13:00   7    the camera?

14:13:00   8    A.  No.

14:13:02   9    Q.  Why did you say that?

14:13:04   10   A.  So I don't have to turn on my camera.

14:13:07   11   Q.  Okay.  Well, did he say oh, okay, no problem, don't turn on

14:13:07   12   your camera?

14:13:08   13   A.  No.

14:13:12   14   Q.  No.  And you then say and it's messed up, right?

14:13:13   15   A.  Yes.

14:13:23   16   Q.  Okay.  Now, does he then say "yes you can, don't play or

14:13:26   17   I'll post on story".

14:13:27   18   A.  Yes.

14:13:32   19   Q.  Okay.  "Show yourself.  Smile, now take off shirt."  Do you

14:13:33   20   see that?

14:13:33   21   A.  Yes.

14:13:39   22   Q.  Okay.  At this point, do you start obeying those commands

14:13:40   23   and turn on the camera?

14:13:41   24   A.  Yes.

14:13:49   25   Q.  Okay.  When this person, Marcus Swain, the user Marcus Swain

14:13:54 1    says "yes you can, don't play or I'll post on your story", what

14:13:56 2    is he threatening to post?

14:13:58 3    A.  The pictures I sent earlier.

14:14:00 4    Q.  Okay.  The pictures you had already sent?

14:14:00 5    A.  Yes.

14:14:03 6    Q.  And when he says "your story", what does that mean by your

14:14:04 7    story?

14:14:08 8    A.  On Snapchat you can post on your story and it shows everyone

14:14:12 9    that's added like that you added that.

14:14:17 10   Q.  So let's say you and I were friends on Snapchat, right, and

14:14:22 11   we took a picture together in Disney World.  Okay?  Can I post

14:14:26 12   it on your story for all your friends to see?

14:14:29 13   A.  If you have my account user name and password.

14:14:32 14   Q.  Okay.  I see.  Or you could post it on your own account,

14:14:33 15   right?

14:14:33 16   A.  Yes.

14:14:37 17   Q.  So because he had access and control of your account, he

14:14:40 18   could post on your story as if it were you?

14:14:40 19   A.  Yes.

14:14:44 20   Q.  And if he had done that, if he had posted your naked picture

14:14:48 21   on your story, would all your friends on Snapchat see that?

14:14:49 22   A.  Yes.

14:14:52 23   Q.  Would your friends back home see that in the Philippines?

14:14:53 24   A.  Yes.

14:14:55 25   Q.  Do you have any family members here on Snapchat?

```
14:14:56   1    A.  No.

14:14:58   2    Q.  Would your friends here in school see that?

14:14:58   3    A.  Yes.

14:15:00   4    Q.  And did you want that to happen?

14:15:01   5    A.  No.

14:15:01   6    Q.  Why not?

14:15:06   7    A.  Because I would, like, think they would think of me

14:15:07   8    differently.

14:15:10   9    Q.  They would think of you differently?

14:15:10   10   A.  Yes.

14:15:12   11   Q.  They would think bad things of you?

14:15:13   12   A.  Yeah.

14:15:15   13   Q.  And you don't want that to happen, right?

14:15:16   14   A.  No.

14:15:20   15   Q.  Okay.  So because you didn't want that to happen, what did

14:15:20   16   you do?

14:15:23   17   A.  I did what he said.

14:15:26   18   Q.  Okay.  Were you hoping that he would keep his end of the

14:15:26   19   bargain?

14:15:27   20   A.  Yes.

14:15:29   21   Q.  Were you hoping at this point that you were going to get

14:15:31   22   your Snapchat back?

14:15:32   23   A.  Yes.

14:15:40   24   Q.  All right.  So let's continue on a little further.  At 11 --

14:15:46   25   on November 11, 2017, on the right side of the page, the text
```

14:15:53   1   where it says the time is 12:23:26 p.m., does the person write

14:15:57   2   to you "now pull down your bra and show me nipple".

14:15:57   3   A.   Yes.

14:16:02   4   Q.   And does he then say "do it for longer, I want a good look".

14:16:02   5   A.   Yes.

14:16:06   6   Q.   And as he's writing this, are you video chatting live with

14:16:06   7   him?

14:16:07   8   A.   Yes.

14:16:15   9   Q.   Okay.  Does he then say "okay, now take off your tops", does

14:16:16  10   he say that?

14:16:16  11   A.   Yes.

14:16:17  12   Q.   And do you comply?

14:16:19  13   A.   Not at first.

14:16:22  14   Q.   Not at first.  Okay.  Let's talk about that.  Do you

14:16:25  15   remember having more than one shirt on?

14:16:26  16   A.   No.

14:16:28  17   Q.   Or more than one article on?

14:16:28  18   A.   Yes.

14:16:32  19   Q.   Okay.  So you have more than one article on.  Do you take

14:16:34  20   them all off initially?

14:16:34  21   A.   Yes.

14:16:40  22   Q.   Okay.  And then does he ask you "where are you"?

14:16:40  23   A.   Yes.

14:16:47  24   Q.   He says "I can't hear you if you're talking".  And what do

14:16:47  25   you respond?

14:16:50  1   A.  At my house.

14:16:54  2   Q.  Okay.  Do you see that he then tells you "stop ending call".

14:16:55  3   A.  Yes.

14:16:57  4   Q.  Do you know why he said "stop ending call"?

14:16:59  5   A.  Because I kept ending the call.

14:17:02  6   Q.  Okay.  And on your end you could like hang up the call?

14:17:03  7   A.  Yes.

14:17:07  8   Q.  All right.  Now he said "stop ending call" and then sends

14:17:10  9   you another one "turn on cam"; is that right?

14:17:11 10   A.  Yes.

14:17:15 11   Q.  Okay.  Do you comply and turn on your camera?

14:17:15 12   A.  Yes.

14:17:22 13   Q.  Okay.  He then said okay, "take off tops".  Is that correct?

14:17:23 14   A.  Yes.

14:17:28 15   Q.  And does he then say "and do it on the cam so I can see"?

14:17:29 16   A.  Yes.

14:17:33 17   Q.  Okay.  When he orders you to do that, what do you do?

14:17:38 18   A.  At first I'm always off the camera so he doesn't see me

14:17:42 19   fully.  And then I do it, but I only send like the frame for

14:17:45 20   like a second.  Then I move away.

14:17:49 21   Q.  And as he's telling you to stay in the camera and take it

14:17:51 22   off, do you tell him then it's off?

14:17:52 23   A.  Yes.

14:17:54 24   Q.  Do you remember where you were when this was happening?

14:17:55 25   A.  The bathroom.

14:17:59   1   Q.  Okay.  Does some of it take place in your bedroom and some
14:18:01   2   in the bathroom?
14:18:02   3   A.  Yes.
14:18:04   4   Q.  And at some point do you move over to the bathroom?
14:18:05   5   A.  Yes.
14:18:09   6   Q.  Okay.  Now, is that in the same house that you live in
14:18:10   7   today?
14:18:11   8   A.  Yes.
14:18:13   9   Q.  So it would be the same bedroom that you still use?
14:18:14   10  A.  Yes.
14:18:15   11  Q.  And same bathroom that you still use?
14:18:16   12  A.  Yes.
14:18:20   13  Q.  Okay.  Now, after you say "it's off", does the person tell
14:18:24   14  you "all of them, other shirt and bra as well".
14:18:24   15  A.  Yes.
14:18:28   16  Q.  Okay.  And then after that does he say "and bra".
14:18:28   17  A.  Yes.
14:18:36   18  Q.  Okay.  Are you being reluctant to do this?
14:18:39   19  A.  What does --
14:18:44   20  Q.  I can't see -- are you being hesitant to do this?
14:18:46   21  A.  Yes.
14:18:55   22  Q.  Okay.  Now, does the person then tell you "put it all the
14:18:56   23  way down".
14:18:57   24  A.  Yes.
14:19:08   25  Q.  All right.  Now, let's take a little bit of a break from the

14:19:09  1   chats and we'll get back to them.  Okay?

14:19:10  2   A.  Okay.

14:19:16  3   Q.  Now, as the person that's video chatting you, do you at any

14:19:23  4   time notice the person taking screen captures of what's

14:19:23  5   happening?

14:19:25  6   A.  Not on Skype.

14:19:33  7   Q.  Okay.  On Skype can you tell if somebody is taking screen

14:19:33  8   captures?

14:19:34  9   A.  No.

14:19:39  10  Q.  Okay.  You don't see the screen captures, but you had sent

14:19:41  11  some pictures at the beginning, right?

14:19:41  12  A.  Yes.

14:19:46  13  Q.  Okay.  B.O., at the beginning when we talked about where you

14:19:49  14  live, you mentioned in Broward County?

14:19:49  15  A.  Yes.

14:19:54  16  Q.  Okay.  And that's a little bit north of this courthouse,

14:19:54  17  right?

14:19:55  18  A.  Yes.

14:20:00  19  Q.  Okay.  In South Florida, correct?

14:20:01  20  A.  Yes.

14:20:05  21  Q.  All right.  Now, have you had an opportunity to look at some

14:20:07  22  pictures that were recovered?

14:20:07  23  A.  Yes.

14:20:10  24       MS. VIAMONTES:  Okay.  Now, for the record Your Honor,

14:20:12  25  I'll be showing opposing counsel what's been premarked for

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

14:20:18  1    identification as Government's 46 A through M.

14:20:22  2            THE COURT:  46 A through M.

14:20:22  3        BY MS. VIAMONTES:

14:20:30  4    Q.  Now B.O., I'm handing you what's been premarked as

14:20:34  5    Government's Exhibits 46 A through M.  If you could just quickly

14:20:40  6    thumb through that and let me know if you recognize them.

14:20:52  7    A.  Yes.

14:20:53  8    Q.  Do you recognize them?

14:20:54  9    A.  Yes.

14:20:55  10   Q.  What are they?

14:20:57  11   A.  The pictures he told me to send.

14:21:03  12   Q.  Okay.  Do you see up top on some of these it says "Skype"?

14:21:03  13   A.  Yes.

14:21:06  14   Q.  Okay.  So the ones that say "Skype", do those appear to be

14:21:08  15   screen captures during your video chat?

14:21:09  16   A.  Yes.

14:21:17  17   Q.  Okay.  And do 46 A through M accurately show what was

14:21:21  18   happening at times during that video chatting session with

14:21:22  19   Marcus Swain?

14:21:23  20   A.  Yes.

14:21:24  21           MS. VIAMONTES:  Your Honor, at this time the Government

14:21:29  22   moves 46 A through M into evidence.

14:21:31  23           MS. WEISS:  No objection.

14:21:33  24           THE COURT:  Without objection, 46 A through M are in

14:21:33  25   evidence.

| | | |
|---|---|---|
| 14:21:33 | 1 | (Government's Exhibits 46 A-M in evidence) |
| 14:21:35 | 2 | THE COURT:  I'm sorry.  What else was that? |
| 14:21:37 | 3 | MS. VIAMONTES:  That's all, Your Honor.  A through M. |
| 14:21:40 | 4 | THE COURT:  You know what, I was hearing and echo of my |
| 14:21:41 | 5 | own voice.  Sorry about that. |
| 14:21:42 | 6 | MS. VIAMONTES:  No worries. |
| 14:21:42 | 7 | BY MS. VIAMONTES: |
| 14:21:45 | 8 | Q.  Now, back to the -- |
| 14:21:49 | 9 | THE COURT:  I was wondering who that man was.  I might |
| 14:21:50 | 10 | hold him in contempt. |
| 14:21:50 | 11 | BY MS. VIAMONTES: |
| 14:21:57 | 12 | Q.  Back to the text messages B.O., we are now at the timestamp |
| 14:22:09 | 13 | of about 12:27 and 36 seconds p.m. on November 11th, okay? |
| 14:22:10 | 14 | A.  Okay. |
| 14:22:15 | 15 | Q.  And does the person write to you "I meant pull the bra down |
| 14:22:20 | 16 | straps and all.  Nice tits, what's your bra size". |
| 14:22:20 | 17 | A.  Yes. |
| 14:22:23 | 18 | Q.  And what do you respond to that? |
| 14:22:23 | 19 | A.  "I don't know". |
| 14:22:25 | 20 | Q.  IDK, right?  I don't know? |
| 14:22:26 | 21 | A.  Yes. |
| 14:22:27 | 22 | Q.  You were 12 years old, right? |
| 14:22:28 | 23 | A.  Yes. |
| 14:22:31 | 24 | Q.  Did you even know what your bra size was? |
| 14:22:31 | 25 | A.  No. |

| | | |
|---|---|---|
| 14:22:33 | 1 | Q.  Your mom buys those for you? |
| 14:22:34 | 2 | A.  Yes. |
| 14:22:40 | 3 | Q.  Okay.  Now, then he says "okay, now take off your panties". |
| 14:22:42 | 4 | Is that what you says? |
| 14:22:42 | 5 | A.  Yes. |
| 14:22:46 | 6 | Q.  And does he then say "is someone going to walk in on you"? |
| 14:22:46 | 7 | A.  Yes. |
| 14:22:48 | 8 | Q.  What do you tell him? |
| 14:22:49 | 9 | A.  "Yeah". |
| 14:22:54 | 10 | Q.  And when you say yeah, somebody's going to walk in on you, |
| 14:22:56 | 11 | were you hoping it would end there? |
| 14:22:57 | 12 | A.  Yes. |
| 14:22:58 | 13 | Q.  Okay.  And did it? |
| 14:22:59 | 14 | A.  No. |
| 14:23:02 | 15 | Q.  When you tell him yeah, that someone can walk in on you, |
| 14:23:04 | 16 | what does he tell you to do? |
| 14:23:08 | 17 | A.  "Go to bathroom and lock door". |
| 14:23:10 | 18 | Q.  And do you follow those instructions? |
| 14:23:10 | 19 | A.  Yes. |
| 14:23:16 | 20 | Q.  Okay.  Now, turn to the next page at the very top.  Do you |
| 14:23:17 | 21 | see where you say "I'm in"? |
| 14:23:18 | 22 | A.  Yes. |
| 14:23:19 | 23 | Q.  And what does that mean? |
| 14:23:20 | 24 | A.  I'm in the bathroom. |
| 14:23:25 | 25 | Q.  Okay.  And does the video chatting then continue from the |

14:23:25  1    bathroom?

14:23:25  2    A.   Yes.

14:23:29  3    Q.   After you tell him "I'm in", what else did he say to you?

14:23:32  4    A.   "Locked" with a question mark.

14:23:34  5    Q.   "Locked" with a question mark, right?  Like is the door

14:23:35  6    locked?

14:23:35  7    A.   Yes.

14:23:36  8    Q.   And what do you say?

14:23:38  9    A.   "Yeah".

14:23:40  10   Q.   Now, after you say yeah, do you see where he tells you

14:23:45  11   "okay, sit down -- sit down phone where your whole body will be

14:23:46  12   visible".

14:23:46  13   A.   Yes.

14:23:50  14   Q.   "And slowly take off all your clothes and throw them on the

14:23:51  15   floor".  Do you see that?

14:23:52  16   A.   Yes.

14:23:57  17   Q.   When he tells you to take off all your clothes and throw

14:23:59  18   them on the floor, what do you respond?

14:24:00  19   A.   "All".

14:24:03  20   Q.   "All", was that like a statement or a question?

14:24:04  21   A.   A question.

14:24:07  22   Q.   Okay.  Did you want to take all your clothes off in front of

14:24:08  23   that camera?

14:24:09  24   A.   No.

14:24:13  25   Q.   Okay.  Now, after you ask "all", does he respond "every

14:24:18  1   single thing you're wearing take it off, I can't see anything".

14:24:19  2   Do you see that?

14:24:20  3   A.  Yes.

14:24:25  4   Q.  All right.  And after he says that, do you ask him -- are

14:24:27  5   you trying to negotiate something?  What do you ask at the end?

14:24:31  6   A.  I say "can it just be the shirt".

14:24:33  7   Q.  And does he let you just take off the shirt?

14:24:34  8   A.  No.

14:24:35  9   Q.  What does he respond?

14:24:39  10  A.  "Everything you're wearing has to be taken off".

14:24:45  11  Q.   Okay.  So after he tells you "everything you're wearing has

14:24:50  12  to be taken off", does he say and "stip", but does it mean "stop

14:24:54  13  blocking cam, I want to see you"?

14:24:54  14  A.  Yes.

14:24:56  15  Q.  And does he say "do it in front of the cam"?

14:24:57  16  A.  Yes.

14:24:58  17  Q.  And do you do it in front of the camera?

14:24:59  18  A.  Yes.

14:25:03  19  Q.  And some of these pictures that we've just moved into

14:25:06  20  evidence, does it show portions of that, of you in front of the

14:25:06  21  camera?

14:25:07  22  A.  Yes.

14:25:09  23  Q.  And does it show you naked in front of the camera?

14:25:10  24  A.  Yes.

14:25:16  25  Q.  Okay.  Does he -- after you say "done", does he then say "I

| | | |
|---|---|---|
| 14:25:21 | 1 | said do it in front of the cam", for camera, and "take off |
| 14:25:26 | 2 | everything.  Bra, pants, panties, off, don't cover up, get the |
| 14:25:28 | 3 | shirt out of the way"? |
| 14:25:28 | 4 | A.  Yes. |
| 14:25:34 | 5 | Q.  Okay.  Why is it that he says get the shirt out of the way? |
| 14:25:37 | 6 | A.  Because I was trying to block myself so he wouldn't see. |
| 14:25:41 | 7 | Q.  Okay.  All right.  So at this point now you've done some of |
| 14:25:42 | 8 | what he said, right? |
| 14:25:43 | 9 | A.  Yes. |
| 14:25:46 | 10 | Q.  Does he give you your Snapchat account back yet? |
| 14:25:46 | 11 | A.  No. |
| 14:25:57 | 12 | Q.  Okay.  And if we turn to the next page at 12:33 and 34 |
| 14:26:02 | 13 | seconds p.m. still on November 11th, what do you ask him? |
| 14:26:08 | 14 | A.  I say "K.  Hold on.  If I do it, delete all the photos you |
| 14:26:10 | 15 | got of me". |
| 14:26:12 | 16 | Q.  Why did you ask him that? |
| 14:26:17 | 17 | A.  Because I didn't want him to have all the photos of me in |
| 14:26:19 | 18 | his camera roll. |
| 14:26:20 | 19 | Q.  What were you afraid of? |
| 14:26:22 | 20 | A.  He would post them or show someone else. |
| 14:26:30 | 21 | Q.  Okay.  And does he promise you -- does he say "I'm going to |
| 14:26:31 | 22 | now, stop fighting me"? |
| 14:26:31 | 23 | A.  Yes. |
| 14:26:34 | 24 | Q.  And do you think at this point were you thinking that he |
| 14:26:35 | 25 | would delete those pictures? |

14:26:40   1   A.  I had like a feeling that he would, but I don't like --

14:26:41   2   mentally I didn't think he would.

14:26:42   3   Q.  You were hoping he would?

14:26:42   4   A.  Yeah.

14:26:44   5   Q.  And you're only 12, right?

14:26:45   6   A.  Yes.

14:26:50   7   Q.  What do you ask him after he said "stop fighting me"?

14:26:53   8   A.  "Can I see please, I really have to go, I have gym".

14:26:57   9   Q.  What do you mean by that, "I have gym"?

14:26:58   10  A.  I do gymnastics.

14:27:01   11  Q.  Okay.  So did you really have gymnastics that day?

14:27:02   12  A.  Yes.

14:27:06   13  Q.  Pardon me.  And after you tell him I need to go I have

14:27:10   14  gymnastics, do you then ask him to delete them again?

14:27:10   15  A.  Yes.

14:27:11   16  Q.  What do you say?

14:27:13   17  A.  "Delete them please".

14:27:18   18  Q.  When you're telling him I need to go, delete them, that's at

14:27:24   19  12:34 and 19 seconds p.m., right?  And does he respond like

14:27:27   20  within less than 10 seconds?

14:27:28   21  A.  Yes.

14:27:30   22  Q.  What's his response?

14:27:31   23  A.  "You're not done".

14:27:37   24  Q.  Okay.  He tells you you're not done, and do you ask him to

14:27:42   25  delete them again?

| | | |
|---|---|---|
| 14:27:42 | 1 | A.  Yes. |
| 14:27:46 | 2 | Q.  Okay.  After you ask him to delete them, what does he then |
| 14:27:47 | 3 | demand of you? |
| 14:27:50 | 4 | A.  "Take off everything in front of cam, I want to see you |
| 14:27:52 | 5 | fully nude". |
| 14:27:54 | 6 | Q.  What do you say to try to get out of this? |
| 14:27:58 | 7 | A.  I say "my sister can open the door when it's locked". |
| 14:28:00 | 8 | Q.  Okay.  Is that true? |
| 14:28:01 | 9 | A.  Yes. |
| 14:28:05 | 10 | Q.  Okay.  And you tell him my sister can open the door when |
| 14:28:09 | 11 | it's locked, what does he respond? |
| 14:28:17 | 12 | A.  "It'll be fast, just hurry up". |
| 14:28:19 | 13 | Q.  Do you continue to plead with him to delete them? |
| 14:28:20 | 14 | A.  Yes. |
| 14:28:23 | 15 | Q.  Okay.  And does he even acknowledge that request on your |
| 14:28:25 | 16 | part? |
| 14:28:25 | 17 | A.  No. |
| 14:28:26 | 18 | Q.  What does he respond with? |
| 14:28:27 | 19 | A.  He says "do it now". |
| 14:28:35 | 20 | Q.  Okay.  At this point, are you starting to doubt more that |
| 14:28:36 | 21 | he's going to delete them? |
| 14:28:37 | 22 | A.  Yes. |
| 14:28:44 | 23 | Q.  Okay.  And at 12:35 p.m. with 31 seconds, do you say "I'll |
| 14:28:46 | 24 | do it if you delete them"? |
| 14:28:46 | 25 | A.  Yes. |

14:28:50  1    Q.  Okay.  And what does he respond with?

14:28:54  2    A.  "You'll do it or I'll put on story so everyone can see".

14:28:58  3    Q.  Okay.  Does that scare you when he says he'll put it on your

14:29:00  4    story for everyone to see?

14:29:00  5    A.  Yes.

14:29:02  6    Q.  And what do you tell him in response?

14:29:05  7    A.  "No, no".

14:29:05  8    Q.  What else?

14:29:08  9    A.  "Delete and I'll do it, I promise.  When I promise

14:29:10  10   something, I promise.  I never break one".

14:29:15  11   Q.  Okay.  So after you ask him again to delete them and that

14:29:21  12   you'll hold up your end of the bargain, does he then say "then

14:29:23  13   do it RN".  Does RN stand for?  Right now?

14:29:24  14   A.  Yes.

14:29:30  15   Q.  "Right now out, your whole body in front of the camera fully

14:29:31  16   nude".

14:29:32  17   A.  Yes.

14:29:34  18   Q.  Does he say "hey, do it longer"?

14:29:34  19   A.  Yes.

14:29:41  20   Q.  Okay.  When he's saying "do it longer", were you trying

14:29:44  21   still to do something to block or obscure the camera?

14:29:47  22   A.  No, I just jumped into like the frame and then I jumped

14:29:48  23   right out.

14:29:54  24   Q.  Okay.  And then on the top of the next page, still November

14:30:00  25   11, 2017 at 12:37 p.m. with eight seconds, does he then tell you

14:30:04   1    "don't hold the pants on front of you".

14:30:06   2    A.  Yes.

14:30:10   3    Q.  Okay.  Does he then later tell you "I'm not playing, stand

14:30:13   4    in front of the camera fully nude for five seconds.  Don't hold

14:30:16   5    anything in front of you".

14:30:17   6    A.  Yes.

14:30:18   7    Q.  What do you tell him?

14:30:21   8    A.  "I did it probably lagging".

14:30:26   9    Q.  Okay.  By "probably lagging", what does that mean?

14:30:28  10    A.  Like it's breaking up a little.

14:30:33  11    Q.  Okay.  So these video chats go over the Wi-Fi and the

14:30:34  12    internet, right?

14:30:35  13    A.  Yes.

14:30:38  14    Q.  And sometimes there's like a delay because of the internet?

14:30:38  15    A.  Yes.

14:30:40  16    Q.  Is that what you're talking about?

14:30:40  17    A.  Yes.

14:30:43  18    Q.  Okay.  Were you trying to follow his demands?

14:30:44  19    A.  Yes.

14:30:47  20    Q.  Okay.  And why were you doing that?

14:30:49  21    A.  So I can get my Snapchat.

14:30:54  22    Q.  Okay.  So he says "do it again right now, five seconds".  Do

14:30:55  23    you see that?

14:30:56  24    A.  Yes.

14:30:59  25    Q.  Okay.  Do you remember him saying that to you through text?

```
14:30:59   1    A.  Yes.

14:31:03   2    Q.  Okay.  And then does he tell you then "count to five"?

14:31:04   3    A.  Yes.

14:31:08   4    Q.  Okay.  And what do you respond?

14:31:09   5    A.  I did.

14:31:16   6    Q.  I did?  Okay.  After you say "I did", does he say "okay,

14:31:18   7    you're pissing me off.  Get in front of the camera fully nude

14:31:21   8    and stay there until I say you're done.  Now in front of the

14:31:30   9    camera, now in front of cam, spread your legs so that the cam is

14:31:31   10   in between your legs".  Do you remember that?

14:31:33   11   A.  Yes.

14:31:39   12   Q.  And is he telling you how to pose for the camera?

14:31:39   13   A.  Yes.

14:31:41   14   Q.  And do you do what he's telling you to do?

14:31:41   15   A.  No.

14:31:47   16   Q.  Okay.  What else did he tell you after that?

14:31:48   17   A.  Sorry?

14:31:53   18   Q.  Oh, so after that, does he say "spread it" says "four legs

14:31:58   19   and aim camera at vagina".  Do you remember that?

14:31:59   20   A.  Yes.

14:32:03   21   Q.  When he tells you that, to aim the camera at your vagina,

14:32:06   22   what do you respond with?

14:32:12   23   A.  I said "hold on, you said you will delete them".  So...

14:32:17   24   Q.  Do you comply with those demands to show parts of your body?

14:32:18   25   A.  No.
```

14:32:26   1    Q.  Okay.  Does he then tell you "do what I say before I post on

14:32:26   2    your story"?

14:32:27   3    A.  Yes.

14:32:30   4    Q.  Does he tell you "without panties"?

14:32:31   5    A.  Yes.

14:32:34   6    Q.  Okay.  What does he ask you next?

14:32:36   7    A.  "You crying"?

14:32:38   8    Q.  Okay.  And what do you tell him?

14:32:42   9    A.  "I'm about to, I was my Snapchat back".

14:32:44   10   Q.  Okay.  "I was".  Do you mean "you want"?

14:32:45   11   A.  Yes.

14:32:48   12   Q.  Okay.  Were you crying at this point?

14:32:49   13   A.  Yes.

14:32:52   14   Q.  Okay.  And that's why he's asking you are you crying?

14:32:53   15   A.  Yes.

14:32:54   16   Q.  Because it's on video, right?

14:32:55   17   A.  Yes.

14:32:56   18   Q.  And is it obvious that you're crying?

14:32:58   19   A.  Yes.

14:33:05   20   Q.  After that do you end your communication with him?

14:33:06   21   A.  Yes.

14:33:13   22   Q.  Do you see there after you end your communications with him,

14:33:15   23   there's messages get back on Snapchat?

14:33:16   24   A.  Yes.

14:33:20   25   Q.  Okay.  And do you see another message where it says "hi"

14:33:22  1   with your name, I'd like to connect with you on Skype?

14:33:23  2   A.  Yes.

14:33:24  3   Q.  Did you ever answer that call?

14:33:25  4   A.  No.

14:33:39  5   Q.  Okay.  Now, did that end your contact or your communications

14:33:43  6   with that person that was forcing you to do this live video chat

14:33:45  7   and send him feeds on November 11, 2017?

14:33:46  8   A.  Yes.

14:33:48  9   Q.  Did you ever get your Snapchat back?

14:33:49  10  A.  No.

14:33:56  11  Q.  Now, did you ever tell your parents about this?

14:33:57  12  A.  No.

14:33:57  13  Q.  Why not?

14:34:02  14  A.  Because I didn't want them to freak out and get mad at me.

14:34:08  15  Q.  Okay.  But eventually did the police come and talk to your

14:34:08  16  parents?

14:34:09  17  A.  Yes.

14:34:12  18  Q.  Okay.  In reference to this investigation, this case?

14:34:13  19  A.  Yes.

14:34:16  20  Q.  And you were able to meet with police officers?

14:34:17  21  A.  Yes.

14:34:20  22  Q.  Right?  And you were able to meet with me as well before?

14:34:20  23  A.  Yes.

14:34:29  24  Q.  Okay.  Did it feel good for police to come and get this out

14:34:30  25  in the open?

14:34:30   1    A.  Yes.

14:34:32   2    Q.  Okay.

14:34:37   3         MS. VIAMONTES:  No further questions.  I tender the

14:34:38   4    witness.

14:34:42   5         THE COURT:  Cross-examination.

14:34:42   6                        CROSS-EXAMINATION

14:34:42   7      BY MS. WEISS:

14:34:45   8    Q.  Hi.  My name is Clea and I just want to start by asking a

14:34:48   9    couple questions about what happened when your Snapchat account

14:34:50   10   was first taken over.  Okay?

14:34:52   11        THE COURT:  You might have to speak up.  Speak up a

14:34:57   12   little bit.  The attorney I mean.

14:34:58   13        MS. WEISS:  I'll move a little closer.

14:35:01   14        THE COURT:  That's fine.

14:35:04   15     BY MS. WEISS:

14:35:13   16   Q.  You first noticed that you couldn't login to your Snapchat

14:35:14   17   account, right?

14:35:14   18   A.  Yes.

14:35:17   19   Q.  And you figured that your account had been hacked?

14:35:19   20   A.  Yes.

14:35:23   21   Q.  And did you reach out to your friends to tell them what was

14:35:23   22   happening?

14:35:24   23   A.  Yes.

14:35:29   24   Q.  And you did that because you didn't want someone to use your

14:35:31   25   account to contact your friends and then hack their accounts,

14:35:32   1    right?

14:35:32   2    A.   Yes.

14:35:35   3    Q.   And you knew that that was a possibility?

14:35:35   4    A.   Yes.

14:35:37   5    Q.   So you used text messages?

14:35:38   6    A.   Yes.

14:35:39   7    Q.   To reach out to people?

14:35:39   8    A.   Yes.

14:35:42   9    Q.   And would you say it was more than 20 people that you talked

14:35:42   10   to?

14:35:43   11   A.   No.

14:35:44   12   Q.   No?

14:35:45   13   A.   It was less.

14:35:48   14   Q.   It was less?  Okay.  And you also on an app called

14:35:49   15   Houseparty?

14:35:50   16   A.   Yes.

14:35:51   17   Q.   Can you explain what that app is?

14:35:56   18   A.   Houseparty is similar to Skype but you get to like video

14:35:57   19   chat more people.

14:36:00   20   Q.   So you were video chatting with some of your friends?

14:36:01   21   A.   Yes.

14:36:04   22   Q.   Telling them hey, my Snapchat just got hacked?

14:36:04   23   A.   Yes.

14:36:06   24   Q.   Like don't respond to any messages that come?

14:36:10   25   A.   Yes.  I told everyone to block them and spread the word like

| | | |
|---|---|---|
| 14:36:11 | 1 | to block me. |
| 14:36:13 | 2 | Q.  And to spread the word to other people at school? |
| 14:36:14 | 3 | A.  Yes. |
| 14:36:15 | 4 | Q.  Other friends? |
| 14:36:15 | 5 | A.  Yes. |
| 14:36:18 | 6 | Q.  Because you wanted everyone to know that you weren't in |
| 14:36:19 | 7 | control of your account. |
| 14:36:20 | 8 | A.  Yes. |
| 14:36:21 | 9 | Q.  And to protect them. |
| 14:36:22 | 10 | A.  Yes. |
| 14:36:26 | 11 | Q.  Right.  And you did this before anything happened on Skype, |
| 14:36:27 | 12 | right? |
| 14:36:27 | 13 | A.  Yes. |
| 14:36:34 | 14 | Q.  Okay.  So you asked them to spread the word and to block |
| 14:36:38 | 15 | your account and you also -- did you contact Snapchat to tell |
| 14:36:40 | 16 | them what was happening? |
| 14:36:40 | 17 | A.  Yes. |
| 14:36:43 | 18 | Q.  So you filed like a complaint with Snapchat? |
| 14:36:43 | 19 | A.  Yes. |
| 14:36:48 | 20 | Q.  And your original account was taken over.  Did you create a |
| 14:36:49 | 21 | new Snapchat account in the meantime? |
| 14:36:49 | 22 | A.  Yes. |
| 14:36:54 | 23 | Q.  Okay.  But your original account was really important to |
| 14:36:54 | 24 | you. |
| 14:36:54 | 25 | A.  Yes. |

14:36:55   1    Q.  You had photos in there?

14:36:56   2    A.  Yes.

14:36:56   3    Q.  Memories?

14:36:57   4    A.  Yeah.

14:37:00   5    Q.  And like your friends who were back in the Philippines,

14:37:01   6    right?

14:37:01   7    A.  Yes.

14:37:04   8    Q.  And it would have been real hard to, like, spread the word

14:37:07   9    through Instagram or text messages and to reach your friends in

14:37:08   10   the Philippines?

14:37:08   11   A.  Yes.

14:37:10   12   Q.  Like it might have taken you a long time you think?

14:37:11   13   A.  Yes.

14:37:13   14   Q.  To get everybody's contact information?

14:37:14   15   A.  Yes.

14:37:16   16   Q.  So that's one of the reasons why having your Snapchat is

14:37:17   17   important?

14:37:17   18   A.  Yes.

14:37:20   19   Q.  Because it would have been hard to contact people?

14:37:21   20   A.  Yeah.

14:37:25   21   Q.  So eventually you got on Skype and you followed the

14:37:27   22   instructions that the person on Skype gave you?

14:37:29   23   A.  Yes.

14:37:31   24   Q.  And you did that because you were scared that you would

14:37:32   25   never get the account back?

| | | |
|---|---|---|
| 14:37:33 | 1 | A.  Yes. |
| 14:37:37 | 2 | Q.  And you never did get the account back? |
| 14:37:39 | 3 | A.  Yeah, I never got it back. |
| 14:37:41 | 4 | Q.  But you had just ignored that person who was trying to |
| 14:37:42 | 5 | contact you? |
| 14:37:42 | 6 | A.  Yes. |
| 14:37:45 | 7 | Q.  And then they stopped trying to contact you? |
| 14:37:46 | 8 | A.  Yes. |
| 14:37:56 | 9 | Q.  And you didn't tell the police what happened? |
| 14:37:56 | 10 | A.  No. |
| 14:37:58 | 11 | Q.  You didn't tell your parents what happened? |
| 14:37:59 | 12 | A.  No. |
| 14:38:02 | 13 | Q.  Did you take any screenshots on your phone to document what |
| 14:38:02 | 14 | happened? |
| 14:38:03 | 15 | A.  No. |
| 14:38:05 | 16 | Q.  No.  Because you were scared, right? |
| 14:38:06 | 17 | A.  Yes. |
| 14:38:09 | 18 | Q.  When you're scared, you don't really think straight? |
| 14:38:10 | 19 | A.  Yeah. |
| 14:38:12 | 20 | Q.  So you didn't think to document who you were talking to at |
| 14:38:12 | 21 | the time? |
| 14:38:14 | 22 | A.  No. |
| 14:38:26 | 23 | MS. WEISS:  No further questions thank you. |
| 14:38:31 | 24 | MS. VIAMONTES:  Just brief redirect, Your Honor. |
| 14:38:34 | 25 | THE COURT:  Go ahead. |

REDIRECT EXAMINATION

BY MS. VIAMONTES:

Q.  Now, the communications with that person, Marc Swain, did they all take place on November 11, 2017?

A.  Yes.

Q.  And you were 12 years old at the time?

A.  Yes.

Q.  Okay.  So it's not like the person was harassing you for years, right?

A.  Yes.

Q.  You didn't -- did you have a lot of time to think about wow, I should document this because some day I may need evidence for court?

A.  No.

Q.  It was a few hours, right?

A.  Yeah.

        MS. VIAMONTES:  Nothing further, Your Honor.

        THE COURT:  All right.  Thank you.  You're excused.

        Who is your next witness please?

        MS. ANTON:  Judge, we may need a few minutes for the next witness.

        THE COURT:  Okay.  Let's take a short break, ladies and gentlemen.  Go in the jury room.  We'll be back with you shortly.

        COURT SECURITY OFFICER:  All rise for the jury.

```
14:39:30   1              (Jury out at 2:39 p.m.)
14:40:22   2              THE COURT:  All right.  What's next?
14:40:24   3              MS. ANTON:  Judge, we have one more child, two more
14:40:28   4     children here to testify.  Ms. Viamontes is doing the next
14:40:30   5     witness and I will go get her.
14:40:32   6              THE COURT:  Okay.  You guys want to go back now then or
14:40:33   7     do you want to just wait?
14:40:37   8              MS. ANTON:  No, the next they're going to testify in
14:40:37   9     court.
14:42:14  10              THE COURT:  Okay.  Are we ready to go?
14:42:16  11              MS. VIAMONTES:  Yes, we are, Your Honor.  Your Honor,
14:42:45  12     before the next witness takes the stand, may I publish the
14:42:46  13     images?
14:42:48  14              THE COURT:  To the jury, you mean?
14:42:49  15              MS. VIAMONTES:  Yes.
14:42:50  16              THE COURT:  Then bring the jury back in.
14:42:54  17              (Jury in at 2:42 p.m.)
14:43:56  18              THE COURT:  Be seated please.  You want to publish one
14:43:58  19     of your exhibits?
14:44:00  20              MS. VIAMONTES:  Yes, Your Honor.  At this time the
14:44:03  21     United States asks permission to publish Government's 46 A
14:44:06  22     through M.
14:44:09  23              THE COURT:  Go right ahead.  At the ELMO?
14:44:11  24              MS. VIAMONTES:  Yes, sir.
14:44:18  25              THE COURT:  Is the ELMO on, Dawn?  Okay.
```

| | | |
|---|---|---|
| 14:44:18 | 1 | (Exhibits published) |
| 14:45:34 | 2 | MS. VIAMONTES:  Thank you, Your Honor. |
| 14:45:42 | 3 | At this time the United States calls C.J. |
| 14:45:45 | 4 | THE COURT:  All right.  Please come forward. |
| 14:45:52 | 5 | MS. VIAMONTES:  Which is Victim 6. |
| 14:46:06 | 6 | THE COURT:  When you get to the chair, please remain |
| 14:46:08 | 7 | standing and raise your right hand. |
| 14:46:08 | 8 | C.J.M., GOVERNMENT WITNESS, SWORN. |
| 14:46:10 | 9 | THE COURT:  Please be seated.  Pull your chair up, get |
| 14:46:11 | 10 | as close to the microphone as can you, tell us your name and |
| 14:46:17 | 11 | spell it please.  Tell us your name and spell it please. |
| 14:46:37 | 12 | THE WITNESS:  Okay.  My name is C.J.M.  (name spelled) |
| 14:46:40 | 13 | THE COURT:  All right.  You may proceed. |
| 14:46:40 | 14 | MS. VIAMONTES:  Thank you, Your Honor. |
| 14:46:41 | 15 | THE COURT:  Keep your voice up. |
| 14:46:42 | 16 | MS. VIAMONTES:  I will, Judge. |
| 14:46:42 | 17 | DIRECT EXAMINATION |
| 14:46:42 | 18 | BY MS. VIAMONTES: |
| 14:46:47 | 19 | Q.  C.J., your birth name, is it S.M.? |
| 14:46:47 | 20 | A.  Yes. |
| 14:46:49 | 21 | Q.  And how old are you? |
| 14:46:50 | 22 | A.  I'm 17. |
| 14:46:53 | 23 | Q.  Okay.  Is it okay if I call you C.J. today? |
| 14:46:54 | 24 | A.  Yes. |
| 14:46:55 | 25 | Q.  You go by C.J. now? |

```
14:46:56   1    A.  Yes.

14:47:01   2    Q.  Are you going through a transition now?

14:47:01   3    A.  Yes.

14:47:04   4    Q.  Can you briefly tell us about that?

14:47:12   5    A.  I am FTM transgender and I've been on hormones, testosterone

14:47:16   6    for eight months now.

14:47:19   7    Q.  So you don't go by S.M. anymore?

14:47:22   8    A.  I do not go by my dead name anymore.

14:47:24   9    Q.  Are you going to keep your last name though?

14:47:24  10    A.  Yes.

14:47:29  11    Q.  Now, tell the members of the jury what state you live in?

14:47:32  12    A.  I live in Indiana.

14:47:36  13    Q.  Is this your first time in South Florida?

14:47:40  14    A.  I've been to Florida, but this part, no, I've never been to.

14:47:42  15    Q.  Okay.  What grade are you in C.J.?

14:47:46  16    A.  I'm a senior graduating in March.

14:47:55  17    Q.  Great.  Now, C.J., let's talk about electronics.  Do you own

14:47:55  18    a cellphone?

14:47:57  19    A.  Yes.

14:48:01  20    Q.  And back in 2017, did you own a cellphone?

14:48:01  21    A.  Yes.

14:48:05  22    Q.  So two years ago roughly, actually a little over two years

14:48:07  23    ago, how old were you?

14:48:13  24    A.  I was just turning --

14:48:21  25    Q.  Well, let me help you out.  What month is your birth date?
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

| | | |
|---|---|---|
| 14:48:22 | 1 | A.  June. |
| 14:48:29 | 2 | Q.  Okay.  So in July of 2017, had you just turned 15? |
| 14:48:31 | 3 | A.  Is that just right after your birthday? |
| 14:48:36 | 4 | A.  July. |
| 14:48:39 | 5 | THE COURT:  What year were you born. |
| 14:48:41 | 6 | THE WITNESS:  2002. |
| 14:48:45 | 7 | THE COURT:  Okay.  Two and 15 is 17.  16 is 18.  Last |
| 14:48:49 | 8 | summer you had just turned 16, correct? |
| 14:48:49 | 9 | THE WITNESS:  Yes. |
| 14:48:50 | 10 | THE COURT:  Okay.  Go. |
| 14:48:51 | 11 | MS. VIAMONTES:  Okay. |
| 14:48:51 | 12 | BY MS. VIAMONTES: |
| 14:48:52 | 13 | Q.  Now -- |
| 14:48:55 | 14 | A.  So yes, I would have been 15. |
| 14:49:00 | 15 | Q.  So you were just 15, correct?  In July of 2017.  And on your |
| 14:49:02 | 16 | phone, did you use your phone for social media? |
| 14:49:03 | 17 | A.  Yes. |
| 14:49:06 | 18 | Q.  What types of social media did you have on your phone back |
| 14:49:07 | 19 | in 2017? |
| 14:49:16 | 20 | A.  Snapchat, Instagram, Pinterest, Facebook, Facebook |
| 14:49:16 | 21 | Messenger. |
| 14:49:23 | 22 | Q.  Okay.  Now, let me direct your attention to on or about July |
| 14:49:28 | 23 | 25, 2017.  Do you remember that day? |
| 14:49:29 | 24 | A.  Yes. |
| 14:49:31 | 25 | Q.  Okay.  Remember, the court reporter is taking down |

14:49:35  1    everything, so she can't take down head nods.  Okay?

14:49:40  2            So July 25, 2017, did you get a friend request from

14:49:43  3    someone who you thought was an old friend?

14:49:43  4    A.  Yes.

14:49:45  5    Q.  And who was that?

14:49:55  6    A.  Her name was ***** and I knew her and like this is who I

14:50:01  7    thought -- who I thought I was talking to, why I accepted the

14:50:02  8    friend request.

14:50:03  9    Q.  Where did you know ***** from?

14:50:07  10   A.  From school when I was in middle school.

14:50:10  11   Q.  Okay.  And when you were 15, you were in high school?

14:50:11  12   A.  Yes.

14:50:15  13   Q.  Okay.  Was it the summer right after your freshman year of

14:50:16  14   high school?

14:50:20  15   A.  I would have turned 14 the year before I started high

14:50:21  16   school, yeah.

14:50:27  17   Q.  Okay.  So you get this friend request from *****.  Do you

14:50:28  18   accept it?

14:50:28  19   A.  Yes.

14:50:30  20   Q.  And was that through Snapchat?

14:50:31  21   A.  Yes.

14:50:35  22   Q.  After you accept this friend request from *****, what

14:50:35  23   happens?

14:50:51  24   A.  They send me a unclothed picture of me.

14:50:55  25   Q.  Okay.  So you accept the friend request from ***** and the

14:50:58  1   person using *****'s account sends you a picture of yourself?

14:50:59  2   A.  Uh-huh.

14:51:00  3   Q.  Is that a yes?

14:51:01  4   A.  Uh-huh.  Yes.

14:51:03  5        THE COURT:  You can't say -- uh-huh and huh-uh are

14:51:07  6   spelled the same way.  So tell us.  That's good.  Go ahead.

14:51:09  7   Verbalize your answers.

14:51:09  8        MS. VIAMONTES:  Thank you, Your Honor.

14:51:09  9     BY MS. VIAMONTES:

14:51:14 10   Q.  Now, when this person sends you a picture of yourself, is it

14:51:18 11   a picture, a nude picture?

14:51:19 12   A.  Yes.

14:51:22 13   Q.  And do you remember having taken that picture in the past?

14:51:23 14   A.  Yes.

14:51:26 15   Q.  Okay.  And had you taken that picture in the past

14:51:27 16   voluntarily?

14:51:28 17   A.  Yes.

14:51:33 18   Q.  Okay.  Now, what are you thinking when you get this picture

14:51:36 19   sent to you from *****?

14:51:52 20   A.  I'm thinking that -- that it was the end of the line for me.

14:52:03 21   Like I just -- if -- like since that -- like at the time I was

14:52:14 22   thinking like it's not -- like, it can't be real.  Like, it's,

14:52:25 23   the situation is happening right now and I'm -- if this had

14:52:30 24   gotten out, I would have been mortified.

14:52:31 25   Q.  Were you afraid?

| | | |
|---|---|---|
| 14:52:32 | 1 | A.  Yes. |
| 14:52:37 | 2 | Q.  Okay.  Now, after you get this picture sent to you from |
| 14:52:41 | 3 | *****, does that person continue to communicate with you? |
| 14:52:42 | 4 | A.  Yes. |
| 14:52:44 | 5 | Q.  And how so? |
| 14:52:57 | 6 | A.  By giving me detailed instructions to send like, blackmail, |
| 14:53:08 | 7 | like kind of blackmailing me but, extortion, I don't know. |
| 14:53:09 | 8 | Q.  So how is it that the person is communicating with you |
| 14:53:13 | 9 | initially?  Like what format or what app are they using? |
| 14:53:15 | 10 | A.  Snapchat. |
| 14:53:18 | 11 | Q.  Okay.  And does it transition to a different application? |
| 14:53:19 | 12 | A.  Yes. |
| 14:53:20 | 13 | Q.  Which application? |
| 14:53:21 | 14 | A.  Kik. |
| 14:53:23 | 15 | Q.  Kik messenger app? |
| 14:53:24 | 16 | A.  Yes. |
| 14:53:27 | 17 | Q.  Before that, did you already have a Kik messenger app |
| 14:53:29 | 18 | account? |
| 14:53:30 | 19 | A.  Not on my phone. |
| 14:53:32 | 20 | Q.  Does the person tell you to create one? |
| 14:53:33 | 21 | A.  Yes. |
| 14:53:37 | 22 | Q.  And does the person tell you what screen name or user name |
| 14:53:40 | 23 | to use for this Kik messenger app? |
| 14:53:47 | 24 | A.  Yes.  They picked out a name and they told me to get, like, |
| 14:53:55 | 25 | the Kik app and to set it up with a name that they chose. |

14:53:57  1   Q.  Okay.  Do you remember that name?

14:54:00  2   A.  *** ********.

14:54:05  3   Q.  *** ********, right?  And have you had an opportunity to

14:54:12  4   look at some messages between *** ******** and the person you

14:54:15  5   were communicating with back on July 25th 2017?

14:54:16  6   A.  Yes.

14:54:17  7        MS. VIAMONTES:  Your Honor, I'm showing opposing

14:54:20  8   counsel what has been premarked as Exhibit 51 previously

14:54:24  9   provided to them.  And then permission to approach, Your Honor?

14:54:27  10       THE COURT:  You may.

14:54:58  11       MS. VIAMONTES:  Permission to approach, Judge?

14:55:01  12       THE COURT:  You may.

14:55:01  13     BY MS. VIAMONTES:

14:55:18  14   Q.  C.J., I've handed you what's been premarked as Government's

14:55:20  15   Exhibit 51.  Do you recognize it?

14:55:20  16   A.  Yes.

14:55:21  17   Q.  What is it?

14:55:27  18   A.  It is a conversation between me and the --

14:55:29  19   Q.  That person?

14:55:30  20   A.  That person.

14:55:35  21   Q.  Okay.  And I had stated July 25th.  What are the dates of

14:55:58  22   the text messages?  I think I misspoke.  It's okay if you don't

14:55:59  23   see it, C.J.  That's fine.

14:56:02  24       Have you had an opportunity to look through those text

14:56:03  25   messages previously?

14:56:06  1    A.  No.

14:56:08  2    Q.  Do you remember going over those chats?

14:56:09  3    A.  Yes.

14:56:15  4    Q.  Okay.  And does that exhibit, Exhibit 51, accurately contain

14:56:23  5    the conversation you had with that person through *** ********?

14:56:23  6    A.  Yes.

14:56:25  7    Q.  On September 25, 2017?

14:56:26  8    A.  Yes.

14:56:27  9         MS. VIAMONTES:  Your Honor, at this time the Government

14:56:30 10    moves 51 into evidence.

14:56:32 11         THE COURT:  Any objection?

14:56:33 12         MS. MOLLISON:  No objection, Your Honor.

14:56:35 13         THE COURT:  Without objection, 51 is admitted in

14:56:37 14    evidence.

14:56:37 15         (Government's Exhibit 51 in evidence)

14:56:51 16         THE COURT:  Are you saying *** ******* or ******** or

14:56:52 17    what?

14:56:54 18         MS. VIAMONTES:  It's bombster, Your Honor.  I'll spell

14:57:00 19    it for the record.  ***** ****************.

14:57:02 20         THE COURT:  I thought you were saying *** *******.

14:57:07 21    That's my name on the internet so I wanted to make sure they

14:57:10 22    weren't stealing my name.  Go ahead.

14:57:10 23       BY MS. VIAMONTES:

14:57:18 24    Q.  All right.  Now, do you remember --

14:57:21 25         MS. VIAMONTES:  Permission to publish, Your Honor?

| | | |
|---|---|---|
| 14:57:23 | 1 | THE COURT:  You may. |
| 14:57:23 | 2 | BY MS. VIAMONTES: |
| 14:57:28 | 3 | Q.  This person that you were chatting with, when they got you |
| 14:57:37 | 4 | on to Kik -- and C.J., if you look on your screen, you should be |
| 14:57:42 | 5 | able to see it.  Can you see the display?  Okay.  Do you see |
| 14:57:43 | 6 | which user account they were using? |
| 14:57:47 | 7 | THE COURT:  You have to say yes or no. |
| 14:57:49 | 8 | THE WITNESS:  Yes. |
| 14:57:49 | 9 | BY MS. VIAMONTES: |
| 14:57:52 | 10 | Q.  And what was it, C.J.? |
| 14:57:53 | 11 | A.  MVLex3. |
| 14:57:57 | 12 | Q.  Okay.  And the date of this communication, is it January 7, |
| 14:58:04 | 13 | 2018?  Do you see that up here, January 7th? |
| 14:58:05 | 14 | A.  Uh-huh. |
| 14:58:06 | 15 | Q.  Is that a yes? |
| 14:58:06 | 16 | A.  Yes. |
| 14:58:11 | 17 | Q.  Okay.  Now, let's talk a bit about these conversations. |
| 14:58:17 | 18 | Okay?  When this person -- well before we get to this, when this |
| 14:58:21 | 19 | person first reached out to you, they got you on to Kik, you |
| 14:58:24 | 20 | went on to Kik, right?  Is that a yes? |
| 14:58:26 | 21 | A.  Yes.  Sorry.  I'm sorry. |
| 14:58:29 | 22 | Q.  I see you nodding your head, but we need a record, okay? |
| 14:58:30 | 23 | A.  Yes. |
| 14:58:32 | 24 | Q.  And was the person demanding something of you? |
| 14:58:33 | 25 | A.  Yes. |

14:58:34   1    Q.  What was the person demanding?

14:58:48   2    A.  They were demanding pictures of me nude with writing on my

14:58:55   3    body, and they were requesting or -- like, not requesting,

14:59:07   4    demanding me to insert items into my --

14:59:10   5    Q.  We'll get to that.  We'll get to the specifics.  But

14:59:12   6    generally, is it fair to say the person was demanding nude

14:59:15   7    pictures of you, right?

14:59:15   8    A.  Yes.

14:59:16   9    Q.  Is that a yes?

14:59:16   10   A.  Yes.

14:59:19   11   Q.  Okay.  Was the person demanding pornographic pictures of

14:59:20   12   you?

14:59:21   13   A.  Yes.

14:59:22   14   Q.  And were you 15 at the time?

14:59:23   15   A.  Yes.

14:59:26   16   Q.  Okay.  And we'll get to the communications and we'll get to

14:59:28   17   those pictures.  Okay?

14:59:34   18        Did you eventually comply with this person?

14:59:35   19   A.  Yes.

14:59:38   20   Q.  And did you give the person some of what the person was

14:59:39   21   demanding?

14:59:39   22   A.  Yes.

14:59:42   23   Q.  Okay.  Did you send nude pictures?

14:59:43   24   A.  Yes.

14:59:46   25   Q.  And did you insert objects that he was requesting?

14:59:47  1    A.  Yes.

14:59:51  2    Q.  And did you do some of the other things that were

14:59:51  3    pornographic?

14:59:52  4    A.  Yes.

14:59:54  5    Q.  Did you want to do any of that C.J.?

14:59:55  6    A.  No.

15:00:01  7    Q.  Okay.  Now, let's talk about some of these chats, okay?  On

15:00:08  8    the right-hand side here where it says MVLex3, is this that

15:00:11  9    other person that's forcing you to create these pornographic

15:00:12  10   pictures speaking?

15:00:13  11   A.  Yes.

15:00:14  12   Q.  Okay.

15:00:14  13   A.  Yes.

15:00:18  14   Q.  And this is through the Kik messenger app and it comes in as

15:00:19  15   a text; is that correct?

15:00:20  16   A.  Yes.

15:00:23  17   Q.  All right.  What I mean by text, it's not a verbal thing,

15:00:25  18   right?  It comes in writing, right?

15:00:25  19   A.  Yeah.

15:00:26  20   Q.  But through Kik?

15:00:27  21   A.  Yes.

15:00:34  22   Q.  Okay.  And on the left side under *** ********, that would

15:00:36  23   be what you wrote; is that correct?

15:00:36  24   A.  Yes.

15:00:41  25   Q.  So now let's go through some of this.  Okay?  Do we see on

| | | |
|---|---|---|
| 15:00:44 | 1 | January 7th you're having a conversation with this person, |
| 15:00:45 | 2 | right? |
| 15:00:45 | 3 | A.  Yes. |
| 15:00:48 | 4 | Q.  Is this the first day that the person is communicating with |
| 15:00:48 | 5 | you? |
| 15:00:49 | 6 | A.  No. |
| 15:00:52 | 7 | Q.  Okay.  That first day that the person is communicating with |
| 15:00:58 | 8 | you, we don't have chats for that, do we?  We haven't been able |
| 15:01:02 | 9 | to recover any.  Have we gone over any chats from that day? |
| 15:01:03 | 10 | A.  No. |
| 15:01:06 | 11 | Q.  Okay.  These are chats from later on, right? |
| 15:01:07 | 12 | A.  Yes. |
| 15:01:08 | 13 | Q.  Did the person reach out to you more than once? |
| 15:01:09 | 14 | A.  Yes. |
| 15:01:16 | 15 | Q.  Okay.  But how many days or how long was it that the person |
| 15:01:19 | 16 | was communicating with you and you sending pictures? |
| 15:01:25 | 17 | A.  There was only one day. |
| 15:01:31 | 18 | Q.  Okay.  Was it one night? |
| 15:01:39 | 19 | A.  Yes, it was a full night and then he would constantly or |
| 15:01:50 | 20 | they would constantly message me from Kik.  And then somehow, |
| 15:02:00 | 21 | like I would get like random messages -- can you ask the |
| 15:02:00 | 22 | question again? |
| 15:02:05 | 23 | Q.  Yes.  All right.  Let's go back a second, C.J., okay?  Now, |
| 15:02:14 | 24 | back in July of 2017, you got that friend request from who you |
| 15:02:15 | 25 | thought was *****, right? |

15:02:15   1      A.  Yes.

15:02:20   2      Q.  And shortly after you mentioned -- shortly after accepting

15:02:23   3      that friend request, that person sends you a picture of

15:02:24   4      yourself, right?

15:02:24   5      A.  Yes.

15:02:27   6      Q.  And is it that night, throughout the night that the person

15:02:32   7      using *****'s account is now forcing you to create these

15:02:34   8      pornographic images of yourself?

15:02:35   9      A.  Yes.

15:02:38   10     Q.  Okay.  How many hours were you up that night doing this?

15:02:42   11     A.  I was up the whole night.

15:02:47   12     Q.  Okay.  And did you have school the next day?

15:02:48   13     A.  No.

15:02:51   14     Q.  Okay.  It was in the summertime?

15:02:53   15     A.  Yeah.  Yes.

15:02:56   16     Q.  And did you feel that you could just stop doing it right

15:02:58   17     then and there?

15:03:08   18     A.  I stopped doing it willingly because I was not -- it was --

15:03:23   19     the day -- the day after or the day after the night that it had

15:03:30   20     happened, I refused in the middle of the day to stop doing what

15:03:31   21     he asked.

15:03:36   22     Q.  And what happened when you refused to do what he asked?

15:03:45   23     A.  He leaked all of the photos and videos that he had demanded

15:03:47   24     from me.

15:03:52   25     Q.  Okay.  Let's talk about some of those videos.  Okay?

15:03:57   1        MS. VIAMONTES:  Permission to approach, Your Honor.

15:04:09   2        THE COURT:  You may.

15:04:10   3        MS. VIAMONTES:  Your Honor, may I place it on the ELMO

15:04:13   4   to see the video?

15:04:15   5        THE COURT:  Are they in evidence?

15:04:15   6   BY MS. VIAMONTES:

15:04:19   7   Q.  C.J., I'm placing on the ELMO for you to see Government's

15:04:20   8   Exhibit 52.  Do you recognize it?

15:04:21   9   A.  Yes.

15:04:23  10   Q.  Are these your initials up here?

15:04:23  11   A.  Yes.

15:04:27  12   Q.  All right.  And have you had a chance to look at the content

15:04:30  13   of this DVD, Government's Exhibit 52?

15:04:32  14   A.  Yes.

15:04:34  15   Q.  And what's contained in Government's Exhibit 52?

15:04:37  16   A.  Videos and photos.

15:04:44  17   Q.  Okay.  And do you remember seeing 14 videos?

15:04:45  18   A.  Yes.

15:04:47  19   Q.  And are those videos of you?

15:04:48  20   A.  Yes.

15:04:52  21   Q.  And are those videos the videos that you had to create back

15:04:58  22   in July of 2017 when the person using MVLex was forcing you to

15:04:59  23   create these videos?

15:05:00  24   A.  Yes.

15:05:02  25   Q.  And do those videos accurately show some of the things that

15:05:07   1   you had to do for that person that had texted you?

15:05:09   2   A.   Yes.

15:05:10   3        MS. VIAMONTES:   Your Honor, at this time the Government

15:05:17   4   moves 52 into evidence.

15:05:19   5        MS. MOLLISON:   No objection, Your Honor.

15:05:21   6        THE COURT:   Without objection, 52 is admitted in

15:05:22   7   evidence.

15:05:22   8        (Government's Exhibit 52 in evidence)

15:05:22   9        BY MS. VIAMONTES:

15:05:26   10  Q.   Now C.J., did this person take over any of your social media

15:05:26   11  accounts?

15:05:26   12  A.   Yes.

15:05:27   13  Q.   Which one?

15:05:28   14  A.   My Snapchat account.

15:05:32   15  Q.   And how was he able to take over your Snapchat account?

15:05:36   16  A.   He asked me for my number and my password.

15:05:42   17  Q.   Okay.   And is this after he had already sent you a nude

15:05:43   18  image of yourself?

15:05:46   19  A.   Yes.

15:05:49   20  Q.   Did you feel that you could say no to him at that point?

15:05:49   21  A.   No.

15:05:53   22  Q.   Okay.   So once he has control of your Snapchat account, tell

15:05:57   23  us some of the things that you remember him asking you to do.

15:06:02   24  Tell us about some of the first images you had to do.

15:06:34   25  A.   Well, he first asked me to find like a writing utensil or

15:06:51   1   like lipstick or something, and to write like "slut" and

15:06:57   2   "whore".  He had me write "whore" over my mouth with lipstick

15:07:08   3   and write "cum slut" on my chest.

15:07:14   4   Q.  Okay.  And after he forced you to write "whore" on your

15:07:18   5   face, "cum slut" across your chest, did he have you take a video

15:07:20   6   or pictures of that?

15:07:21   7   A.  Yes.

15:07:22   8   Q.  And did it stop there?

15:07:23   9   A.  No.

15:07:25  10   Q.  What else did he force you to do?

15:07:46  11   A.  He forced me to -- he forced me to take pictures of -- he

15:07:51  12   forced me to take pictures of -- yeah, pictures.  And I was

15:07:55  13   going to say videos, but then I didn't know if I was -- I'm

15:08:18  14   sorry.  He forced me to take pictures of me inserting objects

15:08:21  15   into my body.

15:08:28  16   Q.  Okay.  And did he have you insert objects in your vagina?

15:08:30  17   A.  Yes.

15:08:35  18   Q.  Were some of those objects brushes?

15:08:37  19   A.  Yes.

15:08:43  20   Q.  Did he have you write on other parts of your body, aside

15:08:45  21   from your face and your chest?

15:08:45  22   A.  Yes.

15:08:51  23   Q.  And is there a video within Government's Exhibit 52, I

15:08:55  24   believe we just moved into evidence, that has a video showing

15:08:57  25   all the writing all over your body?

15:08:59  1    A.  Yes.

15:09:01  2    Q.  Was that degrading?

15:09:03  3    A.  Very.

15:09:12  4    Q.  Now, did you know who this person was?

15:09:13  5    A.  No.

15:09:17  6    Q.  Okay.  Did you -- I'm sorry?

15:09:22  7    A.  I had ideas of who it was but no, I did not know who it was.

15:09:25  8    Q.  Were you trying to think about who it might be?

15:09:25  9    A.  Yes.

15:09:28  10   Q.  And were you considering people that lived in your hometown?

15:09:29  11   A.  Yes.

15:09:32  12   Q.  Did you think it would be somebody from your high school or

15:09:32  13   your hometown?

15:09:34  14   A.  Yes.

15:09:38  15   Q.  And did this person speaking to you tell you things that

15:09:41  16   made you believe that he was from your area?

15:09:42  17   A.  Yes.

15:09:50  18   Q.  Okay.  Now, aside from writing degrading things on your body

15:09:54  19   and having to insert objects in your vagina, did he have you do

15:09:56  20   other degrading things?

15:09:58  21   A.  Yes.

15:10:00  22   Q.  Did he have you put anything in your mouth?

15:10:01  23   A.  Yes.

15:10:01  24   Q.  What?

15:10:05  25   A.  The same brushes that he made me insert.

15:10:13   1    Q.  Okay.  Does he ever force you to put your hand or -- your
15:10:14   2    hand in your mouth?
15:10:16   3    A.  Yes.
15:10:22   4    Q.  Does he then -- does he know anything about your household
15:10:24   5    or your family?
15:10:28   6    A.  He knows that I have two brothers and two dogs.
15:10:33   7    Q.  Okay.  Now, with the knowledge that you have two brothers
15:10:37   8    and two dogs, does he use that to try and get you to make other
15:10:38   9    videos?
15:10:46   10   A.  Yes.  He tries to get me to molest my brother, but I did
15:10:53   11   not.  I would never do that, ever.  And the fact that he even
15:11:10   12   asked that made me -- he also wanted me to have my dogs lick
15:11:16   13   food off my genitalia.
15:11:25   14   Q.  Okay.  Now, when he was requesting that you engage in sexual
15:11:28   15   activity with your brother, you refused to do that?
15:11:29   16   A.  Yes.
15:11:32   17   Q.  In the alternative, did he say what you had to do since you
15:11:36   18   weren't willing to engage in sex with your brother?
15:11:36   19   A.  Yes.
15:11:38   20   Q.  What did you have to do?
15:11:54   21   A.  I had to urinate in a cup, drink what was in the cup, make
15:11:58   22   myself throw up all over myself, and take a video.
15:11:59   23   Q.  And did you do that?
15:12:02   24   A.  Yes, so I wouldn't have to --
15:12:04   25   Q.  I'm sorry, I couldn't hear you.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
15:12:08   1    A.  So I wouldn't have to do the other option.

15:12:10   2    Q.  So you wouldn't have to engage in --

15:12:10   3    A.  Sexual --

15:12:11   4    Q.  -- sex with your brother?

15:12:14   5    A.  Yeah.  Yes.

15:12:18   6    Q.  And were you up all night following these demands?

15:12:19   7    A.  Yes.

15:12:27   8    Q.  Okay.  And are those videos of you urinating in the cup

15:12:29   9    contained in Government's Exhibit 52?

15:12:31  10    A.  Yes.

15:12:40  11    Q.  Now, the following -- was there a trend, if you will, to how

15:12:43  12    the videos progressed or his demands?

15:12:47  13    A.  Yes.

15:12:50  14    Q.  Explain that to the members of the jury.

15:13:00  15    A.  He would say that only one more, only one more and after

15:13:04  16    each one, he would say only one more.  And then eventually I

15:13:10  17    just like -- I knew, I knew it wasn't going to stop.  But

15:13:20  18    something in me believed that it was just like -- like, like

15:13:26  19    something in me thought if I did this, then it would be over.

15:13:35  20    Right?  You know.  And then it kept going on and on and on and

15:13:49  21    on, until it brought me to a really bad place.

15:13:53  22    Q.  And with each video even though you wanted it to stop and

15:13:55  23    you hoped it would stop, did it stop?

15:13:55  24    A.  No.

15:13:59  25    Q.  After he demanded the video of you urinating and then
```

15:14:04  1   drinking it, was he insisting on you engaging in sex with your

15:14:05  2   brother?

15:14:06  3   A.  Again, yes.

15:14:10  4   Q.  And is that where you decided to stop following his demands?

15:14:37  5   I can reword it if you want, C.J.?

15:14:37  6   A.  Yes.

15:14:40  7   Q.  What made you stop following his demands to create more and

15:14:42  8   more pornographic videos?

15:15:02  9   A.  My friend ******, I talked to her.  I was like trying to

15:15:10  10  explain to her what was happening, like I was -- but she took --

15:15:16  11  like she didn't take my phone, she just like -- she like, I mean

15:15:24  12  I -- we went -- we went to her friends's house.  And then like

15:15:29  13  -- and when we were on the way there, we were in her truck and

15:15:37  14  she -- she had no idea what my password was, nothing.  It was --

15:15:42  15  could not get into it.  But she had my phone and she put it on

15:15:46  16  the table when we got to the friend's house and told me not to

15:15:50  17  touch it and like not --

15:15:51  18  Q.  Not answer?

15:15:52  19  A.  Not answer.

15:15:57  20  Q.  Okay.  Because that person -- was that person persistent and

15:15:59  21  insisting on more and more?

15:16:00  22  A.  Yes.

15:16:02  23  Q.  And did it take your friend intervening and basically taking

15:16:06  24  your phone away and saying that's it, you're not answering it?

15:16:08  25  A.  Yes.

15:16:14  1    Q.  Did you get contacted -- well, strike that.  Let me back up.

15:16:20  2        After ****** took that phone, did you block that Kik

15:16:26  3    user MVLex?  Did you block the person that was communicating

15:16:28  4    with you from reaching out to you?

15:16:29  5    A.  No.

15:16:34  6    Q.  Okay.  Did other people start reaching out to you and

15:16:36  7    telling you that they had seen your images?

15:16:38  8    A.  Yes.

15:16:41  9    Q.  And seen videos of you?

15:16:42  10   A.  Yes.

15:16:45  11   Q.  And was this embarrassing for you?

15:16:47  12   A.  Very.

15:16:50  13   Q.  How did it affect your reputation?

15:17:01  14   A.  I went back to school and it was the main topic of any

15:17:10  15   discussion.  People would come up to me and ask me like what

15:17:22  16   would happen or people would say like degrading things to me

15:17:29  17   about what it was because they thought it was my fault.  And --

15:17:40  18   Q.  In those videos, is it necessarily obvious in snippets of

15:17:42  19   the video that you're being forced to do it?

15:17:44  20   A.  Yes.

15:17:48  21   Q.  To someone viewing it, to you it might be, but to somebody

15:17:51  22   else viewing it if they just saw it, would they necessarily know

15:17:54  23   what was happening to you that night when you created the video?

15:17:56  24   A.  No.

15:18:02  25   Q.  Did you get reached out to by someone who you believed was

15:18:05   1    ****** around that time?

15:18:06   2    A.   Yes.

15:18:07   3    Q.   And who is ******?

15:18:14   4    A.   ****** was a guy that I was interested in and --

15:18:18   5    Q.   Did you confide in ****** what had happened to you?

15:18:18   6    A.   Yes.

15:18:26   7    Q.   And was the person that was extorting you to get these

15:18:29   8    pornographic images, was he still trying to reach out to you at

15:18:31   9    times?

15:18:37   10   A.   It would be -- yes, it would be months at a time.  Like it

15:18:43   11   would become -- like not months out of the time, it would be, I

15:18:49   12   guess, once I felt safe again, he somehow just came out of

15:18:53   13   nowhere and like --

15:18:55   14   Q.   Would he message you again?

15:18:56   15   A.   Yeah.

15:18:59   16   Q.   So a long time would pass, you would feel safe and out of

15:19:01   17   the blue you would get a message again?

15:19:02   18   A.   Yes.

15:19:08   19   Q.   And did there come a time that this person ****** tried to

15:19:12   20   convince you hey, you know, just send him what he wants, send

15:19:16   21   him those pictures he wants.  Do you remember that?

15:19:22   22   A.   I do not recall that.

15:19:24   23   Q.   That's fine.

15:19:30   24          Now, did there come a time when you told one of your

15:19:32   25   parents about what had happened to you?

15:19:41  1    A.  My mother discovered that like the whole situation was

15:19:48  2    happening when she was going through my phone, because she had a

15:19:52  3    bad feeling in her stomach and so she went through my phone and

15:19:55  4    then found out that I was being victimized.

15:20:01  5    Q.  And how long after that night, that night when you were

15:20:05  6    forced to create these videos, how long after did your mom find

15:20:07  7    out that you had been victimized?

15:20:16  8    A.  I think it was the day after.  It was a Wednesday.

15:20:18  9    Q.  And did your mom report it to law enforcement?

15:20:21  10   A.  Yeah.  We went to the police station.

15:20:23  11   Q.  In your hometown?

15:20:25  12   A.  Yes.

15:20:30  13   Q.  Now, after reporting it to law enforcement, did you continue

15:20:33  14   to get messages from people about this?

15:20:34  15   A.  Yes.

15:20:35  16   Q.  Messages from strangers?

15:20:36  17   A.  Yes.

15:20:41  18   Q.  Now, let's go back to those chat messages from January of

15:20:46  19   2018 okay?

15:20:47  20   A.  Uh-huh.

15:20:50  21        MS. VIAMONTES:  Permission to a approach.

15:20:51  22        THE COURT:  Was that and uh-huh or an huh-uh?

15:20:54  23        THE WITNESS:  Yes.

15:20:57  24        THE COURT:  We're going to go back to the messages from

15:21:01  25   January 20th.  Okay?  Is that okay?

15:21:02   1          THE WITNESS:  Yes.

15:21:04   2          THE COURT:  Okay.  Thank you.

15:21:05   3          MS. VIAMONTES:  Permission to publish on the ELMO,

15:21:06   4     Judge?

15:21:06   5        BY MS. VIAMONTES:

15:21:12   6     Q.  Now, C.J., the original videos and the original

15:21:18   7     victimization was in July, in the summertime of 2017, right?

15:21:19   8     And is that a yes?

15:21:20   9     A.  Yes.

15:21:26  10     Q.  Okay.  And you said that time would pass, you thought you

15:21:28  11     were safe and then he would pop back up again?

15:21:30  12     A.  Yes.

15:21:33  13     Q.  And is this one of those times when he popped back up again

15:21:35  14     on January 7, 2018?

15:21:38  15     A.  Yes.

15:21:44  16     Q.  Okay.  Now, on January 7, 2018, your mom already knew what

15:21:46  17     had happened to you, right?

15:21:47  18     A.  Yes.

15:21:50  19     Q.  And had you already talked to police in your local area?

15:21:50  20     A.  Yes.

15:21:56  21     Q.  Okay.  You hadn't met with anyone from the FBI yet, right?

15:21:58  22     Anyone involved in this case yet?

15:21:58  23     A.  No.

15:22:05  24     Q.  Okay.  Now, when the person reaches out to you, this MVLex,

15:22:11  25     do you approach him the same as you did before or different?

15:22:11  1   A.  Different.

15:22:13  2   Q.  How so?

15:22:20  3   A.  I stood my ground and stood up for myself and was not

15:22:26  4   defenseless.

15:22:28  5   Q.  Okay.  You didn't give in this time, did you?

15:22:30  6   A.  Yeah, I did not give in.

15:22:30  7   Q.  All right.

15:22:31  8   A.  That time.

15:22:42  9   Q.  Let's go over these.  Okay?  Do you see where the MVLex user

15:22:45  10  tells you "and you're sold now"?

15:22:45  11  A.  Yes.

15:22:48  12  Q.  And what do you respond to him when he says "and you're sold

15:22:49  13  now"?

15:22:52  14  A.  "No, I'm not LMAO".

15:22:57  15  Q.  Okay.  "No, I'm not LMAO".  What is LMAO?

15:23:02  16  A.  Laughing my ass off.

15:23:04  17  Q.  And after you tell him that you're not, does he tell you

15:23:07  18  "tell that to your visitors when you see them"?

15:23:08  19  A.  Yes.

15:23:11  20  Q.  Okay.  And what do you respond?

15:23:17  21  A.  "LMAO, all right".

15:23:19  22  Q.  Like, all right?

15:23:20  23  A.  Right.

15:23:22  24  Q.  Like, I'm not taking you seriously this time?

15:23:23  25  A.  Yes.

| | | |
|---|---|---|
| 15:23:25 | 1 | Q.  And what does he tell you? |
| 15:23:25 | 2 | A.  "Bye whore". |
| 15:23:30 | 3 | Q.  Okay.  Does he then tell you "I'll enjoy watching you on the |
| 15:23:31 | 4 | front page begging them to stop"? |
| 15:23:32 | 5 | A.  Yes. |
| 15:23:38 | 6 | Q.  All right.  And do you write back to him with curse words? |
| 15:23:38 | 7 | A.  Yes. |
| 15:23:42 | 8 | Q.  All right.  Do you say "what you on bitch"? |
| 15:23:43 | 9 | A.  Yes. |
| 15:23:46 | 10 | Q.  And do you say "watching me from the front page of a |
| 15:23:52 | 11 | newspaper?  Newspapers aren't electronic, sweetie".  And does he |
| 15:23:54 | 12 | tell you where he's going to watch you? |
| 15:23:54 | 13 | A.  Yes. |
| 15:23:54 | 14 | Q.  Where? |
| 15:23:55 | 15 | A.  On a website. |
| 15:23:58 | 16 | Q.  The website that he sold you to, right? |
| 15:23:59 | 17 | A.  Yes. |
| 15:24:11 | 18 | Q.  And does he tell you here "you'll be doing that", and this |
| 15:24:23 | 19 | is at on Page 5 of the exhibit of -- I apologize, Page 5 of |
| 15:24:28 | 20 | Government's Exhibit 51, does he tell you "you'll be doing that |
| 15:24:33 | 21 | while your mom watches", with your full name, correct? |
| 15:24:34 | 22 | A.  Yes. |
| 15:24:41 | 23 | Q.  Does he then say "you can't run, you're too fat for that", |
| 15:24:41 | 24 | right? |
| 15:24:42 | 25 | A.  Yes. |

15:24:45  1    Q.  And does he then mention the high school that you were

15:24:47  2    attending in your hometown?

15:24:48  3    A.  Yes.

15:24:52  4    Q.  And in your hometown, your high school is called South,

15:24:52  5    right?

15:25:01  6    A.  Yes. Bloomington High School South.

15:25:03  7    Q.  And does this make you think the person is from your

15:25:03  8    hometown?

15:25:05  9    A.  Yes.

15:25:06  10   Q.  Do you then ask him "do you go to south"?

15:25:08  11   A.  Yes.

15:25:17  12   Q.  Does he then threaten you to be careful on your way to

15:25:18  13   school?

15:25:19  14   A.  Yes.

15:25:23  15   Q.  And does he say that people will meet you there?

15:25:25  16   A.  Yes.

15:25:29  17   Q.  What does he tell you to do before you leave for school?

15:25:32  18   A.  Say bye to my mom.

15:25:47  19   Q.  Does he tell you "good, it will be more pleasant for her

15:25:49  20   when she never sees you again"?

15:25:50  21   A.  Yes.

15:25:54  22   Q.  Does he then tell you that your friends think you're gross?

15:25:54  23   A.  Yes.

15:25:57  24   Q.  And to ask Insta or Facebook?

15:25:58  25   A.  Yes.

15:26:09  1    Q.  And what does that mean, ask on Insta or Facebook?  What's

15:26:10  2    Insta?

15:26:17  3    A.  Instagram is a social media app and --

15:26:19  4    Q.  And FB is for Facebook, right?

15:26:20  5    A.  Yes.

15:26:25  6    Q.  So he's telling you ask on Instagram and Facebook.  Does he

15:26:32  7    then say "they say your vagina is gross looking and you're a

15:26:33  8    slob".  That's what he says, right?

15:26:33  9    A.  Yes.

15:26:37  10   Q.  And is that because he had posted your pictures for others

15:26:37  11   to see?

15:26:39  12   A.  Yes.

15:26:46  13   Q.  And C.J., the next page is going to contain some thumbnails,

15:26:47  14   okay?  Are you okay with that?

15:26:48  15   A.  Yes.

15:26:54  16   Q.  All right.  Now, as he's texting you, does he then send you

15:26:56  17   thumbnails of some of those videos?

15:26:57  18   A.  Yes.

15:27:06  19   Q.  And after he sends you those thumbnails, does he then say

15:27:10  20   "your best moment won't they all love to see"?

15:27:12  21   A.  Yes.

15:27:15  22   Q.  And that best moment that he's referring to, those

15:27:17  23   thumbnails, what are they thumbnails of?

15:27:26  24   A.  The video of me peeing in a cup and drinking it and vomiting

15:27:29  25   it all over myself.

15:27:35   1    Q.  And after reminding you that he has these videos, does he

15:27:41   2    then tell you to "make your choice *******.  A few pics and I

15:27:43   3    leave you alone"?

15:27:44   4    A.  Yes.

15:27:51   5    Q.  And then he asks you -- does he ask you "you rather everyone

15:27:54   6    to see, okay then", right?

15:27:55   7    A.  Yes.

15:27:59   8    Q.  And what does he demand next?

15:28:00   9    A.  Five.

15:28:01   10   Q.  I'm sorry?

15:28:02   11   A.  Five pictures.

15:28:05   12   Q.  "Five pictures and it will stop this"?

15:28:06   13   A.  Yes.

15:28:08   14   Q.  Did you believe that to be true?

15:28:09   15   A.  No.

15:28:16   16   Q.  After he says "five pictures and it will stop", what does he

15:28:18   17   threaten you with?

15:28:22   18   A.  Sending the video of the thumbnails that you saw.

15:28:26   19   Q.  Okay.  And does he say "as you want everyone to know about

15:28:30   20   your molesting and drinking pee"?  Does he say that?

15:28:30   21   A.  Yes.

15:28:31   22   Q.  And what do you respond with?

15:28:35   23   A.  "I didn't molest my sibling.  I did the video because you

15:28:41   24   said I could do that or molest my sib and I'm not go to do that

15:28:42   25   to my sib".

15:28:44   1     Q.   You're typing here in all caps, right?

15:28:46   2     A.   Yes.

15:28:47   3     Q.   And --

15:28:47   4     A.   Yes.

15:28:50   5     Q.   -- when you type in all caps, what does that signify?

15:28:53   6     A.   You're angry or you're excited.

15:28:54   7     Q.   Or yelling?

15:28:56   8     A.   Or yelling, yeah.

15:29:03   9     Q.   All right.  Does he then go on to continue to demand

15:29:04   10    pictures from you?

15:29:04   11    A.   Yes.

15:29:07   12    Q.   And does he tell you "you only have a minute"?

15:29:08   13    A.   Yes.

15:29:15   14    Q.   Does he then tell you "okay, you choose to be known as piss

15:29:17   15    and vomit" with your last name?

15:29:18   16    A.   Yes.

15:29:26   17    Q.   Now, on January 7th and 8th, you don't give in, right?

15:29:27   18    A.   No.

15:29:29   19    Q.   At this point you had talked to your mom, right?

15:29:31   20    A.   Yes.

15:29:37   21    Q.   At the beginning of this text message, he says he sold you.

15:29:37   22    Do you remember that?

15:29:38   23    A.   Yes.

15:29:39   24    Q.   Meaning that he owned you.  Right?

15:29:41   25    A.   Yes.

| | | |
|---|---|---|
| 15:29:44 | 1 | Q.  On this day did he own you anymore? |
| 15:29:47 | 2 | A.  No. |
| 15:29:50 | 3 | MS. VIAMONTES:  No further questions, Your Honor. |
| 15:29:52 | 4 | THE COURT:  Cross-examination. |
| 15:30:03 | 5 | CROSS-EXAMINATION |
| 15:30:03 | 6 | BY MS. MOLLISON: |
| 15:30:08 | 7 | Q.  Hi C.J., my name's Kate. |
| 15:30:09 | 8 | A.  Hi. |
| 15:30:12 | 9 | Q.  Hi.  I know being here is difficult, so if any of my |
| 15:30:14 | 10 | questions make you uncomfortable or you feel are unfair, will |
| 15:30:15 | 11 | you let me know? |
| 15:30:16 | 12 | A.  Yes. |
| 15:30:18 | 13 | Q.  Okay.  Thanks.  Now C.J., the person who forced you to do |
| 15:30:21 | 14 | this, he messaged you online? |
| 15:30:22 | 15 | A.  Yes. |
| 15:30:24 | 16 | Q.  You never met them in person? |
| 15:30:25 | 17 | A.  No. |
| 15:30:28 | 18 | Q.  And at first you thought it might be someone you actually |
| 15:30:28 | 19 | know? |
| 15:30:29 | 20 | A.  Yes. |
| 15:30:33 | 21 | Q.  You thought it might be your friend ******? |
| 15:30:33 | 22 | A.  Yes. |
| 15:30:36 | 23 | Q.  Or maybe one of ******'s friends? |
| 15:30:36 | 24 | A.  Yes. |
| 15:30:39 | 25 | Q.  And that's because -- well, you thought it was ****** |

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15:30:43  1    because the photo they had sent you was a photo you had sent to

15:30:44  2    <u>******</u>.

15:30:44  3    A.   Yes.

15:30:46  4    Q.   Just to <u>******</u> only?

15:30:47  5    A.   Yes.

15:30:50  6    Q.   You said it was a private photo.  It was a private photo?

15:30:51  7    A.   Yes.

15:30:53  8    Q.   And you hadn't shared that with anyone else?

15:30:55  9    A.   No.

15:30:57  10    Q.   And based on the way that other person was acting, you

15:31:01  11    realized it might have -- must have been someone else, not

15:31:02  12    <u>******</u>?

15:31:02  13    A.   Yes.

15:31:05  14    Q.   And so you had to do the stuff that we had to just talk

15:31:09  15    about because you didn't want anyone else to see that.

15:31:10  16    A.   Yes.

15:31:13  17    Q.   He made you feel like you didn't have any choice.

15:31:14  18    A.   Yes.

15:31:16  19    Q.   You did things that you otherwise wouldn't have.

15:31:17  20    A.   Yes.

15:31:19  21    Q.   And things you absolutely did not want to do.

15:31:21  22    A.   Yes.

15:31:27  23    Q.   You had said that the person made you text with them on an

15:31:28  24    application called Kik?

15:31:29  25    A.   Yes.

| | | |
|---|---|---|
| 15:31:30 | 1 | Q. That he actually made an account for you on Kik? |
| 15:31:31 | 2 | A. Yes. |
| 15:31:33 | 3 | Q. He made up the screen name? |
| 15:31:33 | 4 | A. Yes. |
| 15:31:36 | 5 | Q. And that screen name was *** ********? |
| 15:31:37 | 6 | A. Yes. |
| 15:31:41 | 7 | Q. Did he also make up the display name, the name that shows up |
| 15:31:44 | 8 | when you text with someone? |
| 15:31:46 | 9 | A. You mean. |
| 15:31:49 | 10 | Q. So when you're texting on Kik, you have a user name, right? |
| 15:31:49 | 11 | A. Yes. |
| 15:31:52 | 12 | Q. And there's also a name that shows up when you text with |
| 15:31:52 | 13 | other people? |
| 15:31:52 | 14 | A. Yes. |
| 15:31:56 | 15 | Q. Did that name have the name Matt in it? |
| 15:31:57 | 16 | A. Matt? |
| 15:31:58 | 17 | Q. Right. |
| 15:32:01 | 18 | A. No. |
| 15:32:26 | 19 | Q. One second. |
| 15:33:15 | 20 | C.J., I'm going to show you a document that's from the |
| 15:33:16 | 21 | Government's Exhibit 43? |
| 15:33:17 | 22 | A. Uh-huh. |
| 15:33:28 | 23 | Q. I just want to see if you recognize it.  C.J., do you |
| 15:33:29 | 24 | recognize that conversation? |
| 15:33:30 | 25 | A. Oh, yes. |

15:33:32  1    Q.  And do you recognize that name?

15:33:33  2    A.  Yes.

15:33:37  3    Q.  And the person you were texting with made that name for you?

15:33:39  4    A.  Yes.

15:33:39  5            MS. MOLLISON:  Thank you.  No further questions.

15:33:42  6            THE COURT:  All right.  Redirect?

15:33:44  7            MS. VIAMONTES:  Briefly, Judge.

15:33:44  8                         REDIRECT EXAMINATION

15:33:44  9        BY MS. VIAMONTES:

15:34:07  10   Q.  C.J., real brief.  This Matt's slut text that you see here,

15:34:19  11   what app were you using there, if you remember?

15:34:20  12   A.  I don't remember.

15:34:25  13   Q.  Okay.  Do you see a little onion up here at the top of the

15:34:26  14   toolbar?

15:34:26  15   A.  Yes.

15:34:31  16   Q.  Okay.  Defense counsel asked you about whether you felt

15:34:33  17   forced to make these videos.  Do you remember that?

15:34:34  18   A.  Yes.

15:34:39  19   Q.  Okay.  He wasn't able to force you to victimize anyone else,

15:34:40  20   was he?

15:34:41  21   A.  No.

15:34:44  22   Q.  He wasn't able to force you to molest your little brother,

15:34:45  23   was he?

15:34:47  24   A.  No.

15:34:49  25            MS. VIAMONTES:  Nothing further, Judge.

15:34:51  1          THE COURT:  All right.  Thank you.  You are excused.

15:34:54  2          Do you have another witness ready to go?

15:34:57  3          MS. VIAMONTES:  We do, Your Honor.  I'd like to publish

15:35:00  4  what's been entered into evidence as Government's Exhibit 52.

15:35:03  5          THE COURT:  All right.  Why don't we wait and do that.

15:35:07  6  I need to take care of that case I told you I had at 3:00.

15:35:11  7          MS. VIAMONTES:  Judge in terms of scheduling, we do

15:35:14  8  have one more witness that's here from out of town.

15:35:17  9          THE COURT:  Short witness?  Or tall witness?

15:35:18 10          MS. VIAMONTES:  It's a long witness, it's a --

15:35:20 11          THE COURT:  I didn't ask about that, but that's all

15:35:24 12  right.  All right.  Long witness, but you can get started.  I

15:35:26 13  don't think -- if it's a long witness, I don't think we're going

15:35:31 14  to be finished.  We'll do the best we can.  Okay.

15:35:34 15          Well, we'll need to take a break right now because I

15:35:36 16  have a change of plea.  All right?  Ladies and gentlemen, go

15:35:40 17  into the jury room.  We'll be ready to go in a few minutes.

15:35:44 18          COURT SECURITY OFFICER:  All rise for the jury.

15:35:48 19          (Jury out at 3:35 p.m.)

15:35:49 20          (Recess in proceedings)

16:09:05 21          THE COURT:  Let's talk logistics for a second.

16:09:07 22          MS. VIAMONTES:  Judge, I have one more minor witness

16:09:10 23  here for today and she did travel from Central Florida, but I

16:09:13 24  would like to be able to start and finish her testimony today if

16:09:14 25  we could.

16:09:16   1          THE COURT:  We can try.  We a got half hour, 35

16:09:18   2    minutes.

16:09:20   3          MS. VIAMONTES:  Would you consider keeping the jury a

16:09:21   4    little bit later than 5?

16:09:23   5          THE COURT:  I would but for the fact that I have to be

16:09:27   6    somewhere at 5:30 which makes it very difficult.  I already

16:09:36   7    missed my lunch today.  The case is ruining me, I might lose

16:09:40   8    weight.  That's not right.  I have a dinner thing at the

16:09:43   9    university at 6, so I have to leave here at five after 5 at the

16:09:47   10   latest.  I'll go as long as I have, but if you go after 5 you're

16:09:48   11   doomed, traffic is horrible.

16:09:52   12         Please bring in the jury, bring your witness.

16:09:53   13         MS. VIAMONTES:  Judge, I'm going to publish first.

16:09:55   14         THE COURT:  Okay.  Well then, you're the one extending

16:09:57   15   it then.

16:09:59   16         MS. VIAMONTES:  I have to prove my case, Judge.  What

16:10:00   17   can I do?

16:10:09   18         THE COURT:  Do what you got to do.  Bring in the jury

16:10:11   19   please.

16:10:32   20         (Jury in at 4:10 p.m.)

16:11:08   21         THE COURT:  All right.

16:11:10   22         MS. VIAMONTES:  Your Honor, at this time the Government

16:11:15   23   seeks permission to publish Government's Exhibit 52, the videos

16:11:17   24   of our last witness.

16:11:19   25         THE COURT:  Go.

| | | |
|---|---|---|
| 16:11:20 | 1 | MS. VIAMONTES:  Thank you, Your Honor. |
| 16:11:38 | 2 | (Videos published to jury) |
| 16:12:37 | 3 | VOICE: I'm sorry, master. |
| 16:12:43 | 4 | (Videos published to jury) |
| 16:14:05 | 5 | MS. VIAMONTES:  The Government now calls A.C. |
| 16:14:27 | 6 | THE COURT:  Please come forward, Miss.  Watch your |
| 16:14:33 | 7 | step.  There's a little ramp there.  Please remain standing and |
| 16:14:41 | 8 | raise your right hand. |
| 16:14:41 | 9 | A.C., GOVERNMENT WITNESS, SWORN. |
| 16:14:42 | 10 | THE COURT:  Please be seated.  Get as close to the |
| 16:14:45 | 11 | microphone as you can, pull your chair up, the microphones back, |
| 16:14:48 | 12 | keep them kind of in front of you, speak between them, and tell |
| 16:14:50 | 13 | us your name and spell it. |
| 16:14:58 | 14 | THE WITNESS:  My name is A.C.  (Name spelled) |
| 16:15:01 | 15 | THE COURT:  Okay.  You may proceed.  Try to keep your |
| 16:15:05 | 16 | voice up.  I'm getting old and hard of hearing. |
| 16:15:05 | 17 | MS. ANTON:  Thank you, Judge. |
| 16:15:05 | 18 | DIRECT EXAMINATION |
| 16:15:05 | 19 | BY MS. ANTON: |
| 16:15:08 | 20 | Q.  ****** can I call you A.C.?  Is that okay? |
| 16:15:08 | 21 | A.  Yes. |
| 16:15:12 | 22 | Q.  Okay.  Can you tell our jury how old you are now? |
| 16:15:14 | 23 | A.  I just turned 16. |
| 16:15:17 | 24 | Q.  Did you just turn 16 today? |
| 16:15:20 | 25 | A.  I just turned 16 last week. |

16:15:21   1    Q.  Happy birthday.

16:15:23   2        Are you -- do you reside here in the South Florida

16:15:24   3    area?

16:15:27   4    A.  No, I live in Central Florida.

16:15:29   5    Q.  Okay.  And what grade are you in?

16:15:30   6    A.  I'm in 10th grade.

16:15:34   7    Q.  Okay.  Have you ever been in a courtroom before?

16:15:35   8    A.  No, ma'am.

16:15:37   9    Q.  Okay.  Are you nervous?

16:15:38  10    A.  Yes.

16:15:42  11    Q.  Do you have any nervous habits that you do?

16:15:45  12    A.  I tend to smile when I'm nervous.

16:15:48  13    Q.  Okay.  So if you're smiling, should we know that it's

16:15:49  14    because you're nervous?

16:15:49  15    A.  Yes.

16:15:54  16    Q.  Okay.  Let's talk about what happened to you about two years

16:16:01  17    ago.  Okay?  Did you have a cellphone back in, let's say, 2016?

16:16:02  18    A.  Yes.

16:16:05  19    Q.  Okay.  And how old were you then?

16:16:06  20    A.  I was 14.

16:16:13  21    Q.  Okay.  And what kinds of things did you have on your phone

16:16:15  22    and what did you use your cellphone for?

16:16:18  23    A.  I had social media like Snapchat and Instagram, and I used

16:16:21  24    it to text friends and post things.

16:16:27  25    Q.  And back then, what grade were you in?

16:16:29  1    A.   I was in 7th grade.

16:16:30  2    Q.   Did you have a lot of friend on Snapchat?

16:16:32  3    A.   Yes, I had a lot of friends on Snapchat.

16:16:33  4    Q.   And Instagram?

16:16:34  5    A.   Yes.

16:16:38  6    Q.   Okay.  And was your Snapchat account or Instagram account

16:16:42  7    and your social media reputation important to you?

16:16:42  8    A.   Yes.

16:16:52  9    Q.   Okay.  So back then in 2015, 2016, did there come a point in

16:16:54  10   time where one of your social media accounts was hacked?

16:16:55  11   A.   No.

16:17:00  12   Q.   Okay.  Tell us about when someone infiltrated the social

16:17:01  13   media account.

16:17:03  14   A.   Can you repeat the question?

16:17:07  15   Q.   Sure.  Let's talk about a text that you got from a friend

16:17:10  16   named *******.

16:17:14  17   A.   A user name added me on Snapchat and I thought it was an old

16:17:20  18   friend from school, so I texted them.  And they were talking to

16:17:26  19   me, like, my friend *******, but I know that it wasn't *******

16:17:33  20   because I texted her on Instagram and she told me that her

16:17:35  21   Snapchat account got hacked.

16:17:41  22   Q.   Okay.  And so once you knew that *******'s Snapchat account

16:17:44  23   had gotten hacked and you had accepted the friend request, did

16:17:47  24   you start to get any interesting messages?

16:17:53  25   A.   Well, at first they were texting me as *******, and then it

16:17:57  1   suddenly switched up and they sent a picture of me from a long

16:18:03  2   time ago, a nude picture.  And they were telling me that I

16:18:07  3   needed to do certain things and they would erase the photo or if

16:18:11  4   I didn't comply, that they would send it to my family.

16:18:13  5   Q.  Okay.  And was this on Snapchat still?

16:18:14  6   A.  Yes.

16:18:17  7   Q.  Okay.  And so the picture that was sent to you that you said

16:18:21  8   was a nude photo, was that one that you had taken already before

16:18:21  9   then?

16:18:22  10  A.  Yes.

16:18:25  11  Q.  Okay.  And how did you feel when you got this picture sent

16:18:26  12  to you on Snapchat?

16:18:31  13  A.  I was terrified and I didn't know what to do at the time.

16:18:33  14  Q.  Was that a picture that you had sent to an ex-boyfriend some

16:18:35  15  time ago?

16:18:35  16  A.  Yes.

16:18:42  17  Q.  Okay.  And once you were on Snapchat and got that picture,

16:18:44  18  did you move to a different platform in terms of communicating

16:18:45  19  or did you stay on Snapchat?

16:18:49  20  A.  We stayed on Snapchat.

16:18:50  21  Q.  Okay.

16:18:55  22  A.  And he asked me to do -- to send things on Snapchat.

16:18:58  23  Q.  Okay.  And what kind of things did he ask you to do?

16:19:03  24  A.  He asked me to do specific things in the videos to myself

16:19:10  25  like sexual, and take certain pictures with my clothes off.

16:19:13   1    Q.   Okay.  Now, you don't know who this was who was asking you

16:19:14   2    to do these things, do you?

16:19:15   3    A.   No.

16:19:18   4    Q.   Were you just communicating with like a Snapchat user name?

16:19:19   5    A.   Yes.

16:19:23   6    Q.   Okay.  And did you think that if you didn't take those

16:19:27   7    pictures, that that picture that was sent to you would be sent

16:19:28   8    to all of your contacts?

16:19:35   9    A.   Yes.  The person sent me screenshots of my family's Facebook

16:19:42   10   profiles and would always threaten me and tell me that he was

16:19:45   11   going to post it and send it to all my friends and family.

16:19:48   12   Q.   And when you got screenshots of your family's pictures from

16:19:53   13   Facebook sent to you, what did that mean to you?

16:19:59   14   A.   I was terrified because I didn't know what my family would

16:20:01   15   do, and I didn't know how to react.

16:20:03   16   Q.   And how old were you when this was happening?

16:20:04   17   A.   I was 14.

16:20:09   18   Q.   Okay.  Did you comply and take some pictures?

16:20:10   19   A.   Yes.

16:20:12   20   Q.   Can you tell the jury what the first types of pictures that

16:20:14   21   you took were of?

16:20:18   22   A.   He wanted me -- he would ask for specific photos with

16:20:24   23   certain pieces of clothing off.  One was like with my shirt off

16:20:29   24   in the mirror, and then I didn't have my face in one of the

16:20:34   25   photos and he told me to put my face in it.  And he told me to

16:20:39   1   write certain words on my body and take pictures of it too.

16:20:42   2   Q.   And did you do everything that they asked you to do?

16:20:43   3   A.   Yes.

16:20:44   4   Q.   And why did you do it?

16:20:49   5   A.   I was scared and I didn't know where to go from there.

16:20:54   6   Q.   Did at any point in time he threaten to expose those

16:20:55   7   pictures on any kind of website?

16:21:01   8   A.   Yes, he actually exposed it on Facebook.  There is a profile

16:21:06   9   made with my name, my full name, and one of the pictures that he

16:21:08   10  had me send to him.

16:21:12   11  Q.   And how did you know that there was this Facebook profile

16:21:12   12  created?

16:21:16   13  A.   He sent a screenshot of it to me and I also looked it up on

16:21:18   14  my own account.

16:21:23   15  Q.   And over what time period is this taking place?  Is it one

16:21:26   16  day, a week?  Tell us about that.

16:21:32   17  A.   This went on for a couple months.  It went on through a

16:21:39   18  couple years, but he would contact me every couple of months,

16:21:44   19  sometimes on different Snapchat user names and he would ask the

16:21:47   20  same question.

16:21:51   21  Q.   And is Snapchat the only way that you were contacted?

16:21:56   22  A.   No.  He asked me to make a Kik account.

16:21:58   23  Q.   And did you make a Kik account?

16:21:58   24  A.   Yes.

16:22:01   25  Q.   And did he tell you what the user name had to be on that Kik

16:22:02  1    account?

16:22:02  2    A.  Yes.

16:22:07  3    Q.  And what was it?  Do you remember?

16:22:12  4    A.  I do.  It's uncomfortable to say, but he told me to make it

16:22:16  5    ****** ***** *****.

16:22:20  6    Q.  So when you got messages from him on that account, is that

16:22:21  7    what the user name would be?

16:22:23  8    A.  Yes, that's what it was.

16:22:27  9    Q.  Okay.  You said that you got different messages throughout

16:22:33  10   the years over Snapchat, but that it was what you thought the

16:22:38  11   same person with different user names.  Was there something

16:22:41  12   consistent in the user names that would reach out to you and try

16:22:43  13   to demand these pictures again?

16:22:48  14   A.  There was always a flag in the user name that I noticed.

16:22:52  15   Q.  A flag, like one of those emoji flags that you can put?

16:22:53  16   A.  Yes.

16:22:56  17   Q.  So whenever you saw a user name come through with a flag,

16:22:58  18   did you expect that there was going to be some type of demand

16:23:00  19   made upon you?

16:23:06  20   A.  After a certain period of time, yes.  I figured that, so I

16:23:09  21   stopped accepting the friend request.

16:23:13  22   Q.  And so after you made those first couple of pictures and

16:23:17  23   sent them, did you feel then that you had a way out?

16:23:24  24   A.  Yes.  He would always tell me -- he would always tell me a

16:23:27  25   couple more pictures or a couple more videos and he would erase

16:23:31  1    everything.  But that wasn't true.

16:23:34  2    Q.  It wasn't true.  But at the beginning you believed that it

16:23:35  3    could be true.

16:23:35  4    A.  Yes.

16:23:37  5    Q.  You wanted to believe that it was true.

16:23:38  6    A.  Yes.

16:23:41  7    Q.  Okay.  And you said this occurred over the span of years?

16:23:43  8    A.  Yes.

16:23:48  9    Q.  Did there come a period of time where you wouldn't hear from

16:23:53  10   that person for several months and start to feel safe again?

16:23:54  11   A.  Can you repeat the question?

16:23:58  12   Q.  Sure.  That was a long one.  Would there come a time where

16:24:02  13   you had no contact with the person and you thought maybe it

16:24:04  14   stopped and it had gone away?

16:24:09  15   A.  Yes.  One time the person didn't text me for over six

16:24:14  16   months, and I thought it was over with.  And then one day, I got

16:24:16  17   a friend request and it started again.

16:24:19  18   Q.  Okay.  And when you say "it started again", what was it in

16:24:22  19   your mind that was starting again?

16:24:25  20   A.  He would always threaten me to send the photos or he would

16:24:28  21   send it to all of my friends and family.

16:24:38  22   Q.  Okay.  Did you remember trying to enlist a friend of yours

16:24:38  23   to help you?

16:24:43  24   A.  Yes.  I asked my friend ****** to help me because he was

16:24:46  25   real good with computers, and he said he could probably track

16:24:48  1    the person.

16:24:50  2    Q.  Okay.  Did he end up being able to do that?

16:24:51  3    A.  No.

16:24:56  4    Q.  Okay.  In fact, did ******* end up getting caught up in this

16:24:56  5    with you?

16:25:01  6    A.  Yes.  The person that was threatening me asked ******* to

16:25:06  7    make certain videos with me and pictures with me and send them

16:25:07  8    to him.

16:25:10  9    Q.  And if ******* didn't want to make those pictures and

16:25:12  10   videos, what was going to happen?

16:25:16  11   A.  The person that was threatening me would send it to my

16:25:16  12   friends and family.

16:25:19  13   Q.  Okay.  So then you would be further exposed?

16:25:20  14   A.  Yes.

16:25:22  15   Q.  And did ******* want you to be exposed?

16:25:23  16   A.  No.

16:25:26  17   Q.  Okay.  Were you forced to have sex with *******?

16:25:27  18   A.  Yes.

16:25:28  19   Q.  And record it?

16:25:29  20   A.  Yes.

16:25:30  21   Q.  And send that image?

16:25:31  22   A.  Yes.

16:25:32  23   Q.  Or video?

16:25:32  24   A.  Yes.

16:25:36  25   Q.  Okay.  Were you also forced to have oral sex with *******?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

16:25:37  1    A.  Yes.

16:25:38  2    Q.  And record that as well?

16:25:39  3    A.  Yes.

16:25:44  4    Q.  Okay.  Now, you testified that the pictures started out with

16:25:50  5    just writing and your top exposed and pictures of your body.

16:25:50  6    A.  Yes.

16:25:53  7    Q.  Did they progressively get worse to the point where you were

16:25:56  8    forced to insert things into your body?

16:25:57  9    A.  Yes.

16:25:59  10   Q.  Were you forced to insert a hair brush?

16:26:00  11   A.  Yes.

16:26:04  12   Q.  Okay.  And were you made to make a video of that?

16:26:05  13   A.  Yes.

16:26:07  14   Q.  And did you send all of those videos?

16:26:08  15   A.  Yes.

16:26:15  16   Q.  Okay.  And while you were making those videos and sending

16:26:18  17   it, were you begging for the conduct to stop?

16:26:19  18   A.  Yes.

16:26:22  19   Q.  Did you try everything that you thought you could?

16:26:23  20   A.  Yes, I did.

16:26:28  21   Q.  In addition to telling *******, did you tell anybody else?

16:26:29  22   A.  No.

16:26:30  23   Q.  Do you have any siblings?

16:26:33  24   A.  Yes.

16:26:35  25   Q.  Did you ever tell your sister?

| | | |
|---|---|---|
| 16:26:39 | 1 | A.  The first text I ever got from the person threatening me, I |
| 16:26:45 | 2 | did tell my sister initially.  But after that, I didn't tell her |
| 16:26:46 | 3 | anything else. |
| 16:26:52 | 4 | Q.  Okay.  And so A.C., when was the very last time that you had |
| 16:26:56 | 5 | any contact with this person who is extorting you? |
| 16:26:59 | 6 | A.  This past January, 2019. |
| 16:27:04 | 7 | Q.  Okay.  And do you remember what the communication was back |
| 16:27:05 | 8 | in January of 2019? |
| 16:27:11 | 9 | A.  Yes.  It was on Snapchat and he was telling me that he had |
| 16:27:16 | 10 | nothing left to lose and he was going away for a very long time, |
| 16:27:19 | 11 | so he said that he would post everything and send everything |
| 16:27:26 | 12 | that I sent to him, pictures and videos, if I didn't send more. |
| 16:27:31 | 13 | Q.  Okay.  And what did you do to try to make this stop?  Did |
| 16:27:35 | 14 | you get a new phone?  Did you delete your apps? |
| 16:27:38 | 15 | A.  I deleted the Snapchat account and I made a new Snapchat |
| 16:27:40 | 16 | account. |
| 16:27:51 | 17 | Q.  Do you remember when this was occurring, you trying to get |
| 16:27:58 | 18 | away and stop sending text messages and then getting angrier |
| 16:28:01 | 19 | messages back from the person who would extort you? |
| 16:28:05 | 20 | A.  Yes.  Whenever I would delete the accounts that he was |
| 16:28:10 | 21 | contacting me on, he would come back and lash out at me and ask |
| 16:28:15 | 22 | me why I did that, and say very mean things to me. |
| 16:28:18 | 23 | Q.  And so did you think that you had a way out? |
| 16:28:19 | 24 | A.  No. |
| 16:28:21 | 25 | Q.  Okay.  But ultimately it stopped. |

16:28:22  1     A.  Yes.

16:28:25  2     Q.  Okay.

16:28:26  3          MS. ANTON:  Permission to approach with Government's

16:28:30  4     54.  I'm sorry, 53.

16:28:33  5          THE COURT:  You may, and I have cancelled my 6:00, so

16:28:40  6     we can go as reasonably longer than 5, but not a lot.

16:28:42  7          MS. ANTON:  I'm getting to the point and finishing up,

16:28:43  8     Judge.  Thank you.

16:28:47  9          THE COURT:  Okay.  Go.

16:29:04 10          MS. ANTON:  Judge, at this time the Government would

16:29:18 11     move 54, 55, and 53 A through G.

16:29:21 12          THE COURT:  All right.  So 53 A through G, 54 and 55

16:29:23 13     you're offering?

16:29:23 14          MS. ANTON:  Yes.

16:29:27 15          THE COURT:  Any objection?  Hearing no objection.

16:29:29 16          MS. MOLLISON:  I'm sorry, Your Honor.  No objection.

16:29:30 17          THE COURT:  Hearing no objection, it will be admitted

16:29:36 18     in evidence as 53 A through G, 54 and 55.

16:29:36 19          (Government's Exhibits 53 A-G, 54 & 55 in evidence)

16:29:41 20          MS. ANTON:  Thank you, Judge.

16:29:44 21          Permission to publish 55 on the ELMO.

16:29:44 22     BY MS. ANTON:

16:29:47 23     Q.  A.C., I'm showing you what's in evidence as Government's

16:29:50 24     Exhibit 55.  Can you see it on your screen?

16:29:50 25     A.  Yes.

16:29:57  1    Q.  Is that a text message exchange that you had with --

16:29:58  2    A.  Yes.

16:30:02  3    Q.  And in that text message, can you read it clearly on your

16:30:04  4    screen?  It's kind of fuzzy on my screen.

16:30:14  5    A.  I can't read the green part but -- I can read it now.

16:30:17  6    Q.  Okay.  It came into focus.  Okay.  So the person text you

16:30:22  7    saying "I'm sorry for exposing you but we had a deal.  I don't

16:30:26  8    expose and I always keep my word when there's a deal, but you

16:30:35  9    made me by running.  Sorry for that.  That isn't bra and

16:30:36  10   panties, fix it"?

16:30:37  11   A.  Yes.

16:30:38  12   Q.  And what does that mean?  What was happening?  Why does that

16:30:40  13   text message get sent?

16:30:43  14   A.  That is when he made the Facebook account with my picture on

16:30:45  15   it.

16:30:48  16   Q.  Okay.  And was that around December of 2017?

16:30:50  17   A.  Yes.

16:30:53  18   Q.  And did you say "I'm sorry for running"?

16:30:53  19   A.  Yes.

16:30:58  20   Q.  Okay.  And then did he tell you "good, now update the photo.

16:31:01  21   Kik is where I suggested yesterday, so it's where I'll free you

16:31:02  22   today".

16:31:03  23   A.  Yes.

16:31:07  24   Q.  Okay.  Did you feel like you weren't free?

16:31:07  25   A.  Yes.

16:31:14  1    Q.  Okay.  And you responded "okay".  And did they respond back

16:31:17  2    "good, now like I said, I keep my word when I have a deal in

16:31:21  3    place.  You are going to finish what we started.  IK" -- does

16:31:23  4    that mean "I know"?

16:31:23  5    A.  Yes.

16:31:27  6    Q.  "I know it upsets you but you broke the deal by running.

16:31:31  7    You complete it and you're free.  No one knows you're on Kik and

16:31:36  8    that's why you get it.  I'll keep it that way.  Say yes, sir".

16:31:40  9          Did he often make you refer to him as "sir" or "daddy"?

16:31:41  10   A.  Yes.

16:31:43  11   Q.  Or "master"?

16:31:44  12   A.  Never master.

16:31:47  13   Q.  Okay.  And when you were writing those words all over your

16:31:51  14   body that he made you write, do you remember what some of them

16:31:52  15   were?

16:31:57  16   A.  He made me write very degrading words like "ugly" and a lot

16:32:01  17   of cuss words.

16:32:20  18   Q.  A.C., on Government's Exhibit 54 which is already in

16:32:27  19   evidence, I'm not going to publish the video, but the outside of

16:32:31  20   the disk.  Do you recognize your initials on that disk?

16:32:32  21   A.  Yes.

16:32:35  22   Q.  And did you put your initials on that disk because you

16:32:36  23   watched it?

16:32:37  24   A.  Yes.

16:32:42  25   Q.  And does it contain the videos that you were forced to send?

16:32:42  1    A.  Yes.

16:32:46  2    Q.  Okay.  Thank you.

16:32:47  3         MS. ANTON:  I have no further questions.

16:32:50  4         THE COURT:  All right.  Cross.

16:32:50  5                        CROSS-EXAMINATION

16:32:50  6    BY MS. MOLLISON:

16:33:08  7    Q.  Hi.  My name is Kate.  I know it's difficult to testify so

16:33:12  8    if I ask you any questions that make you feel uncomfortable,

16:33:13  9    will you let me know?

16:33:14  10   A.  Yes.

16:33:17  11   Q.  Okay.  Thanks.  The person that forced you to do this, he

16:33:18  12   messaged you online?

16:33:19  13   A.  Yes.

16:33:21  14   Q.  So you never met him or them in person?

16:33:22  15   A.  No.

16:33:25  16   Q.  You received messages, you said, for over a year.

16:33:25  17   A.  Yes.

16:33:27  18   Q.  And at first they were on Snapchat?

16:33:28  19   A.  Yes.

16:33:30  20   Q.  From multiple user names?

16:33:31  21   A.  Yes.

16:33:32  22   Q.  And then they had you switch over to Kik?

16:33:34  23   A.  Yes.

16:33:37  24   Q.  Do you remember if you ever received messages on Kik from a

16:33:39  25   user name bozy11?

16:33:40   1    A.  No.

16:33:42   2    Q.  B-O-Z-Y 11?

16:33:42   3    A.  No.

16:33:52   4    Q.  Okay.  And you said you were texted again just recently.

16:33:54   5    Well, this year.

16:33:54   6    A.  Yes.

16:33:55   7    Q.  So in January of this year?

16:33:56   8    A.  Yes.

16:34:02   9    Q.  Like nine months ago?  When you were texted this year, did

16:34:05   10   that person have a flag in their screen name?

16:34:05   11   A.  Yes.

16:34:08   12   Q.  Okay.  And that's how you knew it was the same person?

16:34:11   13   A.  Yes.

16:34:42   14        MS. MOLLISON:  Thank you.  No further questions.

16:34:45   15        THE COURT:  Redirect.

16:34:45   16                    REDIRECT EXAMINATION

16:34:46   17   BY MS. ANTON:

16:34:50   18   Q.  AC., you don't know who was texting you.

16:34:51   19   A.  No.

16:34:54   20   Q.  Okay.  You don't know if it was one person or more than one

16:34:55   21   person, do you?

16:34:55   22   A.  No.

16:35:00   23   Q.  Okay.  And anyone can put a flag in the user name, right?

16:35:01   24   A.  Yes.

16:35:02   25        MS. ANTON:  Thank you.  No further questions.

16:35:04  1          THE COURT:  All right.  Thank you, Miss.  You are

16:35:08  2  excused.  You may leave, now.  Thank you.

16:35:26  3          MS. ANTON:  Judge, I'd just ask for permission to

16:35:26  4  publish.

16:35:28  5          THE COURT:  You may.

16:35:44  6          (Pictures published)

16:36:00  7          MS. ANTON:  Publishing Government's 53 A, B, C, D, E,

16:36:08  8  F, and G.

16:36:19  9          And I'd like to publish Government's 54.

16:36:22 10          THE COURT:  Okay.

16:36:34 11          MS. ANTON:  Government's 54 is approximately 21 videos,

16:36:37 12  but I'll only be showing a handful.

16:36:39 13          THE COURT:  Do what you got to do.  I already

16:36:40 14  cancelled.

16:36:45 15          (Videos published)

16:37:42 16          VOICE:  Daddy I (unintelligible) you only, you can do

16:37:45 17  whatever you want with me.

16:38:05 18          (Background noise in videos)

16:38:05 19          (Video ended)

16:38:41 20          MS. ANTON:  Judge, that's all I'll be publishing of

16:38:42 21  that exhibit.

16:38:44 22          THE COURT:  Okay.  Are we done for the day then?

16:38:45 23          MS. ANTON:  Yes, Judge.

16:38:49 24          THE COURT:  Okay.  Ladies and gentlemen, you're

16:38:52 25  reminded you're not to discuss the case with anyone or permit

16:38:55   1   anyone to discuss it with you.  Don't read or listen to anything

16:38:57   2   touching on the case.  Don't talk to anybody that has anything

16:39:05   3   to do with this case.  I'll remind you, wear your jury badges

16:39:07   4   when you're in the courthouse.  When you're outside in the

16:39:07   5   street there's enough weirdoes walking around, you can put it in

16:39:09   6   your pocket.  But when you're coming in the courthouse so that

16:39:12   7   the lawyers can see if they don't remember, and they can see  a

16:39:16   8   juror, they stay away.  We'll see you tomorrow morning at 9:30.

16:39:19   9   Thank you.

16:39:21   10              COURT SECURITY OFFICER:  All rise for the jury.

16:39:24   11              THE COURT:  Tomorrow we'll try to have a full day.

16:39:31   12              (Jury out at 4:39 p.m.)

16:40:09   13              THE COURT:  All right.  What does your timing look like

16:40:14   14   for tomorrow?  How many more you got?

16:40:15   15              MS. ANTON:  Judge, I think we just have one more

16:40:17   16   witness.

16:40:21   17              THE COURT:  Okay.  You'll be ready to go?

16:40:22   18              MR. NATALE:  Yes, Your Honor.  We'll be ready to go.

16:40:24   19              THE COURT:  Okay.  How long do you think your case will

16:40:27   20   take?  And I'm not holding you to it, just trying to get an idea

16:40:29   21   for planning purposes.

16:40:33   22              MR. NATALE:  I'm guessing half a day.  Maybe less.

16:40:37   23              THE COURT:  All right.  Do we need to have any change

16:40:41   24   in instructions?  Have we got joint instructions?  Everybody

16:40:44   25   agreed this is what we want to read?  Or is there some dispute

| | |
|---|---|
| 16:40:45 | 1 |

about that?

16:40:47   2          MS. VIAMONTES:  There was some dispute over the

16:40:48   3    instructions, Your Honor.

16:40:51   4          THE COURT:  All right.  Well, we'll try to get them

16:40:54   5    ready so we can talk about them at lunch time tomorrow.  All

16:40:56   6    right.

16:40:57   7          MS. VIAMONTES:  Your Honor, if the defense, in their

16:41:04   8    case in chief -- if the Court is allowing them to call the

16:41:09   9    autism expert, I would ask to voir dire that expert outside the

16:41:13   10   presence of the jury as to Daubert issues.

16:41:16   11         THE COURT:  We can see about that.  We'll see.  I don't

16:41:18   12   know yet.  Let me tell you, I think that probably I would like

16:41:25   13   to hear ex-parte what he has to say.  I'm not sure that it's --

16:41:28   14   well, I guess you can ask the questions.  I don't think it much

16:41:31   15   matters if they ask the questions or you ask the questions, but

16:41:34   16   I think I probably should hear him outside the presence of the

16:41:37   17   jury, and we'll do that when we're finished with your case.

16:41:38   18   We'll see.

16:41:41   19         How long is your witness going to be?

16:41:45   20         MS. ANTON:  I'd say an hour and a half or two maybe.

16:41:47   21         THE COURT:  Okay.  So we'll try to get that done before

16:41:50   22   lunch, and whatever motions are filed we'll deal with it.  Okay?

16:41:54   23   And we'll see you tomorrow.

16:41:56   24         MS. ANTON:  Thank you, Your Honor.

16:41:57   25         THE COURT:  Thank you.

```
16:41:57   1              (See Volume 5 for continuation)

16:41:57   2                  C E R T I F I C A T E
16:41:57   3    I certify that the foregoing is a correct transcript from the
                record of proceedings in the above-entitled matter.

16:41:57   4    3/10/2020              /s/ Dawn M. Savino
                Date                   DAWN M. SAVINO, RPR

16:41:57   5

16:41:57   6                         I N D E X

16:41:57   7                         WITNESSES

16:41:57   8    ALL WITNESSES:                                  PAGE:

16:41:57   9    For Government:

16:41:57  10      B.O.:
                    Direct Examination by Ms. Viamontes         3:20
16:41:57  11        Cross-Examination by Ms. Weiss              40:6
                    Redirect Examination by Ms. Viamontes       45:1
16:41:57  12
                  C.J.M.:
16:41:57  13        Direct Examination by Ms. Viamontes         47:17
                    Cross-Examination by Ms. Mollison           77:5
16:41:57  14        Redirect Examination by Ms. Viamontes       80:8

16:41:57  15      A.C.:
                    Direct Examination by Ms. Anton             83:18
16:41:57  16        Cross-Examination by Ms. Mollison           97:5
                    Redirect Examination by Ms. Anton           98:16
16:41:57  17
                                     EXHIBITS
16:41:57  18
                NO.:       DESCRIPTION:                         PAGE:
16:41:57  19
                For Government:
16:41:57  20
                47         :
16:41:57  21               In Evidence                          11:21

16:41:57  22    46 A-M     :
                           In Evidence                          28:1
16:41:57  23
                51         :
16:41:57  24               In Evidence                          54:15

16:41:57  25    52         :
                           In Evidence                          61:8
```

```
16:41:57   1
                     53 A-G,    :
16:41:57   2         54 & 55
                               In Evidence                              94:19
16:41:57   3

16:41:57   4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**