# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

November 7, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

FILED BY ____JE____ D.C.

Nov 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Joseph Isaiah Woodson, Jr.
v. United States
No. 22-5781
(Your No. 20-10443)
18-cr-60256-JEM-1

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk